# WRITTEN CONSENT OF
# POWER HOME SOLAR, LLC

October 6, 2022

The undersigned, Renewable Clean Energies, LLC, a Delaware limited liability company, being the Controlling Member (the "Managing Member") of Power Home Solar, LLC, d/b/a Pink Energy, a Delaware limited Liability Company (the "Company"), by and with the consent of TGIF Power Home Investor, LLC, a Delaware limited liability company, the sole other member of the Company (the "Member"), in accordance with the Second Amended and Restated Limited Liability Company Agreement, dated July 9, 2018 (the "Agreement"), hereby consents to, approves and adopts the following resolutions by written consent in lieu of a special meeting as of the date written above:

**WHEREAS**, the Managing Member and the Member have considered the financial and operational conditions of the Company;

**WHEREAS**, the Managing Member and the Member have had the opportunity to consult with the legal advisers of the Company and fully consider each of the strategic alternatives available to the Company, including the possibility of pursuing a liquidation of the Company's business and assets under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Company has insufficient funds to continue to operate without obtaining additional financing, the Company's lender has refused to accommodate requests for additional credit, and that, to the best of Managing Member's knowledge, alternative financing sufficient to continue operations of the Company is not available to the Company.

**I.     VOLUNTARY PETITION UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

**NOW, THEREFORE, IT IS RESOLVED**, that, in the business judgment of the Managing Member and the Member, it is desirable and in the best interests of the Company, its creditors, equity holders, and other parties in interest, that the Company file or cause to be filed, in accordance with sections 5.01(a) and (d) of the Agreement, a voluntary petition for relief under the provisions of chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina;

**FURTHER RESOLVED**, that the Company is authorized and directed to retain the law firm of Grier Wright Martinez, PA to represent the Company in such bankruptcy case;

**FURTHER RESOLVED**, that each of the officers and any other authorized representative of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

**II. GENERAL**

**NOW, THEREFORE, IT IS RESOLVED**, that each of the Authorized Officers shall be, and each of them hereby is, authorized and directed, in the name of and on behalf of the Company, to take any and all such actions and to execute and deliver any and all such documents and instruments as the Managing Member or officers of the Company shall deem necessary or

advisable in furtherance of, or to carry out the intent and effectuate the purposes of, any of the foregoing resolutions, and the fact that the Managing Member and officers of the Company have taken any such action or executed or delivered any such document or instrument shall be conclusive evidence of the approval and authorization thereof by the Company;

**FURTHER RESOLVED**, that any and all actions heretofore, concurrently, or hereafter taken by the Managing Member, Member, and the officers of the Company in connection with the matters contemplated by the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as fully as if such had been presented to the Managing Member and Member for approval prior to such action or actions being taken;

**FURTHER RESOLVED**, that the actions taken by this written consent shall have the same force and effect as if taken by the undersigned at a meeting, duly called and constituted in accordance with the Agreement;

**FURTHER RESOLVED**, any and all notice of any meeting otherwise required regarding these resolutions or the matters covered hereby is hereby waived in all respects; and

**FURTHER RESOLVED**, that this consent may be sent or delivered by facsimile or other electronic transmission and in any number of counterparts, each of which shall be an original, and such counterparts, when taken together, shall constitute one and same instrument, and shall be legally effective for all purposes.

4864-6408-5302, v. 2

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above.

**COMPANY:**

**POWER HOME SOLAR, LLC**

By: _____
Name: William Jayson Waller
Title: Chief Executive Officer

**MANAGING MEMBER:**

**RENEWABLE CLEAN ENERGIES, LLC**

By: _____
Name: William Jayson Waller
Title: Manager

By: _____
Name: Kevin Klink
Title: Manager

[SIGNATURE PAGE – POWER HOME SOLAR LLC FILING CONSENT]

4864-6408-5302, v. 2