# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No. 22-50228** |
| **POWER HOME SOLAR, LLC** ) | |
| ) | **Chapter 11** |
| **Debtor.** ) | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned counsel hereby enters an appearance on behalf of Guru Cultivation LLC and, pursuant to 11 U.S.C. § 342 and Federal Rules of Bankruptcy Procedure 2002, 3017(a) and 9010, requests that he be added to the mailing list maintained by the Clerk in the above-referenced case so that all notices in this case or any proceeding herein be given to and served upon the undersigned counsel at the address set forth below. Please take further notice that the submission of this Notice and request constitutes only an appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court in this case, including without limitation the jurisdiction of the Court to adjudicate non-core matters or the waiver of right to jury trial, all of which Guru Cultivation LLC reserves without prejudice.

**DATED**: October 10, 2022.    **HENDREN, REDWINE & MALONE, PLLC**

s/ Benjamin E.F.B. Waller
Jason L. Hendren
NC State Bar No.: 26869
Rebecca F. Redwine
NC State Bar No.: 37012
Benjamin E.F.B. Waller
NC State Bar No.: 27680
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
*Attorneys for Guru Cultivation LLC*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day, he served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage paid envelope, addressed as follows:

Shelley Abel *(via CM/ECF)*
*Office of the Bankruptcy Administrator*

Joseph W. Grier, III *(via CM/ECF)*
*Attorney for Debtor*

Jimmy E. Summerlin, Jr. *(via CM/ECF)*
*Chapter 7 Trustee*

This the 10th day of October, 2022.

**HENDREN, REDWINE & MALONE, PLLC**

s/ Benjamin E.F.B. Waller
Jason L. Hendren
NC State Bar No.: 26869
Rebecca F. Redwine
NC State Bar No.: 37012
Benjamin E.F.B. Waller
NC State Bar No.: 27680
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
*Attorneys for Guru Cultivation LLC*