**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| POWER HOME SOLAR, LLC, | ) | 22-50228 |
| d/b/a PINK ENERGY | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Zachary N. Layne of the law firm of HANNAH SHERIDAN & COCHRAN, LLP, does herewith give notice of his appearance in the above-styled matter as attorney for American Builders & Contractors Supply Co., Inc. dba ABC Supply Co., Inc., please mail all Notices and other documents required to be served upon creditor to the undersigned at the following address:

> **Zachary N. Layne, State Bar No. 54894**
> **Hannah Sheridan & Cochran, LLP, Attorneys at Law**
> **5400 Glenwood Ave., Ste. 330**
> **Raleigh, NC 27612**
> **Telephone: (919) 859-6840**
> **Facsimile: (919) 859-6843**
> **Email: zlayne@hscattorneys.com**

This the 11TH day of October, 2022.

　　　　　　　　　　　　　　　　　　_/s/ Zachary N. Layne_
　　　　　　　　　　　　　　　　　　Zachary N. Layne, State Bar No.: 54894
　　　　　　　　　　　　　　　　　　HANNAH SHERIDAN & COCHRAN, LLP
　　　　　　　　　　　　　　　　　　5400 Glenwood Ave., Ste. 330
　　　　　　　　　　　　　　　　　　Raleigh, NC 27612
　　　　　　　　　　　　　　　　　　Email: zlayne@hscattorneys.com
　　　　　　　　　　　　　　　　　　Telephone (919) 859-6840
　　　　　　　　　　　　　　　　　　Facsimile (919) 859-6843

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **Notice of Appearance** via first class mail to:

Joseph W. Grier, III
Grier Wright Martiez, P.A.
521 E. Morehead Street, Suite 440
Charlotte, NC  28202
*Bankruptcy Attorneys for Power Home*
*Solar, LLC, d/b/a Pink Energy*

This the 11th day of October, 2022.

_____*/s/ Zachary N. Layne*_____
Zachary N. Layne, State Bar No.: 54894
HANNAH SHERIDAN & COCHRAN, LLP
5400 Glenwood Ave., Ste. 330
Raleigh, NC 27612
Email:  zlayne@hscattorneys.com
Telephone (919) 859-6840
Facsimile (919) 859-6843