FILED & JUDGMENT ENTERED
Steven T. Salata

October 11 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **POWER HOME SOLAR, LLC**, ) | Chapter 7 |
| ) | Case No. 22-50228 |
| Debtor. ) | |
| _____ ) | |

## ORDER REASSIGNING CASE AND CHANGING DIVISIONAL VENUE

**THIS MATTER** is before the court on a review of its docket. This case is currently assigned to the Honorable Laura T. Beyer. Due to a conflict, Judge Beyer is **RECUSED**, and this case is hereby **REASSIGNED** to the Honorable J. Craig Whitley. In addition, since Judge Whitley does not regularly hold hearings in the Statesville Division, this case is hereby **TRANSFERRED TO THE CHARLOTTE DIVISION**.

**SO ORDERED**.

This Order has been signed
electronically. The Judge's
signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court