**Fill in this information to identify the case:**

Debtor name: **Power Home Solar, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known): **22-50228**

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*  **G Executory Contracts and Unexpired Leas**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 3, 2022**     X **/s/ William Jayson Waller**
Signature of individual signing on behalf of debtor

**William Jayson Waller**
Printed name

**CEO**
Position or relationship to debtor

**Local Form 19**  September 2021

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:  POWER HOME SOLAR, LLC  )
       Dba Pink Energy  )  Case No.: 22-50228
        )  Chapter:  7
        )
        )
      Debtor(s)  )
_____)

### COVER SHEET FOR AMENDED SCHEDULES AND STATEMENTS

Briefly describe the amendments to the Debtor's schedules and statements below, including the names of the schedules and/or statements being amended and any creditors added or removed.

Amended Executory Contract Schedule G

Added   Schedule A/B
          Statement of Financial Affairs
          Form 202 Declaration
          Attorney Fee Disclosure
          Form 206 Summary of Schedules

<u>Note</u>: A filing fee may be required.


Date: 11/3/2022


<u>/s/ Joseph W. Grier, III_____</u>      _____
Attorney for Debtor(s) (or Debtor, if Pro Se)      Pro Se Joint Debtor (if applicable)


<u>Joseph W. Grier, III____</u>      _____
Print Name(s)      Address

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Power Home Solar, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **22-50228** |

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest  **Real Property Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **1020 APR LLC** <br> **1704 Millard St** <br> **BETHLEHEM, PA 18017** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest  **Real Property Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **2701 Holloway Road, LLC** <br> **303 Middletown Park Place, Ste E** <br> **LOUISVILLE, KY 04043** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest  **Real Property Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **349 Mall Boulevard, LLC** <br> **543 FORT MCALLISTER RD** <br> **RICHMOND HILL, GA 31324** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest  **Real Property Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **4374 WS Real Estate, LLC.** <br> **605 ABBYWOOD DR** <br> **ROSWELL, GA 30075** |

| Debtor 1 | **Power Home Solar, LLC** | | Case number *(if known)* | **22-50228** |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Real Property Lease** | **951 Marcon Blvd LP**<br>**3764 Mauch Chunk Rd**<br>**ALLENTOW, PA 18104** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **25 Closed End Motor Vehicle Leases with Rick Hendrick City Chevrolet for Chev. Bolt EV automobiles**<br>**21 Months** | **ACAR Leasing LTD.**<br>**c/o Caren D. Enloe**<br>**Smith Debnam Narran Drake Saintsing & My**<br>**PO Box 17394**<br>**Raleigh, NC 27619-6010** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **25 Closed End Motor Vehicle Leases with Rick Hendrick City Chevrolet for Chev. TRAX and Chev. Equinox automobiles**<br>**22 Months** | **ACAR Leasing LTD.**<br>**c/o Caren D. Enloe**<br>**Smith Debnam Narran Drake Saintsing & My**<br>**PO Box 17394**<br>**Raleigh, NC 27619-6010** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Vehicle Lease** | **Ally Financial**<br>**PO Box 9001951**<br>**Louisville, KY 40290-1951** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Real Property Lease** | **American National Insurance Company**<br>**Attn:  Mortgage and RE Investment Dept**<br>**2525 South Shore Blvd, Suite 207**<br>**LEAGUE CITY, TX 77573** |

Debtor 1  **Power Home Solar, LLC**       Case number (*if known*) **22-50228**
          First Name   Middle Name   Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Avery Brothers LLC**<br>**9021 Barretta Lane**<br>**CHESTER, VA 23838** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Bear & Bear Associates, LP**<br>**6811 SHAWNEE MISSION PARKWAY**<br>**OVERLAND PARK, KS 66202** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Bonnymeads (Union Deposit Corp)**<br>**750 East Park Dr**<br>**HARRISBURG, PA 17111** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Firm retained to pursue Employee Retention Credit Tax Refund** |
| State the term remaining | |
| List the contract number of any government contract | **BottomLine Concepts**<br>**1407 Broadway**<br>**40th Floor**<br>**New York, NY 10018** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Boyle Investment Company**<br>**Virginia Rowland, 5865 Ridgeway Ctr Pky**<br>**Suite 300**<br>**MEMPHIS, TN 38120** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| State the term remaining | |
| | **Buhl Insurance Agency, Inc**<br>**4204 East Ewalt Road**<br>**GIBSONIA, PA 15044** |

| Debtor 1 | **Power Home Solar, LLC** | | Case number (*if known*) | **22-50228** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    List the contract number of any government contract    _____

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Caesh Properties**<br>**423 SOUTH 2ND**<br>**ST CHARLES, IL 60174** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Carmel View Investment Advisors LLC**<br>**7804 Fairview Rd, #123**<br>**CHARLOTTE, NC 28226** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Chapman & Cole, Inc.**<br>**PO Box 42262**<br>**HOUSTON, TX 02262** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Cure Holdings III, LLC**<br>**2733 E. BATTLEFIELD**<br>**SPRINGFIELD, MO 65804** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Denic Corp**<br>**7735 MARSH RD**<br>**INDIANAPOLIS, IN 46278** |
| | List the contract number of any government contract | | |

| Debtor 1 | Power Home Solar, LLC | | Case number (*if known*) | 22-50228 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of fleet vehicles**<br><br><br>**Enterprise**<br>**PO Box 800089**<br>**Kansas City, MO 64180-0089** |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Real Property Lease**<br><br><br>**Eric L Smith**<br>**678 Ekastown Rd**<br>**SARVER, PA 16055** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Real Property Lease**<br><br><br>**Fayetteville Warehouse Storage**<br>**PO Box 64076**<br>**FAYETTEVILLE, NC 28306** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Real Property Lease**<br><br><br>**G.A. Fleming Real Estate, LLC.**<br>**50E 1000N**<br>**DECATUR, IN 46733** |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Real Property Lease**<br><br><br>**GKI Infill Cincinnati, LLC**<br>**H. Meyers, c/o Investcorp Int'l Rlty**<br>**280 Park Avenue, 36th Floor**<br>**NEW YORK, NY 10017** |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | **Real Property Lease**<br><br><br>**Greenwich Centre Investors**<br>**c/o Robinson Development Group**<br>**150 West Main St, Suite 1100**<br>**NORFOLK, VA 23225** |

| | | |
|---|---|---|
| Debtor 1 | **Power Home Solar, LLC**<br>First Name   Middle Name   Last Name | Case number (*if known*) **22-50228** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract   _____

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Hartford Fire Insurance Company**<br>**One Hartford Plaza - NP-2**<br>**HARTFORD, CT 06155** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Henson MO Properties**<br>**4250 NE SUN COURT**<br>**LEE'S SUMMIT, MO 64064** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ideal Property Investments**<br>**PO Box 3226**<br>**EVERETT, WA 98213** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Irwinton 1677, LLC**<br>**640 NE 32nd Street**<br>**BOCA RATON, FL 33431** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MCLIP Properties**<br>**3330 Hollins Rd, Ste A**<br>**ROANOKE, VA 24012** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Power Home Solar, LLC** | | Case number (*if known*) | **22-50228** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **Medi Center LLC** |
| | List the contract number of any government contract | | **13966 W HILLSBOROUTH AVE**<br>**TAMPA, FL 33635** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **MG Harmony Farms** |
| | List the contract number of any government contract | | **202 West Berry St, Ste 500**<br>**FORT WAYNE, IN 46802** |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **Midland 6327, LLC** |
| | List the contract number of any government contract | | **132 CITIZENS BLVD**<br>**SIMPSONVILLE, KY 40067** |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of fleet vehicles** | |
| | State the term remaining | | **Mike Albert Leasing** |
| | List the contract number of any government contract | | **10340 Evendale Dr.**<br>**Cincinnati, OH 45241** |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **MJ Randall Building, LLC** |
| | List the contract number of any government contract | | **PO BOX 73**<br>**COOPERSVILLE, MI 49404** |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **GPS software to track company vehicles** | |
| | State the term remaining | | **My Geotab**<br>**jaredc@autoaction.tech** |

| Debtor 1 | **Power Home Solar, LLC** | | Case number (*if known*) | **22-50228** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract  _____

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Nash Holdings LLC**<br>**207 HUGHES LANE**<br>**ST CHARLES, MO 63301** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Bookkeeping software** | |
|---|---|---|---|
| | State the term remaining | | **Netsuite**<br>**rolando.baballo@netsuite.com** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Nick Saliba**<br>**9022 Linksvue Dr**<br>**KNOXVILLE, TN 37922** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Normandy Place LLC**<br>**C/O KELLEY COMMERCIAL PARTNERS**<br>**LITTLE ROCK, AR 72201** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Oakstar Properties LLC**<br>**8319-201 Six Forks Rd**<br>**RALEIGH, NC 27615** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Power Home Solar, LLC** | | Case number (*if known*) | **22-50228** |
|---|---|---|---|---|
| | First Name  Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll software provider** | |
| | State the term remaining | | **Paycom**<br>**jamie.besabe@paycomonline.com** |
| | List the contract number of any government contract | | |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **Pine Grove Inc**<br>**1685 H Street, Unit 205**<br>**BLAINE, WA 98230** |
| | List the contract number of any government contract | | |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **Pine Grove Inc**<br>**1685 H Street, Unit 205**<br>**BLAINE, WA 98230** |
| | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement 3 Bobcat and Bobcat trenchers and 3 Rambo Post Pounders** | |
| | State the term remaining | | **Pro Leasing Services, LLC**<br>**c/o Cole Hayes, Esq.**<br>**601 S. Kings Dr. Suite F-PMB #411**<br>**Charlotte, NC 28204** |
| | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **Profectus Partners**<br>**2900 Charlevoix Dr SE, Ste 360**<br>**GRAND RAPIDS, MI 49546** |
| | List the contract number of any government contract | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **Psychus Properties LLC**<br>**30035 Commerce Blvd**<br>**CHESTERFIELD TWP, MI 48051** |

| Debtor 1 | **Power Home Solar, LLC** | | Case number (*if known*) | **22-50228** |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| | List the contract number of any government contract | |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Endorsement agreement between Aidan Hutchinson and Power Home Solar LLC** | |
| | State the term remaining | | **Radegen**<br>**dkim@radegen.com** |
| | List the contract number of any government contract | | |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **Regus**<br>**2000 E Lamar Blvd, Suite 600 #616**<br>**ARLINGTON, TX 76006** |
| | List the contract number of any government contract | | |
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **RNL Properties, LTD**<br>**10065 Louisville Street NE**<br>**LOUISVILLE, OH 44641** |
| | List the contract number of any government contract | | |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **RS & VDG Enterprises LLC**<br>**4748 BLUE GRASS DR SE**<br>**GRAND RAPIDS, MI 49546** |
| | List the contract number of any government contract | | |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Provides online software and data management for customers, sales, status, payments and the like** | |
| | State the term remaining | | **Salesforce - software and service**<br>**izimmerman@salesforce.com** |
| | List the contract number of any government contract | | |

Case 22-50228 Doc 105 Filed 11/03/22 Entered 11/03/22 14:58:18 Desc Main Document Page 13 of 15

| Debtor 1 | **Power Home Solar, LLC** | | Case number (*if known*) | **22-50228** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.54. State what the contract or lease is for and the nature of the debtor's interest

**Real Property Lease**

State the term remaining

List the contract number of any government contract

**SHC Services, Inc.**
**6955 UNION PARK CENTER #400**
**COTTONWOOD HTS, UT 84047**

2.55. State what the contract or lease is for and the nature of the debtor's interest

**Real Property Lease**

State the term remaining

List the contract number of any government contract

**Simpson Investments, LP**
**3029 Wilshire**
**SPRINGFIELD, MO 65804**

2.56. State what the contract or lease is for and the nature of the debtor's interest

**Real Property Lease**

State the term remaining

List the contract number of any government contract

**Spirit Realty**
**2727 N. HARWOOD ST. SUITE 300**
**DALLAS, TX 75201**

2.57. State what the contract or lease is for and the nature of the debtor's interest

**Real Property Lease**

State the term remaining

List the contract number of any government contract

**Stahlgebaude LTD**
**PO Box 117**
**KINGSBURY, TX 78638**

2.58. State what the contract or lease is for and the nature of the debtor's interest

**Real Property Lease**

State the term remaining

List the contract number of any government contract

**Starling Holdings, LLC**
**6377 Morenci Trail**
**INDIANAPOLIS, IN 46268**

2.59. State what the contract or lease is for and the nature of the debtor's interest

**Real Property Lease**

State the term remaining

**Stewart Plaza, LLC**
**1217 Stewart Plaza, PO Box 970**
**DUNBAR, WV 25064-0970**

| Debtor 1 | **Power Home Solar, LLC** | | | Case number (*if known*) | **22-50228** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Leasor of fleet of vehicles** |
| | State the term remaining | |
| | List the contract number of any government contract | **Sutton Leasing**<br>**3555 E. 14 Mile Rd.**<br>**Sterling Heights, MI 48310** |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Timberlock, Inc.**<br>**2203 Timberloch Place, Ste 112**<br>**THE WOODLANDS, TX 77380** |
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Troy 500 Stephenson Investors, LLC**<br>**320 Martin St, St 200**<br>**BIRMINGHAM, MI 48009** |
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Leases - 35 Copy Machines, 2 Track Loaders, 11 Forklifts** |
| | State the term remaining | |
| | List the contract number of any government contract | **Wells Fargo Vendor Financial Services**<br>**Attn:  Jason Harkness**<br>**1010 Thomas Edison Blvd. SW**<br>**Cedar Rapids, IA 52404** |
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **White Park LLC**<br>**805 Trade St., Suite 102**<br>**CONCORD, NC 28027** |

| Debtor 1 | **Power Home Solar, LLC** | | | Case number *(if known)* | **22-50228** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **WJ Bako**<br>**704 MACY DR**<br>**ROSWELL, GA 30076** |
| | List the contract number of any government contract | | |