8268 Ferrell Place
Harrisburg, NC
November 9, 2022

FILED
U.S. Bankruptcy Court, NCW

NOV 1 4 2022

Steven T. Salata, Clerk
Charlotte Division

Mr. Josh Stein
North Carolina Attorney General
9001 Mail Service Center
Raleigh, NC  27699-9001

Re: Power Home Solar/Pink Energy

Dear Mr. Stein:

My wife and I contracted with Power Home Solar LLC in January 2018 for a solar system consisting of 11 panels to be installed at our home. The salesman who met with us to provide details and complete the transaction focused his presentation on how much money we would save based on our actual electrical usage and the Federal tax credit of $4770 that we would receive. Our system was installed and completed in January 2018 and included a financial arrangement with Mosaic to cover the system cost of $15,901 which is currently a lien against our home. It was our understanding Mosaic was directly affiliated with Powe Home Solar. Note: No tax credit was actually appliable to us so the $4770 which was presented as a savings was a misrepresentation.

Sometime following the installation, Power Home Solar became Pink Energy.

Several months ago, we checked the "Solar Edge" app that had been provided to us to see how our system was performing. At that time, it was noted no production was showing since April 25th based on the app. We called Power Home Solar, and we were told the app was no longer functional but that our system was operating well. Months later, we called Power Home Solar again as our power bills from Duke Energy did not reflect any solar production. We were again told our system was working.

August 17, 2022 – after monitoring further, we called Pink Energy and spoke with "Kevin". We were told there were errors noted on our system on June 26th. We were informed if the errors could not be resolved remotely, a service team would be sent to our home. We were connected to a "Tech Support" team who confirmed there was an error and that our inverter (manufactured or provided by Solar Edge) had failed and must be replaced but that the inverter was UNDER WARRANTY. The representative indicated the Solar Edge division had closed early that particular day but that he had started the process for repair as he had made up a work order for inverter replacement. We were informed when they had verified the part was in stock, they could schedule installation. They promised to contact us via email with updates.

August 22, 2022 – We called Pink Energy and another individual ("Keisha") indicated she would email Kevin who we had talked with on August 17th. She stated it could take several weeks for the part to be shipped in, perhaps even longer.

August 25, 2022 – Kevin Urasky emailed us about the inverter part, stating "SolarEdge has processed the RMA and has started the shipping process. Once this is shipped, I will update you with the information."

September 8, 2022 – A crew came to our home to "double check" on the problem. We were unavailable as Robert was having a surgical procedure, but we were told they could perform the inspection without our being home.

September 9, 2022 – We called Pink Energy for a status report. We were informed the inverter was indeed "bad", a replacement had been ordered but come take some time to get in hand.

This is the last communication we had with Pink Energy. It is our understanding Pink Energy has since closed and filed Chapter 7 Bankruptcy, and we have received written notification to that effect (case #22-50228).

Currently, our system is not functional, we still have debt to Mosaic (a balance of $14,210.84 as of this date), and it appears we may have lost any warranty that was to have been provided on the solar system.

Various documents are enclosed for your reference.

What recourse do we have against any of the parties involved? Hopefully we have some recourse against Pink Energy, Solar Edge, or Mosaic or any other providers to this contract. And why should we be required to continue to pay for a system that doesn't work but still creates a lien against our property? Thank you in advance for help in resolving this matter.

Sincerely,

Robert F. MacLeod

Janice H. MacLeod

cc:   United States Bankruptcy Court
      Western District of North Carolina
      401 West Trade Street
      Charlotte, NC  28202
      Case #22-50228