**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

IN RE:                                              )
                                                    )
Power Home Solar, LLC,                              )        Case No.: 22-50228
                                                    )        Chapter 7
                                                    )
                                                    )
                              Debtor(s)             )
_____)

## COVER SHEET FOR AMENDED SCHEDULES AND STATEMENTS

Briefly describe the amendments to the Debtor's schedules and statements below, including the names of the schedules and/or statements being amended and any creditors added or removed.


**Schedule A/B** was amended to (1) substitute an amended "Exhibit 206A/B – 61. – Domain Names" to correct the list of domain names owned by the Debtor or Debtor's subsidiary Pink Energy, LLC and (2) to add a claim due from Generac Power Systems, Inc. in Line Item 77.

**Schedule F** was amended to add pre-petition loans from William Jayson Waller, Kevin Klink and Renewable Clean Energies, LLC (these creditors were also listed in the original Schedules and received notice of the bankruptcy case).


Date: November 30, 2022


*/s/ Anna S. Gorman*
_____                          _____
Attorney for Debtor(s) (or Debtor, if Pro Se)          Pro Se Joint Debtor (if applicable)


Anna S. Gorman
_____                          _____
Print Name(s)                                          Address

**Fill in this information to identify the case:**

Debtor name   **Power Home Solar, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **22-50228**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑ Amended *Schedule*   **Schedule A/B and Schedule F**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 30, 2022**   X **/s/ William Jayson Waller**
                                          Signature of individual signing on behalf of debtor

                                          **William Jayson Waller**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Power Home Solar, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **22-50228**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $   **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................   $   **3,990,237.09**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................   $   **3,990,237.09**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **80,585,034.87**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $   **4,865,030.68**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$   **57,414,402.36**

4. **Total liabilities** ..............................................................................................................................
   Lines 2 + 3a + 3b

   $   **142,864,467.91**

**Fill in this information to identify the case:**

Debtor name   **Power Home Solar, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **22-50228**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase Bank, N.A.** | **Checking** | **0811** | **$125,202.29** |
| 3.2. | **JP Morgan Chase Bank, N.A.** | **Savings** | **2906** | **$10,130.93** |

4.   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Funds in Grier Wright Martinez, PA Trust Account (To be transferred to the Chapter 7 Trustee)** | **$50,000.00** |

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $185,333.22 |
|---|

**Part 2:**          **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

Debtor    **Power Home Solar, LLC**                    Case number *(If known)* **22-50228**
_____Name_____

| 7.1. | **See Exhibit 206A/B - 7. - Security Deposits on Real Property Leases** | **$362,634.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Prepaid Insurance Premiums - Auto, Workers Comp, Excess Liability General Liability Property, Exec Risk, Errors and Omissions, Cyber Liability, Professional Liability** | **Unknown** |

9.  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                    | **$362,634.00** |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | **928,739.65** <br> face amount | - | **928,739.65** <br> doubtful or uncollectible accounts | = …. | **Unknown** |
| 11a. 90 days old or less: | **132,600.99** <br> face amount | - | **0.00** <br> doubtful or uncollectible accounts | = …. | **$132,600.99** |
| 11a. 90 days old or less: | **0.00** <br> face amount | - | **0.00** <br> doubtful or uncollectible accounts | = …. | **Unknown** |
| 11b. Over 90 days old: | **4,256,410.56** <br> face amount | - | **4,256,410.56** <br> doubtful or uncollectible accounts | =…. | **Unknown** |

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    | **$132,600.99** |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| 14.  **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| 15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Debtor  **Power Home Solar, LLC**                                    Case number *(If known)* **22-50228**
_____Name_____

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | **Pink Energy, LLC a Delaware limited liability company.  No material economic substance.** | **100%** | % | **$0.00** |
| 15.2. | **True Underdog, LLC, a Delaware limited liability company.  William Jayson Waller produced a podcast using this entity.  No material economic substance.** | **100%** | % | **$0.00** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**                                                                        **$0.00**

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** **Solar Panel Contracts with retail consumers  - See Exhibit 206A/B - 20. - Work in progress - Contracts sold but installation incomplete** | | **Unknown** | | **Unknown** |
| **Solar Panel Contracts with retail consumers - See Exhibit 206A/B - 20. - Last Projects Started** | | **Unknown** | | **Unknown** |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **See Exhibit 206A/B - 22. - Other Inventory and Supplies** **The SILFAB Residential Panels listed on the Exhibit were delivered on or about 9/27/2022** | | **Unknown** | **Recent cost** | **$3,309,668.88** |

23. **Total of Part 5.**                                                                **$3,309,668.88**

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

Debtor    **Power Home Solar, LLC**                                    Case number *(If known)* **22-50228**
_____
Name

■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value          227,635.20    Valuation method    **Recent Cost**    Current Value          0.00

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**See Exhibit 206A/B - 39. - Office Furniture** | **$0.00** | | **Unknown** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See Exhibit 206A/B - 41. - Computers and other equipment** | **$0.00** | | **Unknown** |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                    **$0.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor **Power Home Solar, LLC**                                     Case number *(If known)* **22-50228**
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See Exhibit 206A/B - 47. - Vehicles owned by debtor** | **Unknown** | | **Unknown** |
| 47.2. **See Exhibit 206A/B - 47. - Vehicles Leased by Debtor from Sutton Leasing** | **Unknown** | | **Unknown** |
| 47.3. **See Exhibit 206A/B - 47. - Vehicles leased by Debtor from Mike Albert Fleet** | **Unknown** | | **Unknown** |
| 47.4. **See Exhibit 206A/B - 47. - Vehicles leased by Debtor from Enterprise Fleet** | **Unknown** | | **Unknown** |
| 47.5. **See Exhibit 206A/B - 47. - Vehicles Leased by Debtor from Alliance** | **Unknown** | | **Unknown** |
| 47.6. **Vehicles Leased by Debtor from Bancorp Bank, N.A. Six 2021 Ram Promaster Vans** | **Unknown** | | **Unknown** |
| 47.7. **Vehicles Leased by Debtor from Ally Financial C/O AIS Portfolio Services 817-277-2011 2017 Chevrolet Express - VIN 1GCWGBFF2H1232019 2016 Isuzu NPR-HD-4000 VIN 54DC4J1BGS8088116 2016 Isuzu NPR-HD-4000 54DC4J1B2GS807878** | **Unknown** | | **Unknown** |
| 47.8. **See Exhibit 206A/B - 47. - Trailers owned by Debtor** | **Unknown** | | **Unknown** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**                                                            **$0.00**

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Debtor    **Power Home Solar, LLC**                                          Case number *(If known)* **22-50228**
_____
Name

■ No
☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Real Propety Leases - See Executory Contract Schedule G for list of real estate lease locations** | | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**                                                                                    **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets See List of Trademarks at Exhibit 206A/B - 60. - Trademarks and  Exhibit 206 A /B - 60. - Trademarks of Wholly Owned Subsidiaries** | **Unknown** | | **Unknown** |
| 61.    **Internet domain names and websites See List of Domain Names at Exhibit: Amended 206A/B - 61. - Domain Names** | **Unknown** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |

| Debtor | **Power Home Solar, LLC** | Case number *(If known)* **22-50228** |
|---|---|---|
| | Name | |

**63.**    **Customer lists, mailing lists, or other compilations**
**Customer list: recent leads/opportunities identified over the past 90 days of the Debtor's operations of individuals who expressed interest in buying solar panels**      **Unknown**      **Unknown**

**64.**    **Other intangibles, or intellectual property**

**65.**    **Goodwill**

**66.**    **Total of Part 10.**      **$0.00**

Add lines 60 through 65. Copy the total to line 89.

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☒ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Potential Employee Retention Credit Pursuant to Section 2301 of the Coronavirus Aid Reliev and CARES Act**    Tax year **2021** | **Unknown** |
| **73.** | **Interests in insurance policies or annuities**<br>**D&O Insurance Policy Issued by Federal Ins. Co. to Renewable Clean Energies, LLC** | **Unknown** |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**See Exhibit 206A/B - 74. - Causes of action vs. third parties** | **$0.00** |
| | Nature of claim | |
| | Amount requested    **$0.00** | |

Debtor    **Power Home Solar, LLC**                                    Case number *(If known)*  **22-50228**
_____
Name

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Potential Product Liability claim related to Generac SnapR5 failures** | |
| | **Insurance Broker: Lockton Co.** | |
| | **Carolina Stires, ARM, AIDA** | |
| | **704-556-4141** | **Unknown** |

| Nature of claim | **Potential Product Liability Claim** |
|---|---|
| Amount requested | **$0.00** |

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Amounts due from Generac Power Systems, Inc. ("Generac") pursuant to Generac's commitment to reimburse the Debtor for service work performed on solar panel systems to replace defective parts supplied by Generac and for rebates advanced by Debtor to its customers affected by defective solar system parts supplied by Generac. Debtor's estimate of the amounts due from Generac pursuant to this committment is $51,000,000.** | **Unknown** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Power Home Solar, LLC** | Case number *(If known)* **22-50228** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $185,333.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $362,634.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $132,600.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,309,668.88 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,990,237.09 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92    $3,990,237.09

**Exhibit 206A/B - 7. - SECURITY DEPOSITS ON REAL PROPERTY LEASES**

| Name of Landlord | Property Address | Contact | Security Deposit |
|---|---|---|---|
| 1020 APR LLC | 1020 Airport Rd (aka, 1027 Irving St, Allentown PA 18109 | 1020 APR LLC | $ 21,526 |
| 1677 Irwinton (Michael Weir) | 1677 Irwinton Road, Milledgeville, GA 31061 | Irwinton 1677, LLC | $ 4,200 |
| Caesh Properties | 505 S Tyler Rd, St Charles, IL 60174 | Caesh Properties, LLC | $ 6,500 |
| Cure Holdings III, LLC - NEW | 140-152 York Dr, Marshfield, MO 65705 | Cure Holdings III, LLC | $ 4,000 |
| Denic Corp | 4496 Saguaro Trail, Indianapolis, INC 46268 | Denic Corporation | $ 5,000 |
| Eric L Smith - Rent Expense | 726 Ekastown Rd, Suite A, Sarver, PA 16055 | Eric L Smith | $ 4,500 |
| Henson MO Properties | 4251 NE Port Drive, Lee's Summit, MO | Henson Missouri Properties LLC | $ 19,500 |
| Marwan Saliba | 860 Lakemont Dr Louisville, TN 3777 | Nick Saliba | $ 12,924 |
| New Branch Real Estate (White Park) - 260 - NEW | 260 International Drive, Concord, NC 28027 | New Branch Real Estate LLC | $ 4,838 |
| Porter realty (Avery Brothers LLC) | 13536 Charlotte, Ct, Chester, VA  23836 | Avery Brothers LLC | $ 6,000 |
| Psychus Properties LLC | 56308 North Bay Drive, Chesterfield, MI 48051 | Psychus Properties, LLC | $ 12,500 |
| RNL Properties, LTD  - NEW | 5021 Lousiville Street NE, Lousiville, OH  44641 | RNL Properties, LTS | $ 2,250 |
| Stahlgebaude LTD - NEW | 2900 Huber Rd., Seguin, TX 78155 | Stahlgebaude LTD | $ 14,500 |
| WJ Bako | 5230 Shiloh Rd, Alpharetta, GA 30076 | WJ Bako | $ 4,700 |
| 349 Mall Boulevard LLC | 349 Mall Boulevard, Suite 200, Savannah, GA | 349 Mall Boulevard, LLC | $ 5,378 |
| 951 Macron Blvd. LP | 951 Marcon Blvd, Suite #1. Allentown, PA 18109 | SVN Imperial Realty | $ 3,250 |
| American National Insurance Company - 240 - NEW | 5747 Perimeter Dr., Dublin, OH 43017 | Kevin Sweet | $ 4,000 |
| Bear & Bear Associates, LP. | Mission Parkway Suite 104, Overland Park, KS 66202 | Bear & Bear Associates, LP | $ 5,630 |
| Boyle Investment Company dbaridgeway Ridgeway Business Cente | 5865 Ridgeway Center Parkway, Suite 300 #347, Memphis, TN  38120 | Boyle Investment Company | $ 1,100 |
| Buhl Insurance Agency - Sublease | 100 Alleghemy Dr, Suite 203, Warrendale, PA  15086 | Buhl Insurance Agency | $ 2,500 |
| Hartford Fire Insurance Company (SPACE A) - NEW | University East Office Park, 8711 University East Drive, Charlotte, North Carolina 28213 SPACE A | Southart Properties, Inc. | $ 148,854 |
| LDC Hub Limited LLC (check only) - Rent Exp May | 7700 Hub Parkway, Unit 1, Valley View, OH 44125 | LDC Hub Limited | $ 3,800 |
| Medi Center LLC- New location | 13902 W Hillsborough Ave, Tampa FL 33635 | | $ 8,295 |
| Nash Holdings LLC | 208 and 209 Hughes Lane, St Charles, MO 63301 | Nash Holdings, LLC | $ 4,000 |
| New Branch Real Estate (White Park) - 262 - NEW | 262 International Drive, Concord, NC 28027 | New Branch Real Estate LLC | $ 3,000 |
| New Branch Real Estate (White Park) - 270 - NEW | 270 International Drive, Concord, NC 28027 | New Branch Real Estate LLC | $ 2,750 |
| Normandy Place LLC check | 10201 W Markham Street, Suite 342, Little Rock, AR  72205 | Normandy Place LLC | $ 975 |
| Oakstar Properties LLC | 9208-215 Falls of Neuse Rd, Raleigh NC | | $ 4,715 |
| Park Terrace Properties, LLC. (PTC Management) | 1306 Patton Ave. Suite A Asheville, NC 28806 | Park Terrace Properties, LLC | $ 2,750 |
| RS &VDG Enterprises | 4652 Danvers Dr, SE, Kentwood, MI 49512 | BargainBookStores.com LLC | $ 3,324 |
| SCH Services, Inc DBA Supplemental Health Care - NEW | 11960 Westline Industrial Dr., Suite 201, Maryland Heights, MO 63146 | SHC Services, Inc dba Supplemental Health Care | $ 3,613 |
| Simson Investments, LP - NEW | 1310 East Kingsley Street, Suite D, Springfield MO | Mary Allison Mitchell Exp Commercial LLC | $ 3,032 |
| Troy 500 Stephenson Investors, LLC | 500 Stephenson Rd Ste 2nd Floor, Troy, MI 48084 | Robbins Investments #500 LLC | $ 24,731 |
| Wilkel LLC. | 2109 Landmark Drive, Cayce, SC  29033 | Wilson/Kibler, Inc. | $ 4,000 |
| | | Total: | $ 362,634 |

**Exhibit 206A/B - 11. - ACCOUNTS RECEIVEABLE FROM NON-FINANCED CUSTOMERS**

| Opportunity Name | Adjusted Contract Amount | Install: Install Completed Date | Total Payments Made | Total Rebate Amount | Remaining Payments Total | Less than 90 Days | Greater than 90 Days |
|---|---|---|---|---|---|---|---|
| Catherine Lonas | $ 50,546.25 | 2/3/2021 | $47,046.25 | $0.00 | $3,500.00 | | $3,500.00 |
| Charles Coggins | $ 35,632.80 | 3/25/2021 | $33,132.80 | $0.00 | $2,500.00 | | $2,500.00 |
| James Robertson | $ 58,104.00 | 2/23/2021 | $55,108.00 | $0.00 | $2,996.00 | | $2,996.00 |
| Tarifa, LLC: Interpower Induction | $ 33,100.00 | 3/2/2022 | $0.00 | $0.00 | $33,100.00 | | $33,100.00 |
| Roy Davis | $ 10,980.00 | 6/2/2022 | $5,490.00 | $0.00 | $5,490.00 | | $5,490.00 |
| William Matheson | $ 52,826.40 | 4/20/2021 | $50,601.84 | $0.00 | $2,224.56 | | $2,224.56 |
| Maurice Jones | $ 4,470.00 | 6/28/2022 | $0.00 | $0.00 | $4,470.00 | | $4,470.00 |
| Lester Hoch | $ 52,312.50 | 5/25/2021 | $42,312.50 | $0.00 | $10,000.00 | | $10,000.00 |
| William "Bill" McMurran | $ 86,022.00 | 3/17/2021 | $25,806.60 | $0.00 | $60,215.40 | | $60,215.40 |
| Randy Gibson | $ 54,324.00 | 2/23/2021 | $16,297.20 | $0.00 | $38,026.80 | | $38,026.80 |
| David Mckee | $ 43,996.00 | 2/25/2021 | $42,112.00 | $0.00 | $1,884.00 | | $1,884.00 |
| Rita Weadon | $ 49,744.80 | 6/10/2021 | $47,608.68 | $0.00 | $2,136.12 | | $2,136.12 |
| Michael Yotive | $ 2,220.00 | 8/19/2021 | $0.00 | $0.00 | $2,220.00 | | $2,220.00 |
| Heinz Averbeck | $ 60,227.55 | 5/10/2021 | $56,359.55 | $0.00 | $3,868.00 | | $3,868.00 |
| Gerome Foucha | $ 55,891.20 | 5/3/2021 | $52,839.20 | $0.00 | $3,052.00 | | $3,052.00 |
| Kyle Quillen | $ 78,715.80 | 4/20/2021 | $23,614.74 | $0.00 | $55,101.06 | | $55,101.06 |
| james winterbottom | $ 51,166.08 | 4/23/2021 | $48,970.08 | $0.00 | $2,196.00 | | $2,196.00 |
| William Rombilus | $ 89,946.00 | 5/11/2021 | $85,082.00 | $0.00 | $4,864.00 | | $4,864.00 |
| Scott DeHaven | $ 37,252.80 | 5/21/2021 | $34,700.80 | $0.00 | $2,552.00 | | $2,552.00 |
| mike johnson | $ 70,509.60 | 4/3/2021 | $66,149.60 | $0.00 | $4,360.00 | | $4,360.00 |
| KURT BEYREIS | $ 71,172.00 | 4/21/2021 | $67,112.00 | $0.00 | $4,060.00 | | $4,060.00 |
| Ruth Smith | $ 61,488.00 | 4/8/2021 | $56,720.00 | $0.00 | $4,768.00 | | $4,768.00 |
| Jon Mix | $ 34,579.80 | 4/9/2021 | $32,671.80 | $0.00 | $1,908.00 | | $1,908.00 |
| Harry Gregory | $ 59,365.12 | 7/29/2021 | $53,153.60 | $0.00 | $6,211.52 | | $6,211.52 |
| Carolyn Frederick | $ 58,874.40 | 4/26/2021 | $55,110.40 | $0.00 | $3,764.00 | | $3,764.00 |
| Larry Yerk | $ 69,687.00 | 5/18/2021 | $65,363.00 | $0.00 | $4,324.00 | | $4,324.00 |
| Robert Eames | $ 45,108.00 | 4/29/2021 | $41,960.00 | $0.00 | $3,148.00 | | $3,148.00 |
| Erin Kushner | $ 34,804.80 | 4/17/2021 | $32,670.96 | $0.00 | $2,133.84 | | $2,133.84 |
| Ben Redmond | $ 81,594.00 | 4/29/2021 | $76,090.00 | $0.00 | $5,504.00 | | $5,504.00 |
| Chester Blevins | $ 50,188.32 | 4/2/2021 | $48,040.32 | $0.00 | $2,148.00 | | $2,148.00 |
| Jessie Davis | $ 1,575.00 | 8/11/2021 | $787.50 | $0.00 | $787.50 | | $787.50 |
| Sharon Thompson | $ 34,220.00 | 6/26/2021 | $0.00 | $0.00 | $34,220.00 | | $34,220.00 |
| Harry Walder | $ 67,843.80 | 4/13/2021 | $63,679.80 | $0.00 | $4,164.00 | | $4,164.00 |
| Steve Dupee | $ 4,050.00 | 9/2/2021 | $3,435.20 | $0.00 | $614.80 | | $614.80 |
| Bernard Varney | $ 2,200.00 | 7/30/2021 | $1,700.00 | $0.00 | $500.00 | | $500.00 |
| City of Harrison - Water Tower | $ 302,000.00 | 6/29/2021 | $0.00 | $0.00 | $302,000.00 | | $302,000.00 |
| Shirley Rill | $ 37,728.00 | 5/22/2021 | $11,318.40 | $2,088.00 | $24,321.60 | | $24,321.60 |
| Simi Raman | $ 74,898.00 | 6/27/2021 | $69,957.00 | $4,216.00 | $725.00 | | $725.00 |
| Timothy Hays | $ 45,078.75 | 5/27/2021 | $13,529.08 | $3,496.00 | $28,053.67 | | $28,053.67 |
| Jacob Cole | $ 3,700.00 | 5/19/2022 | $1,850.00 | $0.00 | $1,850.00 | | $1,850.00 |
| Pamela Edwards | $ 4,425.00 | 6/29/2022 | $2,213.00 | $0.00 | $2,212.00 | | $2,212.00 |
| James C. Manore | $ 54,670.00 | 5/19/2021 | $16,401.00 | $4,112.00 | $34,157.00 | | $34,157.00 |
| Glen hall | $ 72,509.60 | 6/26/2021 | $21,153.00 | $0.00 | $51,356.60 | | $51,356.60 |
| James Balloue | $ 65,840.40 | 7/18/2021 | $46,162.46 | $4,633.61 | $15,044.33 | | $15,044.33 |
| Copper Ridge Condos | $ 280,209.44 | 9/29/2021 | $236,299.00 | $0.00 | $43,910.44 | | $43,910.44 |
| Patty Hoepner | $ 29,700.00 | 8/5/2021 | $24,850.00 | $0.00 | $4,850.00 | | $4,850.00 |
| Daniel Chatfield | $ 71,086.95 | 6/25/2021 | $21,326.08 | $4,548.00 | $45,212.87 | | $45,212.87 |
| Leo Shunyakov | $ 57,843.00 | 12/20/2021 | $17,352.90 | $3,204.00 | $37,286.10 | | $37,286.10 |
| Mary Joseph | $ 6,750.00 | 12/2/2021 | $3,375.00 | $0.00 | $3,375.00 | | $3,375.00 |
| Julie Zeager | $ 65,635.20 | 7/31/2021 | $19,690.56 | $3,636.00 | $42,308.64 | | $42,308.64 |
| Jim Dewitt | $ 58,888.00 | 2/1/2022 | $49,815.00 | $3,538.00 | $5,535.00 | | $5,535.00 |
| John Whitney | $ 450.00 | 9/28/2021 | $225.00 | $0.00 | $225.00 | | $225.00 |
| Robert Grubb | $ 3,150.00 | 8/4/2021 | $1,575.00 | $0.00 | $1,575.00 | | $1,575.00 |
| Keith Radabaugh | $ 52,999.20 | 7/17/2021 | $49,719.20 | $2,280.00 | $1,000.00 | | $1,000.00 |
| James Carter | $ 50,235.00 | 8/31/2021 | $15,070.50 | $3,009.45 | $32,155.05 | | $32,155.05 |
| Marlen Jost | $ 38,662.20 | 9/23/2021 | $36,007.20 | $1,656.00 | $999.00 | | $999.00 |
| Samuel Vanderpuye - Lift and Pull | $ 4,500.00 | 10/11/2021 | $2,250.00 | $0.00 | $2,250.00 | | $2,250.00 |
| Sabeir Suleiman | $ 7,875.00 | 4/7/2022 | $3,937.50 | $0.00 | $3,937.50 | | $3,937.50 |

| Opportunity Name | Adjusted Contract Amount | Install: Install Completed Date | Total Payments Made | Total Rebate Amount | Remaining Payments Total | Less than 90 Days | Greater than 90 Days |
|---|---|---|---|---|---|---|---|
| ARTHUR Jordan | $ 97,960.00 | 10/20/2021 | $29,388.00 | $6,700.00 | $61,872.00 | | $61,872.00 |
| Bruce Austin | $ 3,240.00 | 1/14/2022 | $1,620.00 | $0.00 | $1,620.00 | | $1,620.00 |
| David Johnson | $ 5,850.00 | 9/28/2021 | $2,925.00 | $0.00 | $2,925.00 | | $2,925.00 |
| Eldon Bullock | $ 27,200.00 | 8/16/2021 | $8,160.00 | $0.00 | $19,040.00 | | $19,040.00 |
| Marc Bialeck | $ 48,505.50 | 8/29/2021 | $37,187.55 | $3,088.00 | $8,229.95 | | $8,229.95 |
| Cap Cook | $ 3,150.00 | 1/12/2022 | $2,734.48 | $0.00 | $415.52 | | $415.52 |
| Brad Toothaker | $ 54,847.35 | 9/18/2021 | $16,454.21 | $3,116.00 | $35,277.14 | | $35,277.14 |
| Jim Borek | $ 71,088.60 | 10/8/2021 | $21,326.58 | $4,548.00 | $45,214.02 | | $45,214.02 |
| Warren Maple | $ 38,662.20 | 11/12/2021 | $11,598.66 | $2,636.00 | $24,427.54 | | $24,427.54 |
| Jerry Bennet | $ 8,550.00 | 11/16/2021 | $4,275.00 | $0.00 | $4,275.00 | | $4,275.00 |
| Edward Raap | $ 4,725.00 | 8/12/2022 | $2,362.50 | $0.00 | $2,362.50 | $2,362.50 | $0.00 |
| Karri Porco | $ 4,500.00 | 10/12/2021 | $4,327.30 | $0.00 | $172.70 | | $172.70 |
| Kevin Gallatin | $ 51,117.75 | 11/16/2021 | $15,336.00 | $2,200.00 | $33,581.75 | | $33,581.75 |
| Dennis Rollins | $ 3,600.00 | 1/19/2022 | $1,800.00 | $0.00 | $1,800.00 | | $1,800.00 |
| William Silberman | $ 47,064.00 | 3/16/2022 | $0.00 | $0.00 | $47,064.00 | | $47,064.00 |
| Dwight Cooper | $ 23,030.00 | 5/25/2022 | $22,497.78 | $0.00 | $532.22 | | $532.22 |
| karen jennings | $ 52,999.20 | 3/29/2022 | $50,719.20 | $0.00 | $2,280.00 | | $2,280.00 |
| Syed Azeem | $ 106,873.20 | 7/22/2022 | $25,465.96 | $0.00 | $81,407.24 | $81,407.24 | $0.00 |
| JOSEPH GREENE | $ 92,819.50 | 11/18/2021 | $27,845.85 | $0.00 | $64,973.65 | | $64,973.65 |
| John Bunce | $ 12,150.00 | 10/20/2021 | $11,888.47 | $0.00 | $261.53 | | $261.53 |
| Robert GREESON- LEGAL! | $ 48,505.50 | 10/11/2021 | $14,551.45 | $3,316.00 | $30,638.05 | | $30,638.05 |
| Sysmall Anderson ( previous Warfield) | $ 48,505.50 | 12/11/2021 | $34,551.65 | $3,076.00 | $10,877.85 | | $10,877.85 |
| David Duncan | $ 67,807.35 | 4/9/2022 | $20,342.00 | $3,228.00 | $44,237.35 | | $44,237.35 |
| Mike Miller | $ 51,117.75 | 11/18/2021 | $17,274.75 | $3,196.00 | $30,647.00 | | $30,647.00 |
| Jason Smith | $ 10,800.00 | 10/21/2021 | $5,400.00 | $0.00 | $5,400.00 | | $5,400.00 |
| Richard Stebbins | $ 7,560.00 | 6/8/2022 | $3,518.00 | $0.00 | $4,042.00 | | $4,042.00 |
| Carlos Tarifa | $ 7,000.00 | 1/26/2022 | $4,183.96 | $0.00 | $2,816.04 | | $2,816.04 |
| Laike Misikir | $ 5,400.00 | 1/19/2022 | $2,700.00 | $0.00 | $2,700.00 | | $2,700.00 |
| David Fornear | $ 51,918.40 | 5/16/2022 | $51,788.08 | $0.00 | $130.32 | | $130.32 |
| Tony mariani | $ 110,226.00 | 2/25/2022 | $29,760.89 | $5,772.00 | $74,693.11 | | $74,693.11 |
| Ben Lowell | $ 51,117.75 | 12/14/2021 | $43,921.75 | $2,196.00 | $5,000.00 | | $5,000.00 |
| Ronda Stabler | $ 14,128.33 | 4/11/2022 | $13,596.07 | $0.00 | $532.26 | | $532.26 |
| Donald Kaldahl | $ 98,020.80 | 11/16/2021 | $77,000.00 | $0.00 | $21,020.80 | | $21,020.80 |
| Betsy Funck | $ 60,696.00 | 12/7/2021 | $48,208.80 | $4,604.00 | $7,883.20 | | $7,883.20 |
| Brian Carsey | $ 71,280.90 | 11/20/2021 | $21,384.27 | $5,702.47 | $44,194.16 | | $44,194.16 |
| Wayne Billian ADDITION | $ 8,640.00 | 6/1/2022 | $7,374.61 | $0.00 | $1,265.39 | | $1,265.39 |
| JL Shelton | $ 12,150.00 | 12/15/2021 | $3,645.00 | $0.00 | $8,505.00 | | $8,505.00 |
| Thomas Deline | $ 31,275.00 | 1/19/2022 | $29,637.50 | $0.00 | $1,637.50 | | $1,637.50 |
| Barbara Rutter | $ 52,416.00 | 12/8/2021 | $14,819.88 | $2,746.00 | $34,850.12 | | $34,850.12 |
| Sonya Pitts | $ 53,798.40 | 11/20/2021 | $13,835.52 | $0.00 | $39,962.88 | | $39,962.88 |
| James Koop | $ 85,433.40 | 1/29/2022 | $25,000.00 | $8,068.00 | $52,365.40 | | $52,365.40 |
| john lee | $ 66,528.00 | 12/21/2021 | $42,102.40 | $0.00 | $24,425.60 | | $24,425.60 |
| John Barrett | $ 68,400.00 | 12/17/2021 | $58,460.00 | $4,940.00 | $5,000.00 | | $5,000.00 |
| Jim Upperman | $ 53,217.00 | 12/12/2021 | $49,437.00 | $2,280.00 | $1,500.00 | | $1,500.00 |
| Jason Worman | $ 900.00 | 8/2/2022 | $450.00 | $0.00 | $450.00 | $450.00 | $0.00 |
| James Bryant | $ 55,890.00 | 1/14/2022 | $36,767.00 | $3,400.00 | $15,723.00 | | $15,723.00 |
| Lester Hoch | $ 7,800.00 | 6/28/2022 | $2,340.00 | $0.00 | $5,460.00 | | $5,460.00 |
| Harold Roth | $ 2,160.00 | 6/29/2022 | $648.00 | $0.00 | $1,512.00 | | $1,512.00 |
| Ronald Bostick | $ 53,766.00 | 2/17/2022 | $43,129.80 | $3,304.00 | $7,332.20 | | $7,332.20 |
| Patrick Ussery | $ 3,600.00 | 1/18/2022 | $1,800.00 | $0.00 | $1,800.00 | | $1,800.00 |
| Maria Giusti | $ 9,000.00 | 4/4/2022 | $7,028.01 | $0.00 | $1,971.99 | | $1,971.99 |
| Michael DeGroot | $ 6,000.00 | 1/20/2022 | $3,000.00 | $0.00 | $3,000.00 | | $3,000.00 |
| Lester King | $ 93,600.00 | 3/17/2022 | $28,080.00 | $12,000.00 | $53,520.00 | | $53,520.00 |
| Timothy Troxell | $ 55,148.00 | 2/3/2022 | $16,600.00 | $2,376.00 | $36,172.00 | | $36,172.00 |
| Kenneth Fennell | $ 110,862.00 | 4/8/2022 | $33,258.60 | $6,252.00 | $71,351.40 | | $71,351.40 |
| Timothy Hall | $ 61,706.00 | 1/18/2022 | $18,511.80 | $0.00 | $43,194.20 | | $43,194.20 |
| Tami Rua | $ 126,617.40 | 5/11/2022 | $36,500.00 | $7,436.00 | $82,681.40 | | $82,681.40 |
| curtis sabo | $ 76,450.50 | 6/28/2022 | $42,000.00 | $0.00 | $34,450.50 | | $34,450.50 |
| Joseph Roberts | $ 76,959.90 | 7/27/2022 | $23,087.97 | $5,300.00 | $48,571.93 | $48,571.93 | $0.00 |

| Opportunity Name | Adjusted Contract Amount | Install: Install Completed Date | Total Payments Made | Total Rebate Amount | Remaining Payments Total | Less than 90 Days | Greater than 90 Days |
|---|---|---|---|---|---|---|---|
| Nick Shreiber | $ 80,820.00 | 1/20/2022 | $72,352.00 | $0.00 | $8,468.00 | | $8,468.00 |
| Darlene Fanning | $ 89,668.80 | 8/26/2022 | $26,900.00 | $6,332.00 | $56,436.80 | $56,436.80 | $0.00 |
| Richard Cathcart Richard Cathcart | $ 6,820.00 | 6/8/2022 | $3,410.00 | $0.00 | $3,410.00 | | $3,410.00 |
| Ken Smelcer | $ 51,252.30 | 2/21/2022 | $15,375.69 | $5,196.00 | $30,680.61 | | $30,680.61 |
| Troy Page | $ 56,947.00 | 3/14/2022 | $0.00 | $3,443.80 | $53,503.20 | | $53,503.20 |
| Steven wurmb | $ 55,506.30 | 5/26/2022 | $16,651.89 | $0.00 | $38,854.41 | | $38,854.41 |
| Jeanne Joiner | $ 57,978.00 | 2/1/2022 | $35,494.01 | $2,484.00 | $19,999.99 | | $19,999.99 |
| David Bailey | $ 42,696.00 | 5/3/2022 | $12,808.80 | $3,353.00 | $26,534.20 | | $26,534.20 |
| Dennis Varian Dennis Varian | $ 22,800.00 | 7/15/2022 | $6,840.00 | $0.00 | $15,960.00 | $15,960.00 | $0.00 |
| Jerry Howard | $ 65,091.60 | 6/2/2022 | $41,211.60 | $3,880.00 | $20,000.00 | | $20,000.00 |
| Cecil Morris | $ 70,729.00 | 4/8/2022 | $60,193.00 | $0.00 | $10,536.00 | | $10,536.00 |
| DEREK HALE | $ 74,469.60 | 2/17/2022 | $22,340.88 | $4,716.00 | $47,412.72 | | $47,412.72 |
| Theron Wilkes | $ 73,836.00 | 4/27/2022 | $22,150.80 | $4,674.00 | $47,011.20 | | $47,011.20 |
| Bryan Martinez | $ 3,600.00 | 4/19/2022 | $1,800.00 | $0.00 | $1,800.00 | | $1,800.00 |
| Dan Coulson | $ 54,522.00 | 7/18/2022 | $16,356.60 | $2,340.00 | $35,825.40 | $35,825.40 | $0.00 |
| Christie Pedder | $ 73,386.00 | 3/31/2022 | $37,253.87 | $4,644.00 | $31,488.13 | | $31,488.13 |
| Fred Ziegler | $ 64,573.00 | 6/16/2022 | $19,371.96 | $5,000.00 | $40,201.04 | | $40,201.04 |
| Czar Whitfield | $ 6,750.00 | 6/13/2022 | $3,375.00 | $0.00 | $3,375.00 | | $3,375.00 |
| Scott Paterson | $ 42,696.00 | 5/4/2022 | $13,808.80 | $1,836.00 | $27,051.20 | | $27,051.20 |
| Andrea Blickley | $ 56,091.60 | 3/31/2022 | $51,415.60 | $0.00 | $4,676.00 | | $4,676.00 |
| Bruce Hansen | $ 71,374.50 | 6/24/2022 | $21,600.00 | $5,566.00 | $44,208.50 | | $44,208.50 |
| Marty Winn | $ 8,550.00 | 6/26/2022 | $4,275.00 | $0.00 | $4,275.00 | | $4,275.00 |
| Richard Reichenbach | $ 106,849.10 | 6/22/2022 | $32,054.73 | $5,084.00 | $69,710.37 | | $69,710.37 |
| Benjamin Borda | $ 46,799.10 | 5/20/2022 | $43,289.10 | $0.00 | $3,510.00 | | $3,510.00 |
| LANNY DITTMER | $ 62,999.10 | 5/24/2022 | $51,099.40 | $2,700.00 | $9,199.70 | | $9,199.70 |
| Kari Field | $ 7,500.00 | 6/29/2022 | $3,750.00 | $0.00 | $3,750.00 | | $3,750.00 |
| Norman Garrison | $ 6,480.00 | 6/28/2022 | $3,240.00 | $0.00 | $3,240.00 | | $3,240.00 |
| James Goodwin | $ 82,249.00 | 6/13/2022 | $69,382.10 | $4,642.00 | $8,224.90 | | $8,224.90 |
| Kevin Fischer | $ 7,560.00 | 6/8/2022 | $3,780.00 | $0.00 | $3,780.00 | | $3,780.00 |
| Joshua Marchant | $ 79,999.00 | 4/21/2022 | $0.00 | $4,427.44 | $75,571.56 | | $75,571.56 |
| Gary Kirkwood | $ 71,369.10 | 6/15/2022 | $21,410.73 | $3,066.00 | $46,892.37 | | $46,892.37 |
| Miura Silver | $ 9,900.00 | 7/12/2022 | $4,950.00 | $0.00 | $4,950.00 | $4,950.00 | $0.00 |
| Brian Iddles | $ 58,499.10 | 8/16/2022 | $55,795.10 | $2,524.00 | $180.00 | $180.00 | $0.00 |
| Meagan Allen | $ 89,099.10 | 6/18/2022 | $83,315.10 | $4,284.00 | $1,500.00 | | $1,500.00 |
| Timothy Vega | $ 6,750.00 | 7/2/2022 | $3,375.00 | $0.00 | $3,375.00 | | $3,375.00 |
| Drew Scally | $ 72,538.90 | 8/9/2022 | $66,158.10 | $0.00 | $6,380.80 | $6,380.80 | $0.00 |
| Michael McAleer | $ 81,899.10 | 6/10/2022 | $24,570.00 | $5,442.00 | $51,887.10 | | $51,887.10 |
| Curtis Elbert | $ 4,320.00 | 6/25/2022 | $3,720.00 | $0.00 | $600.00 | | $600.00 |
| Veera Nemani ADDITION | $ 4,320.00 | 8/22/2022 | $1,296.00 | $0.00 | $3,024.00 | $3,024.00 | $0.00 |
| David Smith | $ 23,500.00 | 7/13/2022 | $11,750.00 | $0.00 | $11,750.00 | $11,750.00 | $0.00 |
| Christine Hebert | $ 18,360.00 | 9/20/2022 | $5,508.00 | $0.00 | $12,852.00 | $12,852.00 | $0.00 |
| Heath Butler-New H.O (Lift and Pull) | $ 12,600.00 | 8/25/2022 | $6,300.00 | $0.00 | $6,300.00 | $6,300.00 | $0.00 |
| Adam Berkemeier | $ 62,653.50 | 8/16/2022 | $18,797.00 | $4,018.00 | $39,838.50 | $39,838.50 | $0.00 |
| Dennis Murray | $ 9,180.00 | 8/8/2022 | $4,590.00 | $0.00 | $4,590.00 | $4,590.00 | $0.00 |
| Mark Ventura | $ 62,910.00 | 8/9/2022 | $31,455.00 | $2,000.00 | $29,455.00 | $29,455.00 | $0.00 |
| Floyd Harris | $ 35,653.50 | 8/16/2022 | $10,196.05 | $0.00 | $25,457.45 | $25,457.45 | $0.00 |
| Joe Willeke ( SWA moving inverter) | $ 825.00 | 9/20/2022 | $0.00 | $0.00 | $825.00 | $825.00 | $0.00 |
| Annie Houston ( lift and pull ) | $ 7,290.00 | 8/30/2022 | $3,645.00 | $0.00 | $3,645.00 | $3,645.00 | $0.00 |
| Joe DiNardo | $ 35,653.50 | 8/12/2022 | $10,696.05 | $500.00 | $24,457.45 | $24,457.45 | $0.00 |
| Cheryl Thomas | $ 51,026.60 | 8/18/2022 | $15,307.98 | $2,522.76 | $33,195.86 | $33,195.86 | $0.00 |
| Edward Matias | $ 81,658.80 | 9/14/2022 | $24,422.64 | $4,428.44 | $52,807.72 | $52,807.72 | $0.00 |
| Ruthanne Neary | $ 37,756.80 | 8/25/2022 | $11,327.04 | $500.00 | $25,929.76 | $25,929.76 | $0.00 |
| Carolyn Ohearn | $ 48,906.00 | 8/16/2022 | $16,005.60 | $0.00 | $32,900.40 | $32,900.40 | $0.00 |
| Andrew McGee | $ 52,505.50 | 9/11/2021 | $0.00 | $0.00 | $52,505.50 | | $52,505.50 |
| Eric DeLion ( Lift and Pull ) | $ 6,800.00 | 9/19/2022 | $3,400.00 | $0.00 | $3,400.00 | $3,400.00 | $0.00 |
| William William Orenbaun (Lift and Pull) | $ 8,100.00 | 6/29/2022 | $4,050.00 | $0.00 | $4,050.00 | | $4,050.00 |
| Sally Livingood | $ 20,860.00 | 6/16/2022 | $13,000.00 | $0.00 | $7,860.00 | | $7,860.00 |
| Brad Quatkemeyer ***Panel addition/Inverter*** | $ 28,540.00 | 6/2/2022 | $14,270.00 | $0.00 | $14,270.00 | | $14,270.00 |
| tom white | $ 35,892.00 | 5/19/2021 | $33,912.00 | $0.00 | $1,980.00 | | $1,980.00 |

| Opportunity Name | Adjusted Contract Amount | Install: Install Completed Date | Total Payments Made | Total Rebate Amount | Remaining Payments Total | Less than 90 Days | Greater than 90 Days |
|---|---|---|---|---|---|---|---|
| Russell Huggins | $ 40,311.60 | 7/16/2021 | $36,387.96 | $0.00 | $3,923.64 | | $3,923.64 |
| Joan Sitterly | $ 41,383.00 | 11/14/2021 | $38,648.60 | $2,280.00 | $454.40 | | $454.40 |
| James Downer | $ 41,904.00 | 6/7/2021 | $38,344.20 | $0.00 | $3,559.80 | | $3,559.80 |
| Timothy Miller | $ 42,696.00 | 3/9/2022 | $17,393.40 | $2,484.00 | $22,818.60 | | $22,818.60 |
| Christopher Michelini | $ 42,749.10 | 9/9/2022 | $12,036.60 | $0.00 | $30,712.50 | $30,712.50 | $0.00 |
| Wendy Chiodo | $ 47,124.00 | 8/24/2022 | $23,562.00 | $0.00 | $23,562.00 | $23,562.00 | $0.00 |
| Kimberly Duke | $ 48,505.50 | 10/14/2021 | $29,529.18 | $0.00 | $18,976.32 | | $18,976.32 |
| Chenshiang Lin | $ 48,785.50 | 11/16/2021 | $21,000.00 | $5,152.00 | $22,633.50 | | $22,633.50 |
| Robert Ogilvie | $ 49,437.00 | 4/26/2022 | $37,251.90 | $0.00 | $12,185.10 | | $12,185.10 |
| Kyle Volk | $ 49,789.00 | 12/14/2021 | $38,936.70 | $0.00 | $10,852.30 | | $10,852.30 |
| Tim Williams | $ 50,641.20 | 4/7/2021 | $48,209.00 | $0.00 | $2,432.20 | | $2,432.20 |
| Joe Roorda | $ 51,252.30 | 4/15/2022 | $29,945.76 | $2,444.04 | $18,862.50 | | $18,862.50 |
| Ronald Trense | $ 51,667.00 | 8/15/2021 | $23,354.00 | $0.00 | $28,313.00 | | $28,313.00 |
| James Fraser | $ 51,899.00 | 7/26/2022 | $49,199.00 | $0.00 | $2,700.00 | $2,700.00 | $0.00 |
| Gina Kelley | $ 52,808.40 | 7/19/2022 | $15,842.52 | $2,532.00 | $34,433.88 | $34,433.88 | $0.00 |
| Judd Kozikowski | $ 54,540.00 | 12/14/2021 | $31,420.00 | $0.00 | $23,120.00 | | $23,120.00 |
| Aidan Gotta | $ 57,257.55 | 3/31/2021 | $56,257.55 | $0.00 | $1,000.00 | | $1,000.00 |
| Paul Rowe | $ 58,975.20 | 6/1/2021 | $55,443.20 | $0.00 | $3,532.00 | | $3,532.00 |
| Gerald Newell | $ 59,344.00 | 10/30/2021 | $56,812.12 | $0.00 | $2,531.88 | | $2,531.88 |
| John Hawkins | $ 59,564.00 | 2/22/2022 | $47,482.00 | $3,772.00 | $8,310.00 | | $8,310.00 |
| Kathy Timms | $ 60,591.60 | 4/26/2022 | $25,870.50 | $0.00 | $34,721.10 | | $34,721.10 |
| GEORGE REDFORD IV | $ 60,696.00 | 1/29/2022 | $56,092.00 | $0.00 | $4,604.00 | | $4,604.00 |
| Gary Tas | $ 61,767.00 | 1/4/2022 | $59,067.00 | $0.00 | $2,700.00 | | $2,700.00 |
| Cheryl Huntzinger | $ 62,257.55 | 4/14/2021 | $58,521.55 | $0.00 | $3,736.00 | | $3,736.00 |
| Gary Smith | $ 62,961.30 | 3/3/2022 | $60,261.30 | $0.00 | $2,700.00 | | $2,700.00 |
| Robert Kappelmann | $ 64,031.00 | 3/19/2022 | $16,119.33 | $0.00 | $47,911.67 | | $47,911.67 |
| Arthur Smith | $ 64,459.80 | 4/25/2021 | $54,337.94 | $0.00 | $10,121.86 | | $10,121.86 |
| Billy Robertson | $ 65,249.10 | 6/24/2022 | $17,549.73 | $0.00 | $47,699.37 | | $47,699.37 |
| Margaret Timm | $ 65,496.60 | 5/12/2022 | $39,648.00 | $6,769.84 | $19,078.76 | | $19,078.76 |
| Rebecca Wigaard | $ 65,496.60 | 8/17/2021 | $19,649.10 | $4,308.00 | $41,539.50 | $41,539.50 | $16,090.25 |
| Karl Barske | $ 68,350.05 | 7/17/2021 | $48,000.00 | $4,259.80 | $16,090.25 | | $16,090.25 |
| Dale Swoffer | $ 68,433.75 | 9/29/2021 | $20,530.13 | $7,000.00 | $40,903.62 | | $40,903.62 |
| James Missad | $ 71,292.96 | 2/6/2022 | $67,896.96 | $0.00 | $3,396.00 | | $3,396.00 |
| Lee Hayes | $ 71,369.10 | 7/1/2022 | $20,843.70 | $3,560.00 | $46,965.40 | | $46,965.40 |
| Edward Hammond | $ 71,586.00 | 3/19/2022 | $21,475.80 | $5,084.00 | $45,026.20 | | $45,026.20 |
| Randall Fecay | $ 72,021.00 | 6/9/2022 | $32,260.00 | $6,264.32 | $33,496.68 | | $33,496.68 |
| Jason Schneider | $ 73,386.00 | 7/16/2022 | $22,240.80 | $5,156.00 | $45,989.20 | $45,989.20 | $0.00 |
| Mark Crump | $ 74,628.00 | 4/28/2022 | $23,738.40 | $4,896.00 | $45,993.60 | | $45,993.60 |
| Janet Jackson | $ 75,100.50 | 3/21/2022 | $22,530.15 | $6,088.00 | $46,482.35 | | $46,482.35 |
| Billy Little | $ 75,843.00 | 12/20/2021 | $43,343.00 | $7,500.00 | $25,000.00 | | $25,000.00 |
| Stephen Conley | $ 77,445.00 | 4/6/2022 | $20,910.15 | $7,823.76 | $48,711.09 | | $48,711.09 |
| Daren Combs | $ 77,650.00 | 12/31/2021 | $46,545.00 | $4,728.00 | $26,377.00 | | $26,377.00 |
| Justin Shipe | $ 79,595.60 | 6/8/2022 | $23,000.00 | $4,910.16 | $51,685.44 | | $51,685.44 |
| Wayne  C Mason | $ 79,646.80 | 2/18/2022 | $22,861.85 | $3,000.00 | $53,784.95 | | $53,784.95 |
| Jay Hamze | $ 80,140.00 | 1/6/2022 | $23,802.00 | $5,396.00 | $50,942.00 | | $50,942.00 |
| Paul Briseno | $ 83,635.20 | 10/6/2021 | $27,000.00 | $6,088.00 | $50,547.20 | | $50,547.20 |
| J Cooper | $ 89,637.30 | 7/21/2022 | $26,891.19 | $8,352.00 | $54,394.11 | $54,394.11 | $0.00 |
| DAVID WAYNICK | $ 91,220.00 | 10/18/2021 | $16,480.00 | $0.00 | $74,740.00 | | $74,740.00 |
| David Jourdan | $ 91,349.10 | 7/13/2022 | $19,259.82 | $3,924.00 | $68,165.28 | $68,165.28 | $40,485.44 |
| Michael Pankratz | $ 94,708.30 | 5/12/2022 | $48,655.36 | $5,568.00 | $40,485.44 | | $40,485.44 |
| Ray Viggiano | $ 100,889.10 | 8/18/2022 | $30,266.73 | $6,332.00 | $64,290.37 | $64,290.37 | $0.00 |
| Village of Elk Rapids WWTP | $ 363,450.00 | 4/30/2022 | $163,642.50 | $0.00 | $199,807.50 | | $199,807.50 |
| | | | | | $5,185,150.21 | $928,739.65 | $4,256,410.56 |

**Exhibit 206A/B - 20. - WORK IN PROGRESS - CONTRACTS SOLD BUT INSTALLATION INCOMPLETE**

| Opportunity: Opportunity Name | Opportunity: Closed Won Date/Time | ICR: State | Opportunity: Account Type | Opportunity: * INSTALLATION STATUS * | Permitting: STATUS - PERMITTING | Install: STATUS - Installation | ICR: STATUS - INTERCONNECTION | Opportunity: Sub-Stage |
|---|---|---|---|---|---|---|---|---|
| Derrick Toland | 10/21/2021 17:25 | GA | Solar & Battery | Install Incomplete | Permit Received | Install Incomplete - Loan Funded | ICR Approved | CDS Hold - Do Not Cancel |
| Radley Monson | 1/3/2022 22:10 | IL | Solar & Battery | | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Installation Complete |
| Robert Wilkey | 8/5/2022 16:34 | IN | Solar | | Permit Received | Install Incomplete - Loan Funded | Waiting on ICR Approval | Contract Accepted |
| Todd Whitaker | 7/3/2021 12:43 | IN | Solar | Solar To Be Installed | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Payment Attention |
| Corey Duvall | 1/27/2022 13:09 | MI | Solar & Battery | | Applied for Solar Variance | Install Incomplete - Loan Funded | ICR Approved | Contract Accepted |
| Gary McDonald | 3/17/2022 16:18 | MI | Solar | | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Contract Accepted |
| Jared Overley | 7/22/2022 19:25 | MI | Solar | | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Contract Accepted |
| Brian Wylie | 2/23/2022 19:31 | MI | Solar & Battery | | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Installation Complete |
| Scott Pendleton | 12/5/2021 15:04 | MO | Solar & Battery | Installation Review Needed | Permit Received | Install Incomplete | ICR Approved | Contract Accepted |
| Myles Notnagel | 1/8/2022 17:07 | MO | Solar | Solar To Be Installed | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Installation Complete |
| Cheryl Williams | 3/12/2022 14:20 | MO | Solar & Battery | | Permit Received | Install Incomplete - Loan Funded | System On & Customer Notified | System On & Customer Notified |
| Kenneth Berregard | 4/13/2022 13:12 | NC | Solar & Battery | | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Installation Complete |
| Alton Lanier | 1/7/2022 17:56 | NC | Solar & Battery | | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Installation Complete |
| James Decaestecker | 1/23/2021 15:48 | OH | Solar | Install Scheduled | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Contract Accepted |
| David Howell | 4/5/2022 14:19 | OH | Solar | | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Contract Accepted |
| Linda Watkins | 6/15/2022 22:26 | PA | Solar | | Permit Received | Install Incomplete | ICR in Delay | Contract Accepted |
| Tammy Worthington | 4/16/2022 13:54 | PA | Solar & Battery | | Permit Received | Install Incomplete - Loan Funded | ICR Approved | Contract Accepted |
| Kenyon Patterson | 4/18/2022 17:45 | TN | Solar & Battery | | As-Built Resubmitted | Install Incomplete - Loan Funded | ICR Approved | Contract Accepted |
| Michael Lucas | 3/24/2022 16:31 | TX | Solar & BAM | | Permit Received | Install Incomplete | ICR Approved | Contract Accepted |
| Yolanda Martinez | 8/19/2021 15:53 | TX | Solar & Battery | Installation Review Needed | Permit Received | Install Incomplete | ICR Approved | Contract Accepted |
| John Williamson | 1/12/2022 19:44 | TX | Solar & BAM | Installation Review Needed | Permit Received | Install Incomplete - Loan Funded | Utility Notified of Inspection / PTO Submitted | Contract Accepted |
| Justin Hickey | 7/16/2022 15:56 | TX | Solar & BAM | | Permit Received | Install Incomplete | Waiting on ICR Approval | Contract Accepted |
| Albert Rocha | 2/23/2022 19:50 | TX | Solar & BAM | | Permit Received | Install Incomplete | ICR Approved | Contract Accepted |
| Nancita Piwinski | 3/16/2022 16:07 | TX | Solar & BAM | | Permit Received | Install Incomplete | ICR Approved | Contract Accepted |
| Celeste Santiago | 4/7/2022 12:40 | TX | Solar & Battery | | Permit Received | Install Incomplete | ICR Approved | Contract Accepted |

**Exhibit 206A/B - 20. - WORK IN PROGRESS - LAST PROJECTS STARTED**

| Opportunity: Opportunity Name | Opportunity: Closed Won Date/Time | Opportunity: Contract Approved Date | Opportunity: Installation Completed Date | Opportunity: Inspection Completed Date | Design: STATUS - DESIGN | Engineering: STATUS - ENGINEERING |
|---|---|---|---|---|---|---|
| Ronald McGinnis | 7/14/2022 19:50 | 7/22/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Kenneth Harper | 6/10/2022 20:23 | 6/23/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Lorenzo Grande | 7/26/2022 20:08 | 7/28/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Shannon Bigger | 2/14/2022 18:12 | 2/25/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Marie Clancy | 7/5/2022 22:53 | 7/12/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Chris Anderson | 3/3/2022 21:02 | 3/8/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Josh Walker | 5/5/2022 14:53 | 5/24/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Herman Miller | 7/30/2022 16:11 | 8/11/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Mellisa Dodrill | 7/5/2022 16:58 | 7/6/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| LISA ALEXANDER | 8/26/2022 20:09 | 8/31/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Stacey Coughlin | 8/11/2022 15:21 | 8/11/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Brittny Kempfer | 7/25/2022 13:54 | 7/25/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Robert Wonnacott | 3/24/2022 19:56 | 3/30/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Joseph Parmentier | 8/25/2022 19:13 | 8/29/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Garron Rorick | 7/2/2022 13:00 | 7/8/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Julie LaFray | 6/22/2022 21:53 | 6/30/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Steven Nuyen | 8/9/2022 12:51 | 8/9/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| William Martin | 8/6/2022 13:06 | 8/10/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Jana Kettle | 11/20/2021 18:00 | 11/30/2021 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| James Dolan | 4/20/2022 16:50 | 4/22/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Devrin Perdue | 5/28/2022 18:06 | 7/12/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Thomas Rawlings | 7/5/2022 14:58 | 7/22/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Aaron Gray | 7/30/2022 17:19 | 8/2/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Michael Dotson | 7/27/2022 8:26 | 9/13/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Tyler Anderson | 12/22/2021 10:20 | 1/7/2022 | 9/21/2022 | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Clifford Jones | 4/15/2022 11:49 | 4/19/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Anne Watkins | 8/4/2022 15:49 | 8/6/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Richard Zachrich | 8/3/2022 17:07 | 8/5/2022 | 9/21/2022 | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Mark Finney | 8/22/2022 19:36 | 8/26/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Samuel Newbold | 7/16/2022 15:41 | 8/5/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Robin Barnes | 7/25/2022 18:49 | 7/25/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Bir Bhattarai | 7/19/2022 23:27 | 7/20/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Dennis Paquette | 7/29/2022 13:14 | 7/30/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Martin Carlin | 8/13/2022 13:10 | 8/16/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Jose Romero | 12/29/2021 20:43 | 12/30/2021 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Jamie Heimbach | 6/22/2022 18:31 | 6/25/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Lori Lange | 8/17/2022 20:11 | 8/23/2022 | 9/21/2022 | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Scott Beaver | 7/25/2022 22:03 | 8/1/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Toni Broyan | 8/29/2022 16:29 | 8/31/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| harvey hess | 8/3/2022 13:43 | 8/9/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Scott Reaugh | 7/16/2022 11:55 | 7/19/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| James Tretter | 6/11/2022 17:12 | 6/14/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Sallie Connelly | 6/15/2022 17:42 | 6/20/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Gary Matthews | 7/7/2022 17:23 | 7/8/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Robert Dunagan | 5/3/2022 20:04 | 5/18/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Albert Rocha | 2/23/2022 19:50 | 2/28/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Susan Yates | 6/21/2022 13:45 | 7/20/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Asenso Attah | 7/15/2022 16:00 | 7/21/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Jack Owen | 5/9/2022 17:16 | 5/25/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Steve Morrison | 7/23/2022 16:30 | 7/25/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |
| Brian Lilly | 4/19/2022 12:46 | 4/29/2022 | | | DESIGN COMPLETE | STRUCTURAL COMPLETE |

### Exhibit 206A/B - 22. - OTHER INVENTORY AND SUPPLIES

| LOCATION | ADDRESS | ITEM DESCRIPTION | QUANTITY | COST | APPROXIMATE VALUE | |
|---|---|---|---|---|---|---|
| DETROIT WAREHOUSE | 56308 North Bay Drive, Chesterfield, MI 48051 | COMMERCIAL PANELS | 1600 | $ 243.20 | $ 389,120.00 | unsure on cost on this item |
| PITTSBURGH WAREHOUSE | 728 Ekastown Rd. Sarver, PA 16055 | SILFAB RESIDENDIAL PANELS | 468 | $ 243.20 | $ 113,817.60 | |
| GRAND RAPIDS WAREHOUSE | 241 West Randall Street, Coopersville, MI | SILFAB RESIDENDIAL PANELS | 468 | $ 243.20 | $ 113,817.60 | |
| *various leased locations | | Generac Inverters | 22 | $ 2,039.80 | $ 44,875.60 | |
| *various leased locations | | PV Links (Generac) | 465 | $ 332.24 | $ 154,491.60 | |
| *various leased locations | | Snaps (Generac) | 68,631 | $ 25.20 | $ 1,729,501.20 | |
| *various leased locations | | Battey Cabinets (Generac) | 198 | $ 2,149.61 | $ 425,622.78 | |
| *various leased locations | | Battery Modules (Generac) | 234 | $ 1,446.25 | $ 338,422.50 | |
| *various leased locations | | SolarEdge Inverters | 92 | | $ - | unsure on cost on this item |
| *various leased locations | | SolarEdge HUB Inverters | 0 | | $ - | unsure on cost on this item |
| *various leased locations | | Optimizers - 401 (SolarEdge) | 140 | | $ - | unsure on cost on this item |
| *various leased locations | | Optimizers - 440 (SolarEdge) | 557 | | $ - | unsure on cost on this item |
| | | | | | $ 3,309,668.88 | |

Note: amounts and locations are estimated based on best information available

*See Schedule AB Security Deposits for Various Leased Location Addresses

**Exhibit 206A/B - 39. - OFFICE FURNTURE**

| ITEM DESCRIPTION | QUANTITY |
|---|---|
| Desks | 127 |
| Cubicle Desks | 109 |
| File Cabinets | 250 |
| Office Chairs | 337 |
| Tables | 37 |
| Couches | 5 |
| Accent Chairs | 13 |
| Lamps | 6 |
| Refrigerators | 15 |
| Shelves | 23 |
| Microwaves | 4 |
| Bistro Chairs | 12 |
| Large Fish Tank | 1 |
| Large Entertainment Center | 1 |
| Stove | 1 |

Note:

This represents a count of furniture at the Mooresville location. These were counted because we had access to the location. Other locations would also likely have some furniture at them.  A list of locations is on Schedule G - Executory Contracts - Leases of Real Property.

**Exhibit 206 A/B - 41. - COMPUTERS AND
OTHER EQUIPMENT**

| ITEM DESCRIPTION | QUANTITY |
|---|---|
| LAPTOPS | 260 |
| IPADS | 508 |
| CELL PHONES | 555 |
| DOCKING STATIONS | 238 |
| KEYBOARDS | 355 |
| MOUSES | 42 |
| WIFI CONNECTORS | 45 |
| TOWER PC'S | 176 |
| HEADSETS | 35 |
| DESK PHONES | 124 |
| PORT SWITCHES | 87 |
| DRONES | 1 |
| HARD DRIVES | 34 |
| CORDS/CABLES | 200 |
| MONITORS | 946 |
| INTERNET ROUTERS | 86 |
| PRINTERS | 16 |
| CAMERAS | 28 |
| ACCESS POINTS | 1 |
| DVR | 1 |
| LIGHT BAR | 1 |
| SPEAKERS | 5 |
| BRACKETS/MOUNTS | 1 |
| PA SYSTEM | 2 |
| TV'S | 22 |

Note:

This represents a count of devices in the Mooresville location. These were counted because we had access to the location and because it is likely where most of the items are (80%?). The next highest concentration of devices would be at the Troy, Michigan location. Other locations would also likely have some devices at them.  A list of locations is on Schedule G - Executory Contracts - Leases of Real Property.

### Exhibit 206A/B - 47. - VEHICLES OWNED BY DEBTOR

| PE Vehicle # | Office location | Department | Year | Make | Model | VIN | Notes |
|---|---|---|---|---|---|---|---|
| 025 | Allentown | Sales | 2017 | NISS | VERSA | 3N1CE2CP7HL373329 | |
| 044 | Allentown | Sales | 2016 | CHEVY | SPARK | KL8CD6SA6GC577031 | |
| 076 | Allentown | Sales | 2016 | CHEVY | SPARK | KL8CD6SA9GC601807 | |
| 013 | Charlotte | Sales | 2016 | NISS | VERSA | 3N1CE2CP4GL398655 | |
| 058 | Chicago | Production | 2016 | NISS | VERSA | 3N1CE2CP9GL363609 | |
| 460 | Cincinnati | Production | 2018 | RAM | 3500 | 3C63R3CL5JG354109 | |
| 063 | Cincinnati | Production | 2016 | CHEVY | SPARK | KL8CD6SA9GC591103 | |
| 090 | Concord | Production | 2016 | JEEP | PATRIOT | 1C4NJRFBXGD535288 | |
| 137 | Concord | Production | 2015 | CHEVY | DURAMAX | 1GC1KWE84FF107896 | |
| 461 | Concord | Production | 2018 | RAM | 3500 | 3C63R3CL1JG375815 | |
| 093 | Concord | Production | 2016 | CHEV | SILVERADO | 3GCUKREC1GG252123 | |
| 017 | Detroit | Production | 2015 | NISS | FRONTIER | 1N6AD0CU9FN727718 | |
| 037 | Detroit | Production | 2015 | CHEV | SPARK | KL8CB6S94FC766464 | |
| 067 | Detroit | Production | 2016 | CHEVY | SPARK | KL8CD6SA9GC606182 | |
| 014 | Fort Wayne | Other | 2016 | FORD | FOCUS | 1FADP3F28GL290798 | |
| 023 | Grand Rapids | Sales | 2016 | FORD | FOCUS | 1FADP3K2XGL291019 | |
| 084 | Grand Rapids | Electrician | 2017 | FORD | FIESTA | 3FADP4BJXHM103760 | |
| 035 | Grand Rapids | Production | 2017 | NISS | VERSA | 3N1CE2CP5HL360417 | |
| 078 | Grand Rapids | Sales | 2015 | CHEV | SPARK | KL8CB6590FC811111 | |
| 070 | Grand Rapids | Production | 2016 | CHEVY | SPARK | KL8CD6SA0GC587280 | |
| 061 | Grand Rapids | Production | 2016 | CHEVY | SPARK | KL8CD6SA5GC608656 | |
| 110 | Harrisburg | Sales | 2017 | NISS | VERSA | 3N1CE2CP5HL371109 | |
| 050 | Harrisburg | Production | 2014 | CHEV | SPARK | KL8CD6SA4GC590196 | |
| 089 | Indy | Production | 2016 | CHEV | EXPRESS 2500 | 1GCWGBFF0G1141264 | |
| 082 | Indy | Production | 2017 | FORD | FIESTA | 3FADP4BJ4HM146281 | |
| 837 | Kansas City | Production | 2021 | CHEVY | SILVERADO 3500 | 1GC4YSE76MF196718 | |
| 072 | Kansas City | Production | 2016 | CHEVY | SPARK | KL8CD6SA1GC562727 | |
| 866 | Knoxville | Production | 2021 | CHEVY | SILVERADO | 1GC4YSE74MF196667 | |
| 104 | Knoxville | Sales | 2017 | NISS | VERSA | 3N1CN7AP0HL869735 | |
| 083 | Knoxville | Sales | 2016 | CHEV | SPARK | KL8CD6SA0GC625655 | |
| 022 | Marietta | Production | 2016 | NISS | VERSA | 3N1CE2CP0GL394294 | |
| 028 | Marietta | Production | 2015 | CHEV | SPARK | KL8CB6S95FC767140 | |
| 042 | Marietta | Production | 2016 | CHEV | SPARK | KL8CD6SA6GC603983 | |
| 034 | Memphis | Sales | 2017 | NISS | VERSA | 3N1CE2CP4HL369321 | |
| 069 | Mooresville | Other | 2015 | CHEVY | SILVERADO | 1GC4KYCG5FF677800 | |

| 027 | Mooresville | Sales | 2017 | NISS | VERSA | 3N1CE2CP2HL373402 | |
| 032 | Mooresville | Sales | 2017 | NISS | VERSA | 3N1CE2CP3HL374333 | |
| 013 | Mooresville | Sales | 2016 | NISS | VERSA | 3N1CE2CP4GL398655 | |
| 029 | Mooresville | Sales | 2017 | NISS | VERSA | 3N1CE2CPXHL374412 | |
| 026 | Mooresville | Other | 2015 | NISS | QUEST | JN8AE2KP5F9126293 | |
| 059 | Mooresville | Other | 2016 | SMART | FORTWO | KL8CD65A8GC604892 | |
| 059 | Mooresville | Other | 2016 | SMART | FORTWO | KL8CD6SA8GC604892 | |
| 129 | Mooresville | Other | 2015 | SMART | FORTWO | WMEEJ3BA3FK808478 | |
| 130 | Mooresville | Other | 2017 | SMART | FORTWO | WMEEJ3BA7EK775130 | |
| 092 | Nashville | Sales | 2017 | FORD | FIESTA | 3FADP4BJ1HM142950 | Lauren Harper |
| 198 | Pittsburgh | Production | 2020 | CHEVY | SILVERADO 3500 | 1GC4YSEY7LF157837 | |
| 088 | Pittsburgh | Sales | 2017 | FORD | FIESTA | 3FADP4BJ2HM125719 | |
| 007 | Richmond | Production | 2004 | NISS | FRONTIER | 1N6DD26T04C443382 | |
| 094 | Richmond | Electrician | 2017 | FORD | FIESTA | 3FADP4BJ9HM150133 | |
| 109 | Richmond | Permitting | 2017 | NISS | VERSA | 3N1CN7AP6HL877774 | |
| 111 | Roanoke | Production | 2017 | NISS | VERSA | 3N1CE2CP0HL360938 | |
| 111 | Roanoke | Sales | 2017 | NISS | VERSA | 3N1CE2CP0HL360938 | |
| 016 | San Antonio | Sales | 2016 | FORD | FOCUS | 1FADP3K20GL291238 | |
| 905 | Savannah | Production | 2021 | CHEVY | SILVERADO | 1GB4YSE75MF203243 | |
| 091 | Savannah | Sales | 2017 | FORD | FIESTA | 3FADP4BJ4HM140111 | |
| 021 | Troy | Sales | 2014 | FORD | FOCUS | 1FADP3F26EL278470 | |
| 077 | Troy | Sales | 2017 | FORD | FIESTA | 3FADP4BJ2HM102294 | |
| 108 | Troy | Sales | 2017 | NISS | VERSA | 3N1CE2CP4HL353491 | |
| 052 | Troy | Sales | 2016 | CHEVY | SPARK | KL8CD6SA2GC611384 | |

| KEY | |
| --- | --- |
| OWNED- TITLE WAS APPLIED FOR BY SUTTON AND AWAITING ARRIVA | |
| OWNED- NO TITLE RECEIVED OR APPLIED FOR | |
| OWNED- TITLE PROVIDED | |

### Exhibit 206A/B - 47. - Trailers Owned by Debtor

| Company Vehicle: Fleet Number # | VIN # | Vehicle Status | Make | Model | Office Location of Vehicle | Equipment Type |
|---|---|---|---|---|---|---|
| T-104 | 55YBE1215HN013179 | Operable | Quality | Trailer MT85 | Concord | Trailer |
| T-105 | 56JTE1011LA165517 | Operable | United | Enclosed Trailer | Concord | Trailer |
| T-106 | 5HABE1210JN066515 | Operable | Quality | Trailer MT85 | Concord | Trailer |
| T-107 | 5VGFD2027LL000528 | Operable | Kaufman | Gooseneck Trailer | Detroit | Trailer |
| T-108 | 5VGEN1428ML007924 | Pending Repair | Kaufman | Enclosed Trailer | St Louis | Trailer |
| T-114 | 5VGEN1429NL008565 | Operable | Kaufman | Enclosed Trailer 7x14 ft | SAN ANTONIO | Trailer |
| T-115 | 5VGEN1424NL008571 | Operable | Kaufman | Enclosed Trailer 7X14 Foot | SAN ANTONIO | Trailer |
| T-116 | 5VGEN1422NL008570 | Operable | Kaufman | Enclosed Trailer 7x14 ft | SAN ANTONIO | Trailer |
| T-117 | 5VGEN1426NL008569 | Operable | Kaufman | Enclosed Trailer 7x14 ft | SPRINGFIELD PROD | Trailer |
| T-118 | 5VGEN142XNL008574 | Operable | Kaufman | Enclosed Trailer 7x14 ft | SPRINGFIELD PROD | Trailer |
| T-119 | 5VGEN1428NL008573 | Operable | Kaufman | Enclosed Trailer 7x14 ft | SPRINGFIELD PROD | Trailer |
| T-120 | 4Z1HD1920NS006925 | Operable | GATOR MADE | FLAT BED 7x16ft GVWR 11,500LBS | Detroit | Trailer |
| T-121 | $Z1HD1928NS007000 | Operable | GATOR MADE | FLAT BED 7x16ft GVWR 11,500LBS | CINCINNATI | Trailer |
| T-122 | 4Z1HD192XNS007192 | Operable | GATOR MADE | FLAT BED 7x16ft GVWR 11,500LBS | GRAND RAPIDS PROD | Trailer |
| T-123 | 4Z1HD1920NS007007 | Maintenance Required | GATOR MADE | FLAT BED 7x16ft GVWR 11,500LBS | KNOXVILLE | Trailer |
| T-124 | 4Z1HD1923NS007003 | Operable | GATOR MADE | FLAT BED 7x16ft GVWR 11,500LBS | SAVANNAH PROD | Trailer |
| T-125 | 4Z1HD1922PS008386 | Operable | GATOR MADE | FLAT BED 7x16ft GVWR 11,500LBS | HOUSTON | Trailer |
| T-126 | 4Z1HD1928NS007191 | Operable | GATOR MADE | FLAT BED 7x16ft GVWR 11,500LBS | HOUSTON | Trailer |
| T-127 | 4Z1HD1924PS008387 | Operable | GATOR MADE | FLAT BED 7x16ft GVWR 11,500LBS | INDY | Trailer |
| T-128 | 4Z1HD1928PS008389 | Operable | GATOR MADE | FLAT BED 7x16ft GVWR 11,500LBS | Louisville | Trailer |
| T-25 | 5VGEN1427ML007932 | Operable | Kaufman | Enclosed Trailer | Concord | Trailer |

| | | | | | | |
|---|---|---|---|---|---|---|
| T-26 | 5VGFG2427ML001648 | Operable | Kaufman | Gooseneck Trailer | HARRISBURG | |
| T-27 | 550FD202XKS000834 | Operable | Quality | Trailer MT85 | KNOXVILLE | Trailer |
| T-28 | 5VGFG2422LL010336 | Operable | Kaufman | Gooseneck Trailer | Nashville | Trailer |
| T-29 | 5VGFG2428ML001660 | Operable | Kaufman | Gooseneck Trailer | KANSAS CITY | Trailer |
| T-31 | 5VGEN1426ML007923 | Operable | Kaufman | Enclosed Trailer | KNOXVILLE | Trailer |
| T-32 | 5VGEN1425ML007928 | Operable | Kaufman | Enclosed Trailer | ROANOKE | Trailer |
| T-34 | 55YBE1210HN013655 | Operable | Quality | Trailer MT85 | Richmond | Trailer |
| T-35 | 5VGFG2424ML001655 | Pending Repair | Kaufman | Gooseneck Trailer | INDY | Trailer |
| T-36 | 5VGEN1428ML007941 | Operable | Kaufman | Enclosed Trailer | CINCINNATI | Trailer |
| T-37 | 5VGEN1423ML007927 | Operable | Kaufman | Enclosed Trailer | Pittsburgh | Trailer |
| T-38 | 5VGEN1426ML007937 | Operable | Kaufman | Enclosed Trailer | MARIETTA | Trailer |
| T-40 | 4YMBC1622JG090269 | Operable | Kaufman | Enclosed Trailer | KANSAS CITY | Trailer |
| T-41 | 5VGFD2023LL003054 | Operable | Kaufman | Gooseneck Trailer | KANSAS CITY | Trailer |
| T-42 | 5VGEN142XML007939 | Operable | Kaufman | Enclosed Trailer | GRAND RAPIDS PROD | Trailer |
| T-43 | 550FD2022KS000827 | Operable | Quality | Trailer MT85 | Chicago | Trailer |
| T-44 | 5VGFG2426ML001656 | Pending Repair | Kaufman | Gooseneck Trailer | Louisville | Trailer |
| T-45 | 5VGEN1424ML007855 | Operable Maintenance | Kaufman | Enclosed Trailer | FAYETTEVILLE | Trailer |
| T-46 | 5VGEN1427ML007946 | Required | Kaufman | Enclosed Trailer | INDY | Trailer |
| T-47 | 5VGN1428ML007938 | Operable | Kaufman | Enclosed Trailer | HARRISBURG | Trailer |
| T-48 | 5VGEN1424ML007936 | Operable | Kaufman | Enclosed Trailer | HOUSTON | Trailer |
| T-49 | 5VGEN1421ML007926 | Operable | Kaufman | Enclosed Trailer | DECATUR | Trailer |
| T-50 | 5VGEN1429ML007933 | Operable | Kaufman | Enclosed Trailer | HOUSTON | Trailer |
| T-51 | 5VGEN1420ML007934 | Pending Repair | Kaufman | Enclosed Trailer | Concord | Trailer |
| T-52 | 5VGEN1422ML007935 | Operable | Kaufman | Enclosed Trailer | SAVANNAH PROD | Trailer |

| | | | | | |
|---|---|---|---|---|---|
| T-53 | 5VGEN1427ML007929 | Operable | Kaufman | Enclosed Trailer | Nashville | Trailer |
| T-55 | 5VGFD2024LL000227 | Operable | Kaufman | Gooseneck Trailer | Concord | Trailer |
| T-56 | 5VGEN1426ML007940 | Operable | Kaufman | Enclosed Trailer | Richmond | Trailer |
| T-57 | 5VGFG2420ML001653 | Ready for Pickup | Kaufman | Gooseneck Trailer | GRAND RAPIDS PROD | Trailer |
| T-59 | 5VGEN1425ML007931 | Operable | Kaufman | Enclosed Trailer | Detroit | Trailer |
| T-60 | 5VGEN1423ML010505 | Operable | Kaufman | Enclosed Trailer | KENTWOOD | Trailer |
| T-61 | 5VGEN1420ML010509 | Operable | Kaufman | Enclosed Trailer | MARIETTA | Trailer |
| T-62 | 5VGEN1427ML010507 | Operable | Kaufman | Enclosed Trailer | Richmond | Trailer |
| T-63 | 5VGEN1429ML010508 | Operable | Kaufman | Enclosed Trailer | AKRON | Trailer |
| T-64 | 5VGEN1426ML010496 | Operable | Kaufman | Enclosed Trailer | Richmond | Trailer |
| T-65 | 5VGEN1424ML010495 | Operable | Kaufman | Enclosed Trailer | HARRISBURG | Trailer |
| T-66 | 5VGEN1428ML010497 | Operable | Kaufman | Enclosed Trailer | Louisville | Trailer |
| T-67 | 5VGEN1428ML010502 | Operable | Kaufman | Enclosed Trailer | INDY | Trailer |
| T-68 | 5VGEN142XML010498 | Operable | Kaufman | Enclosed Trailer | HOUSTON | Trailer |
| T-69 | 5VGEN1429ML010489 | Pending Repair | Kaufman | Enclosed Trailer | Louisville | Trailer |
| T-70 | 5VGEN1421ML010499 | Maintenance Required | Kaufman | Enclosed Trailer | SAVANNAH PROD | Trailer |
| T-71 | 5VGEN1429ML010492 | Operable | Kaufman | Enclosed Trailer | HOUSTON | Trailer |
| T-72 | 5VGEN1427ML010491 | Operable | Kaufman | Enclosed Trailer | Detroit | Trailer |
| T-74 | 5VGEN1425ML010490 | Operable | Kaufman | Enclosed Trailer | KANSAS CITY | Trailer |
| T-75 | 5VGEN1426ML010501 | Pending Repair | Kaufman | Enclosed Trailer | INDY | Trailer |
| T-76 | 5VGEN1424ML010500 | Operable | Kaufman | Enclosed Trailer | Pittsburgh | Trailer |
| T-77 | 5VGEN1420ML010493 | Operable | Kaufman | Enclosed Trailer | KENTWOOD | Trailer |

| | | | | | | |
|---|---|---|---|---|---|---|
| T-78 | 5VGFG2421ML001645 | Operable | Kaufman | Gooseneck Trailer | Detroit | Trailer |
| T-79 | 5VGFG2422ML001654 | Operable | Kaufman | Gooseneck Trailer | KNOXVILLE | Trailer |
| T-80 | 5VGFG2427ML001651 | Operable | Kaufman | Gooseneck Trailer | Louisville | Trailer |
| T-81 | 5VGEN1425ML010506 | Operable | Kaufman | Enclosed Trailer | CINCINNATI | Trailer |
| T-82 | 5VGEN1421ML010504 | Operable | Kaufman | Enclosed Trailer | MARIETTA | Trailer |
| T-83 | 5VGEN142XML010503 | Operable | Kaufman | Enclosed Trailer | Detroit | Trailer |
| T-86 | 5VGFG2422LL008683 | Operable | Kaufman | Gooseneck Trailer | Detroit | Trailer |
| T-88 | 5VGFG2425ML001650 | Ready for Pickup | Kaufman | Gooseneck Trailer | ROANOKE | Trailer |
| T-89 | 5VGFG2421LL008108 | Operable | Kaufman | Gooseneck Trailer | FAYETTEVILLE | Trailer |
| T-90 | 5VGFG2429ML001649 | Operable | Kaufman | Gooseneck Trailer | INDY | Trailer |
| T-91 | 5VGFG2428ML001657 | Operable | Kaufman | Gooseneck Trailer | ROANOKE | Trailer |
| T-92 | 16V3F3326M6094189 | Operable | Big Tex | Gooseneck Trailer Dually | HOUSTON | Trailer |
| T-93 | 16V3F3322M6096098 | Operable | Big Tex | Gooseneck Trailer Dually | KANSAS CITY | Trailer |
| T-94 | 16V3F3322M6091788 | Operable | Big Tex | Gooseneck Trailer Dually | KNOXVILLE | Trailer |
| T-95 | 550FD2024JS002836 | Operable | Quality | Trailer MT85 | Detroit | Trailer |
| T-96 | 550FD2020JS002851 | Operable | Quality | Trailer MT85 | Pittsburgh | Trailer |

### Exhibit 206 A/B - 47. - VEHICLES LEASED BY DEBTOR FROM SUTTON LEASING

| Fleet Number # | VIN # | Secured Date | Vehicle Status | Year | Make | Model |
|---|---|---|---|---|---|---|
| 076 | KL8CD6SA9GC601807 | | Operable | 2016 | CHEV | SPARK |
| 200 | 3FADP4BJ9HM115477 | | Operable | 2017 | Ford | Fiesta |
| 324 | 3FADP4BJ6HM116120 | | Operable | 2017 | Ford | Fiesta |
| 352 | 3FADP4BJ9HM115513 | | Operable | 2017 | Ford | Fiesta |
| 359 | 3FADP4EJ8HM130922 | | Operable | 2017 | Ford | Fiesta |
| 405 | 3FADP4BJXKM121182 | | Operable | 2019 | Ford | Fiesta |
| 408 | 3FADP4BJ7JM104970 | | Operable | 2018 | Ford | Fiesta |
| 412 | 1FADP3F20HL279649 | | Operable | 2017 | Ford | Focus |
| 423 | 1FADP3K29HL225935 | | Operable | 2017 | Ford | Focus |
| 447 | 1FADP3K28HL272292 | | Operable | 2017 | Ford | Focus |
| 466 | 3C4NJCBB8LT176868 | | Operable | 2020 | Jeep | Compass |
| 691 | 1G1ZG5ST1LF131682 | | Operable | 2020 | CHEVY | Malibu |
| 725 | 1G1ZB5ST2LF147680 | | Operable | 2020 | Chevy | Malibu |
| 655 | 1G1ZB5ST4LF135112 | 9/23/2022 | Operable | 2020 | Chevy | Malibu |
| 821 | 1G1ZB5ST0MF060815 | 9/23/2022 | Operable | 2021 | Chevy | Malibu |
| 823 | 1G1ZB5ST4MF059540 | 9/23/2022 | Operable | 2021 | Chevy | Malibu |
| 826 | 1G1ZB5STXMF060823 | 9/23/2022 | Operable | 2021 | Chevy | Malibu |
| 846 | 1G1ZB5ST7MF047463 | 9/23/2022 | Operable | 2021 | Chevy | Malibu |
| 849 | 1G1ZB5ST1MF032036 | | Operable | 2021 | Chevy | Malibu |
| 851 | 1G1ZC5ST5LF127534 | 9/23/2022 | Operable | 2020 | Chevy | Malibu |
| 853 | 1G1ZC5ST1LF129104 | 9/23/2022 | Operable | 2020 | Chevy | Malibu |
| 858 | 1G1ZB5ST7LF048627 | 9/23/2022 | Operable | 2020 | Chevy | Malibu |
| 859 | 1G1ZB5ST8LF049513 | 9/23/2022 | Operable | 2020 | Chevy | Malibu |
| 860 | 1G1ZB5ST6LF030510 | 9/23/2022 | Operable | 2020 | Chevy | Malibu |
| 013 | 3N1CE2CP4GL398655 | | Operable | 2016 | NISS | VERSA |
| 027 | 3N1CE2CP2HL373402 | | Operable | 2017 | NISS | VERSA |
| 032 | 3N1CE2CP3HL374333 | | Operable | 2017 | NISS | VERSA |
| 193 | 3FADP4BJ1HM110662 | | Operable | 2017 | Ford | Fiesta |
| 395 | 1FADP3K25HL225852 | | Operable | 2017 | Ford | Focus |
| 400 | 3FADP4BJ7KM104629 | | Operable | 2019 | Ford | Fiesta |
| 440 | 3FADP4EJXJM101959 | | Operable | 2017 | Ford | Fiesta |
| 741 | 1G1ZB5ST8LF148347 | | Operable | 2020 | Chevy | Malibu |
| 040 | 3FADP4BJ0HM150165 | 9/26/2022 | Operable | 2017 | Ford | Fiesta |
| 109 | 3N1CN7AP6HL877774 | 9/23/2022 | Operable | 2017 | NISS | VERSA |
| 157 | 3FADP4AJ4JM115149 | 9/23/2022 | Operable | 2018 | Ford | Fiesta |
| 160 | 3FADP4AJ2JM115148 | | Pending Repair | 2018 | Ford | Fiesta |

| 194 | 3FADP4BJ8HM116104 | 9/26/2022 | Operable | 2017 | Ford | Fiesta |
|-----|-------------------|-----------|----------|------|------|--------|
| 261 | 54DC4J1B2JS808293 |  | Operable | 2018 | Isuzu | NPR 5-Seat |
| 277 | 54DCDJ1B0JS804954 | 9/30/2022 | Operable | 2018 | Chevy | LCF |
| 283 | 3FADP4BJ8HM115616 | 9/23/2022 | Operable | 2017 | Ford | Fiesta |
| 341 | 1GTW7BFG4J1330564 | 9/26/2022 | Operable | 2018 | GMC | Savana 2-Seat |
| 344 | 54DC4J1B0JS807952 |  | Operable | 2018 | Isuzu | NPR 5-Seat |
| 398 | 1FADP3K29HL279347 | 9/26/2022 | Operable | 2017 | Ford | Focus |
| 605 | 1GCWGAFP3K1283491 | 9/23/2022 | Operable | 2019 | Chevy | Express 2500 |
| 616 | ZFBHRFAB9L6P48214 | 9/23/2022 | Operable | 2020 | RAM | Promaster City |
| 801 | ZFBHRFAB3L6R88620 |  | Pending Repair | 2020 | RAM | Promaster City |
| 875 | 1G1ZC5STXLF140389 | 9/23/2022 | Operable | 2020 | Chevy | Malibu |
| 976 | ZFBHRFAB8M6U50786 | 9/23/2022 | Operable | 2021 | RAM | Promaster City |
| 094 | 3FADP4BJ9HM150133 |  | Operable | 2017 | FORD | FIESTA |
| 114 | ZFBERFAB5H6E81523 |  | Operable | 2017 | RAM | Promaster City |
| 126 | 1GTW7BFG0H1100420 |  | Operable | 2017 | GMC | Savana 2-Seat |
| 131 | 1GTW7BFF7H1213384 |  | Operable | 2017 | GMC | Savana 2-Seat |
| 141 | 54DC4J1B1HS807646 |  | Operable | 2017 | Isuzu | NPR 5-Seat |
| 161 | WMEEK3BAXFK823377 |  | Operable | 2015 | Smart | ForTwo |
| 185 | 1GTW7BFG6H1348526 |  | Operable | 2017 | GMC | Savana 2-Seat |
| 216 | 54DC4J1B4JS805394 |  | Pending Total | 2018 | Isuzu | NPR 5-Seat |
| 218 | 54DC4J1B9JS807836 |  | Operable | 2018 | Isuzu | NPR 5-Seat |
| 219 | 1GTW7BFG5K1168655 |  | Operable | 2019 | GMC | Savana 2-Seat |
| 225 | 1GTW7BFF7H1166714 |  | Operable | 2017 | GMC | Savana 2-Seat |
| 228 | 54DC4J1B8JS805527 |  | Operable | 2018 | Isuzu | NPR 5-Seat |
| 233 | 1GTW7BFG7J1332907 |  | Operable | 2018 | GMC | Savana 2-Seat |
| 243 | ZFBERFAB8J6K95994 |  | Operable | 2018 | RAM | Promaster City |
| 314 | 1GTW7BFG7K1169175 |  | Operable | 2019 | GMC | Savana 2-Seat |
| 574 | 54DC4J1B8KS808588 |  | Operable | 2020 | Isuzu | NPR 5-Seat |
| 586 | ZFBHRFAB8L6P38743 |  | Operable | 2020 | RAM | Promaster City |
| 601 | 1GCWGAFP8K1284572 |  | Operable | 2019 | Chevy | Express 2500 |
| 641 | 1FDWE3FS1JDC34059 |  | Operable | 2018 | Ford | E350 16' High Cube |
| 698 | 3C63RPGL1LG271894 |  | Operable | 2020 | RAM | RAM 3500 |
| 723 | 1G1ZB5ST2LF151082 |  | Operable | 2020 | Chevy | Malibu |
| 989 | 3C6RR7KT9MG665145 |  | Operable | 2021 | RAM | RAM 1500 |
| 211 | ZFBERFAB8J6K63384 | 9/28/2022 | Pending Total | 2018 | Dodge | Promaster |
| 452 | 1FADP3F24HL248629 | 9/26/2022 | Pending Total | 2017 | Ford | Focus |
| 005 | 54DC4J1B0HS803992 | 9/28/2022 | Pending Total | 2017 | Isuzu | NPR |
| 015 | 3N1CE2CPXGL392424 |  | Pending Total | 2016 | NISS | VERSA |
| 132 | 1GTW7BFF2H1210750 |  | Pending Total | 2017 | GMC | Savana |

| 289 | 3FADP4BJ7JM115158 | 9/26/2022 | Pending Total | 2018 | ford | Fiesta |
| 328 | 3FADP4BJ1HM113268 | 9/26/2022 | Pending Total | 2017 | Ford | Fiesta |
| 340 | 1GTW7BFG1J1332157 | | Pending Total | 2018 | gmc | savanna |
| 345 | 54DC4J1B7JS808323 | 9/28/2022 | Pending Total | 2018 | ISUZU | NPR HD TRUCK |
| 360 | 3FADP4BJ4HM113247 | 9/26/2022 | Pending Total | 2017 | Ford | Fiesta |
| 373 | 3FADP4EJ6HM116078 | 9/26/2022 | Pending Total | 2017 | ford | fiesta |
| 382 | 3FADP4EJ2KM117994 | 9/26/2022 | Pending Total | 2019 | Ford | Fiesta |
| 406 | 3FADP4BJ7KM110558 | 9/26/2022 | Pending Total | 2019 | Ford | Fiesta |
| 428 | 3FADP4EJ1HM130891 | 9/26/2022 | Pending Total | 2017 | Ford | Fiesta |
| 638 | 1FDWE3FS4HDC42375 | | Pending Total | 2017 | Ford | E350 16' High Cube |
| 690 | 1G1ZG5ST6LF131435 | | Pending Total | 2020 | Chevrolet | Malibu |
| 694 | 3C63RRGLXLG166363 | | Pending Total | 2020 | Dodge | Ram3500 |
| 702 | 3C63RPGL9LG271898 | | Pending Total | 2020 | dodge | ram 3500 |
| 856 | 1G1ZB5ST8LF151121 | | Pending Total | 2020 | CHEVY | MALIBU |
| 925 | 1G1ZB53T9LF147039 | | Pending Total | 2020 | CHEVY | MALIBU |
| 041 | 1FADP3F22HL303126 | | Operable | 2017 | Ford | Focus |
| 049 | 3FADP4EJ5HM142963 | | Operable | 2017 | Ford | Fiesta |
| 058 | 3N1CE2CP9GL363609 | | Operable | 2016 | NISS | VERSA |
| 098 | 54DC4J1BXHS807631 | | Operable | 2017 | Isuzu | NPR 5-Seat |
| 237 | 3C4NJCBB6LT121366 | | Operable | 2020 | Jeep | Compass |
| 255 | 1GCWGBFP8J1184041 | | Operable | 2018 | Chevy | Express 2500 |
| 351 | 54DC4J1B2JS808018 | | Pending Repair | 2018 | Isuzu | NPR 5-Seat |
| 414 | 3FADP4EJ0HM119591 | | Operable | 2017 | Ford | Fiesta |
| 418 | 3FADP4BJ7KM119728 | | Operable | 2019 | Ford | Fiesta |
| 450 | 1FADP3K21HL280153 | | Operable | 2017 | Ford | Focus |
| 596 | 1GCWGAFP5K1300839 | | Operable | 2019 | Chevy | Express 2500 |
| 622 | 7GZ37TCG6JN900606 | | Pending Repair | 2018 | GMC | Penske 16' High Cube |
| 121 | ZFBERFAB4H6H28014 | | Operable | 2017 | RAM | Promaster City |
| 170 | 3FADP4BJ1HM110709 | | Operable | 2017 | Ford | Fiesta |
| 172 | 3FADP4BJ8HM110660 | | Operable | 2017 | Ford | Fiesta |
| 275 | 54DC4J1B2JS804874 | | Pending Repair | 2018 | Isuzu | NPR 5-Seat |
| 055 | WMEEJ3BA5FK803184 | | Operable | 2015 | Smart | Fortwo |
| 1086 | ZFBHRFAB1M6U51780 | | Operable | 2021 | RAM | Promaster City |
| 144 | 1GTW7BFF5H1105460 | | Operable | 2017 | GMC | Savana 2-Seat |
| 150 | 3FADP4AJ7JM113718 | | Operable | 2018 | Ford | Fiesta |
| 162 | 1GTN1LEC6HZ900979 | | Operable | 2017 | GMC | Sierra |
| 311 | 1GTW7BFG9K1166942 | | Operable | 2019 | GMC | Savana 2-Seat |
| 419 | 1FADP3K26HL267642 | | Operable | 2017 | Ford | Focus |
| 439 | 3FADP4EJ7JM101952 | | Operable | 2018 | Ford | Fiesta |

| 537 | 1G1ZB5ST7LF116182 | | Operable | 2020 | Chevy | Malibu |
|---|---|---|---|---|---|---|
| 581 | 54DC4J1B5JS807221 | | Operable | 2018 | Isuzu | NPR 5-Seat |
| 603 | 1GCWGAFP2K1281201 | | Operable | 2020 | Chevy | Express 2500 |
| 664 | 1G1ZB5ST1LF129865 | | Operable | 2020 | Chevy | Malibu |
| 667 | 54DCDJ1B1JS807216 | | Operable | 2018 | Chevy | NPR 5-Seat |
| 685 | 1G1ZG5ST6LF131662 | | Operable | 2020 | Chevy | Malibu |
| 802 | ZFBHRFAB7L6S09557 | | Operable | 2020 | RAM | Promaster City |
| 820 | 1GCWGBFG3L1273261 | | Operable | 2020 | Chevy | Express 2500 |
| 882 | ZFBHRFAB6L6R65381 | | Operable | 2020 | RAM | Promaster City |
| 944 | ZFBHRFABXM6U18762 | 9/30/2022 | Operable | 2021 | RAM | Promaster City |
| 247 | 3FADP4BJ7HM119639 | | Operable | 2017 | Ford | Fiesta |
| 374 | 3FADP4BJ8HM116085 | | Operable | 2017 | Ford | Fiesta |
| 392 | 3FADP4BJ2JM138962 | | Operable | 2018 | Ford | Fiesta |
| 043 | 1FADP3F2XHL318490 | 9/30/2022 | Operable | 2017 | Ford | Focus |
| 111 | 3N1CE2CP0HL360938 | | Operable | 2017 | NISS | VERSA |
| 413 | 1FADP3F24HL267617 | | Operable | 2017 | Ford | Focus |
| 438 | 3FADP4EJ2JM107173 | | Operable | 2018 | FORD | FIESTA |
| 011 | WMEEJ3BA2FK819634 | | Operable | 2015 | Smart | ForTwo |
| 135 | 54DC4J1B1HS807100 | | Pending Repair | 2017 | Isuzu | NPR 5-Seat |
| 304 | 3FADP4BJ1HM113156 | | Operable | 2017 | Ford | Fiesta |
| 619 | ZFBHRFAB6L6R90362 | | Operable | 2020 | RAM | Promaster City |
| 062 | 3FADP4BJ4HM122319 | | Operable | 2017 | Ford | Fiesta |
| 146 | 3FADP4BJ6JM104121 | | Operable | 2018 | Ford | Fiesta |
| 173 | 3FADP4BJ9HM113695 | | Operable | 2017 | Ford | Fiesta |
| 035 | 3N1CE2CP5HL360417 | | Operable | 2017 | NISS | VERSA |
| 070 | KL8CD6SA0GC587280 | | Operable | 2016 | CHEV | SPARK |
| 186 | ZFBERFAB0J6J23247 | | Operable | 2018 | RAM | Promaster City |
| 195 | 3FADP4BJ9HM116046 | 9/22/2022 | Operable | 2017 | Ford | Fiesta |
| 203 | ZFBERFAB5J6K15390 | | Operable | 2018 | RAM | Promaster City |
| 292 | 3FADP4BJ7HM131094 | 9/22/2022 | Operable | 2017 | Ford | Fiesta |
| 330 | 3FADP4BJ3HM119928 | | Operable | 2017 | Ford | Fiesta |
| 110 | 3N1CE2CP5HL371109 | | Operable | 2017 | NISS | VERSA |
| 155 | 3FADP4BJXJM111783 | | Operable | 2018 | Ford | Fiesta |
| 156 | 3FADP4AJ6JM111796 | | Operable | 2018 | Ford | Fiesta |
| 179 | 3FADP4BJ7HM119625 | | Operable | 2017 | Ford | Fiesta |
| 282 | 3FADP4BJXHM131106 | | Operable | 2017 | Ford | Fiesta |
| 386 | 3FADP4BJ0KM104620 | | Operable | 2019 | Ford | Fiesta |
| 217 | 54DC4J1B7JS807835 | | Operable | 2018 | Isuzu | NPR 5-Seat |
| 238 | 3FADP4BJ0HM113682 | | Operable | 2017 | Ford | Fiesta |

| 264 | 1GTZ7HFG8H1122987 | Operable | 2017 | Chevy | Express 2500 |
| 291 | 3FADP4BJ3HM113627 | Pending Repair | 2017 | Ford | Fiesta |
| 312 | 1GTW7BFG1K1169463 | Operable | 2019 | GMC | Savana 2-Seat |
| 315 | 1GCWGAFGXJ1175917 | Operable | 2018 | Chevy | Express 2500 |
| 337 | 1GTW7BFG3K1166645 | Operable | 2019 | GMC | Savana 2-Seat |
| 429 | 1FADP3K28HL248557 | Operable | 2017 | Ford | Focus |
| 441 | 3FADP4BJ9JM102167 | Operable | 2018 | Ford | Fiesta |
| 645 | 1FDWE3FS5HDC40277 | Operable | 2017 | Ford | E350 16' High Cube |
| 646 | 1GD37TCG5H1176143 | Operable | 2017 | GMC | Savana |
| 863 | 1GCWGBFP2M1237367 | Pending Repair | 2021 | Chevy | Express 2500 |
| 870 | ZFBHRFAB6M6T51822 | Operable | 2021 | RAM | Promaster City |
| 883 | ZFBHRFAB4M6T57506 | Operable | 2021 | RAM | Promaster City |
| 907 | ZFBHRFAB2K6N61413 | Operable | 2019 | RAM | Promaster City |
| 915 | ZFBHRFAB2K6N80964 | Operable | 2021 | RAM | Promaster City |
| 916 | ZFBHRFAB2L6P16236 | Operable | 2021 | RAM | Promaster City |
| 116 | ZFBERFAB9H6D60283 | Operable | 2017 | RAM | Promaster City |
| 152 | 3FADP4AJ0JM104102 | Operable | 2018 | Ford | Fiesta |
| 153 | 3FADP4AJXJM104110 | Operable | 2018 | Ford | Fiesta |
| 182 | 1GTW7BFGXH1168658 | Operable | 2017 | GMC | Savana 2-Seat |
| 251 | 3FADP4BJ0HM131101 | Operable | 2018 | Ford | Fiesta |
| 425 | 1FADP3K22HL267637 | Operable | 2017 | Ford | Focus |
| 426 | 3FADP4BJ2HM115434 | Operable | 2017 | Ford | Fiesta |
| 430 | 1FADP3K24HL249382 | Operable | 2017 | Ford | Focus |
| 431 | 1FADP3K29HL232125 | Operable | 2017 | Ford | Focus |
| 434 | 1FADP3F21HL248085 | Operable | 2017 | Ford | Focus |
| 036 | 3N1CE2CP3HL367057 | Operable | 2017 | NISS | VERSA |
| 072 | KL8CD6SA1GC562727 | Operable | 2016 | CHEV | SPARK |
| 239 | 3FADP4BJ1HM119927 | Operable | 2017 | Ford | Fiesta |
| 388 | 3FADP4BJ6KM101432 | Operable | 2019 | Ford | Fiesta |
| 409 | 1FADP3K26HL248590 | Operable | 2017 | Ford | Focus |
| 433 | 1FADP3F25HL279940 | Operable | 2017 | Ford | Focus |
| 454 | 3FADP4EJ5HM131123 | Operable | 2017 | Ford | Fiesta |
| 456 | 3FADP4EJ3JM104962 | Operable | 2018 | Ford | Fiesta |
| 839 | 1G1ZC5ST3LF140606 | Operable | 2020 | Chevy | Malibu |
| 901 | 1G1ZB5ST7MF074968 | Operable | 2021 | Chevy | Malibu |
| 923 | 1G1ZA5ST0LF144960 | Operable | 2020 | Chevy | Malibu |
| 057 | 3FADP4EJ4HM137494 | Operable | 2017 | Ford | Fiesta |
| 252 | 3FADP4BJ2HM116065 | Pending Repair | 2017 | Ford | Fiesta |
| 270 | 3C4NJCBB0LT102053 | Operable | 2020 | Jeep | Compass |

| 384 | 3FADP4BJ0KM101443 | Operable | 2019 | Ford | Fiesta |
| 390 | 3FADP4BJ5JM134484 | Operable | 2018 | Ford | Fiesta |
| 728 | 1G1ZB5ST7LF138666 | Operable | 2020 | Chevy | Malibu |
| 825 | 1G1ZB5ST8MF060352 | Operable | 2021 | Chevy | Malibu |
| 873 | 1G1ZB5ST4LF147129 | Operable | 2020 | Chevrolet | Malibu |
| 148 | 3FADP4BJ1JM117018 | Operable | 2018 | Ford | Fiesta |
| 158 | 3FADP4AJXJM100624 | Operable | 2018 | Ford | Fiesta |
| 168 | 3FADP4BJ8HM112991 | Operable | 2017 | Ford | Fiesta |
| 267 | 1GTZ4JHFG4H1111551 | Operable | 2017 | GMC | Savana 2-Seat |
| 297 | 54DC4J1B4JS808019 | Operable | 2018 | Isuzu | NPR 5-Seat |
| 325 | 3FADP4BJ2HM119810 | Operable | 2017 | Ford | Fiesta |
| 327 | 3FADP4BJ0HM131079 | Operable | 2017 | Ford | Fiesta |
| 332 | 3FADP4BJ5HM119977 | Operable | 2017 | Ford | Fiesta |
| 333 | 3FADP4BJ4HM131067 | Operable | 2017 | Ford | Fiesta |
| 364 | 3FADP4EJ2HM122914 | Operable | 2017 | Ford | Fiesta |
| 379 | 1GTW7BFG3K1167410 | Operable | 2019 | GMC | Savana 2-Seat |
| 578 | 54DC4J1B4JS808294 | Pending Total | 2018 | Isuzu | NPR 5-Seat |
| 602 | 1GCWGAFP2K1281389 | Ready for Pickup | 2019 | Chevy | Express 2500 |
| 621 | 7GZ37TCG6JN900685 | Operable | 2018 | GMC | Penske 16' High Cube |
| 631 | 7GZ37TCG8JN902048 | Operable | 2018 | GMC | Penske 16' High Cube |
| 639 | 1FDWE3FS1GDC37391 | Operable | 2016 | Ford | E350 16' High Cube |
| 022 | 3N1CE2CP0GL394294 | Operable | 2016 | NISS | VERSA |
| 024 | WMEEJ3BA0FK808499 | Operable | 2015 | Smart | Fortwo |
| 174 | 3FADP4BJ9HM116029 | Operable | 2017 | Ford | Fiesta |
| 246 | 3FADP4BJ1HM113674 | Operable | 2017 | Ford | Fiesta |
| 424 | 3FADP4EJ7HM130913 | Operable | 2017 | Ford | Fiesta |
| 444 | 3FADP4BJ3JM102097 | Operable | 2018 | Ford | Fiesta |
| 445 | 3FADP4EJ7JM101918 | Pending Repair | 2018 | Ford | Fiesta |
| 587 | ZFBHRFAB5L6P35380 | Operable | 2020 | RAM | Promaster City |
| 008 | 54DC4J1B9GS808221 | Operable | 2016 | Isuzu | NPR 5-Seat |
| 140 | 54DC4J1B0HS809727 | Operable | 2017 | Isuzu | NPR 5-Seat |
| 624 | 7GZ37TCG2JN901669 | Operable | 2018 | GMC | Penske 16' High Cube |
| 199 | 3FADP4BJ8HM119908 | Operable | 2017 | Ford | Fiesta |
| 253 | 1GTW7BFG3J1332290 | Operable | 2018 | GMC | Savana 2-Seat |
| 329 | 3FADP4BJ6HM115422 | Operable | 2017 | Ford | Fiesta |
| 381 | 3FADP4EJ1KM108509 | Operable | 2019 | Ford | Fiesta |
| 451 | 1FADP3K20HL267782 | Operable | 2017 | Ford | Focus |
| 034 | 3N1CE2CP4HL369321 | Operable | 2017 | NISS | VERSA |
| 317 | 3FADP4BJ7HM115980 | Operable | 2017 | Ford | Fiesta |

| 383 | 3FADP4BJ1KM114718 | Operable | 2019 | Ford | Fiesta |
| 458 | 3FADP4BJ9JM104968 | Operable | 2018 | Ford | Fiesta |
| 459 | 1FADP3K29HL267778 | Operable | 2017 | Ford | Focus |
| 716 | 1G1ZB5ST1LF151011 | Operable | 2020 | Chevy | Malibu |
| 733 | 1G1ZB5ST6LF151053 | Operable | 2020 | Chevy | Malibu |
| 814 | 1G1ZB5STXMF059882 | Operable | 2021 | Chevy | Malibu |
| 827 | 1G1ZB5ST8MF060321 | Operable | 2021 | Chevy | Malibu |
| 266 | 1GTZ7HFG0H1108372 | Operable | 2017 | GMC | Savana 2-Seat |
| 313 | ZFBERFAB0J6L22640 | Operable | 2018 | RAM | Promaster City |
| 343 | 1GTW7BFG9K1168108 | Operable | 2019 | GMC | Savana 2-Seat |
| 591 | 1GCWGAFP1K1305312 | Operable | 2019 | Chevy | Express 2500 |
| 648 | 1GD37TCG7G1264836 | Operable | 2018 | GMC | Penske 16' High Cube |
| 945 | ZFBHRFAB9M6U12452 | Operable | 2021 | RAM | Promaster City |
| 169 | 3FADP4EJ4HM119836 | Operable | 2017 | Ford | Fiesta |
| 394 | 1FADP3F25HL267481 | Operable | 2017 | Ford | Fiesta |
| 436 | 3FADP4BJ7JM104984 | Pending Repair | 2018 | Ford | Fiesta |
| E-2 | 1GNSKBKC5FR130423 | Operable | 2015 | Chevy | Tahoe |
| 092 | 3FADP4BJ1HM142950 | Operable | 2017 | FORD | FIESTA |
| 104 | 3N1CN7AP0HL869735 | Operable | 2017 | NISS | VERSA |
| 192 | 3FADP4BJXHM113673 | Operable | 2017 | Ford | Fiesta |
| 250 | 3FADP4BJ8HM116006 | Operable | 2017 | Ford | Fiesta |
| 401 | 3FADP4BJ7HM131077 | Operable | 2017 | Ford | Fiesta |
| 499 | 1G1ZB5ST0LF115830 | Operable | 2020 | Chevy | Malibu |
| 501 | 1G1ZB5STXLF114894 | Operable | 2020 | Chevy | Malibu |
| 502 | 1G1ZB5STXLF116516 | Pending Total | 2020 | Chevy | Malibu |
| 503 | 1G1ZB5ST9LF116376 | Operable | 2020 | Chevy | Malibu |
| 710 | 1G1ZB5ST9LF151628 | Operable | 2020 | Chevy | Malibu |
| 712 | 1G1ZB5ST9LF151001 | Operable | 2020 | Chevy | Malibu |
| 714 | 1G1ZB5ST8LF150969 | Operable | 2020 | Chevy | Malibu |
| 717 | 1G1ZB5STXLF151072 | Operable | 2020 | Chevy | Malibu |
| 019 | 1FADP3F29GL285657 | Operable | 2016 | Ford | Focus |
| 088 | 3FADP4BJ2HM125719 | Operable | 2017 | FORD | FIESTA |
| 149 | 3FADP4BJ6JM119900 | Operable | 2018 | Ford | Fiesta |
| 188 | 3FADP4BJXHM110658 | Operable | 2017 | Ford | Fiesta |
| 356 | 3FADP4EJ0HM113256 | Operable | 2017 | Ford | Fiesta |
| 368 | 3FADP4BJ8HM131086 | Operable | 2017 | Ford | Fiesta |
| 372 | 3FADP4BJ2HM119645 | Operable | 2017 | Ford | Fiesta |
| 375 | 3FADP4BJ4HM132199 | Operable | 2017 | Ford | Fiesta |
| 404 | 3FADP4BJ7KM101441 | Operable | 2019 | Ford | Fiesta |

| 407 | 3FADP4BJ5HM113189 | | Operable | 2017 | Ford | Fiesta |
|-----|-------------------|--|----------|------|------|--------|
| 422 | 1FADP3F25HL248641 | | Operable | 2017 | Ford | Focus |
| 487 | 1G1ZB5ST7LF050538 | | Operable | 2020 | Chevy | Malibu |
| 491 | 1G1ZB5ST1LF017104 | | Operable | 2020 | Chevy | Malibu |
| 532 | 1G1ZB5ST6LF115539 | | Operable | 2020 | Chevy | Malibu |
| 535 | 1G1ZB5ST6LF118277 | | Pending Repair | 2020 | Chevy | Malibu |
| 538 | 1G1ZB5ST8LF118314 | | Operable | 2020 | Chevy | Malibu |
| 551 | 1G1ZB5ST5LF115578 | | Operable | 2020 | Chevy | Malibu |
| 718 | 1G1ZB5ST8LF151622 | | Operable | 2020 | Chevy | Malibu |
| 719 | 1G1ZB5ST2LF151017 | | Operable | 2020 | Chevy | Malibu |
| 720 | 1G1ZB5ST1LF151025 | | Operable | 2020 | Chevy | Malibu |
| 803 | 1G1ZB5ST7MF077501 | | Pending Repair | 2021 | Chevy | Malibu |
| 804 | 1G1ZB5ST6MF078333 | | Operable | 2021 | Chevy | Malibu |
| E-9 | 2C3CCAGG6GH157247 | | Operable | 2016 | Chrysler | 300 |
| 009 | WMEEJ3BA3FK819593 | | Operable | 2015 | Smart | Fortwo |
| 167 | 3FADP4BJ1HM115991 | | Operable | 2017 | Ford | Fiesta |
| 190 | 3FADP4BJ6HM119924 | | Ready for Pickup | 2017 | Ford | Fiesta |
| 399 | 3FADP4BJ8KM101433 | 9/30/2022 | Operable | 2019 | Ford | Fiesta |
| 060 | 3FADP4BJ6HM122323 | | Operable | 2017 | Ford | Fiesta |
| 370 | 3FADP4BJ0HM131096 | | Operable | 2017 | Ford | Fiesta |
| 380 | 3FADP4EJ5JM106177 | 9/28/2022 | Operable | 2017 | Ford | Fiesta |
| 402 | 1FADP3K22HL268433 | 9/30/2022 | Operable | 2017 | Ford | Focus |
| 455 | 3FADP4EJ9JM104996 | | Operable | 2018 | Ford | Fiesta |
| 840 | 1G1ZC5ST2LF140371 | 9/28/2022 | Operable | 2020 | Chevy | Malibu |
| 841 | 1G1ZB5ST2MF038119 | | Operable | 2021 | Chevy | Malibu |
| 897 | 1g1zb5st3mf077026 | 9/28/2022 | Operable | 2021 | Chevy | Malibu |
| 898 | 1G1ZB5ST7MF002880 | | Operable | 2021 | Chevy | Malibu |
| 979 | ZFBHRFAB4M6U51773 | | Operable | 2021 | RAM | Promaster City |
| 980 | ZFBHRFAB9M6U51820 | | Operable | 2021 | RAM | Promaster City |
| 165 | 3FADP4EJ5HM113267 | | Operable | 2017 | Ford | Fiesta |
| 189 | 3FADP4BJ2HM110654 | | Operable | 2017 | Ford | Fiesta |
| 248 | 3FADP4BJ1HM131107 | | Operable | 2017 | Ford | Fiesta |
| 331 | 3FADP4BJ2HM115983 | | Operable | 2017 | Ford | Fiesta |
| 334 | 3FADP4BJ2HM115417 | | Operable | 2017 | Ford | Fiesta |
| 336 | 3FADP4BJ7HM115476 | | Operable | 2017 | Ford | Fiesta |
| 369 | 3FADP4EJ8HM112937 | | Operable | 2017 | Ford | Fiesta |
| 411 | 3FADP4EJ6HM130885 | | Operable | 2017 | Ford | Fiesta |
| 437 | 3FADP4EJ7JM101840 | | Operable | 2018 | Ford | Fiesta |
| 446 | 3FADP4BJ5JM104983 | | Operable | 2018 | Ford | Fiesta |

| | | | | | | |
|---|---|---|---|---|---|---|
| 727 | 1G1ZB5ST5LF081223 | | Operable | 2020 | Chevy | Malibu |
| 800 | 3C4NJCBB3MT538879 | | Operable | 2021 | Jeep | Compass |
| 822 | 1G1ZB5ST1MF060709 | | Operable | 2021 | Chevy | Malibu |
| 824 | 1G1ZB5ST6MF059782 | | Operable | 2021 | Chevy | Malibu |
| 850 | 1G1ZC5ST0LF127859 | | Operable | 2020 | Chevy | Malibu |
| 852 | 1G1ZC5ST0LF128865 | | Operable | 2020 | Chevy | Malibu |
| 354 | 3FADP4BJ0HM131065 | | Operable | 2017 | Ford | Fiesta |
| 479 | 1G1ZB5ST8LF041380 | | Needs Repair | 2020 | Chevy | Malibu |
| 813 | 1G1ZB5ST6MF059569 | | Operable | 2021 | Chevy | Malibu |
| 831 | 1G1ZB5STXMF060613 | | Operable | 2021 | Chevy | Malibu |
| 843 | 1G1ZA5ST1LF144224 | | Operable | 2020 | Chevy | Malibu |
| 878 | 1G1ZA5STXLF144111 | | Operable | 2020 | Chevy | Malibu |
| 299 | 1GCWGBFP7J1181115 | | Pending Repair | 2018 | Chevy | Express 2500 |
| 302 | ZFBERFABXJ6L20507 | | Pending Repair | 2018 | RAM | Promaster City |
| 303 | ZFBERFAB2J6L36877 | | Ready for Pickup | 2018 | RAM | Promaster City |
| 279 | 3FADP4BJ3HM115460 | | Operable | 2017 | Ford | Fiesta |
| 323 | 3FADP4BJXHM113219 | | Operable | 2017 | Ford | Fiesta |
| 358 | 3FADP4EJ4HM130920 | | Operable | 2017 | Ford | Fiesta |
| 361 | 3FADP4BJ5HM115475 | | Operable | 2017 | Ford | Fiesta |
| 415 | 1FADP3F21HL225566 | | Operable | 2017 | Ford | Focus |
| 547 | 1G1ZB5ST9LF116524 | | Operable | 2020 | Chevy | Malibu |
| 809 | 1G1ZB5ST0MF060586 | | Operable | 2021 | Chevy | Malibu |
| 810 | 1G1ZB5ST1MF060578 | | Operable | 2020 | Chevy | Malibu |
| 828 | 1G1ZB5ST8MF060626 | | Operable | 2021 | Chevy | Malibu |
| 829 | 1G1ZB5ST7MF059631 | | Operable | 2021 | Chevy | Malibu |
| 830 | 1G1ZB5ST9MF060392 | | Operable | 2021 | Chevy | Malibu |
| 842 | 1G1ZB5ST8MF064501 | | Operable | 2021 | Chevy | Malibu |
| 865 | 3C4NJCBB8MT552874 | | Operable | 2021 | Jeep | Compass |
| 887 | 1G1ZB5ST1MF075081 | | Operable | 2021 | Chevy | Malibu |
| 889 | 1G1ZB5ST2MF074974 | | Operable | 2021 | Chevy | Malibu |
| 890 | 1G1ZB5ST9MF077192 | | Operable | 2021 | Chevy | Malibu |
| 891 | 1G1ZB5ST4MF077505 | | Operable | 2021 | Chevy | Malibu |
| 892 | 1G1ZB5ST4MF049008 | | Operable | 2021 | Chevy | Malibu |
| 893 | 1G1ZB5ST9MF077175 | | Operable | 2021 | Chevy | Malibu |
| 894 | 1G1ZB5ST5MF037272 | | Operable | 2021 | Chevy | Malibu |
| 895 | 1G1ZB5ST6MF077487 | | Operable | 2021 | Chevy | Malibu |
| 896 | 1G1ZB5ST0MF077050 | | Operable | 2021 | Chevy | Malibu |
| 906 | 3C4NJCBB4MT517927 | | Operable | 2021 | Jeep | Compass |
| 052 | KL8CD6SA2GC611384 | 9/23/2022 | Operable | 2016 | CHEV | SPARK |

| | | | | | | |
|---|---|---|---|---|---|---|
| 108 | 3N1CE2CP4HL353491 | 9/22/2022 | Operable | 2017 | NISS | VERSA |
| 154 | 3FADP4BJ0JM116958 | 9/27/2022 | Operable | 2018 | Ford | Fiesta |
| 221 | 1G1BE5SM6J7144676 | 9/22/2022 | Operable | 2018 | Chevy | Cruze |
| 222 | 3C4NJCBB9LT121751 | 9/27/2022 | Operable | 2020 | Jeep | Compass |
| 285 | 3FADP4BJ9HM113633 | 9/23/2022 | Operable | 2017 | Ford | Fiesta |
| 391 | 3FADP4EJ2JM134485 | 9/22/2022 | Operable | 2018 | Ford | Fiesta |
| 417 | 3FADP4EJ5JM146226 | 9/22/2022 | Operable | 2018 | Ford | Fiesta |
| 517 | 1G1ZB5ST1LF118851 | 9/22/2022 | Operable | 2020 | Chevy | Malibu |
| 519 | 1G1ZB5ST6LF119543 | 9/22/2022 | Operable | 2020 | Chevy | Malibu |
| 658 | 1G1ZB5ST7LF129482 | 9/22/2022 | Operable | 2020 | Chevy | Malibu |
| 045 | 1FADP3K26HL313468 | | Operable | 2017 | Ford | Focus |
| 054 | 3FADP4BJ7HM132696 | | Operable | 2017 | Ford | Fiesta |
| 432 | 1FADP3K24HL259586 | | Operable | 2017 | Ford | Focus |
| 651 | 1G1ZB5ST2LF132841 | | Operable | 2020 | Chevy | Malibu |
| 652 | 1G1ZB5STXLF132912 | | Operable | 2020 | Chevy | Malibu |
| 653 | 1G1ZB5ST3LF129060 | | Operable | 2020 | Chevy | Malibu |
| 674 | 1G1ZB5ST6LF119476 | | Operable | 2020 | Chevy | Malibu |
| 675 | 1G1ZB5ST8LF112965 | | Operable | 2020 | Chevy | Malibu |
| 679 | 1G1ZB5ST6LF133958 | | Operable | 2020 | Chevy | Malibu |
| 654 | 1G1ZB5ST8LF134562 | | Operable | 2020 | Chevy | Malibu |
| | 2FMPK4AP9HBC14261 | | New | 2017 | Ford | Edge |
| | 54DC4J1C3GS810801 | | New | 2016 | Isuzu | NPR |
| | 54DC4J1C9HS807435 | | New | 2017 | Isuzu | NPR |
| | 1C4BJWDG8HL634070 | | New | 2017 | Jeep | Wrangler |
| | 54DC4J1B7HS803391 | | New | 2017 | Isuzu | NPR |
| | 54DC4J1B0HS806617 | | New | 2017 | Isuzu | NPR |
| | 54DC4J1B8HS807630 | | New | 2017 | Isuzu | NPR |
| | ZFBERFABXHE35167 | | New | 2017 | Ram | Promaster |
| | ZFBERFAB7H6E85959 | | New | 2017 | Ram | Promaster |
| | 54DC4J1B9HS809726 | | New | 2017 | Isuzu | NPR |
| | 54DC4J1B7HS809725 | | New | 2017 | Isuzu | NPR |
| | 54DC4J1B0HS807119 | | New | 2017 | Isuzu | NPR |
| | 1GTW7BFF2H1211641 | | New | 2017 | GMC | Savana |
| | 1GTW7BFF0H1139094 | | New | 2017 | GMC | Savana |
| | 1GTW7BFF7H1210713 | | New | 2017 | GMC | Savana |
| | 1GTW7BFG9H1110251 | | New | 2017 | GMC | Savana |
| | 1GTW7BFF6H1138774 | | New | 2017 | GMC | Savana |
| | 1GTW7BFG8H1224657 | | New | 2017 | GMC | Savana |
| | 1GTW7BFG9H1205280 | | New | 2017 | GMC | Savana |
| | B3TR15291 | | New | | | MINI TRACK LOADER |
| | B3TR15295 | | New | | | MINI TRACK LOADER |
| | B3TR15266 | | New | | | MINI TRACK LOADER |
| | 54DCDJ1B8JS803177 | | New | 2018 | Chevy | 4500 |

| VIN | Condition | Year | Make | Model |
|---|---|---|---|---|
| 54DCDJ1B1JS804011 | New | 2018 | Chevy | 4500 |
| 54DCDJ1BXJS803178 | New | 2018 | Chevy | 4500 |
| 54DCDJ1B6JS803176 | New | 2018 | Chevy | 4500 |
| 54DC4J1B4JS804875 | New | 2018 | Isuzu | NPR |
| B3TR15278 | New | | | MINI TRACK LOADER |
| B3TR15312 | New | | | MINI TRACK LOADER |
| 54DCDJ1B3JS804009 | New | 2018 | Chevy | 4500 |
| 54DC4J1B8JS802269 | New | 2018 | Isuzu | NPR |
| 3FADP4BJ1HM110659 | New | 2017 | Ford | Fiesta |
| 1GTW7BFG8J1332916 | New | 2018 | GMC | Savana |
| 1GTW7BFF9H1346745 | New | 2017 | GMC | Savana |
| 1GTW7BFF5H1264026 | New | 2017 | GMC | Savana |
| 1GTZ7HFG7H1111138 | New | 2017 | GMC | Savana |
| 1GTW7BFG1J1332269 | New | 2018 | GMC | Savana |
| ZFBERFAB9JK71705 | New | 2018 | Ram | Promaster |
| ZFBERFAB6J6J15895 | New | 2018 | Ram | Promaster |
| ZFBERFAB8J6K66852 | New | 2018 | Ram | Promaster |
| ZFBERFABXJ6K00321 | New | 2018 | Ram | Promaster |
| ZFBERFAB5J6K07757 | New | 2018 | Ram | Promaster |
| 54DC4J1B6JS804876 | New | 2018 | Isuzu | NPR |
| 54DC4J1B6JS808247 | New | 2018 | Isuzu | NPR |
| 54DC4J1B2JS806916 | New | 2018 | Isuzu | NPR |
| 54DCDJ1B9JS804953 | New | 2018 | Chevy | 4500 |
| 54DC4J1B2JS805927 | New | 2018 | Isuzu | NPR |
| 54DC4J1B0JS804808 | New | 2018 | Isuzu | NPR |
| 3FADP4BJ2HM113022 | New | 2017 | Ford | Fiesta |
| 1GTW7BFG7J1333331 | New | 2018 | GMC | Savana |
| 1GTW7BFF6H1137110 | New | 2017 | GMC | Savana |
| 1GTW7BFF1H1214398 | New | 2017 | GMC | Savana |
| 1GTW7BFGXH1139158 | New | 2017 | GMC | Savana |
| 1GTW7BFG3H1137672 | New | 2017 | GMC | Savana |
| ZFBERFAB8J6K22978 | New | 2018 | Ram | Promaster |
| 54DC4J1B9JS804807 | New | 2018 | Isuzu | NPR |
| 54DC4J1B5JS807834 | New | 2018 | Isuzu | NPR |
| 54DC4J1B0JS808020 | New | 2018 | Isuzu | NPR |
| 54DC4J1B9JS807951 | New | 2018 | Isuzu | NPR |
| 1GCWGBFP9J1181665 | New | 2018 | Chevy | Express 2500 |
| 1GTW7BFG0J1330609 | New | 2018 | GMC | Savana |
| B3TR15308 | New | | | MINI TRACK LOADER |
| 1GTW7BFG2K1166362 | New | 2019 | GMC | Savana |
| 54DC4J1B9JS808324 | New | 2018 | Isuzu | NPR |
| 1GTW7BFG6K1167949 | New | 2019 | GMC | Savana |
| 1GCWGBFPXJ1182257 | New | 2018 | Chevy | Express 2500 |
| 1GTW7BFG7J1331868 | New | 2018 | GMC | Savana |
| 1GTZ7HFGXH1123283 | New | 2017 | GMC | Savana |
| 1GTW7BFG1K1166076 | New | 2019 | GMC | Savana |

| VIN | Condition | Year | Make | Model |
|---|---|---|---|---|
| 3FADP4BJ5JM113716 | New | 2018 | Ford | Fiesta |
| 3FADP4BJ6HM113671 | New | 2017 | Ford | Fiesta |
| B3TR15878 | New | | | MINI TRACK LOADER |
| 54DC4J1B1JS808298 | New | 2018 | Isuzu | NPR |
| 550FD2020KS000244 | New | 2018 | Quality | Trailer |
| ZFBERFAB3J6L14709 | New | 2018 | Ram | Promaster |
| ZFBERFABXJL19972 | New | 2018 | Ram | Promaster |
| ZFBERFAB9J6L26217 | New | 2018 | Ram | Promaster |
| 1GTW7BFG6K1166784 | New | 2019 | GMC | Savana |
| 1GTW7BFG4K1169408 | New | 2019 | GMC | Savana |
| 3FADP4BJ1HM116042 | New | 2017 | Ford | Fiesta |
| 3FADP4BJ7HM116093 | New | 2017 | Ford | Fiesta |
| 3FADP4EJ5HM116069 | New | 2017 | Ford | Fiesta |
| 3FADP4BJ8HM113185 | New | 2017 | Ford | Fiesta |
| 3FADP4BJXHM131087 | New | 2017 | Ford | Fiesta |
| 3FADP4BJ6HM115436 | New | 2017 | Ford | Fiesta |
| 3FADP4BJ1HM119619 | New | 2017 | Ford | Fiesta |
| 3FADP4BJ6HM113668 | New | 2017 | Ford | Fiesta |
| 1GNERHKW3KJ214240 | New | 2019 | Chevy | Traverse |
| 3FADP4EJ4HM134486 | New | 2018 | Ford | Fiesta |
| 3FADP4EJ4JM143950 | New | 2018 | Ford | Fiesta |
| 3FADP4BJ6JM146255 | New | 2018 | Ford | Fiesta |
| 3FADP4EJ0HM130901 | New | 2017 | Ford | Fiesta |
| 1FADP3F23HL268046 | New | 2017 | Ford | Focus |
| 3FADP4BJ5HM116142 | New | 2017 | Ford | Fiesta |
| 1FADP3K24HL267641 | New | 2017 | Ford | Focus |
| 3FADP4BJ8HM115647 | New | 2017 | Ford | Fiesta |
| 3FADP4BJ0JM107211 | New | 2018 | Ford | Fiesta |
| 3FADP4EJ5JM107149 | New | 2018 | Ford | Fiesta |
| 3FADP4EJ5JM101920 | New | 2018 | Ford | Fiesta |
| 3FADP4EJ5JM101903 | New | 2018 | Ford | Fiesta |
| 3FADP4EJ9JM107140 | New | 2018 | Ford | Fiesta |
| 3FADP4EJ3HM130892 | New | 2017 | Ford | Fiesta |
| 1C6JJTBGXLL110772 | New | 2020 | Jeep | Gladiator |
| 550FD2224KS004231 | New | 2019 | Quality | Trailer |
| INV78814 | New | | | ROS-DV440 CAMERA |
| 3FADP4BJ6JM115152 | New | 2018 | Ford | Fiesta |
| 1GCWGAFG9J1177917 | New | 2018 | Chevy | Express 2500 |
| 3FADP4AJ6JM104121 | New | 2018 | Ford | Fiesta |
| B3TR18915 | New | | | MT85 MINI LOADER |
| B3TR18886 | New | | | MT85 MINI LOADER |
| SALWR2SU8LA899385 | New | 2020 | Land Rover | Range Rover |
| SADCZ2EE3LA639544 | New | 2020 | Jaguar | F-Pace |
| 3C4NJCBB8LT141618 | New | 2020 | Jeep | Compass |
| 3C4NJCBBXLT115084 | New | 2020 | Jeep | Compass |
| 3C4NJCBB4LT141616 | New | 2020 | Jeep | Compass |

| VIN | Condition | Year | Make | Model |
|---|---|---|---|---|
| 3C4NJCBB3LT141607 | New | 2020 | Jeep | Compass |
| 3C4NJCBB3LT141638 | New | 2020 | Jeep | Compass |
| 3C4NJCBB3LT141655 | New | 2020 | Jeep | Compass |
| 3C4NJCBB8LT125239 | New | 2020 | Jeep | Compass |
| 3C4NJCBB1LT102126 | New | 2020 | Jeep | Compass |
| 3C4NJCBB0LT176864 | New | 2020 | Jeep | Compass |
| 3C4NJCBB2LT176865 | New | 2020 | Jeep | Compass |
| 3C4NJCBB4LT176866 | New | 2020 | Jeep | Compass |
| 3C4NJCBBXLT176869 | New | 2020 | Jeep | Compass |
| 3C4NJCBB7LT176859 | New | 2020 | Jeep | Compass |
| 3C4NJCBB3LT176860 | New | 2020 | Jeep | Compass |
| 3C4NJCBB1LT176873 | New | 2020 | Jeep | Compass |
| 3C4NJCBB8LT176854 | New | 2020 | Jeep | Compass |
| 3GNKBDRS2LS601008 | New | 2020 | Chevy | Blazer |
| 1G1ZB5ST4LF008571 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST1LF015882 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST4LF077213 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST8LF073651 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST2LF115666 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST7LF114903 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST9LF115132 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST3LF115692 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST1LF115867 | New | 2020 | Chevy | Malibu |
| 1G1ZB5STXLF115981 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST9LF115891 | Pending Total | 2020 | Chevy | Malibu |
| 55 GPS DEVICES | New | | | G09-LTEATT |
| 1G1ZB5ST5LF115337 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST5LF115757 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST1LF115755 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST2LF116266 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST1LF115724 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST4LF115717 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST4LF115328 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST3LF118091 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST2LF116042 | Pending Total | 2020 | Chevy | Malibu |
| 1G1ZB5ST4LF115961 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST8LF115056 | New | 2020 | Chevy | Malibu |
| 3C4NJCBB4LT225077 | New | 2020 | Jeep | Compass |
| 1G1ZB5ST4LF116284 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST7LF116134 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST1LF114993 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST4LF115958 | New | 2020 | Chevy | Malibu |
| ALJG32227 | New | | Bobcat | T650 Loader |
| ALJG32228 | New | | Bobcat | T650 Loader |
| 54DC4J1C6JS807429 | New | 2018 | Isuzu | NPR |
| 54DC4J1B6KS800750 | New | 2019 | Isuzu | NPR |

| VIN | Status | Year | Make | Model |
|---|---|---|---|---|
| 54DC4J1B6KS805544 | New | 2019 | Isuzu | NPR |
| 54DC4J1B2KS806979 | New | 2019 | Isuzu | NPR |
| 54DC4J1B4KS806806 | New | 2019 | Isuzu | NPR |
| 54DC4J1B6KS806807 | New | 2019 | Isuzu | NPR |
| 1GCWGBFP2J1334838 | New | 2018 | Chevy | Express 2500 |
| 1GCWGBFP5J1334770 | New | 2018 | Chevy | Express 2500 |
| 1GCWGBFP2J1334774 | New | 2018 | Chevy | Express 2500 |
| 1GCWGBFP3J1335013 | New | 2018 | Chevy | Express 2500 |
| 1GCWGBFP5J1334803 | New | 2018 | Chevy | Express 2500 |
| 1GCWGBFP7J1334463 | New | 2018 | Chevy | Express 2500 |
| ZFBHRFAB4L6P34141 | Pending Total | 2020 | Ram | Promaster |
| 54DC4J1B7JS807222 | New | 2018 | Isuzu | NPR |
| 54DC4J1B8JS807228 | New | 2018 | Isuzu | NPR |
| 54DCDJ1BXKS809211 | New | 2019 | Chevy | 4500 |
| 54DCDJ1B9KS809720 | New | 2019 | Chevy | 4500 |
| 54DCDJ1B2KS808862 | New | 2019 | Chevy | 4500 |
| 54DCDJ1B2KS809719 | New | 2019 | Chevy | 4500 |
| 1GCWGAFPXK1283777 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP2K1193751 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP0K1195028 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP4K1194979 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP2K1306257 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP7K1285244 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP8K1288184 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP6K1282772 | New | 2019 | Chevy | Express 2500 |
| 1FDWE3F69JDC23846 | New | 2018 | Ford | E350 |
| 1GCWGAFP1K1289094 | New | 2019 | Chevy | Express 2500 |
| 1G1ZB5ST0LF129632 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST9LF129595 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST6LF129068 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST2LF127946 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST3LF129978 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST8LF131984 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST2LF132113 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST1LF134595 | New | 2020 | Chevy | Malibu |
| 7TZ37TCG6JN900606 | New | 2018 | GMC | Savana |
| 7GZ37TCG0JN901864 | New | 2018 | GMC | Savana |
| 7GZ37TCG2JN901557 | New | 2018 | GMC | Savana |
| 7GZ37TCG3JN000228 | New | 2018 | GMC | Savana |
| 7GZ37TCG1JN901873 | New | 2018 | GMC | Savana |
| 1GD37TCG1H1905349 | New | 2017 | GMC | Savana |
| 7GZ37TCG5JN902508 | New | 2018 | GMC | Savana |
| 7GZ37TCG8JN901532 | New | 2018 | GMC | Savana |
| 7GZ37TCG2JN901610 | New | 2018 | GMC | Savana |
| 1FDWE3FSXJDC33377 | New | 2018 | Ford | E350 |
| 7GZ37TCG7JN901148 | New | 2018 | GMC | Savana |

| VIN | Status | Year | Make | Model |
|---|---|---|---|---|
| 1FDWE3FSXHDC44440 | New | 2017 | Ford | E350 |
| 1FDWE3FS2JDC34152 | New | 2018 | Ford | E350 |
| 1FDWE3FS7HDC40359 | New | 2017 | Ford | E350 |
| 1GD37TCG9G1305046 | New | 2016 | GMC | Savana |
| 1GD37TCG0H1905309 | New | 2017 | GMC | Savana |
| 1FDWE3FS2HDC42102 | New | 2017 | Ford | E350 |
| 7GZ37TCG9JN901684 | New | 2018 | GMC | Savana |
| 1FDWE3FS6HDC40370 | New | 2017 | Ford | E350 |
| 1FDWE3FS1HDC43631 | New | 2017 | Ford | E350 |
| 1GD37TCG3G1268463 | New | 2016 | GMC | Savana |
| ZFBHRFAB0L6P35335 | New | 2020 | Ram | Promaster |
| ZFBHRFAB3L6P48290 | Pending Total | 2020 | Ram | Promaster |
| ZFBHRFABXL6R83785 | New | 2020 | Ram | Promaster |
| ZFBHRFAB4L6R88576 | New | 2020 | Ram | Promaster |
| ZFBHRFAB6L6P78237 | New | 2020 | Ram | Promaster |
| ZFBHRFAB0L6P37568 | New | 2020 | Ram | Promaster |
| ZFBHRFAB3L6P33935 | New | 2020 | Ram | Promaster |
| 3C63RRGL1LG129587 | New | 2020 | Ram | 3500 |
| 3C63RPGL8LG271892 | New | 2020 | Ram | 3500 |
| 3C63RPGLXLG271893 | New | 2020 | Ram | 3500 |
| 3C63RPGL3LG271895 | New | 2020 | Ram | 3500 |
| 3C63RPGL5LG271896 | New | 2020 | Ram | 3500 |
| 3C63RPGL7LG271897 | New | 2020 | Ram | 3500 |
| 3C63RPGL0LG271899 | New | 2020 | Ram | 3500 |
| 1G1ZB5ST5LF119615 | New | 2020 | Chevy | Malibu |
| 1G1ZB5STXLF079810 | Pending Total | 2020 | Chevy | Malibu |
| 1G1ZB5ST9LF113140 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST1LF120020 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST6LF120109 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST1LF129428 | New | 2020 | Chevy | Malibu |
| 1G1ZB5STXLF130142 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST5LF113474 | New | 2020 | Chevy | Malibu |
| 1G1ZG5STXLF131454 | New | 2020 | Chevy | Malibu |
| 1G1ZG5ST7LF131444 | New | 2020 | Chevy | Malibu |
| 1G1ZG5ST9LF131459 | New | 2020 | Chevy | Malibu |
| 1G1ZG5ST0LF131687 | New | 2020 | Chevy | Malibu |
| 1G1ZG5ST5LF131796 | New | 2020 | Chevy | Malibu |
| 1G1ZG5ST9LF131669 | New | 2020 | Chevy | Malibu |
| 3C63RRGL1LG166364 | New | 2020 | Ram | 3500 |
| 45415705 | New | | | TRACK LOADER |
| 1GCWGAFP3K1193421 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP2K1285345 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFPXK1287053 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP1K1301700 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP6K1289723 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP4K1280342 | New | 2019 | Chevy | Express 2500 |

| VIN | Status | Year | Make | Model |
|---|---|---|---|---|
| 1GCWGAFP0K1283870 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP9K1195996 | New | 2019 | Chevy | Express 2500 |
| 1GCWGAFP0K1285666 | New | 2019 | Chevy | Express 2500 |
| 1G1ZB5ST3LF129981 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST2LF151616 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST2LF151986 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST3LF151611 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST5LF151609 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST9LF151158 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST8LF151068 | Pending Total | 2020 | Chevy | Malibu |
| 1G1ZB5ST2LF151065 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST0LF151050 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST4LF151441 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST9LF077711 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST4LF151004 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST0LF138301 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST8LF157016 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST5LF156387 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST5LF138617 | New | 2020 | Chevy | Malibu |
| 1G1ZB5STXLF153047 | New | 2020 | Chevy | Malibu |
| B3CA17033 | New | | Bobcat | Track Loader |
| B3CA18124 | New | | Bobcat | Track Loader |
| B3CA17738 | New | | Bobcat | Track Loader |
| B3CA17378 | New | | Bobcat | Track Loader |
| B3CA17802 | New | | Bobcat | Track Loader |
| B3CA17672 | New | | Bobcat | Track Loader |
| B3CA17766 | New | | Bobcat | Track Loader |
| B3CA17936 | New | | Bobcat | Track Loader |
| 54DCDJ1B4KS810015 | New | 2019 | Chevy | 4500 |
| B3CA18539 | New | | Bobcat | Track Loader |
| B3CA18541 | New | | Bobcat | Track Loader |
| B3CA18540 | New | | Bobcat | Track Loader |
| 1G1ZB5ST9LF100968 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST9LF137342 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST8LF147733 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST4LF155702 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST3LF150104 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST0LF132031 | New | 2020 | Chevy | Malibu |
| 1G1ZB5STXLF146213 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST9LF146218 | Pending Total | 2020 | Chevy | Malibu |
| 1G1ZB5ST9LF155890 | New | 2020 | Chevy | Malibu |
| 1FDER1AH1KLA74126 | New | 2019 | Ford | Ranger |
| WP0AC2Y1XMSA62412 | New | 2021 | Porsche | Taycan |
| B3CA21001 | New | | Compact | Track Loader |
| 1G1ZB5ST3MF059691 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST3MF060646 | New | 2021 | Chevy | Malibu |

| VIN | Status | Year | Make | Model |
|---|---|---|---|---|
| 1G1ZB5ST4MF059974 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST6MF060480 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST7MF059905 | New | 2021 | Chevy | Malibu |
| ZFBHRFAB5M6U52026 | New | 2021 | Ram | Promaster |
| ZFBHRFABXM6U51986 | New | 2021 | Ram | Promaster |
| ZFBHRFAB5M6U52012 | New | 2021 | Ram | Promaster |
| ZFBHRFAB4M6U51790 | New | 2021 | Ram | Promaster |
| ZFBHRFAB1M6U52041 | New | 2021 | Ram | Promaster |
| ZFBHRFAB0M6U51995 | New | 2021 | Ram | Promaster |
| ZFBHRFABXM6U52054 | New | 2021 | Ram | Promaster |
| ZFBHRFAB7M6U51797 | New | 2021 | Ram | Promaster |
| ZFBHRFAB7M6U51976 | New | 2021 | Ram | Promaster |
| ZFBHRFAB3L6R68495 | New | 2020 | Ram | Promaster |
| ZFBHRFAB4L6R57554 | New | 2020 | Ram | Promaster |
| 1G1ZB5ST2MF074957 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST3MF075048 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST3MF075079 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST8MF017856 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST1MF038516 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST3MF041093 | New | 2021 | Chevy | Malibu |
| 1GCWGBFP0M1237271 | New | 2021 | Chevy | Express 2500 |
| 1GCWGBFP2M1237384 | New | 2021 | Chevy | Express 2500 |
| 1GCWGBFP4M1237323 | New | 2021 | Chevy | Express 2500 |
| 1GCWGBFP4M1237368 | New | 2021 | Chevy | Express 2500 |
| 1GCWGBFP6M1237324 | New | 2021 | Chevy | Express 2500 |
| 1G1ZB5ST9LF141925 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST3LF147039 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST8LF147179 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST9LF150169 | New | 2020 | Chevy | Malibu |
| 1G1ZC5ST4LF140534 | New | 2020 | Chevy | Malibu |
| 1G1ZC5ST6LF127123 | New | 2020 | Chevy | Malibu |
| 1G1ZC5ST0LF128736 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST0MF055887 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST2MF044423 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST6MF038527 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST6MF076162 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST5MF053200 | New | 2021 | Chevy | Malibu |
| 1G1ZB5ST6LF144975 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST2LF155410 | New | 2020 | Chevy | Malibu |
| 1G1ZB5ST1LF137755 | New | 2020 | Chevy | Malibu |
| 1GCGTBEN6M1115272 | New | 2021 | Chevy | Colorado |
| 1G1ZB5ST7LF115744 | Operable | 2020 | Chevy | Malibu |
| 1FMCU0G66MUA99347 | Operable | 2021 | Ford | Escape |
| 1FMCU0G68MUB01082 | Operable | 2021 | Ford | Escape |
| 1FMCU0F67MUA98354 | Operable | 2021 | Ford | Escape |
| 1FMCU0G66MUA99137 | Operable | 2021 | Ford | Escape |

| 301 | 1GCWGBFP9J1175770 | Pending Totaled | 2018 | Chevy | Express |
|-----|-------------------|-----------------|------|-------|---------|
| 544 | 1G1ZB5ST3LF116440 | Pending Totaled | 2020 | Chevy | Malibu |
| 543 | 1G1ZB5ST4LF115989 | Pending Totaled | 2020 | Chevy | Malibu |
| 1042 | 1FMCU0G69MUA95230 | Pending Totaled | 2021 | Ford | Escape |

**Exhibit 206A/B - 47. - VEHICLES LEASED BY DEBTOR FROM MIKE ALBERT FLEET**

| Unit # | Fleet Reference # | Year | Make | Model Code | Model Description | Vehicle Model | VIN |
|---|---|---|---|---|---|---|---|
| 01042104 | 1C6RR7KT7MS580197 | 2021 | Ram | DS6L98 | 2021 RAM 1500 Classic Tradesman 4x4 Crew Cab 5.6 ft. box 140 in. WB (DS6L98) | 1500 Classic | 1C6RR7KT7MS580197 |
| 01042105 | 3C6RR7KT0MG665146 | 2021 | Ram | DS6L98 | 2021 RAM 1500 Classic Tradesman 4x4 Crew Cab 5.6 ft. box 140 in. WB (DS6L98) | 1500 Classic | 3C6RR7KT0MG665146 |
| 01042106 | 3C6RR7KT9MG665128 | 2021 | Ram | DS6L98 | 2021 RAM 1500 Classic Tradesman 4x4 Crew Cab 5.6 ft. box 140 in. WB (DS6L98) | 1500 Classic | 3C6RR7KT9MG665128 |
| 01042107 | 3C6RR7KT9MG665145 | 2021 | Ram | DS6L98 | 2021 RAM 1500 Classic Tradesman 4x4 Crew Cab 5.6 ft. box 140 in. WB (DS6L98) | 1500 Classic | 3C6RR7KT9MG665145 |
| 01042115 | 3C6RR7KT5MG704670 | 2021 | Ram | DS6L98 | 2021 RAM 1500 Classic Tradesman 4x4 Crew Cab 5.6 ft. box 140 in. WB (DS6L98) | 1500 Classic | 3C6RR7KT5MG704670 |
| 01042224 | 3C7WRVLG9ME559200 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG9ME559200 |
| 01042225 | 3C7WRVLG5ME559176 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG5ME559176 |
| 01042227 | 3C7WRVLG8ME558788 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG8ME558788 |
| 01042228 | 3C7WRVLG0ME558789 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG0ME558789 |
| 01042229 | 3C7WRVLG8ME559205 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG8ME559205 |
| 01042230 | 3C7WRVLG1ME551334 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG1ME551334 |
| 01042232 | 3C7WRVLG3ME559175 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG3ME559175 |
| 01042233 | 3C7WRVLG9ME559181 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG9ME559181 |
| 01042234 | 3C7WRVLG6ME559204 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG6ME559204 |
| 01042235 | 3C7WRVLG2ME552010 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG2ME552010 |
| 01042236 | 3C7WRVLG0ME559179 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG0ME559179 |
| 01042237 | 3C7WRVLG2ME559202 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG2ME559202 |
| 01042238 | 3C7WRVLG4ME559178 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG4ME559178 |
| 01042239 | 3C7WRVLG4ME559184 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG4ME559184 |
| 01042240 | 3C7WRVLG4ME559203 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG4ME559203 |
| 01042241 | 3C7WRVLG6ME559185 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG6ME559185 |
| 01042242 | 3C7WRVLG2ME559197 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG2ME559197 |
| 01042246 | 3C7WRVLG8ME559186 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG8ME559186 |
| 01042247 | 3C7WRVLG9ME559195 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG9ME559195 |
| 01042248 | 3C7WRVLG0ME559182 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLG0ME559182 |
| 01042355 | 3C7WRVLGXME559206 | 2021 | Ram | VF3L34 | 2021 RAM ProMaster 3500 Cutaway Low Roof Chassis 159 in. WB (VF3L34) | Promaster 3500 Cutaway | 3C7WRVLGXME559206 |
| 01044015 | 1FMCU0F64MUA77820 | 2021 | Ford | U0F | 2021 Ford Escape S 4dr Front-Wheel Drive (U0F) | Escape | 1FMCU0F64MUA77820 |
| 01044016 | 1FMCU0F60MUA97885 | 2021 | Ford | U0F | 2021 Ford Escape S 4dr Front-Wheel Drive (U0F) | Escape | 1FMCU0F60MUA97885 |
| 01044017 | 1FMCU0G66MUA15897 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G66MUA15897 |
| 01044019 | 1FMCU0G69MUA95230 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G69MUA95230 |
| 01044020 | KL4MMBS22NB031854 | 2022 | Buick | 4TR06 | 2022 Buick Encore GX Preferred Front-Wheel Drive (4TR06) | Encore Gx | KL4MMBS22NB031854 |
| 01044022 | ZACNJCAB3MPM33569 | 2021 | Jeep | BVTL74 | 2021 Jeep Renegade Sport 4dr Front-Wheel Drive (BVTL74) | Renegade | ZACNJCAB3MPM33569 |
| 01044023 | KL4CJESB9MB356490 | 2021 | Buick | 4JM76 | 2021 Buick Encore Preferred All-Wheel Drive (4JM76) | Encore | KL4CJESB9MB356490 |
| 01044024 | ZACNJDBB2MPN11179 | 2021 | Jeep | BVJM74 | 2021 Jeep Renegade Latitude 4dr 4x4 (BVJM74) | Renegade | ZACNJDBB2MPN11179 |
| 01044025 | ZACNJCBB6MPN11485 | 2021 | Jeep | BVTM74 | 2021 Jeep Renegade Latitude 4dr Front-Wheel Drive (BVTM74) | Renegade | ZACNJCBB6MPN11485 |
| 01044027 | 1FMCU0F67MUA98354 | 2021 | Ford | U0F | 2021 Ford Escape S 4dr Front-Wheel Drive (U0F) | Escape | 1FMCU0F67MUA98354 |
| 01044028 | ZACNJCBB4MPN11453 | 2021 | Jeep | BVTM74 | 2021 Jeep Renegade Latitude 4dr Front-Wheel Drive (BVTM74) | Renegade | ZACNJCBB4MPN11453 |
| 01044029 | ZACNJCBB9MPN11223 | 2021 | Jeep | BVTM74 | 2021 Jeep Renegade Latitude 4dr Front-Wheel Drive (BVTM74) | Renegade | ZACNJCBB9MPN11223 |
| 01044030 | 1FMCU0F6XMUB02171 | 2021 | Ford | U0F | 2021 Ford Escape S 4dr Front-Wheel Drive (U0F) | Escape | 1FMCU0F6XMUB02171 |
| 01044031 | ZACNJCBB6MPN10935 | 2021 | Jeep | BVTM74 | 2021 Jeep Renegade Latitude 4dr Front-Wheel Drive (BVTM74) | Renegade | ZACNJCBB6MPN10935 |
| 01044032 | ZACNJCBB2MPN11368 | 2021 | Jeep | BVTM74 | 2021 Jeep Renegade Latitude 4dr Front-Wheel Drive (BVTM74) | Renegade | ZACNJCBB2MPN11368 |
| 01044033 | 1FMCU0G6MUB00672 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G6MUB00672 |
| 01044034 | ZACNJCBB6MPN10031 | 2021 | Jeep | BVTM74 | 2021 Jeep Renegade Latitude 4dr Front-Wheel Drive (BVTM74) | Renegade | ZACNJCBB6MPN10031 |
| 01044035 | 1FMCU0G64MUB00026 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G64MUB00026 |
| 01044036 | ZACNJCBBXMPN11019 | 2021 | Jeep | BVTM74 | 2021 Jeep Renegade Latitude 4dr Front-Wheel Drive (BVTM74) | Renegade | ZACNJCBBXMPN11019 |
| 01044037 | 1C4PJLCB4MD169057 | 2021 | Jeep | KLTM74 | 2021 Jeep Cherokee Latitude 4dr Front-Wheel Drive (KLTM74) | Cherokee | 1C4PJLCB4MD169057 |
| 01044038 | 1FMCU0G61MUA95433 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G61MUA95433 |
| 01044039 | 1FMCU0G62MUA95361 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G62MUA95361 |
| 01044040 | 1FMCU0G6XMUA98346 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G6XMUA98346 |
| 01044041 | 1FMCU0G60MUA98873 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G60MUA98873 |
| 01044042 | 1FMCU0G63MUA95031 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G63MUA95031 |
| 01044043 | KL4MMDSL7NB013872 | 2022 | Buick | 4TS06 | 2022 Buick Encore GX Select Front-Wheel Drive (4TS06) | Encore Gx | KL4MMDSL7NB013872 |

| 01044044 | 1FMCU0G66MUA99123 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G66MUA99123 |
| 01044045 | 1FMCU0G66MUA99347 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G66MUA99347 |
| 01044046 | KL4MMDSL3NB013299 | 2022 | Buick | 4TS06 | 2022 Buick Encore GX Select Front-Wheel Drive (4TS06) | Encore Gx | KL4MMDSL3NB013299 |
| 01044047 | 1FMCU0G60MUA99702 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G60MUA99702 |
| 01044048 | 1FMCU0G64MUA94857 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G64MUA94857 |
| 01044049 | 1FMCU0G68MUA99074 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G68MUA99074 |
| 01044050 | KL4MMFSL0NB019914 | 2022 | Buick | 4TT06 | 2022 Buick Encore GX Essence Front-Wheel Drive (4TT06) | Encore Gx | KL4MMFSL0NB019914 |
| 01044051 | 1FMCU0G67MUA96277 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G67MUA96277 |
| 01044052 | 1FMCU0G68MUA97227 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G68MUA97227 |
| 01044053 | 1FMCU0G68MUB00417 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G68MUB00417 |
| 01044054 | 1FMCU0G65MUA97167 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G65MUA97167 |
| 01044055 | KL4CJASB2MB341550 | 2021 | Buick | 4JU76 | 2021 Buick Encore Preferred Front-Wheel Drive (4JU76) | Encore | KL4CJASB2MB341550 |
| 01044056 | 1FMCU0G6XMUB02069 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G6XMUB02069 |
| 01044057 | 1FMCU0G68MUA97423 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G68MUA97423 |
| 01044058 | 1FMCU0G66MUA96416 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G66MUA96416 |
| 01044563 | 1FMCU0G67MUA97879 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G67MUA97879 |
| 01044564 | 1FMCU0G68MUA98796 | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G68MUA98796 |
| 01044565 | 1FMCU0F60MUA99653 | 2021 | Ford | U0F | 2021 Ford Escape S 4dr Front-Wheel Drive (U0F) | Escape | 1FMCU0F60MUA99653 |
| 01046327 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G69MUA98080 |
| 01046328 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G62MUB09081 |
| 01046329 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G63MUA94543 |
| 01046330 |  | 2021 | Ford | U9F | 2021 Ford Escape S 4dr All-Wheel Drive (U9F) | Escape | 1FMCU9F6XMUB25115 |
| 01046331 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G62MUB06990 |
| 01046332 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G67MUA98045 |
| 01046333 |  | 2021 | Ford | U0F | 2021 Ford Escape S 4dr Front-Wheel Drive (U0F) | Escape | 1FMCU0F68MUA96886 |
| 01046334 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G62MUB00011 |
| 01046335 |  | 2021 | Ford | U9F | 2021 Ford Escape S 4dr All-Wheel Drive (U9F) | Escape | 1FMCU9F67MUB25377 |
| 01046336 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G60MUB00637 |
| 01046337 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G61MUA95142 |
| 01046338 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G66MUA99638 |
| 01046339 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G67MUA96988 |
| 01046340 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G64MUB06733 |
| 01046341 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G68MUB01082 |
| 01046342 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G60MUB00704 |
| 01046343 |  | 2021 | Ford | U9F | 2021 Ford Escape S 4dr All-Wheel Drive (U9F) | Escape | 1FMCU9F6XMUB25082 |
| 01046344 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G61MUA99952 |
| 01046345 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G6XMUB02041 |
| 01046346 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G69MUB01186 |
| 01046347 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G61MUA97425 |
| 01046348 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G64MUA96673 |
| 01046349 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G66MUA98361 |
| 01046353 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G6XMUA99237 |
| 01046354 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G62MUA98437 |
| 01046355 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G69MUA97981 |
| 01046357 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G66MUA99137 |
| 01046713 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G61MUB09718 |
| 01046714 |  | 2021 | Ford | U0G | 2021 Ford Escape SE 4dr Front-Wheel Drive (U0G) | Escape | 1FMCU0G64MUA98889 |

### Exhibit 206A/B - 47. - VEHICLES LEASED BY DEBTOR FROM ENTERPRISE FLEET

| Vehicle | Master Cust Num | Year | Make | Model | Series | License State | Delivery Date |
|---------|-----------------|------|------|-------|--------|---------------|---------------|
| 25JRB5 | 581720 | 2021 | Porsche | Panamera | GTS 4dr All-Wheel Drive Hatchback | NC | 12/30/2021 |
| 258DXJ | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 4/6/2022 |
| 258F43 | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 4/6/2022 |
| 258DSP | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258F86 | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 257JBJ | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258DNF | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258DP3 | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258DPC | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258DPK | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258DX5 | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258F3P | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258F4S | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258F87 | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258F88 | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258F89 | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258F8B | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258F8C | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 258F8D | 581720 | 2021 | Chevrolet | Express Cutaway | Work Van Chassis 139 in. WB SRW | NC | 3/16/2022 |
| 25F8K2 | 581720 | 2020 | RAM | 3500 | Tradesman 4x4 Crew Cab 8 ft. box 169.5 in. WB | NC | 11/17/2021 |
| 2558LV | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/14/2022 |
| 25BSQR | 581720 | 2021 | Jeep | Compass | Latitude 4dr 4x4 | NC | 11/9/2021 |
| 25BSJX | 581720 | 2021 | Jeep | Compass | Latitude 4dr 4x4 | NC | 11/8/2021 |
| 25BSXW | 581720 | 2021 | Jeep | Compass | Latitude 4dr 4x4 | NC | 11/8/2021 |
| 25BVTW | 581720 | 2021 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/9/2021 |
| 25F8BW | 581720 | 2018 | Chevrolet | Express 2500 | Work Van Rear-wheel Drive Extended Cargo Van | NC | 11/17/2021 |
| 23TFM8 | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | IN | 4/2/2021 |
| 23TFS8 | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | IN | 4/2/2021 |
| 23TFSH | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | IN | 4/2/2021 |
| 23TFR9 | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | PA | 3/8/2021 |

| 23TFRF | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | PA | 3/8/2021 |
|--------|--------|------|-----------|--------|-------------------|----|----------|
| 23TFRK | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | PA | 3/8/2021 |
| 23TFTH | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | PA | 3/8/2021 |
| 23TFTM | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | PA | 3/8/2021 |
| 23TFNN | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/5/2021 |
| 23TFNW | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/5/2021 |
| 23TFS3 | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | IN | 3/5/2021 |
| 23TFRS | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | IN | 3/5/2021 |
| 23TFMT | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/3/2021 |
| 23TFNC | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/3/2021 |
| 23TFPC | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/3/2021 |
| 23TFPS | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/3/2021 |
| 23TFQL | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/3/2021 |
| 23TFQW | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/3/2021 |
| 23TFT5 | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/3/2021 |
| 23TFNZ | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/3/2021 |
| 23TFP7 | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/3/2021 |
| 23TFPN | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/3/2021 |
| 23TFQD | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 3/2/2021 |
| 23TFWR | 581720 | 2021 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 3/4/2021 |
| 23TFWZ | 581720 | 2021 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 3/4/2021 |
| 23TFSR | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | MI | 2/19/2021 |
| 23TFVW | 581720 | 2021 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 3/4/2021 |
| 23TFWH | 581720 | 2021 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 3/4/2021 |
| 23TFWK | 581720 | 2021 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 3/4/2021 |
| 23TFVM | 581720 | 2021 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | NC | 3/2/2021 |
| 23TFVG | 581720 | 2021 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | NC | 2/22/2021 |
| 23TFW4 | 581720 | 2021 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | NC | 2/19/2021 |
| 23TFW6 | 581720 | 2021 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | NC | 2/19/2021 |
| 23TFW9 | 581720 | 2021 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | NC | 2/19/2021 |
| 23QT4V | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 2/22/2021 |
| 23R2S2 | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 2/22/2021 |
| 23R2PM | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 2/18/2021 |

| 25FBSZ | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
|--------|--------|------|-----------|--------|--------------------|----|-----------|
| 25FBTN | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBZZ | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FC46 | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCRV | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/19/2021 |
| 25FBNL | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBRS | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBTK | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBTW | 581720 | 2020 | Chevrolet | Malibu | LS w/1FL 4dr Sedan | NC | 11/17/2021 |
| 25FBZQ | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FC3C | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FC5X | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCDG | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCGG | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCHN | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCKB | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCLF | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCLW | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCNH | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCNW | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBRW | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBSH | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBVM | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FC4D | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCM2 | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCM9 | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 23R2QB | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/13/2021 |
| 23R2QF | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/13/2021 |
| 23R2TV | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/13/2021 |
| 23R2TX | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/13/2021 |
| 25FC3T | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/19/2021 |
| 25F95M | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25F9FX | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |

| 25F9HK | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
|--------|--------|------|-----------|--------|--------------------|----|------------|
| 25FBKJ | 581720 | 2022 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBL2 | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBR3 | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBVD | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCBL | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCD4 | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCJP | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBVB | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FBZ8 | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCG6 | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 23R2QK | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2QS | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2S4 | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2S9 | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 25FBSR | 581720 | 2020 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/17/2021 |
| 25FBXK | 581720 | 2020 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/17/2021 |
| 25FC4S | 581720 | 2020 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/17/2021 |
| 25FC5P | 581720 | 2020 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/17/2021 |
| 25FD65 | 581720 | 2020 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/17/2021 |
| 25FD6Z | 581720 | 2020 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/17/2021 |
| 23R2PP | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2PX | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2Q6 | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2QV | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2R4 | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2R8 | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2RT | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2RW | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2RX | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2TN | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2TQ | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
| 23R2V2 | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |

| 23R2R3 | 581720 | 2021 | RAM | ProMaster City | Tradesman Cargo Van | NC | 1/4/2021 |
|--------|--------|------|-----|----------------|---------------------|-----|---------|
| 25F937 | 581720 | 2020 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/17/2021 |
| 25FCKZ | 581720 | 2020 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/17/2021 |
| 25FCR8 | 581720 | 2020 | Jeep | Compass | Latitude 4dr 4x4 | NC | 11/17/2021 |
| 25FD3H | 581720 | 2020 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/17/2021 |
| 25FBNG | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25FCCH | 581720 | 2020 | Chevrolet | Malibu | LS w/1LS 4dr Sedan | NC | 11/17/2021 |
| 25F7JH | 581720 | 2017 | Ford | F-150 | XL 4x2 SuperCrew Cab Styleside 5.5 ft. box 145 in. W | NC | 11/17/2021 |
| 25F8NH | 581720 | 2020 | Jeep | Compass | Latitude 4dr Front-Wheel Drive | NC | 11/17/2021 |
| 25F8G9 | 581720 | 2017 | Ford | Focus | SE 4dr Hatchback | NC | 11/17/2021 |
| 25F8H7 | 581720 | 2017 | Ford | Focus | SE 4dr Hatchback | NC | 11/17/2021 |
| 25F5HJ | 581720 | 2017 | GMC | Savana 2500 | Work Van Rear-wheel Drive Extended Cargo Van | NC | 11/17/2021 |
| 25F4QZ | 581720 | 2017 | GMC | Savana 2500 | Work Van Rear-wheel Drive Extended Cargo Van | NC | 11/17/2021 |
| 25F5FN | 581720 | 2017 | GMC | Savana 2500 | Work Van Rear-wheel Drive Extended Cargo Van | NC | 11/17/2021 |
| 25F5GV | 581720 | 2017 | GMC | Savana 2500 | Work Van Rear-wheel Drive Extended Cargo Van | NC | 11/17/2021 |
| 25F4ZM | 581720 | 2017 | RAM | ProMaster City | Tradesman Cargo Van | NC | 11/17/2021 |
| 25F4RT | 581720 | 2017 | RAM | ProMaster City | Tradesman Cargo Van | NC | 11/17/2021 |
| 25F4SL | 581720 | 2017 | RAM | ProMaster City | Tradesman Cargo Van | NC | 11/17/2021 |
| 25F4VM | 581720 | 2017 | RAM | ProMaster City | Tradesman Cargo Van | NC | 11/17/2021 |
| 25F58H | 581720 | 2017 | RAM | ProMaster City | Tradesman Cargo Van | NC | 11/17/2021 |
| 25F5DD | 581720 | 2017 | RAM | ProMaster City | Tradesman Cargo Van | NC | 11/17/2021 |
| 25F5F5 | 581720 | 2017 | RAM | ProMaster City | Tradesman Cargo Van | NC | 11/17/2021 |
| 25F45W | 581720 | 2016 | GMC | Savana 3500 | Work Van Rear-wheel Drive Extended Cargo Van | NC | 11/17/2021 |
| 25F7HF | 581720 | 2018 | Ford | Fiesta | SE 4dr Sedan | NC | 11/17/2021 |
| 25F7GV | 581720 | 2017 | Ford | Fiesta | SE 4dr Sedan | NC | 11/17/2021 |
| 25F7FP | 581720 | 2017 | Ford | Fiesta | SE 4dr Sedan | NC | 11/17/2021 |
| 25F4PN | 581720 | 2017 | GMC | Savana 2500 | Work Van Rear-wheel Drive Extended Cargo Van | NC | 11/17/2021 |
| 25F4QN | 581720 | 2017 | GMC | Savana 2500 | Work Van Rear-wheel Drive Extended Cargo Van | NC | 11/17/2021 |
| 25F89P | 581720 | 2016 | Nissan | Versa Note | SV 4dr Hatchback | NC | 11/17/2021 |
| 25F88P | 581720 | 2017 | Nissan | Versa | 1.6 SV 4dr Sedan | NC | 11/17/2021 |
| 25F7T4 | 581720 | 2017 | Nissan | Versa Note | SV 4dr Hatchback | NC | 11/17/2021 |

## Exhibit 206 A/B - 47. - VEHICLES LEASED BY DEBTOR FROM ALLIANCE

| Company Vehicle: Fleet Number # | VIN # | Vehicle Status | Make | Model | Office Location of Vehicle | Equipment Type |
|---|---|---|---|---|---|---|
| F-1 | FGA125-1290-00500 | Operable | - | Lift Truck | AKRON | Forklift |
| F-19 | GTS232L006612026 | Operable | Clark Forklift | GTS30 | ALLENTOWN PROD | Forklift |
| F-3 | FGA15-1290-00946 | Operable | - | Lift Truck | Chicago | Forklift |
| F-4 | FGA15129000107 | Operable | - | Lift Truck | CINCINNATI | Forklift |
| F-14 | FGA15-1290-00947 | Operable | - | Lift Truck | COLUMBIA | Forklift |
| F-11 | B62072459 | Operable | - | Lift Truck | CONCORD | Forklift |
| F-13 | FGA14-1290-04845 | Operable | - | Lift Truck | DECATUR | Forklift |
| F-2 | FGA15-1290-00098 | Ready for Pickup | FORK LIFT G30N-7 | | Detroit | Forklift |
| F-15 | FGA15129001411 | Operable | - | Lift Truck | FAYETTEVILLE | Forklift |
| F-12 | GTS232L-0095-1201 | Operable | - | Lift Truck | HOUSTON | Forklift |
| F-5 | FGA14-1290-04860 | Operable | - | Lift Truck | KANSAS CITY | Forklift |
| F-6 | 2261807 | Operable | - | Lift Truck | KENTWOOD | Forklift |
| F-16 | FGAA15129001407 | Operable | - | Lift Truck | KNOXVILLE | Forklift |
| F-10 | gts232l009512013 | Operable | - | Lift Truck | Louisville | Forklift |
| F-21 | GTS232L023012013 | Operable | Clark Forklift | GTS30 | Louisville | Forklift |
| F-7 | FGA15-1290-01127 | Operable | - | Lift Truck | Nashville | Forklift |
| F-17 | S232L-0860-10000 | Operable | - | Lift Truck | Pittsburgh | Forklift |
| F-18 | GTS232L000412026 | Operable | Clark Forklift | GTS30 | SAN ANTONIO | Forklift |
| F-20 | GTS232L001812026 | Operable | Clark Forklift | GTS30 | SPRINGFIELD PROD | Forklift |
| F-9 | FGA15129000964 | Operable | - | Lift Truck | St Louis | Forklift |
| F-8 | 700004759380 | Operable | - | Lift Truck | St Louis | Forklift |
| | FGA15-1290-00093 | Operable | Doosan 7 Series | Lift Truck | | Forklift |
| | FGA15-1290-00100 | Operable | Doosan 7 Series | Lift Truck | | Forklift |

| Mark Name | Country | Status | App. No. | Reg. No. | Reg. Date | Classes | Goods Services | Detailed Status |
|---|---|---|---|---|---|---|---|---|
| POWERHOME | United States of America | Allowed | 88/848,064 Filed 3/25/2019 | N/A | N\A | 35, 37 | (Class 35) Publicity and sales promotion relating to backup generators (Class 37) Installation of backup generators | Notice of Allowance issued 9/1/2020 Statement of Use filed 8/31/2021 |
| POWERHOME | United States of America | Application | 88/577,492 Filed use-based 8/13/2019 | N/A | N\A | 35. 36, 37, 42 | (Class 35) Promoting public awareness of the benefits of solar energy; Providing consumer and business information in the field of solar energy; Providing information in the field of energy efficiency (Class 36) Providing information in the field of financing of solar energy systems; providing financing information and economic viability information in the field of solar energy systems and installations. providing information in the field of financing of energy systems; providing financing information and economic viability information in the field of energy systems and installations (Class 37) Installation of solar energy systems for residential and commercial use; Consulting services in the field of technical planning and technical project management of the installation of solar installations for generating, distributing and supplying electricity from solar energy systems; Installation of energy systems for residential and commercial use (Class 42) Design and engineering of solar energy systems; Consulting services in the field of design and technology planning in the nature of technology project management of installations for generating, distributing and supplying electricity from solar energy systems; Design and engineering of energy systems | Published 1/5/2021 Opposition filed 2/4/2021 by Power Home Remodeling Group, LLC. Case suspended 2/8/2021 pending disposition of civil action Opposition 91267470 |
| POWERHOME ENERGY | United States of America | Application | 88/641,514 Filed ITU 10/3/2019 | N/A | N\A | 35, 37, 37, 42 | (Class 35) Promoting public awareness of the benefits of solar energy; providing consumer and business information in the field of solar energy; providing information in the field of energy efficiency (Class 36) Providing information in the field of financing of solar energy systems; providing financing information and economic viability information in the field of solar energy systems and installations. providing information in the field of financing of energy systems; providing financing information and economic viability information in the field of energy systems and installations (Class 37) Installation of solar energy systems for residential and commercial use; consulting services in the field of technical planning and technical project management of installations for generating, distributing and supplying electricity from solar energy systems. installation of energy systems for residential and commercial use; consulting services in the field of technical planning and technical project management of installations for generating, distributing and supplying electricity from energy systems (Class 42) Design and engineering of solar energy systems; Consulting services in the field of design, technology planning and technology project management of installations for generating, distributing and supplying electricity from solar energy systems. Design and engineering of energy systems; Consulting services in the field of design, technology planning and technology project management of installations for generating, distributing and supplying electricity from energy systems | Published 1/5/2021 Opposition filed 2/4/2021 by Power Home Remodeling Group, LLC. Case suspended 2/8/2021 pending disposition of civil action Opposition 91267467 |
| POWERHOME ENERGY SOLUTIONS | United States of America | Application | 88/641,530 Filed ITU 10/3/2019 | N/A | N\A | 35 | (Class 35) Promoting public awareness of the benefits of solar energy; Providing consumer and business information in the field of solar energy; Providing information in the field of energy efficiency (Class 36) Providing information in the field of financing of solar energy systems; Providing financing information and economic viability information in the field of solar energy systems and installations. Providing information in the field of financing of energy systems; providing financing information and economic viability information in the field of energy systems and installations (Class 37) installation of solar energy systems for residential and commercial use; Consulting services in the field of technical planning and technical project management of installations for generating, distributing and supplying electricity from solar energy systems. Installation of energy systems for residential and commercial use; consulting services in the field of technical planning and technical project management of installations for generating, distributing and supplying electricity from energy systems (Class 42) Design and engineering of solar energy systems; Consulting services in the field of design, technology planning and technology project management of installations for generating, distributing and supplying electricity from solar energy systems. Design and engineering of energy systems; Consulting services in the field of design, technology planning and technology project management of installations for generating, distributing and supplying electricity from energy systems | Published 1/5/2021 Opposition filed 2/4/2021 by Power Home Remodeling Group, LLC. Case suspended 2/8/2021 pending disposition of civil action Opposition 91267468 |

| Mark Name | Country | Status | App. No. | Reg. No. | Reg. Date | Classes | Goods Services | Detailed Status |
|---|---|---|---|---|---|---|---|---|
| POWERHOME WITH ROOF & SUN DESIGN | United States of America | Application | 88/693,202 Filed ITU 11/14/2019 | N/A | N\A | 35, 36, 37, 42 | (Class 35) Promoting public awareness of the benefits of solar energy; providing consumer and business information in the field of solar energy; providing information in the field of energy efficiency; promoting whole home energy efficiency products; promoting whole home energy efficiency products and systems; providing consumer and business information in the field of whole home energy efficiency, whole home energy efficiency products and systems<br>(Class 36) Providing information in the field of financing of solar energy systems; Providing information and economic viability information in the field of solar energy systems and installations; Providing information in the field of financing of energy systems; providing financing information and economic viability information in the field of energy systems and installations; Providing information in the field of financing of whole home energy efficiency systems; providing financing information and economic viability information in the field of whole home energy efficiency systems and installations<br>(Class 37) Installation of solar energy systems for residential and commercial use; Consulting services in the field of construction planning and construction project management in the field of installations for generating, distributing and supplying electricity from solar energy systems; Consulting services in the field of technical planning and technical project management of the installation of solar installations for generating, distributing and supplying electricity from solar energy systems; Installation of energy systems for residential and commercial use; Consulting services in the field of construction planning and construction project management in the field of installations for generating, distributing and supplying electricity from energy systems; Consulting services in the field of technical planning and technical project management of the installation of whole home energy efficiency systems for residential and commercial use; Consulting services in the field of construction planning and construction project management in the field of installations for generating, distributing and supplying electricity from whole home energy efficiency products and energy systems; Consulting services in the field of technical planning and technical project management of the installation of energy installations for generating, distributing and supplying electricity from whole home energy efficiency products and energy systems | Published 3/23/2021<br><br>Opposition filed 4/22/2021 by Power Home Remodeling Group, LLC. Case suspended 4/22/2021 pending disposition of civil action<br><br>Opposition 91268899 |
| ROOF & SUN DESIGN | United States of America | Allowed | 88/693,207 Filed ITU 11/14/2019 | N/A | N\A | 35, 36, 37, 42 | (Class 35) Promoting public awareness of the benefits of solar energy; providing consumer and business information in the field of solar energy; providing information in the field of energy efficiency; promoting whole home energy efficiency products; promoting whole home energy efficiency products and systems; providing consumer and business information in the field of whole home energy efficiency, whole home energy efficiency products and systems<br>(Class 36) Providing information in the field of financing of solar energy systems; Providing financing information and economic viability information in the field of solar energy systems and installations. Providing information in the field of financing of energy systems; providing financing information and economic viability information in the field of energy systems and installations; Providing information in the field of financing of whole home energy efficiency systems; providing financing information and economic viability information in the field of whole home energy efficiency systems and installations<br>(Class 37) Installation of solar energy systems for residential and commercial use; Consulting services in the field of construction planning and construction project management in the field of installations for generating, distributing and supplying electricity from solar energy systems; Consulting services in the field of technical planning and technical project management of the installation of solar installations for generating, distributing and supplying electricity from solar energy systems; Installation of energy systems for residential and commercial use; Consulting services in the field of construction planning and construction project management in the field of installations for generating, distributing and supplying electricity from energy systems; Consulting services in the field of technical planning and technical project management of the installation of whole home energy efficiency systems for residential and commercial use; Consulting services in the field of construction planning and construction project management in the field of installations for generating, distributing and supplying electricity from whole home energy efficiency products and energy systems; Consulting services in the field of technical planning and technical project management of the installation of energy installations for generating, distributing and supplying electricity from whole home energy efficiency products and energy systems | Notice of Allowance issued 7/6/2021 |

Exhibit 206A/B – 60 – Trademarks

| Mark Name | Country | Status | App. No. | Reg. No. | Reg. Date | Classes | Goods Services | Detailed Status |
|---|---|---|---|---|---|---|---|---|
| POWERHOME SOLAR | United States of America | Registered | 88/292,684 | 6050747 | 5/12/2020 | 35, 36, 37, 42 | (Class 35) Promoting public awareness of the benefits of solar energy; Providing consumer and business information in the field of solar energy (Class 36) Providing information in the field of financing of solar energy systems; Providing financing information and economic viability information in the field of solar energy systems and installations (Class 37) Installation of solar energy systems for residential and commercial use; Consulting services in the field of technical planning and technical project management of the installation of solar installations for generating, distributing and supplying electricity from solar energy systems (Class 42) Design and engineering of solar energy systems; Consulting services in the field of design and technology planning in the nature of technology project management of installations for generating, distributing and supplying electricity from solar energy systems | Cancellation proceeding filed by Power Home Remodeling Group, LLC suspended 6/29/2020 pending disposition of civil action Cancellation 92074363 |
| BAM | United States of America | Registered | 88/301,285 | 6170250 | 10/6/2020 | 35 | Promoting public awareness of the benefits of solar energy; providing consumer and business information in the field of solar energy | |
| SHINE & SAVE | United States of America | Registered | 88/301,305 | 5924633 | 12/3/2019 | 35 | Promoting public awareness of the benefits of solar energy; providing consumer and business information in the field of solar energy; providing cost saving information for consumers to reduce energy expenses | |
| SOLAR COACH | United States of America | Registered | 88/301,315 | 5935635 | 12/17/2019 | 35 | Promoting public awareness of the benefits of solar energy; providing consumer and business information in the field of solar energy; providing cost saving information for consumers to reduce energy expenses | |
| SOLAR DOG | United States of America | Registered | 88/301,326 | 5935636 | 12/17/2019 | 35 | Promoting public awareness of the benefits of solar energy; providing consumer and business information in the field of solar energy; providing cost saving information for consumers to reduce energy expenses | |
| SIGN AND SHINE | United States of America | Registered | 88/301,346 | 5918524 | 11/26/2019 | 36 | Providing information in the field of financing of solar energy systems; providing financing information and economic viability information in the field of solar energy systems and installations | |
| BUILDING A MOVEMENT | United States of America | Registered | 88/832,768 | 6255010 | 1/26/2021 | 35 | Promoting public awareness of the benefits of solar energy; providing consumer and business information in the field of solar energy | |
| POWERHOME | United States of America | Registered | 88/848,072 | 6336493 | 4/27/2021 | 35, 37 | (Class 35) Publicity and sales promotion relating to renewable energy systems (Class 37) Installation of renewable energy systems | |
| SMARTPWR360"+ | United States of America | Application | 90/298073 Filed ITU 11/4/2020 | N/A | N/A | 37 | Installation of energy efficiency products, namely, thermostats, light bulbs, showerheads, smart power strips, faucet aerators, attic staircase covers, hot water heater blankets, blown insulation and attic baffles | Published 5/25/2021 Opposition filed 6/24/2021 by Power Home Remodeling Group, LLC. Case suspended 9/16/2021 pending disposition of civil action Opposition 91270092 (consolidated) |
| SMARTPWR360" and design | United States of America | Application | 90/298133 Filed ITU 11/4/2020 | N/A | N/A | 37 | Installation of energy efficiency products, namely, thermostats, light bulbs, showerheads, smart power strips, faucet aerators, attic staircase covers, hot water heater blankets, blown insulation and attic baffles | Published 5/25/2021 Opposition filed 6/24/2021 by Power Home Remodeling Group, LLC. Case suspended 9/16/2021 pending disposition of civil action Opposition 91270092 (consolidated) |
| SMARTPWR360" | United States of America | Application | 90/298052 Filed ITU 11/4/2020 | N/A | N/A | 37 | Installation of energy efficiency products, namely, thermostats, light bulbs, showerheads, smart power strips, faucet aerators, attic staircase covers, hot water heater blankets, blown insulation and attic baffles | Published 5/25/2021 Opposition filed 6/24/2021 by Power Home Remodeling Group, LLC. Case suspended 9/16/2021 pending disposition of civil action Opposition 91270092 (consolidated) |

Exhibit 206A/B - 60 - Trademarks

| Mark Name | Country | Status | App. No. | Reg. No. | Reg. Date | Classes | Goods Services | Detailed Status |
|---|---|---|---|---|---|---|---|---|
| LIFE POWERED BY THE SUN | United States of America | Application | 90/828277 Filed ITU 7/14/2021 | N/A | N/A | 37, 42 | (Class 37) Installation of solar energy systems for residential and commercial use; Consulting services in the field of technical planning and technical project management of the installation of solar installations for generating, distributing and supplying electricity from solar energy systems (Class 42) Design and engineering of solar energy systems; Consulting services in the field of design and technology planning in the nature of technology project management of installations for generating, distributing and supplying electricity from solar energy systems | |

## Exhibit 206A/B – 60. – TRADEMARKS OF WHOLLY OWNED SUBSIDIARIES

**Pending / Registered Pink Energy LLC Trademarks**

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead | Class(es) |
|---|---|---|---|---|---|---|
| 1 | 97376951 | | PINKE | TSDR | LIVE | |
| 2 | 97356742 | | PINKE | TSDR | LIVE | |
| 3 | 97324841 | | THINK GREEN. GO PINK. | TSDR | LIVE | |
| 4 | 97290202 | | PROUD SPONSOR OF PLANET EARTH | TSDR | LIVE | |
| 5 | 97270181 | | PE | TSDR | LIVE | |
| 6 | 97266727 | | PINKENERGY | TSDR | LIVE | |
| 7 | 97255642 | | PINK SOLAR | TSDR | LIVE | |
| 8 | 97255625 | | GOPINK | TSDR | LIVE | |
| 9 | 97255613 | | PINK ENERGY | TSDR | LIVE | |
| 10 | 97255601 | | PINK | TSDR | LIVE | |

**Pending / Registered True Underdog LLC Trademarks**

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead | Class(es) |
|---|---|---|---|---|---|---|
| 1 | 90123710 | 6437601 | TRUE UNDERDOG | TSDR | LIVE | |
| 2 | 90123783 | 6325946 | TRUE UNDERDOG | TSDR | LIVE | |

| Domain Name - PHS | Status |
|---|---|
| MYPOWERSHINGLES.COM | Active |
| phs-solar.com | Active |
| phs.solar | Active |
| phsemails.com | Active |
| power-home.app | Active |
| power-home.biz | Active |
| power-home.co | Active |
| power-home.info | Active |
| power-home.shop | Active |
| power-home.solar | Active |
| power-home.us | Active |
| powercommsolar.com | Active |
| powerhome-solar.app | Active |
| powerhome-solar.biz | Active |
| powerhome-solar.co | Active |
| powerhome-solar.info | Active |
| powerhome-solar.net | Active |
| powerhome-solar.org | Active |
| powerhome-solar.shop | Active |
| powerhome-solar.solar | Active |
| powerhome-solar.us | Active |
| powerhome.app | Active |
| powerhome.biz | Active |
| powerhome.com | Active |
| powerhome.solar | Active |
| powerhomeil.com | Active |
| powerhomeillinois.com | Active |
| powerhomejobs.com | Active |
| powerhomeshingles.com | Active |
| powerhomesolar.app | Active |
| powerhomesolar.biz | Active |
| powerhomesolar.co | Active |
| powerhomesolar.com | Active |
| powerhomesolar.org | Active |
| powerhomesolar.shop | Active |
| powerhomesolar.solar | Active |
| powerhomesolar.us | Active |
| POWERPANELSUSA.COM | Active |
| POWERYOURHOMES.COM | Active |
| PUREPOWERLEADS.COM | Active |
| SIMPLEPOWERLEADS.COM | Active |
| smartpwr360lite.com | Active |
| solarpowerratings.com | Active |
| trueunderdog.com | Active |
| Powerhomesavings.com | Active |
| powerhomereferrals.com | Active |

| | |
|---|---|
| phsapparel.com | Active |
| https://www.powerhome.com/ | Active |
| https://solar.powerhome.com/ | Active |
| https://solar.powerhome.com/free-quote/ | Active |
| Powerhomeraleigh.com | Active |
| Powerhomeroanoke.com | Active |
| Powerhomepittsburgh.com | Active |
| Powerhomehouston.com | Active |
| Powerhomeatlanta.com | Active |
| Powerhomedetroit.com | Active |
| Powerhomechicago.com | Active |
| Powerhomenashville.com | Active |
| Powerhomeindianapolis.com | Active |
| Powerhomekansascity.com | Active |
| Powerhomerichmond.com | Active |
| Powerhomestlouis.com | Active |
| Powerhomevirginiabeach.com | Active |
| Powerhomecharlotte.com | Active |
| Powerhomecleveland.com | Active |
| Powerhomecolumbus.com | Active |
| Powerhomefayetteville.com | Active |
| Powerhomefortwayne.com | Active |
| Powerhomegrandrapids.com | Active |
| Powerhomeharrisburg.com | Active |
| Powerhomeknoxville.com | Active |
| Powerhomeasheville.com | Active |
| Powerhomecolumbia.com | Active |
| classactionpink.co | Active |
| classactionpink.com | Active |
| classactionpink.info | Active |
| classactionpink.net | Active |
| classactionpink.org | Active |
| enerpink.com | Active |
| go-pink-class-action.co | Active |
| go-pink-class-action.com | Active |
| go-pink-class-action.info | Active |
| go-pink-class-action.net | Active |
| go-pink-class-action.org | Active |
| gopink-classaction.biz | Active |
| gopink-classaction.co | Active |
| gopink-classaction.com | Active |
| gopink-classaction.info | Active |
| gopink-classaction.mobi | Active |
| gopink-classaction.net | Active |
| gopink-classaction.org | Active |
| gopink-lawsuit.co | Active |
| gopink-lawsuit.com | Active |

| | |
|---|---|
| gopink-lawsuit.info | Active |
| gopink-lawsuit.net | Active |
| gopink-lawsuit.org | Active |
| gopink.biz | Active |
| gopink.info | Active |
| gopink.io | Active |
| gopink.live | Active |
| gopinkaction.co | Active |
| gopinkaction.com | Active |
| gopinkaction.info | Active |
| gopinkaction.net | Active |
| gopinkaction.org | Active |
| gopinkasheville.com | Active |
| gopinkatlanta.com | Active |
| gopinkcharlotte.com | Active |
| gopinkchicago.com | Active |
| gopinkcincinnati.com | Active |
| gopinkclassact.co | Active |
| gopinkclassact.com | Active |
| gopinkclassact.info | Active |
| gopinkclassact.net | Active |
| gopinkclassact.org | Active |
| gopinkclassaction.co | Active |
| gopinkclassaction.com | Active |
| gopinkclassaction.info | Active |
| gopinkclassaction.net | Active |
| gopinkclassaction.org | Active |
| gopinkclassactions.co | Active |
| gopinkclassactions.com | Active |
| gopinkclassactions.info | Active |
| gopinkclassactions.net | Active |
| gopinkclassactions.org | Active |
| gopinkcleveland.com | Active |
| gopinkcolumbia.com | Active |
| gopinkcolumbus.com | Active |
| gopinkcomplaints.co | Active |
| gopinkcomplaints.com | Active |
| gopinkcomplaints.info | Active |
| gopinkcomplaints.net | Active |
| gopinkcomplaints.org | Active |
| gopinkcost.co | Active |
| gopinkcost.com | Active |
| gopinkcost.info | Active |
| gopinkcost.net | Active |
| gopinkcost.org | Active |
| gopinkcustomerservice.co | Active |
| gopinkcustomerservice.com | Active |

| | |
|---|---|
| gopinkcustomerservice.info | Active |
| gopinkcustomerservice.net | Active |
| gopinkcustomerservice.org | Active |
| gopinkdetroit.com | Active |
| gopinke.com | Active |
| gopinkemployee.com | Active |
| gopinkemployeereferrals.com | Active |
| gopinkemployeereferrals.net | Active |
| gopinkemployeereferrals.org | Active |
| gopinkemployees.com | Active |
| gopinkenergy.co | Active |
| gopinkenergy.com | Active |
| gopinkenergy.info | Active |
| gopinkenergy.net | Active |
| gopinkenergy.org | Active |
| gopinkenergyasheville.co | Active |
| gopinkenergyasheville.com | Active |
| gopinkenergyasheville.info | Active |
| gopinkenergyasheville.net | Active |
| gopinkenergyasheville.org | Active |
| gopinkenergycharlotte.co | Active |
| gopinkenergycharlotte.com | Active |
| gopinkenergycharlotte.info | Active |
| gopinkenergycharlotte.net | Active |
| gopinkenergycharlotte.org | Active |
| gopinkenergychesterfield.co | Active |
| gopinkenergychesterfield.com | Active |
| gopinkenergychesterfield.info | Active |
| gopinkenergychesterfield.net | Active |
| gopinkenergychesterfield.org | Active |
| gopinkenergychicago.co | Active |
| gopinkenergychicago.com | Active |
| gopinkenergychicago.info | Active |
| gopinkenergychicago.net | Active |
| gopinkenergychicago.org | Active |
| gopinkenergycincinnati.co | Active |
| gopinkenergycincinnati.com | Active |
| gopinkenergycincinnati.info | Active |
| gopinkenergycincinnati.net | Active |
| gopinkenergycincinnati.org | Active |
| gopinkenergycleveland.co | Active |
| gopinkenergycleveland.com | Active |
| gopinkenergycleveland.info | Active |
| gopinkenergycleveland.net | Active |
| gopinkenergycleveland.org | Active |
| gopinkenergycolumbus.co | Active |
| gopinkenergycolumbus.com | Active |

| | |
|---|---|
| gopinkenergycolumbus.info | Active |
| gopinkenergycolumbus.net | Active |
| gopinkenergycolumbus.org | Active |
| gopinkenergyfayetteville.co | Active |
| gopinkenergyfayetteville.com | Active |
| gopinkenergyfayetteville.info | Active |
| gopinkenergyfayetteville.net | Active |
| gopinkenergyfayetteville.org | Active |
| gopinkenergyfortwayne.co | Active |
| gopinkenergyfortwayne.com | Active |
| gopinkenergyfortwayne.info | Active |
| gopinkenergyfortwayne.net | Active |
| gopinkenergyfortwayne.org | Active |
| gopinkenergygeorgia.co | Active |
| gopinkenergygeorgia.com | Active |
| gopinkenergygeorgia.info | Active |
| gopinkenergygeorgia.net | Active |
| gopinkenergygeorgia.org | Active |
| gopinkenergygrandrapids.co | Active |
| gopinkenergygrandrapids.com | Active |
| gopinkenergygrandrapids.info | Active |
| gopinkenergygrandrapids.net | Active |
| gopinkenergygrandrapids.org | Active |
| gopinkenergyharrisburg.co | Active |
| gopinkenergyharrisburg.com | Active |
| gopinkenergyharrisburg.info | Active |
| gopinkenergyharrisburg.net | Active |
| gopinkenergyharrisburg.org | Active |
| gopinkenergyhouston.co | Active |
| gopinkenergyhouston.com | Active |
| gopinkenergyhouston.info | Active |
| gopinkenergyhouston.net | Active |
| gopinkenergyhouston.org | Active |
| gopinkenergyindianapolis.co | Active |
| gopinkenergyindianapolis.com | Active |
| gopinkenergyindianapolis.info | Active |
| gopinkenergyindianapolis.net | Active |
| gopinkenergyindianapolis.org | Active |
| gopinkenergykannapolis.co | Active |
| gopinkenergykannapolis.com | Active |
| gopinkenergykannapolis.info | Active |
| gopinkenergykannapolis.net | Active |
| gopinkenergykannapolis.org | Active |
| gopinkenergykansas.co | Active |
| gopinkenergykansas.com | Active |
| gopinkenergykansas.info | Active |
| gopinkenergykansas.net | Active |

| | |
|---|---|
| gopinkenergykansas.org | Active |
| gopinkenergyknoxville.co | Active |
| gopinkenergyknoxville.com | Active |
| gopinkenergyknoxville.info | Active |
| gopinkenergyknoxville.net | Active |
| gopinkenergyknoxville.org | Active |
| gopinkenergylawsuit.com | Active |
| gopinkenergylouisville.co | Active |
| gopinkenergylouisville.com | Active |
| gopinkenergylouisville.info | Active |
| gopinkenergylouisville.net | Active |
| gopinkenergylouisville.org | Active |
| gopinkenergymooresville.co | Active |
| gopinkenergymooresville.com | Active |
| gopinkenergymooresville.info | Active |
| gopinkenergymooresville.net | Active |
| gopinkenergymooresville.org | Active |
| gopinkenergynashville.co | Active |
| gopinkenergynashville.com | Active |
| gopinkenergynashville.info | Active |
| gopinkenergynashville.net | Active |
| gopinkenergynashville.org | Active |
| gopinkenergypittsburgh.co | Active |
| gopinkenergypittsburgh.com | Active |
| gopinkenergypittsburgh.info | Active |
| gopinkenergypittsburgh.net | Active |
| gopinkenergypittsburgh.org | Active |
| gopinkenergyraleigh.co | Active |
| gopinkenergyraleigh.com | Active |
| gopinkenergyraleigh.info | Active |
| gopinkenergyraleigh.net | Active |
| gopinkenergyraleigh.org | Active |
| gopinkenergyrichmond.co | Active |
| gopinkenergyrichmond.com | Active |
| gopinkenergyrichmond.info | Active |
| gopinkenergyrichmond.net | Active |
| gopinkenergyrichmond.org | Active |
| gopinkenergyroanoke.co | Active |
| gopinkenergyroanoke.com | Active |
| gopinkenergyroanoke.info | Active |
| gopinkenergyroanoke.net | Active |
| gopinkenergyroanoke.org | Active |
| gopinkenergysanantonio.co | Active |
| gopinkenergysanantonio.com | Active |
| gopinkenergysanantonio.info | Active |
| gopinkenergysanantonio.net | Active |
| gopinkenergysanantonio.org | Active |

| | |
|---|---|
| gopinkenergysouthcarolina.co | Active |
| gopinkenergysouthcarolina.com | Active |
| gopinkenergysouthcarolina.info | Active |
| gopinkenergysouthcarolina.net | Active |
| gopinkenergysouthcarolina.org | Active |
| gopinkenergystlouis.co | Active |
| gopinkenergystlouis.com | Active |
| gopinkenergystlouis.info | Active |
| gopinkenergystlouis.net | Active |
| gopinkenergystlouis.org | Active |
| gopinkenergysucks.co | Active |
| gopinkenergysucks.com | Active |
| gopinkenergysucks.info | Active |
| gopinkenergysucks.net | Active |
| gopinkenergysucks.org | Active |
| gopinkenergytroy.co | Active |
| gopinkenergytroy.com | Active |
| gopinkenergytroy.info | Active |
| gopinkenergytroy.net | Active |
| gopinkenergytroy.org | Active |
| gopinkenergyvirginiabeach.co | Active |
| gopinkenergyvirginiabeach.com | Active |
| gopinkenergyvirginiabeach.info | Active |
| gopinkenergyvirginiabeach.net | Active |
| gopinkenergyvirginiabeach.org | Active |
| gopinkfayetteville.com | Active |
| gopinkfortwayne.com | Active |
| gopinkgrandrapids.com | Active |
| gopinkharrisburg.com | Active |
| gopinkhouston.com | Active |
| gopinkhr.com | Active |
| gopinkindianapolis.com | Active |
| gopinkkansascity.com | Active |
| gopinkknoxville.com | Active |
| gopinklawsuit.co | Active |
| gopinklawsuit.com | Active |
| gopinklawsuit.info | Active |
| gopinklawsuit.net | Active |
| gopinklawsuit.org | Active |
| gopinklawsuits.co | Active |
| gopinklawsuits.com | Active |
| gopinklawsuits.info | Active |
| gopinklawsuits.net | Active |
| gopinklawsuits.org | Active |
| gopinklocal.com | Active |
| gopinklouisville.com | Active |
| gopinkme.com | Active |

| | |
|---|---|
| gopinknashville.com | Active |
| gopinknews.co | Active |
| gopinknews.com | Active |
| gopinknews.info | Active |
| gopinknews.net | Active |
| gopinknews.org | Active |
| gopinkpittsburgh.com | Active |
| gopinkraleigh.com | Active |
| gopinkreferrals.com | Active |
| gopinkreferrals.net | Active |
| gopinkreferrals.org | Active |
| gopinkreviews.co | Active |
| gopinkreviews.com | Active |
| gopinkreviews.info | Active |
| gopinkreviews.net | Active |
| gopinkreviews.org | Active |
| gopinkrichmond.com | Active |
| gopinkroanoke.com | Active |
| gopinksanantonio.com | Active |
| gopinksolar.co | Active |
| gopinksolar.com | Active |
| gopinksolar.info | Active |
| gopinksolar.net | Active |
| gopinksolar.org | Active |
| gopinksolarasheville.co | Active |
| gopinksolarasheville.com | Active |
| gopinksolarasheville.info | Active |
| gopinksolarasheville.net | Active |
| gopinksolarasheville.org | Active |
| gopinksolarcharlotte.co | Active |
| gopinksolarcharlotte.com | Active |
| gopinksolarcharlotte.info | Active |
| gopinksolarcharlotte.net | Active |
| gopinksolarcharlotte.org | Active |
| gopinksolarchesterfield.co | Active |
| gopinksolarchesterfield.com | Active |
| gopinksolarchesterfield.info | Active |
| gopinksolarchesterfield.net | Active |
| gopinksolarchesterfield.org | Active |
| gopinksolarchicago.co | Active |
| gopinksolarchicago.com | Active |
| gopinksolarchicago.info | Active |
| gopinksolarchicago.net | Active |
| gopinksolarchicago.org | Active |
| gopinksolarcincinnati.co | Active |
| gopinksolarcincinnati.com | Active |
| gopinksolarcincinnati.info | Active |

| | |
|---|---|
| gopinksolarcincinnati.net | Active |
| gopinksolarcleveland.co | Active |
| gopinksolarcleveland.com | Active |
| gopinksolarcleveland.info | Active |
| gopinksolarcleveland.net | Active |
| gopinksolarcleveland.org | Active |
| gopinksolarcolumbus.co | Active |
| gopinksolarcolumbus.info | Active |
| gopinksolarcolumbus.net | Active |
| gopinksolarcolumbus.org | Active |
| gopinksolarfayetteville.co | Active |
| gopinksolarfayetteville.com | Active |
| gopinksolarfayetteville.info | Active |
| gopinksolarfayetteville.net | Active |
| gopinksolarfayetteville.org | Active |
| gopinksolarfortwayne.co | Active |
| gopinksolarfortwayne.com | Active |
| gopinksolarfortwayne.info | Active |
| gopinksolarfortwayne.net | Active |
| gopinksolarfortwayne.org | Active |
| gopinksolargeorgia.co | Active |
| gopinksolargeorgia.com | Active |
| gopinksolargeorgia.info | Active |
| gopinksolargeorgia.net | Active |
| gopinksolargeorgia.org | Active |
| gopinksolargrandrapids.co | Active |
| gopinksolargrandrapids.com | Active |
| gopinksolargrandrapids.info | Active |
| gopinksolargrandrapids.net | Active |
| gopinksolargrandrapids.org | Active |
| gopinksolarharrisburg.co | Active |
| gopinksolarharrisburg.com | Active |
| gopinksolarharrisburg.info | Active |
| gopinksolarharrisburg.net | Active |
| gopinksolarharrisburg.org | Active |
| gopinksolarhouston.co | Active |
| gopinksolarhouston.com | Active |
| gopinksolarhouston.net | Active |
| gopinksolarhouston.org | Active |
| gopinksolarindianapolis.co | Active |
| gopinksolarindianapolis.com | Active |
| gopinksolarindianapolis.info | Active |
| gopinksolarindianapolis.net | Active |
| gopinksolarindianapolis.org | Active |
| gopinksolarkannapolis.co | Active |
| gopinksolarkannapolis.com | Active |
| gopinksolarkannapolis.info | Active |

| | |
|---|---|
| gopinksolarkannapolis.net | Active |
| gopinksolarkannapolis.org | Active |
| gopinksolarkansas.co | Active |
| gopinksolarkansas.com | Active |
| gopinksolarkansas.org | Active |
| gopinksolarknoxville.co | Active |
| gopinksolarknoxville.com | Active |
| gopinksolarknoxville.info | Active |
| gopinksolarknoxville.net | Active |
| gopinksolarknoxville.org | Active |
| gopinksolarlouisville.co | Active |
| gopinksolarlouisville.info | Active |
| gopinksolarlouisville.net | Active |
| gopinksolarlouisville.org | Active |
| gopinksolarmooresville.co | Active |
| gopinksolarmooresville.com | Active |
| gopinksolarmooresville.info | Active |
| gopinksolarmooresville.net | Active |
| gopinksolarmooresville.org | Active |
| gopinksolarnashville.co | Active |
| gopinksolarnashville.com | Active |
| gopinksolarnashville.info | Active |
| gopinksolarnashville.net | Active |
| gopinksolarnashville.org | Active |
| gopinksolarpittsburgh.co | Active |
| gopinksolarpittsburgh.com | Active |
| gopinksolarpittsburgh.info | Active |
| gopinksolarpittsburgh.net | Active |
| gopinksolarpittsburgh.org | Active |
| gopinksolarraleigh.co | Active |
| gopinksolarraleigh.com | Active |
| gopinksolarraleigh.info | Active |
| gopinksolarraleigh.net | Active |
| gopinksolarraleigh.org | Active |
| gopinksolarrichmond.co | Active |
| gopinksolarrichmond.com | Active |
| gopinksolarrichmond.info | Active |
| gopinksolarrichmond.net | Active |
| gopinksolarrichmond.org | Active |
| gopinksolarroanoke.co | Active |
| gopinksolarroanoke.com | Active |
| gopinksolarroanoke.info | Active |
| gopinksolarroanoke.net | Active |
| gopinksolarroanoke.org | Active |
| gopinksolarsanantonio.co | Active |
| gopinksolarsanantonio.com | Active |
| gopinksolarsanantonio.info | Active |

| | |
|---|---|
| gopinksolarsanantonio.net | Active |
| gopinksolarsanantonio.org | Active |
| gopinksolarsouthcarolina.co | Active |
| gopinksolarsouthcarolina.com | Active |
| gopinksolarsouthcarolina.info | Active |
| gopinksolarsouthcarolina.net | Active |
| gopinksolarsouthcarolina.org | Active |
| gopinksolarstlouis.co | Active |
| gopinksolarstlouis.com | Active |
| gopinksolarstlouis.info | Active |
| gopinksolarstlouis.net | Active |
| gopinksolarstlouis.org | Active |
| gopinksolartroy.co | Active |
| gopinksolartroy.com | Active |
| gopinksolartroy.info | Active |
| gopinksolartroy.net | Active |
| gopinksolartroy.org | Active |
| gopinksolarvirginiabeach.co | Active |
| gopinksolarvirginiabeach.com | Active |
| gopinksolarvirginiabeach.info | Active |
| gopinksolarvirginiabeach.net | Active |
| gopinksolarvirginiabeach.org | Active |
| gopinkspringfield.com | Active |
| gopinkstlouis.com | Active |
| gopinksucks.co | Active |
| gopinksucks.com | Active |
| gopinksucks.info | Active |
| gopinksucks.net | Active |
| gopinksucks.org | Active |
| gopinkvirginiabeach.com | Active |
| ihatepinkenergy.co | Active |
| ihatepinkenergy.com | Active |
| ihatepinkenergy.info | Active |
| ihatepinkenergy.net | Active |
| ihatepinkenergy.org | Active |
| lawsuit.pink | Active |
| lawsuitpink.co | Active |
| lawsuitpink.com | Active |
| lawsuitpink.info | Active |
| lawsuitpink.net | Active |
| lawsuitpink.org | Active |
| phsemployees.com | Active |
| pink-class-action.co | Active |
| pink-class-action.com | Active |
| pink-class-action.info | Active |
| pink-class-action.net | Active |
| pink-class-action.org | Active |

| | |
|---|---|
| pink-classaction.co | Active |
| pink-classaction.com | Active |
| pink-classaction.info | Active |
| pink-classaction.net | Active |
| pink-classaction.org | Active |
| pink-lawsuit.co | Active |
| pink-lawsuit.com | Active |
| pink-lawsuit.info | Active |
| pink-lawsuit.net | Active |
| pink-lawsuit.org | Active |
| pinkactionclass.co | Active |
| pinkactionclass.com | Active |
| pinkactionclass.info | Active |
| pinkactionclass.net | Active |
| pinkactionclass.org | Active |
| pinkcares.co | Active |
| pinkcares.com | Active |
| pinkcares.info | Active |
| pinkcares.net | Active |
| pinkcares.online | Active |
| pinkcaring.co | Active |
| pinkcaring.com | Active |
| pinkcaring.net | Active |
| pinkcaring.org | Active |
| pinkcause.net | Active |
| pinkclassaction.co | Active |
| pinkclassaction.com | Active |
| pinkclassaction.info | Active |
| pinkclassaction.net | Active |
| pinkclassaction.org | Active |
| pinkclassactions.co | Active |
| pinkclassactions.com | Active |
| pinkclassactions.info | Active |
| pinkclassactions.net | Active |
| pinkclassactions.org | Active |
| pinkenergi.com | Active |
| pinkenergy.co | Active |
| pinkenergy.com | Active |
| pinkenergy.info | Active |
| pinkenergy.net | Active |
| pinkenergy.org | Active |
| pinkenergyasheville.co | Active |
| pinkenergyasheville.com | Active |
| pinkenergyasheville.info | Active |
| pinkenergyasheville.net | Active |
| pinkenergyasheville.org | Active |
| pinkenergycharlotte.co | Active |

| | |
|---|---|
| pinkenergycharlotte.com | Active |
| pinkenergycharlotte.info | Active |
| pinkenergycharlotte.net | Active |
| pinkenergycharlotte.org | Active |
| pinkenergychesterfield.co | Active |
| pinkenergychesterfield.com | Active |
| pinkenergychesterfield.info | Active |
| pinkenergychesterfield.net | Active |
| pinkenergychesterfield.org | Active |
| pinkenergychicago.co | Active |
| pinkenergychicago.com | Active |
| pinkenergychicago.info | Active |
| pinkenergychicago.net | Active |
| pinkenergychicago.org | Active |
| pinkenergycincinnati.co | Active |
| pinkenergycincinnati.com | Active |
| pinkenergycincinnati.info | Active |
| pinkenergycincinnati.net | Active |
| pinkenergycincinnati.org | Active |
| pinkenergyclassactionlawsuit.com | Active |
| pinkenergyclassactionlawsuits.com | Active |
| pinkenergycleveland.co | Active |
| pinkenergycleveland.com | Active |
| pinkenergycleveland.info | Active |
| pinkenergycleveland.net | Active |
| pinkenergycleveland.org | Active |
| pinkenergycolumbus.co | Active |
| pinkenergycolumbus.com | Active |
| pinkenergycolumbus.info | Active |
| pinkenergycolumbus.net | Active |
| pinkenergycolumbus.org | Active |
| pinkenergyemployees.com | Active |
| pinkenergyfayetteville.co | Active |
| pinkenergyfayetteville.com | Active |
| pinkenergyfayetteville.info | Active |
| pinkenergyfayetteville.net | Active |
| pinkenergyfayetteville.org | Active |
| pinkenergyfortwayne.co | Active |
| pinkenergyfortwayne.com | Active |
| pinkenergyfortwayne.info | Active |
| pinkenergyfortwayne.net | Active |
| pinkenergyfortwayne.org | Active |
| pinkenergygeorgia.co | Active |
| pinkenergygeorgia.com | Active |
| pinkenergygeorgia.info | Active |
| pinkenergygeorgia.net | Active |
| pinkenergygeorgia.org | Active |

| | |
|---|---|
| pinkenergygrandrapids.co | Active |
| pinkenergygrandrapids.com | Active |
| pinkenergygrandrapids.info | Active |
| pinkenergygrandrapids.net | Active |
| pinkenergygrandrapids.org | Active |
| pinkenergyharrisburg.co | Active |
| pinkenergyharrisburg.com | Active |
| pinkenergyharrisburg.info | Active |
| pinkenergyharrisburg.net | Active |
| pinkenergyharrisburg.org | Active |
| pinkenergyhouston.co | Active |
| pinkenergyhouston.com | Active |
| pinkenergyhouston.info | Active |
| pinkenergyhouston.net | Active |
| pinkenergyhouston.org | Active |
| pinkenergyindianapolis.co | Active |
| pinkenergyindianapolis.com | Active |
| pinkenergyindianapolis.info | Active |
| pinkenergyindianapolis.net | Active |
| pinkenergyindianapolis.org | Active |
| pinkenergyisscam.com | Active |
| pinkenergyisterrible.co | Active |
| pinkenergyisterrible.com | Active |
| pinkenergyisterrible.info | Active |
| pinkenergyisterrible.net | Active |
| pinkenergyisterrible.org | Active |
| pinkenergyistrash.co | Active |
| pinkenergyistrash.com | Active |
| pinkenergyistrash.info | Active |
| pinkenergyistrash.net | Active |
| pinkenergyistrash.org | Active |
| pinkenergykannapolis.co | Active |
| pinkenergykannapolis.com | Active |
| pinkenergykannapolis.info | Active |
| pinkenergykannapolis.net | Active |
| pinkenergykannapolis.org | Active |
| pinkenergykansas.co | Active |
| pinkenergykansas.com | Active |
| pinkenergykansas.info | Active |
| pinkenergykansas.net | Active |
| pinkenergykansas.org | Active |
| pinkenergyknoxville.co | Active |
| pinkenergyknoxville.com | Active |
| pinkenergyknoxville.info | Active |
| pinkenergyknoxville.net | Active |
| pinkenergyknoxville.org | Active |
| pinkenergylawsuit.co | Active |

| | |
|---|---|
| pinkenergylawsuit.com | Active |
| pinkenergylawsuit.info | Active |
| pinkenergylawsuit.net | Active |
| pinkenergylawsuit.org | Active |
| pinkenergylouisville.co | Active |
| pinkenergylouisville.com | Active |
| pinkenergylouisville.info | Active |
| pinkenergylouisville.net | Active |
| pinkenergylouisville.org | Active |
| pinkenergymooresville.co | Active |
| pinkenergymooresville.com | Active |
| pinkenergymooresville.info | Active |
| pinkenergymooresville.net | Active |
| pinkenergymooresville.org | Active |
| pinkenergynashville.co | Active |
| pinkenergynashville.com | Active |
| pinkenergynashville.info | Active |
| pinkenergynashville.net | Active |
| pinkenergynashville.org | Active |
| pinkenergypittsburgh.co | Active |
| pinkenergypittsburgh.com | Active |
| pinkenergypittsburgh.info | Active |
| pinkenergypittsburgh.net | Active |
| pinkenergypittsburgh.org | Active |
| pinkenergyraleigh.co | Active |
| pinkenergyraleigh.com | Active |
| pinkenergyraleigh.info | Active |
| pinkenergyraleigh.net | Active |
| pinkenergyraleigh.org | Active |
| pinkenergyrichmond.co | Active |
| pinkenergyrichmond.com | Active |
| pinkenergyrichmond.info | Active |
| pinkenergyrichmond.net | Active |
| pinkenergyrichmond.org | Active |
| pinkenergyroanoke.co | Active |
| pinkenergyroanoke.com | Active |
| pinkenergyroanoke.info | Active |
| pinkenergyroanoke.net | Active |
| pinkenergyroanoke.org | Active |
| pinkenergysanantonio.co | Active |
| pinkenergysanantonio.com | Active |
| pinkenergysanantonio.info | Active |
| pinkenergysanantonio.net | Active |
| pinkenergysanantonio.org | Active |
| pinkenergyscam.co | Active |
| pinkenergyscam.com | Active |
| pinkenergyscam.info | Active |

| | |
|---|---|
| pinkenergyscam.net | Active |
| pinkenergyscam.org | Active |
| pinkenergyscams.com | Active |
| pinkenergysouthcarolina.co | Active |
| pinkenergysouthcarolina.com | Active |
| pinkenergysouthcarolina.info | Active |
| pinkenergysouthcarolina.net | Active |
| pinkenergysouthcarolina.org | Active |
| pinkenergystlouis.co | Active |
| pinkenergystlouis.com | Active |
| pinkenergystlouis.info | Active |
| pinkenergystlouis.net | Active |
| pinkenergystlouis.org | Active |
| pinkenergysucks.co | Active |
| pinkenergysucks.com | Active |
| pinkenergysucks.info | Active |
| pinkenergysucks.net | Active |
| pinkenergysucks.org | Active |
| pinkenergytroy.co | Active |
| pinkenergytroy.com | Active |
| pinkenergytroy.info | Active |
| pinkenergytroy.net | Active |
| pinkenergytroy.org | Active |
| pinkenergyvictims.com | Active |
| pinkenergyvirginiabeach.co | Active |
| pinkenergyvirginiabeach.com | Active |
| pinkenergyvirginiabeach.info | Active |
| pinkenergyvirginiabeach.net | Active |
| pinkenergyvirginiabeach.org | Active |
| pinkgives.net | Active |
| pinkhumanity.info | Active |
| pinkintranet.com | Active |
| pinklawsuit.co | Active |
| pinklawsuit.com | Active |
| pinklawsuit.info | Active |
| pinklawsuit.net | Active |
| pinklawsuit.org | Active |
| pinklawsuits.co | Active |
| pinklawsuits.com | Active |
| pinklawsuits.info | Active |
| pinklawsuits.net | Active |
| pinklawsuits.org | Active |
| pinkmovement.org | Active |
| pinksolar.com | Active |
| pinksolar.net | Active |
| pinksolarasheville.co | Active |
| pinksolarasheville.com | Active |

| | |
|---|---|
| pinksolarasheville.info | Active |
| pinksolarasheville.net | Active |
| pinksolarasheville.org | Active |
| pinksolarcharlotte.co | Active |
| pinksolarcharlotte.com | Active |
| pinksolarcharlotte.info | Active |
| pinksolarcharlotte.net | Active |
| pinksolarcharlotte.org | Active |
| pinksolarchesterfield.co | Active |
| pinksolarchesterfield.com | Active |
| pinksolarchesterfield.info | Active |
| pinksolarchesterfield.net | Active |
| pinksolarchesterfield.org | Active |
| pinksolarchicago.co | Active |
| pinksolarchicago.com | Active |
| pinksolarchicago.info | Active |
| pinksolarchicago.net | Active |
| pinksolarchicago.org | Active |
| pinksolarcincinnati.co | Active |
| pinksolarcincinnati.com | Active |
| pinksolarcincinnati.info | Active |
| pinksolarcincinnati.net | Active |
| pinksolarcincinnati.org | Active |
| pinksolarcleveland.co | Active |
| pinksolarcleveland.com | Active |
| pinksolarcleveland.info | Active |
| pinksolarcleveland.net | Active |
| pinksolarcleveland.org | Active |
| pinksolarcolumbus.co | Active |
| pinksolarcolumbus.com | Active |
| pinksolarcolumbus.info | Active |
| pinksolarcolumbus.net | Active |
| pinksolarcolumbus.org | Active |
| pinksolarfayetteville.co | Active |
| pinksolarfayetteville.com | Active |
| pinksolarfayetteville.info | Active |
| pinksolarfayetteville.net | Active |
| pinksolarfayetteville.org | Active |
| pinksolarfortwayne.co | Active |
| pinksolarfortwayne.com | Active |
| pinksolarfortwayne.info | Active |
| pinksolarfortwayne.net | Active |
| pinksolarfortwayne.org | Active |
| pinksolarfraud.com | Active |
| pinksolargeorgia.co | Active |
| pinksolargeorgia.com | Active |
| pinksolargeorgia.info | Active |

| | |
|---|---|
| pinksolargeorgia.net | Active |
| pinksolargeorgia.org | Active |
| pinksolargrandrapids.co | Active |
| pinksolargrandrapids.com | Active |
| pinksolargrandrapids.info | Active |
| pinksolargrandrapids.net | Active |
| pinksolargrandrapids.org | Active |
| pinksolarharrisburg.co | Active |
| pinksolarharrisburg.com | Active |
| pinksolarharrisburg.info | Active |
| pinksolarharrisburg.net | Active |
| pinksolarharrisburg.org | Active |
| pinksolarhouston.co | Active |
| pinksolarhouston.com | Active |
| pinksolarhouston.info | Active |
| pinksolarhouston.net | Active |
| pinksolarhouston.org | Active |
| pinksolarindianapolis.co | Active |
| pinksolarindianapolis.com | Active |
| pinksolarindianapolis.info | Active |
| pinksolarindianapolis.net | Active |
| pinksolarindianapolis.org | Active |
| pinksolarkannapolis.co | Active |
| pinksolarkannapolis.com | Active |
| pinksolarkannapolis.info | Active |
| pinksolarkannapolis.net | Active |
| pinksolarkannapolis.org | Active |
| pinksolarkansas.co | Active |
| pinksolarkansas.com | Active |
| pinksolarkansas.info | Active |
| pinksolarkansas.net | Active |
| pinksolarkansas.org | Active |
| pinksolarknoxville.co | Active |
| pinksolarknoxville.com | Active |
| pinksolarknoxville.info | Active |
| pinksolarknoxville.net | Active |
| pinksolarknoxville.org | Active |
| pinksolarlouisville.co | Active |
| pinksolarlouisville.com | Active |
| pinksolarlouisville.info | Active |
| pinksolarlouisville.net | Active |
| pinksolarlouisville.org | Active |
| pinksolarmooresville.co | Active |
| pinksolarmooresville.com | Active |
| pinksolarmooresville.info | Active |
| pinksolarmooresville.net | Active |
| pinksolarmooresville.org | Active |

| | |
|---|---|
| pinksolarnashville.co | Active |
| pinksolarnashville.com | Active |
| pinksolarnashville.info | Active |
| pinksolarnashville.net | Active |
| pinksolarnashville.org | Active |
| pinksolarpittsburgh.co | Active |
| pinksolarpittsburgh.com | Active |
| pinksolarpittsburgh.info | Active |
| pinksolarpittsburgh.net | Active |
| pinksolarpittsburgh.org | Active |
| pinksolarraleigh.co | Active |
| pinksolarraleigh.com | Active |
| pinksolarraleigh.info | Active |
| pinksolarraleigh.net | Active |
| pinksolarraleigh.org | Active |
| pinksolarrichmond.co | Active |
| pinksolarrichmond.com | Active |
| pinksolarrichmond.info | Active |
| pinksolarrichmond.net | Active |
| pinksolarrichmond.org | Active |
| pinksolarroanoke.co | Active |
| pinksolarroanoke.com | Active |
| pinksolarroanoke.info | Active |
| pinksolarroanoke.net | Active |
| pinksolarroanoke.org | Active |
| pinksolarsanantonio.co | Active |
| pinksolarsanantonio.com | Active |
| pinksolarsanantonio.info | Active |
| pinksolarsanantonio.net | Active |
| pinksolarsanantonio.org | Active |
| pinksolarscam.com | Active |
| pinksolarscams.com | Active |
| pinksolarsouthcarolina.co | Active |
| pinksolarsouthcarolina.com | Active |
| pinksolarsouthcarolina.info | Active |
| pinksolarsouthcarolina.net | Active |
| pinksolarsouthcarolina.org | Active |
| pinksolarspecials.com | Active |
| pinksolarstlouis.co | Active |
| pinksolarstlouis.com | Active |
| pinksolarstlouis.info | Active |
| pinksolarstlouis.net | Active |
| pinksolarstlouis.org | Active |
| pinksolartroy.co | Active |
| pinksolartroy.com | Active |
| pinksolartroy.info | Active |
| pinksolartroy.net | Active |

| | |
|---|---|
| pinksolartroy.org | Active |
| pinksolarvirginiabeach.co | Active |
| pinksolarvirginiabeach.com | Active |
| pinksolarvirginiabeach.info | Active |
| pinksolarvirginiabeach.net | Active |
| pinksolarvirginiabeach.org | Active |
| pinkvictims.com | Active |
| pluginpink.com | Active |
| powerhomecincinnati.com | Active |
| powerhomelocal.com | Active |
| powerhomelouisville.com | Active |
| powerhomesolarsolutions.com | Active |
| powerhomespecials.com | Active |
| powerhomespringfield.com | Active |
| scampinkenergy.co | Active |
| scampinkenergy.com | Active |
| scampinkenergy.info | Active |
| scampinkenergy.net | Active |
| scampinkenergy.org | Active |
| suepinkenergy.co | Active |
| suepinkenergy.com | Active |
| suepinkenergy.info | Active |
| suepinkenergy.net | Active |
| suepinkenergy.org | Active |
| thepinkclassaction.co | Active |
| thepinkclassaction.com | Active |
| thepinkclassaction.info | Active |
| thepinkclassaction.net | Active |
| thepinkclassaction.org | Active |
| thepinklawsuit.co | Active |
| thepinklawsuit.com | Active |
| thepinklawsuit.info | Active |
| thepinklawsuit.net | Active |
| thepinklawsuit.org | Active |
| victimsofpink.com | Active |
| victimsofpinkenergy.com | Active |
| wehatepinkenergy.co | Active |
| wehatepinkenergy.com | Active |
| wehatepinkenergy.info | Active |
| wehatepinkenergy.net | Active |
| wehatepinkenergy.org | Active |
| wentpink.com | Active |

**Exhibit 206 Add'l Current Causes of Action v. Third Parties**

**pinkenergy**℠
Proud Sponsor of Planet Earth™

**Pink Energy Causes of Action Against Third Parties**

| Case | Nature of Claim | Status | *Estimated* Exposure | Served Date | Jurisdiction | Case No. | PHS Counsel | Opposing Counsel |
|------|----------------|--------|---------------------|-------------|--------------|----------|-------------|------------------|
| PHS v. Orbit Marketing LLC (d/b/a Climax Solar) and Joshua Thomspon, Individually (MI) | (Misappropriation of trade secrets) | On June 7, 2022, the defendant filed its Answer to PHS's Complaint and also filed a third-party Complaint against its former employee, Caleb Scribner. To date, Scribner has not been served. A Rule 16 scheduling conference is still pending until Scribner answers the third-party Complaint or is defaulted. | N/A | Complaint filed August 2021 | United States District Court, Western District of Michigan | Case No. 21-cv-703 | Doug Otto, Esq. | Andrew A. Cascini of Henn Lesperance PLC     32 Market Ave SW Suite 400 Grand Rapids, MI 49503  616-940-5164 aac@hennlesperance.com |
| PHS v. Hummingbird Solar LLC (Shaver) | (Misappropriation of trade secrets) | Settlement Agreement was delivered to opposing counsel for signature on 08/02/2022. | N/A | Complaint filed 2/8/2021. Served on Defendant Shaver on 2/9/2021. Served on Hummingbird on 2/19/2021. | General Court of Justice Superior Court Divsision, County of Iredell, NC | Case No. 2021CVS332 | Elizabeth Todd, Esq. / DE (Andrew Adams, Esq.) | Stephen Dellinger, Esq., LITTLER MENDELSON, P.C., Bank of America Corporate Center, 100 North Tryon Street, Suite 4150, Charlotte, NC 28202 704.972.7000, sdellinger@littler.com |
| PHS v. Christopher Lavalla (SC) | (seeking damages for breach of restrictive covenants agreement, defamation and other tortious conduct by Lavalla) | A default judgment was entered against Mr. Lavalla as a result of his failure to respond to the Complaint. | N/A | Complaint filed on June 1, 2021 | United States District Court, District of South Carolina | Docket/Case #: 3:21-cv-02229 | DE/ Michael Burke, Esq.; Local counsel Matthew Pecoy, Esq. from DE SC office | Counsel has not yet appeared on Lavalla's behalf (Lavalla has not been served) |
| PHS/dba Pink Energy v. Generac Power Systems, Inc. | | Complaint filed on August 1, 2022 for damages in an amount to be determined at trial, plus interest, costs and reasonable attorney's fees. | N/A | Complaint filed August 1, 2022 | United States District Court for the Western District of Virginia | Civil Action No.: 6:22CV00043 | DE/ Doug Otto, Esq. & Michael Burke, Esq & Mark J. Peake, Esq (local counsel) | |
| PHS v. Lucas McDermott | Breach of Contract - Collection | PHS obtained default judgment against Mr. McDermott in the amount of $28,379.29 on July 5, 2022.  PHS is in the process of pursuing collection of the judgment. | N/A | Served October 7, 2021. | US District Court for the Central District of Illinois | No. 2:21-cv-02229-CSB | DE/ Michael Burke, Esq. | |
| PHS v. Eric Heath (SC) | Breach of Contract - Collection | Matter is pending.  Discovery is set to close on July 27, 2022.  The parties are subject to a court-ordered mediation which is scheduled for August 30, 2022. | Counterclaim alleges $4,000 in back wages.  PHS disputes that Heath is owed any amount in back wages. | Served June 24, 2021. | US District Court for the District of South Carolina | No. 3:21-cv-02229-CMC | DE/ Michael Burke, Esq. | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PHS v. Joshua King | Breach of Contract - Collection | We have negotiated an Agreement for Judgment/Settlement Agreement between the parties, wherein Mr. King is forever permanently enjoined from discussing PHS, the violation of which has significant financial penalties. | N/A | Complaint filed February 2022 | PA | N/A | DE/Anthony Panebianco, Esq. | |
| PHS v. Maria Marquez (Previous Collections) | Breach of Contract - Collection | Working with CX on settlement agreement in light of successful arbitration- agreement will include attorney fee award at arbitration and full contract price; $38,303 award to PHS | N/A | | IL- AAA | | DE/Tyler Miller, Esq/ SANDBERG PHOENIX- St. Louis MO | |
| PHS v. Celestena Montgomery (Previous Collections) | Breach of Contract - Collection | Requested Weltman (local counsel) initiate Arbitration on 7/7/2022 after Montgomery ceased communication. | N/A | | MI- AAA | N/A | DE/Tyler Miller, Esq. / Weltman, Weinberg & Reis | |
| PHS v. Travis Keller (Previous Collections) | Breach of Contract - Collection | Filed Arbitration on June 1, 2022. Negotiations towards resolution ongoing during litigation. | N/A | | MI-AAA | N/A | DE/Tyler Miller, Esq./ Weltman, Weinberg & Reis | |
| PHS v. Samantha Jenner | Former Employee - Conversion of company funds and disparagement of company on social media. | Complaint filed in the State Court of Tennessee for Rutherford County Company obtained preliminary injunction requiring Defendant Jenner to remove disparaging social media posts. | N/A | May 20, 2022 | TN | 22-cv-934 | DE/ Michael Burke/ Local TN Counsel - Ned Hildebrand | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PHS v. Danielle Moore | Former Employee - Violations of non-compete agreement, business interference, and violations of non-disparagement agreement | Complaint filed in the State of Michigan 6th Judicial district . Parties are engaged in settlement discussions. | N/A. | Served May 26, 2022. | MI | 22-194205-CB | DE/Michael Burke/ Local MI - Maxwell Goss | |
| PHS v. Benjamin Brookhart | Former Employee - Conversion of company funds, violations of non-compete agreement, and business interference. | Complaint filed in North Carolina Superior Court for Iredell County. | N/A. | N/A. | North Carolina Superior Court for Iredell County. | N/A | DE/Michael Burke | |
| PHS v. Joey Shufelt (Previous Collections) | Breach of Contract - Collection | Sent file to Weltman on May 13, 2022. Demand Letter sent on May 25, 2022. Ability to file arbitration on June 25, 2022. Awaiting update from Local Counsel as July 15, 2022. | | | MI- AAA | | DE/ Tyler Miller Esq. Local/ Weltman | |
| PHS v. Tom Vieth (Previous Collections) | Breach of Contract - Collection | Sent file to Weltman on June 17, 2022 for Arbitration. | N/A | | OH- AAA | | DE/ Tyler Miller Esq. Local/ Weltman | |
| PHS v. Shirley Rill (Previous Collections) | Breach of Contract - Collection | Sent file to Weltman on July 15, 2022 for Arbitration. | N/A | | OH- AAA | | DE/ Tyler Miller Esq. Local/ Weltman | |
| PHS v. William Meier (Previous Collections) | Breach of Contract - Collection | Sent file to Weltman on June 17, 2022 for Arbitration. Demand letter sent by Weltman on June 28, 2022. Arbitration can be filed on July 28, 2022. | N/A | | MI- AAA | | DE/ Tyler Miller Esq. Local/ Weltman | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PHS v. Kevin Wyncoop (Previous Collections) | Breach of Contract - Collection | Sent file to Weltman on June 17, 2022 for Arbitration. Demand letter sent by Weltman on June 28, 2022. Arbitration can be filed on July 28, 2022. | N/A | | MI- AAA | | DE/Tyler Miller, Esq. / Weltman, Weinberg & Reis | |
| PHS v. Todd Cimino | PHS brought suit against Mr. Cimino on various claims related to Mr. Cimino's creation through a false alias of Facebook group targeting PHS. | Case is currently in discovery and was scheduled for mediation in September 2022. | There is currently no potential exposure for PHS in this matter. | January 25, 2022 | NC - Catawba County | 22CVS147 | DE/Mike Burke, Elizabeth Todd, local counsel | Matthew L. Benton, |

**Fill in this information to identify the case:**

Debtor name   **Power Home Solar, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **22-50228**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |

As of the petition filing date, the claim is: Total claim **$0.00**  Priority amount **$0.00**

**Alabama Department of Revenue**
**50 N. Ripley St**
**Montgomery, AL 36130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)    ■ No

☐ Yes

---

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: Total claim **$0.00**  Priority amount **$0.00**

**Amherst City Income Tax**
**480 Park Ave.**
**Amherst, OH 44001-2258**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)    ■ No

☐ Yes

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Arkansas Department of Finance and Admin**
**501 Woodlane Street**
**Suite 410C**
**Little Rock, AR 72201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ashtabula City Income Tax**
**4717 Main Ave**
**Ste A**
**Ashtabula, OH 44004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Athens City Income Tax**
**8 E. Washington St.**
**Athens, OH 45701-2444**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Berkheimer Tax Innovations**
**P.O. Box 25153**
**Lehigh Valley, PA 18002-5153**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (*if known*) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cambridge City Income Tax**
**828 Wheeling Ave.**
**Cambridge, OH 43725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Canal Fulton City Income Tax**
**155 E. Market St.**
**Ste. C**
**Canal Fulton, OH 44614-1305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Canfield City Income Tax**
**104 Lisbon St.**
**Canfield, OH 44406-1416**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CCA - Division of Taxation**
**PO BOX 94810**
**Cleveland, OH 44101-4810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**2.11**

Priority creditor's name and mailing address

**Celina City Income Tax**
**P.O. Box 117**
**Celina, OH 45822-0117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.12**

Priority creditor's name and mailing address

**Chillicothe City Income Tax**
**35 S. Paint St.**
**P.O. Box 457**
**Chillicothe, OH 45601-0457**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.13**

Priority creditor's name and mailing address

**Cincinnati Income Tax Division**
**PO Box 637876**
**Cincinnati, OH 45263-7876**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.14**

Priority creditor's name and mailing address

**City of Akron Income Tax Division**
**1 Cascade Plaza - Suite 100**
**Akron, OH 44308-1161**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00        $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Alliance Income Tax
Division
P.O. Box 2025
Alliance, OH 44601-0025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Barboursville
PO Box 266
Barboursville, WV 25504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Canton, Income Tax Dept
P.O. Box 9951
Canton, OH 44711-9951**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Dayton Division of Tax &
Account
P.O. Box 1830
Westerville, OH 43086-1830**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|

Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Lebanon Tax Div.**
**50 S. Broadway St.**
**Lebanon, OH 45036-1745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Martinsburg**
**232 N. Queen St**
**P.O. Box 828**
**Martinsburg, WV 25402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Morgantown**
**389 Spruce Street**
**Morgantown, WV 26505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Owensboro/Daviess**
**County Fiscal**
**P.O. Box 10008**
**Owensboro, KY 42302-9008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Paducah Finance Department**
**PO Box 9001241**
**Department 901241**
**Louisville, KY 40290-1241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Princeton**
**800 Bee Street**
**Princeton, WV 24740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Saint Albans**
**P.O. Box 1488**
**St. Albans, WV 25177**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Shelbyville**
**P.O. Box 1289**
**Shelbyville, KY 40066-3289**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Toledo Income Tax**
P.O. Box 929
Toledo, OH 43697-0929

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Waverly Income Tax**
P.O. Box 48
Waverly, OH 45690

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Columbus Income Tax Division**
P.O. Box 182437
Columbus, OH 43218-2437

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Coshocton City Income Tax**
760 Chestnut St.
Coshocton, OH 43812-1294

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Defiance City Income Tax**
P.O. Box 669
Defiance, OH 43512-2100

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Delaware City Income Tax**
P.O. Box 496
Delaware, OH 43015-0496

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Delaware Division of Revenue**
P.O. Box 8703
Wilmington, DE 19899-8703

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Department of the Treasury -
Internal Re**
**Internal Revenue Service Center**
Ogden, UT 84201-0011

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | | Case number *(if known)* | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**East Liverpool City Income Tax**
**126 W. 6th St.**
**East Liverpool, OH 43920-2960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Fairfield Income Tax**
**701 Wessel Drive**
**Fairfield, OH 45014-3611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Findlay City Income Tax**
**P.O. Box 862**
**Findlay, OH 45839-0862**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Florida Department of Revenue**
**5050 W. Tennessee St.**
**Tallahassee, FL 32399-0135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**2.39**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Gallipolis City Income Tax**
**P.O. Box 339**
**Gallipolis, OH 45631-0339**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.40**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Georgetown Village Income Tax**
**P.O. Box 116**
**Georgetown, OH 45121-0116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.41**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Georgia Department of Revenue**
**PO Box 740315**
**Atlanta, GA 30374-0315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.42**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Grand Rapids Income Tax Dept**
**PO Box 109**
**Grand Rapids, MI 49501-0109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Gregory F.X. Daly; Collector of Revenue**
**1200 Market Street, Room 410**
**St. Louis, MO 63103-2841**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hillsboro City Income Tax**
**130 N. High St.**
**Hillsboro,, OH 45133-1152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Department of Labor**
**2309 West Main Street**
**Suite 115**
**Marion, IL 62959**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Department of Revenue**
**555 W Monroe Street**
**Suite 1100**
**Chicago, IL 60661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number *(if known)* | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Indiana Department of Revenue**
**PO Box 7147**
**Indianapolis, IN 46207-7147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Iredell County Department of Tax Adminis**
**Post Office Box 1027**
**Statesville, NC 28687**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Ironton City Income Tax**
**P.O. Box 704**
**Ironton, OH 45638-0704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Jefferson Village Income Tax**
**27 E. Jefferson St.**
**Jefferson, OH 44047-1111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Kansas Department of Revenue**
**PO Box 750250**
**Topeka, KS 66699-0260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Kentucky Department of Revenue**
**501 High Street**
**Frankfort, KY 40601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$442,714.88** | **$13,650.00** |
|---|---|---|---|---|

**Kevin Klink**
**141 S Longfellow Lane**
**Mooresville, NC 28117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**Lancaster City Income Tax**
**P.O. Box 128**
**Lancaster, OH 43130-0128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**Lima City Income Tax**
**P.O. Box 155**
**Lima, OH 45802-0155**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**Logan City Income Tax**
**P.O. Box 343**
**Logan, OH 43138-0343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**London City Income Tax**
**20 S Walnut St STE 103**
**Logan, OH 43140-0387**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Lorain City Income Tax**
**605 W. 4th St.**
**Lorain, OH 44052-1605**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Louisville City Income Tax**
**215 S. Mill St.**
**Louisville, OH 44641-1665**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Mansfield City Income Tax**
**P.O. Box 577**
**Mansfield, OH 44901-0577**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Marietta City Income Tax**
**301 Putnam St.**
**Marietta, OH 45750-3023**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

---

**2.63** | Priority creditor's name and mailing address

**Marion City Income Tax**
**233 W. Center St.**
**Marion, OH 43302**

As of the petition filing date, the claim is:                          $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

**2.64** | Priority creditor's name and mailing address

**Maumee City Income Tax**
**400 Conant St.**
**Maumee, OH 43537-3300**

As of the petition filing date, the claim is:                          $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

**2.65** | Priority creditor's name and mailing address

**Michigan Department of Treasury**
**P.O. Box 30427**
**Lansing, MI 48922**

As of the petition filing date, the claim is:                          $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

**2.66** | Priority creditor's name and mailing address

**Middletown City Income Tax**
**P.O. Box 428739**
**Middletown, OH 45042-8739**

As of the petition filing date, the claim is:                          $0.00     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:

Last 4 digits of account number            Is the claim subject to offset?
Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Missouri Taxation Division**
**P.O. Box 3000**
**Jefferson City, MO 65105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NC Dept of Revenue Bankruptcy**
**Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Mexico Taxation and Revenue**
**PO Box 2527**
**Santa Fe, NM 87504-2527**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Newark City Income Tax**
**P.O. Box 4577**
**Newark, OH 43058-4577**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number *(if known)* | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Department of Revenue**
P.O. Box 25000
Raleigh, NC 27640-0640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Taxation**
P.O. Box 181140
Columbus, OH 43218-1140

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oregon City Income Tax**
5330 Seaman Road
Oregon, OH 43616-2633

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pennsylvania Department of Revenue**
PO Box 280947
Bureau of Compliance
Harrisburg, PA 17128-0947

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (*if known*) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Pickerington City Income Tax**<br>**100 Lockville Rd.**<br>**Pickerington, OH 43147-1321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Port Clinton City Income Tax**<br>**1868 E. Perry St.**<br>**Port Clinton, OH 43452-1499** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Portsmouth City Income Tax**<br>**P.O. Box 1323**<br>**Portsmouth, OH 45662-1323** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **R.I.T.A.**<br>**P.O. Box 89475**<br>**Cleveland, OH 44101-6475** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Regional Income Tax Agency**<br>**PO Box 94951**<br>**Cleveland, OH 44101-4951** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Rockford Village Income Tax**<br>**P.O. Box 282**<br>**Rockford, OH 45882** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Shelby County Occupational**<br>**License Offic**<br>**419 Washington Street**<br>**Shelbyville, KY 40065** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **South Carolina Department of**<br>**Revenue**<br>**PO Box 125**<br>**Columbia, SC 29214-0036** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Springfield City Income Tax**
**PO Box 5200**
**Springfield, OH 45501-5200**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Tennessee Department of**
**Revenue**
**500 Deadrick Street**
**Nashville, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340,543.92 | $13,650.00 |
|---|---|---|---|---|

**Steve Murphy**
**1918 Sunrise Key Blvd**
**Fort Lauderdale, FL 33304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tar Heel Tax Consulting**
**1213 W. Moorehead Street**
**Floor 5**
**Charlotte, NC 28208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Texas Comptroller of Public Accounts**
**P.O. Box 149348**
**Austin, TX 78714-9348**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**The City of Parma; Division of Taxation**
**P.O. Box 94734**
**Cleveland, OH 44101-4734**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**The Hartford**
**P.O. Box 14472**
**Lexington, KY 40512**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Town of Fayetteville**
**P.O. Box 298**
**Fayetteville, WV 25840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,639,057.00** | **Unknown** |
|---|---|---|---|---|

**U.S. Department of Labor
Wage and Hour Division
4407 Bland Road
Suite 260
Raleigh, NC 27609-6296**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4015**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Virginia Department of Taxation
P.O. Box 1500
Richmond, VA 23218-1500**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Washington Ct. House Income Tax
117 N Main St.
Washington Court House, OH
43160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**West Virginia State Tax
Department
PO Box 11751
Charleston, WV 25339-1751**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**2.95** | Priority creditor's name and mailing address

**Westerville Division of Revenue**
**P.O. Box 130; 64 East Walnut St.**
**Westerville, OH 43086-0130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address

**William Jayson Waller**
**16520 Reinsch**
**Davidson, NC 28036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$442,714.88    $13,650.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address

**Wilmington City Income Tax**
**P.O. Box 786**
**Wilmington, OH 45177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address

**Wooster City Income Tax**
**P.O. Box 1088**
**Wooster, OH 44691-7081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Zanesville City Income Tax**
**401 Market St.**
**Zanesville, OH 43701-3520**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,077.74** |
|---|---|---|---|

**1020 APR, LLC**
**1704 Millard St**
**Bethlehem, PA 18017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,046.24** |
|---|---|---|---|

**12 Bravo Construction Companies, LLC**
**5205 Spring Branch Dr**
**Pearland, TX 77584**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,743.00** |
|---|---|---|---|

**180 Degrees Azimuth Renewable Energy Sol**
**12/1 11th Main Srinagar**
**Bangalore,Karnataka,560050**
**INDIA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$780.00** |
|---|---|---|---|

**2701 Holloway Rd,  LLC**
**303 Middletown Park Place Suite E**
**Louisville, KY 40243**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,378.17** |
|---|---|---|---|

**349 Mall Boulevard LLC**
**543 Ft McAllister Rd**
**Richmond Hill, GA 31324**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|--------|---------------------------|------------------------|--------------|
|        | Name                      |                        |              |

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,623.96**

**4374 WS Real Estate LLC**
**605 Abbywood Dr**
**Roswell, GA 30075**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,152.19**

**615GP, LLC**
**PO Box 41504**
**Nashville, TN 37204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,595.50**

**800 Response Marketing, LLC**
**1795 Williston Rd Suite 200**
**South Burlington, VT 05403**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00**

**829 Studios**
**PO Box 1323**
**Brattleboro, VT 05302-1323**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,395.51**

**908 Auto Service, LLC.**
**3433 Saxonburg Rd**
**Natrona Heights, PA 15065**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,427.50**

**951 Macron Blvd. LP**
**1611 Pond Rd**
**Allentown, PA 18104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,762.57**

**A Shred Ahead**
**28883 Network Place**
**Chicago, IL 60673-1288**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,185.00**

**A&B Janitorial Service Inc**
**50665 Central Industrial Dr.**
**Shelby Township, MI 48315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$615,615.13**

**ABC Supply Co. Inc.**
**15631 Collection Center**
**Chicago, IL 60693-0156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$804.09**

**ACC Buisness**
**PO Box 5077**
**Carol Stream, IL 60197-5077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Access Group of Miami**
**6130 West Flamingo Road**
**PO Box 907**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,425.00**

**ACI Transport**
**320 W 9 Mile Rd**
**Ferndale, MI 48220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.20**

**Advanced Mailing Systems**
**PO Box 609**
**Arden, NC 28704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$294.06**

**AEP**
**PO BOX 371883**
**Pittsburgh, PA 15250-7883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number *(if known)* | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|
| **AFC Physicians of Tennessee PC**<br>PO Box 734317<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$461,614.27** |
|---|---|---|
| **AFCO**<br>PO Box 371889<br>**Pittsburgh, PA 15250-7889** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,704.05** |
|---|---|---|
| **Aire Serv Of Rowan County**<br>1735 West Highway 152<br>**China Grove, NC 28023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|
| **Alamo Construction, LLC**<br>6064 Lute Rd<br>**Portage, IN 46368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,359.00** |
|---|---|---|
| **All Star Vending, Inc**<br>3443 Military St<br>**Port Huron, MI 48060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|
| **Allied Electrical Services**<br>25217 Michigan Ave<br>**Dearborn, MI 48124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$944.23** |
|---|---|---|
| **Ally Financial**<br>P.O. Box 9001951<br>**Louisville, KY 40290-1951** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$309,244.35** |
|---|---|---|---|

**AM Conservation Group**
**1701 Charleston Regional Parkway**
**Suite A**
**Charleston, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,867.44** |
|---|---|---|---|

**American Disposal Services of Georgia, I**
**3 Waterway Square Place**
**Suite 110**
**The Woodlands, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,962.88** |
|---|---|---|---|

**American National Insurance Company**
**8502-27**
**PO Box 181300**
**Farifield, OH 45018-1300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.14** |
|---|---|---|---|

**American Pest Control**
**11820 West Market Place**
**Suite A**
**Fulton, MD 20759**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,622.19** |
|---|---|---|---|

**American Roofing Supply**
**7440 State Highway 121**
**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.17** |
|---|---|---|---|

**AmeriGas**
**375 WMain St**
**Brownsburg, IN 46112-9785**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,600.00** |
|---|---|---|---|

**ami+partners Advantage Media**
**PO Box 45**
**Captiva, FL 33924**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,412.77** |
|---|---|---|---|

**Angelic Solar, LLC**
**2000 Auburn Dr**
**Suite 200**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,254.64** |
|---|---|---|---|

**Applegate Greenfiber Acquisition**
**1603 Orrington Ave**
**Suite 700**
**Evantson, IL 60201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.70** |
|---|---|---|---|

**Aqua Filter Fresh, Inc.**
**Tyler Mountain Water Co.**
**1 Commerce Drive**
**Pittsburgh, PA 15239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.35** |
|---|---|---|---|

**Armstrong Business Solutions**
**437 N. Main Street**
**Butler, PA 16001-4358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,287.75** |
|---|---|---|---|

**Artisan Signs And Graphics, Inc.**
**18335 Old Statesville Rd. Suite L**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,125.00** |
|---|---|---|---|

**Aspen Contracting, Inc**
**4141 NE Lakewood Way**
**Lee's Summit, MO 64064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$296.70** |
|---|---|---|---|

**Astound Business Solutions**
**PO Box 11816**
**Newark, NJ 07101-8116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,915.00** |
|---|---|---|
| **Audio Eye, Inc**<br>**5210 E Williams Circle, Suite 750**<br>**Tucson, AZ 85711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,729,810.00** |
|---|---|---|
| **Aurora Solar Inc.**<br>**434 Brannan Street**<br>**San Francisco, CA 94107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,814.00** |
|---|---|---|
| **Auto Action Technologies, Inc**<br>**121 N Michigan Ave**<br>**Kenilworth, NJ 07033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,111.43** |
|---|---|---|
| **B&L Wholesale Supply**<br>**16687 Collection Center Dr**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,083.94** |
|---|---|---|
| **Badger Daylighting Corp**<br>**4910 N Cr 900 East**<br>**Brownsburg, IN 46112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,882.00** |
|---|---|---|
| **Baker & Hostetler LLP**<br>**Key Tower**<br>**127 Public Square, Suite 2000**<br>**Cleveland, OH 44114-1214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,150.00** |
|---|---|---|
| **Barba CFO**<br>**200 Centerville Road, Unit 7**<br>**Warwick, RI 02886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara Clarke**
**Scott A. Radloff P71154**
**P.O. Box 173**
**Sandusky, MI 48471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Bargain Dumpster, LLC**
**208 Treyburn Cir**
**Irmo, SC 29063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bates et al**
**John D. Philo Anthony D. Paris Sugar Law**
**4605 Cass Avenue**
**2nd Floor**
**Detriot, MI 48201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,373.77 |
|---|---|---|---|

**Beaman Dodge Chrysler Jeep Ram**
**1705 S Church St**
**Murfreesboro, TN 37130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bell**
**Kevin E. Werner**
**405 North Main Street**
**Suite D**
**Crown Point, IN 46307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $107,600.00 |
|---|---|---|---|

**Best Edit Studios, LLC**
**29200 Northwestern Hwy #130**
**Southfiled, MI 48034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,532.78 |
|---|---|---|---|

**Better Business Solutions**
**310 Wilson Pike Circle**
**Bentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,493.78 |
|---|---|---|---|

**Big Fish Communications, Inc**
**283 Newbury St**
**Boston, MA 02115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,432.70 |
|---|---|---|---|

**Black Label Builders, Inc**
**232 Heslop Rd**
**Mountain Top, PA 18707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**Bolingbrook Area Chamber of Commerce**
**201 Canterbury Lane Unit B**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,804.44 |
|---|---|---|---|

**Bonnymeads EPD LP**
**PO Box 4153**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,728.00 |
|---|---|---|---|

**Boomi, Inc.**
**1400 LIBERTY RIDGE DR.**
**CHESTERBROOK, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151,900.00 |
|---|---|---|---|

**Bowers Engineering Services**
**127 South Main Street**
**Auburn, IN 46706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,329.50 |
|---|---|---|---|

**Bring IT by Macro, LLC.**
**112 Summer Lakes Dr**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00**

**Brooks Engineering**
**3949 Joslin Lane**
**Vacaville, CA 95688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.76**

**Buckeye Culligan**
**4040 Fondorf Dr**
**Colubus, OH 43228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,942.00**

**Budget Dumpster, LLC**
**830 Canterbury Rd**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,539.25**

**Buhl Insurance Agency, Inc**
**4204 East Ewalt Rd**
**Gibsonia, PA 15044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,050.00**

**Bunn Box, Inc**
**3204 Lower Huntington Rd**
**Fort Wayne, IN 46809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,603.67**

**Caesh Properties LLC**
**423 South 2nd Street**
**St. Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,945.00**

**CallMiner, Inc**
**200 West St**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,601.82**

**Carleton Equipment**
**PO Box 2208**
**Decatur, AL 35609-2208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,659.58**

**Carmel View Investment Advisors LLC**
**4817 Hardison Rd**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,662.93**

**Carolina PRG**
**8720 Red Oak Blvd Ste 415**
**Charlotte`, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,979.67**

**Caskie & Frost**
**PO Box 6320**
**Lynchburg, VA 24505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,000.00**

**CastBox**
**4400 Route 9 South Suite 1000**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,475.00**

**Catapult Employers Association, Inc**
**3150 Spring Forest Rd, Suite 116**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Catherine (Kitty) & Bradley Lohrum**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,538.30 |
|---|---|---|---|

**CCAP Auto Lease LTD DBA Chrysler Capital**
**1601 Elm Street, Suite 800**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,619,305.33 |
|---|---|---|---|

**CED Greentech**
**PO Box 936557**
**Atlanta, GA 31193-6557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46,515.00 |
|---|---|---|---|

**CFGI Holdings, LLC**
**1 Lincoln Street Suite 1301**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,149.00 |
|---|---|---|---|

**Chapman Family Partnership Seven, LTD**
**PO Box 42262**
**Houston, TX 77242-2262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Chappell Group, LLC**
**250 Kyland Cove Ave**
**Las Vegas, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Charlotte Motor Speedway, LLC**
**PO Box 600**
**Concord, NC 28026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl A. Lawson Individually and Admin.**
**Dan R. Francis Dan Francis Law Firm**
**P.O. Box 575**
**Lexington, NC 27293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$336,305.43**

**Cintas-200**
**PO BOX 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,377.36**

**CIT**
**10201 Centurion Parkway North**
**Suite 100**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$425,897.11**

**City Electric Supply**
**P.O. Box 13507**
**Greensboro, NC 27415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.06**

**City of Marshfield**
**798 S. Marshall**
**Marshfield, MO 65706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,362.50**

**CliftonLarsonAllen LLC**
**220 S 6th St**
**Suite 300**
**Minneapolis, MN 55402-1418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00**

**Company Nurse, LLC**
**8360 E Via De Ventura, Suite L-200**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,572.00**

**Concentra**
**PO Box 5106**
**Southfield, MI 48086-5106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,330.52 |
|---|---|---|---|

**Concord Property Development, LLC**
**500 South Main Street**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,318.40 |
|---|---|---|---|

**Concur Technologies, Inc.**
**601108th Ave NE, Suite 1000**
**Belleview, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,240.00 |
|---|---|---|---|

**ConsumerAffairs**
**297 Kingsbury Grade**
**Suite 1025 Mailbox 4470**
**Stateline, NV 89449-4470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,000.00 |
|---|---|---|---|

**Contact Center Compliance Corp**
**350 E Street**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,976.30 |
|---|---|---|---|

**County Waste**
**PO Box 8010**
**Clifton Park, NY 12065-8010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Berger**
**Stace L. Roth Sean R. Steberger Schulman**
**236 3rd Street SW**
**Canton, OH 44702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.53 |
|---|---|---|---|

**Culligan Water Conditioning**
**2703 Airport Road**
**Plant City, FL 33563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,583.66** |
|---|---|---|---|

**Cure Holdings III, LLC**
**2733 E Battlefield St Number 144**
**Springfield, MO 65804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,288.75** |
|---|---|---|---|

**Darling's Professional Cleaning Service**
**135 Cup Chase Dr**
**Mooresville, NC 28115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$803,175.69** |
|---|---|---|---|

**Darrow Everett LLP**
**One Turkshead Place, Suite 1200**
**Providence, RI 02903**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David & Debbi Hutzell**
**Stace L. Roth Sean R. Steward Schulman,**
**236 3rd Street SW**
**Canton, OH 44702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Messick**
**Justin Johl Shook, Hardy & Bacon, LLP**
**2555 Grand Boulevard**
**Kansas City, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Wallis**
**Jennifer Catherine Snow**
**222 South Central Avenue**
**Suite 1100**
**St. Louis, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Walton Hartman & Suzanne Renee**
**Lew**
**Robert N. Young Carruthers & Roth, P.A.**
**235 North Edgeworth Street**
**P.O. Box 540**
**Greensboro, NC 27402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,671.86 |
|---|---|---|---|

**DCL Construction, Inc**
**5298 Bucks Garage Road**
**Maiden, NC 28650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,750.00 |
|---|---|---|---|

**DecisionPathHR**
**8720 Red Oak Blvd Ste 300**
**Charlotte`, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,790.00 |
|---|---|---|---|

**Denic Corporation**
**7735 Marsh Rd**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denise Farag**
**Stace L. Roth Sean R. Steward Schulman,**
**236 3rd Street SW**
**Canton, OH 44702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dennis Joslin**
**Nicholas G. Higgins A&L Licker Law Firm**
**1861 Sherman Road**
**St. Charles, MO 63303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Detroit Athletic Club**
**241 Madison Street**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.50 |
|---|---|---|---|

**Dickinson Fleet Services, LLC**
**7717 Solution Center**
**Chicago, IL 60677-7007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dividend Finance**
**One California Street**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$283,750.00** |
|---|---|---|---|

**DLI Properties LLC**
**2000 Brush Street**
**Suite 200**
**Detroit, MI 48226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,453.61** |
|---|---|---|---|

**Dock & Door National LLC**
**920 Cedar Ave**
**St Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,147.50** |
|---|---|---|---|

**Docusign**
**Dept 3428**
**PO BOX 123428**
**Dallas, TX 75312-3428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,394.92** |
|---|---|---|---|

**Donnellon McCarthy**
**10855 Medallion Dr.**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,497.14** |
|---|---|---|---|

**Dropbox**
**1800 Owens St Suite 200**
**San Francisco, CA 94158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182.84** |
|---|---|---|---|

**Duke Energy**
**PO Box 602566**
**Charlotte, NC 28260-2566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number *(if known)* | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,551.18**

**Dumpsters.com**
**830 Canterbury Rd**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,378.00**

**Dun & Bradstreet, Inc.**
**101 JFK Parkway**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,934.79**

**Dunham Hildebrand, PLLC**
**2416 21st Avenue South**
**Suite 303**
**Nashville, TN 37212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,657.65**

**EAN Services, LLC**
**PO Box 402383**
**Atlanta, GA 30384-2334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$693.88**

**Ease Plumbing**
**19109 West Catawba Ave**
**Suite 110**
**Cornelius, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220,288.83**

**Elliott Davis, LLC/PLLC**
**PO Box 6286**
**Greenville, SC 29606-6286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,631.93**

**Empellor Marketing Systems**
**12150 E Briarwood Ave Ste 210**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,480.00**

**Energyscape Renewables, LLP**
**17th Stone, Thashnath House**
**Chenthrappinni P O,**
**Thrissur,Kerala,680687**
**INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Engarde**
**353 Ironwood Dr.**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$313,159.67**

**Enterprise FM Trust**
**Enterprise Fleet Mgmt Customer Billing**
**PO BOX 800089**
**Kansas City, MO 64180-0089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,250.00**

**Eric L. Smith**
**678 Ekastown Rd.**
**PO Box 145**
**Sarver, PA 16055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Erik Steffen**
**Stace L. Roth Sean R. Steward Schulman,**
**236 3rd Street SW**
**Canton, OH 44702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430,331.97**

**Everest National Insurance**
**PO Box 14516**
**Lexington, KY 40512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,875.00**

**Fayetteville Warehouse Storage, LLC**
**PO Box 64076**
**Fayetteville, NC 28306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|

Name

---

**3.132**

**Nonpriority creditor's name and mailing address**

**First Piedmont Waste Solutions**
**PO Box 1069**
**Chatham, VA 24531**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,309.15**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Fish Window Cleaning**
**PO Box 152323**
**Tampa, FL 33684**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.134**

**Nonpriority creditor's name and mailing address**

**Five9, Inc.**
**3001 Bishop Drive**
**Ste 350**
**San Ramon, CA 94583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$247,578.64**

---

**3.135**

**Nonpriority creditor's name and mailing address**

**FleetNet America, Inc.**
**PO Box 970**
**Cherryville, NC 28021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$36,042.94**

---

**3.136**

**Nonpriority creditor's name and mailing address**

**FloQast, Inc**
**14721 Califa St**
**Sherman Oaks, CA 91411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$22,230.00**

---

**3.137**

**Nonpriority creditor's name and mailing address**

**Foliage Concepts**
**PO Box 18567**
**Asheville, NC 28814**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$482.65**

---

**3.138**

**Nonpriority creditor's name and mailing address**

**Forklift Systems Inc.**
**884 Elm Hill Pike**
**PO Box 100913**
**Nashville, TN 37210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$105.97**

---

| Debtor | Power Home Solar, LLC | Case number (if known) | 22-50228 |
|---|---|---|---|
| | Name | | |

---

**3.139**

**Nonpriority creditor's name and mailing address**
**Foster, Swift, Collins & Smith, P.C.**
**313 S. Washington Square**
**Lansing, MI 48933**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,746.75**

---

**3.140**

**Nonpriority creditor's name and mailing address**
**Frank Glover**
**Michael Deal Alderman & Hutcherson, LLC**
**487 Cherry Street**
**Box 8**
**Macon, GA 31201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.141**

**Nonpriority creditor's name and mailing address**
**Fraser Advanced Information Systems onli**
**320 Penn Ave**
**West Reading, PA 19611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,266.49**

---

**3.142**

**Nonpriority creditor's name and mailing address**
**Fred Pryor Seminars & Career Track**
**5700 Broadmoor St Suite 300**
**Mission, KS 66202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$37,013.98**

---

**3.143**

**Nonpriority creditor's name and mailing address**
**FrontApp, Inc**
**1455 Market Street Floor 19**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50,822.51**

---

**3.144**

**Nonpriority creditor's name and mailing address**
**G.A. Fleming Real Estate, LLC**
**50E 1000N**
**Decatur, IN 46733**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,200.00**

---

**3.145**

**Nonpriority creditor's name and mailing address**
**GaugeMedia LLC**
**20230 Sportsman Drive**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,000.00**

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,706,908.79** |
|---|---|---|---|

**Generac Power Systems, Inc**
**S45  W29290 Hwy 59**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,490.58** |
|---|---|---|---|

**GFI Digital**
**PO Box 775010**
**St. Louis, MO 63177-5010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,448.95** |
|---|---|---|---|

**GHA Technologies, Inc**
**8998 E Raintree Drive**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,671.34** |
|---|---|---|---|

**GKI Infill Cincinnati, LLC**
**C/O Investcorp**
**280 Park Ave**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,025.00** |
|---|---|---|---|

**Global Motivation, Inc**
**2711 N Sepulveda Blvd #287**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,270.15** |
|---|---|---|---|

**GM Financial DBA AmeriCredit**
**PO Box 78143**
**Phoenix, AZ 85062-8143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$623.79** |
|---|---|---|---|

**Goodleap**
**8781 Sierra College Blvd**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Goodleap**
**8781 Sierra College Blvd**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,500.00** |

**GPS Dashboard, Inc**
**262 Arlington Ave**
**Kensington, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$589.29** |

**Gray & Creech Office Systems**
**PO Box 49373**
**Greensboro, NC 27419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,825.20** |

**Graybar**
**34 N Meramec Ave**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Graybar Electric Company, Inc.**
**Jonathan W. Massell Nexsen Pruet, PLLC.**
**4141 Parklake Avenue**
**Suite 200**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$272.00** |

**Green It Up Yardscapes**
**9734 Capella Avenue Nw**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,029.33** |

**Guardian Alarm**
**75 Remittance Drive Dept 1376**
**Chicago, IL 60675-1376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Power Home Solar, LLC | Case number (if known) | 22-50228 |
|---|---|---|---|
| | Name | | |

---

**3.160** | Nonpriority creditor's name and mailing address

**Gudorf Plumbing Heating Cooling Electric**
**1280 3rd Ave**
**Jasper, IN 47546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,075.58

---

**3.161** | Nonpriority creditor's name and mailing address

**Guru Cultivation LLC**
**1485 Ashford Ave Apt 14C South**
**San Juan, PR 00907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$789,270.18

---

**3.162** | Nonpriority creditor's name and mailing address

**Hal Poret LLC**
**142 Hunter AVe**
**Sleepy Hollow, NY 10591**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,175.00

---

**3.163** | Nonpriority creditor's name and mailing address

**Harker LLC**
**122 W Bland Street, Suite A**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$17,518.00

---

**3.164** | Nonpriority creditor's name and mailing address

**Hartford Fire Insurance Compay**
**One Hartford Plaza**
**Hartford, CT 06155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$56,403.00

---

**3.165** | Nonpriority creditor's name and mailing address

**HAV-A-CUP Coffee Service & Quality Water**
**PO Box 3121**
**Hickory, NC 28603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$675.06

---

**3.166** | Nonpriority creditor's name and mailing address

**HayStackID**
**PO Box 6459**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,160.40

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.55 |
|---|---|---|---|

**Heartland Tanning, Inc**
4250 NE Sun Ct
Lee's Summit, MO 64064

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,346.25 |
|---|---|---|---|

**Heavyweight Waste Indianapolis**
484 E Carmel Dr #246
Carmel, IN 46032

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Henson Missouri Properties**
649 Huntington Rd
Kansas City, MO 64113

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,850.47 |
|---|---|---|---|

**Herc Rentals, Inc.**
PO Box 936257
Atlanta, GA 31193

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Hewitt Solutions, PLLC**
2829 Monteith Rd
Richmond, VA 23235

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,114.36 |
|---|---|---|---|

**Heyl, Royster, Voelker & Allen, P.C.**
PO Box 6199
Peoria, IL 61601

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,887.50 |
|---|---|---|---|

**Hueman People Solutions, LLC**
320 1st Street N, Suite 101
Jacksonville Beach, FL 32250

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,045.99** |
|---|---|---|---|

**Huntington National Bank**
**41 South High Street, HC0910**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IBEW, Local 58**
**Richard G. Mack, Jr. Ryan A. Paree Mille**
**7700 Second Avenue**
**Suite 335**
**Detriot, MI 48202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,575.67** |
|---|---|---|---|

**Ideal Properties, LLC**
**2732 Grand Ave Ste 122**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,694.36** |
|---|---|---|---|

**IDI Distributors, Inc.**
**Bin 88008**
**Milwaukee, WI 53288-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,115.85** |
|---|---|---|---|

**Image Business Solutions**
**28339 Beck Rd**
**SUITE F2**
**Wilxom, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,274.95** |
|---|---|---|---|

**Imaginit Technologies**
**28127 Network Place**
**Chicago, IL 60673-1281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**In Re: v. PHS**
**Ryan D. Barack Kwall Barack Nadeau, PLLC**
**304 South Belcher Road**
**Suite C**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190,667.95** |
|---|---|---|---|

**Indeed**
7501 NORTH CAPITAL OF TEXAS HWY.
AUSTIN, TX 78731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,898.85** |
|---|---|---|---|

**Information and Computing Services, Inc**
3563 Philips Highway, Suite F-601
Jacksonville, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$326,589.25** |
|---|---|---|---|

**Insight Direct USA, Inc**
6820 S Harl Ave
Tempe, AZ 85283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.52** |
|---|---|---|---|

**Intralinks, Inc**
622 3rd Ave, 10th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,410.00** |
|---|---|---|---|

**Irwinton 1677, LLC**
640 NE 32 St
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,873.67** |
|---|---|---|---|

**James River Air Conditioning Co.**
1905 Westmoreland Street
Richmond, VA 23230-3225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,346.57** |
|---|---|---|---|

**Jenkins Environmental, LLC**
3750 Centerview Dr.
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Josh Sidham, 16323 Black Run Rd, Orange, VA_

Last 4 digits of account number **6494**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,421.40**

Jenkins Services, Inc.
Jenkins Restoration
3750 Centerview Dr
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Josh Stidham; 16323 Black Run Rd, Orange, VA

Last 4 digits of account number  7478

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

John Calvin Hancock
Robert Underwood Underwood, LLC
4600 Touchton Road East
Suite 1150
Jacksonville, FL 28345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

John Salmon
J. Barrett Lucy Freeman, Dunn, Lucy & Co
1045 Cottonwood Road
Lynchburg, VA 24503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

Josef Newgarden Racing, Inc.
44 Park Crescent Circle
Nashville, TN 37215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,145.20**

Joseph, Mann & Creed
8948 Canyon Falls Blvd Suite 200
Twinsburg, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,910.00**

Junction Climate Control, Inc
1103 Freeport Rd
Cheswick, PA 15024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$848.68**

Kamps Wood Shavings & Refuse Disposal
280 Bliss Drive Sw
Grandville, MI 49418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Power Home Solar, LLC | Case number (if known) | 22-50228 |
|---|---|---|---|
| | Name | | |

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,750.88**

Kavaliro
12612 Challenger Parkway, Suite 400
orlando, FL 32626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,459.52**

Kendall Electric, Inc
P.O. Box 671121
Detroit, MI 48267-1121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

Kentucky Derby Festival, Inc
1001 S. Third St
Louisville, KY 40203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,164.67**

Kentwood Plumbing & Heating, Inc.
3411 32nd St SE
Grand Rapids, MI 49512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,839,105.76**

Kevin Klink
141 S. Longfellow Ln.
Mooresville, NC 28117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/23/2022

Last 4 digits of account number _

Basis for the claim:  Loan to cover payroll of Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132,000.00**

Kevin Klink
141 S. Longfellow Ln.
Mooresville, NC 28117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/06/2022

Last 4 digits of account number _

Basis for the claim:  Loan to pay D&O Insurance Premium

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274,129.74**

King Tutt Graphics LLC
1113 Transport Dr
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,910.99** |
|---|---|---|---|

**Kohl Building Products**
**7440 STATE HIGHWAY 121**
**MCKINNEY, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,231.65** |
|---|---|---|---|

**Kramer Levin Naftalis & Frankel, LLP**
**1177 Avenue of the Americas**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$302.76** |
|---|---|---|---|

**Labor Law Compliance Center, LLC**
**23855 Gosling Road**
**Spring, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Latricia Beer**
**Ravid & Associates, P.C.**
**23855 Northwestern Highway**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,170.00** |
|---|---|---|---|

**Lauletta Birbaum LLC**
**591 Mantua Blvd**
**Sewell, NJ 08080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,229.71** |
|---|---|---|---|

**LDC Hub Limited**
**28045 Ranney Parkway, Suite E**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$471.49** |
|---|---|---|---|

**Lineage**
**1629 Cross Beam Dr**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Power Home Solar, LLC** | | Case number *(if known)* | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,727.04** |
|---|---|---|---|

**Linkedin Corp**
**1000 West Maude Ave**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Listen 360**
**11625 Rainwater Dr.**
**Suite 645**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,838.06** |
|---|---|---|---|

**Lord Law Firm, PLLC**
**1057 East Morehead Street**
**Suite 120**
**Charlotte, NC 28204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,939.19** |
|---|---|---|---|

**Louis T. Ollesheimer & Son, Inc.**
**605 E. 12 Mile Road**
**Madison Heights, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$302.32** |
|---|---|---|---|

**Louisville Water**
**2521 Halloway Rd**
**Louisville, KY 40279**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,584.11** |
|---|---|---|---|

**MacAllister Rentals**
**Dept. 78731**
**P.O. Box 78000**
**Detroit, MI 48278-0731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,888.92** |
|---|---|---|---|

**Maddox Industrial Transformer, LLC**
**865 Victor Hill Rd**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.216**

**Nonpriority creditor's name and mailing address**

**Made From Scratch**
**2454 Wellington Chase Dr**
**Concord, NC 28027**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$700.00

---

**3.217**

**Nonpriority creditor's name and mailing address**

**Magentrix**
**50 Minthorn Blvd, Unit 502**
**Thornhill,ON,L3T7X8**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$1,600.00

---

**3.218**

**Nonpriority creditor's name and mailing address**

**Mainstream Fiber Networks, LLC**
**4588 Old State Route 46**
**Nashville, IN 47448**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$35.00

---

**3.219**

**Nonpriority creditor's name and mailing address**

**Marwan N Saliba (Nick)**
**9022 Linksvue Dr**
**Knoxville, TN 37923**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$6,762.00

---

**3.220**

**Nonpriority creditor's name and mailing address**

**MC General Contracting, LLC**
**5 S Oak St**
**Mount Carmel, PA 17851**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$1,633.99

---

**3.221**

**Nonpriority creditor's name and mailing address**

**McLip Properties, LLC**
**3330 Hollins Rd Suite A**
**Roanoke, VA 24012**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$5,278.75

---

**3.222**

**Nonpriority creditor's name and mailing address**

**McNaughton-McKay**
**P.O. Box 890976**
**Charlotte, NC 28289**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$4,428,940.98

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $913.00 |
|---|---|---|---|

**Med Express**
**Pc Virginia**
**PO BOX 7962**
**Belfast, ME 04915-7900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.00 |
|---|---|---|---|

**MedExpress Urgent Care, PC-Pennsylvania**
**PO Box 7964**
**Belfast, ME 04915-7900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.85 |
|---|---|---|---|

**MediaCom Business**
**PO Box 5744**
**Carol Stream, MO 65804-7233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |
|---|---|---|---|

**Mercer (US) inc**
**PO Box 730212**
**Dallas, TX 75373-0212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,870.01 |
|---|---|---|---|

**Merchants Automotive Group Inc**
**14 Central Park Drive**
**1st Floor**
**Hooksett, NH 03106-2407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Merchants Automotive Group, LLC (Merchan**
**Michael J. Lambert Sheehan, Phinney, Bas**
**1000 Elm Street**
**17th Floor**
**Manchester, NH 03105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,063.93 |
|---|---|---|---|

**Meridian Waste North Carolina, LLC**
**PO Box 37010**
**Raleigh, NC 27627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Messick**
**Justin Johl Shook, Hardy & Bacon, LLP**
**2555 Grand Boulevard**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,563,833.67 |
|---|---|---|---|

**Meta Platforms, Inc.**
**1601 Willow Rd**
**Melno Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.46 |
|---|---|---|---|

**MG Harmony Farms, LLC**
**C/O Sturges Property Group**
**202 West Berry St. Suite 500**
**Fort Wayne, IN 46802-2248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,489.50 |
|---|---|---|---|

**Michael Best & Friedrich Llp**
**River POint**
**444 West Lake Street**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Gillespie**
**Christopher Wetherbee Oberholtzer Filous**
**39 Public Square**
**Suite 301**
**Medina, OH 44702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $38,038.24 |
|---|---|---|---|

**Michigan.com/Detroit Free Press/ Localiq**
**3964 Solutions Center**
**Chicago, IL 60677-3009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $226,092.56 |
|---|---|---|---|

**Microsoft Online, Inc**
**6880 Sierra Center Parkway**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|

Name

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,047.50 |
|---|---|---|---|

**Middle Georgia Truck Repair**
**6391 Hawkinsville Rd**
**Macon, GA 31216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,402.64 |
|---|---|---|---|

**Midland 6327, LLC**
**132 Citizens Blvd**
**Simpsonville, KY 40067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,778.56 |
|---|---|---|---|

**Midwest Roofing Supply**
**7440 State Highway 121**
**McKinney, TX 75070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168,751.51 |
|---|---|---|---|

**Mike Albert Leasing, Inc**
**10340 Evendale Dr**
**Cincinnati, OH 45241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,366.78 |
|---|---|---|---|

**Mitch Smith Auto Service & Sales LLC**
**4570 West State RD 22**
**Anderson, IN 46011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mondello et al**
**Stacie L. Roth Schulman, Roth & Associat**
**236 3rd Street SW**
**Canton, OH 44702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Montrell Warren**
**W. Mark Broadwell Forbes & Broadwell**
**606 Aberdeen Road**
**Hampton, VA 23661**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number *(if known)* | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.244**

**Nonpriority creditor's name and mailing address**

**Municipal Authority Of Buffalo Township**
**707 South Pike Road**
**Sarver, PA 16055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.09**

---

**3.245**

**Nonpriority creditor's name and mailing address**

**NB Handy**
**PO Box 11407**
**Birmingham, AL 35246-1653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,924.08**

---

**3.246**

**Nonpriority creditor's name and mailing address**

**Nearmap US Inc.**
**10897 South River Front Parkway**
**Suite 150**
**South Jordan, UT 84095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,750.00**

---

**3.247**

**Nonpriority creditor's name and mailing address**

**Neely Coble Company, Inc.**
**PO Box 100347**
**Nashville, TN 37224-0347**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,159.46**

---

**3.248**

**Nonpriority creditor's name and mailing address**

**New Branch Real Estate Advisors LLC Trus**
**167 Church  St**
**Concord, NC 28025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,345.52**

---

**3.249**

**Nonpriority creditor's name and mailing address**

**New South Waste, Inc**
**PO Box 3549**
**West Columbia, SC 29171**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,107.65**

---

**3.250**

**Nonpriority creditor's name and mailing address**

**Nicholas Heiland & Jessica Thornton**
**Stace L. Roth Sean R. Steward Schulman,**
**236 3rd Street SW**
**Canton, OH 44702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Power Home Solar, LLC** | Case number *(if known)* | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,005.50**

**Normandy Place, LLC**
**425 West Capitol Ave, Suite 300**
**Little Rock, AR 72201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96.00**

**NTA, Inc.**
**P.O. Box 508**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Oakstar Properties, LLC**
**8319-201 Six Forks Rd**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227.99**

**Offix**
**13525 Wellington Center Circle**
**Suite 107**
**Gainesville, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,426.62**

**Ohio Bureau Of Workers**
**PO Box 89492**
**Cleveland, OH 44101-6492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,400.76**

**Oracle Netsuite**
**Bank Of America Lockbox Services**
**15612 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**P.J. Strydom t/a Ps Webb**
**31 Horseshoe Crescent**
**Waterfall,3652**
**SOUTH AFRICA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$138,000.00** |
|---|---|---|---|

**Paragon Safety Group, LLC**
**829 Purser Driver**
**Suite 2325**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Paragon Safety Group, LLC**
**Thomas C. Wolff Ward & Smith, P.A.**
**751 Corporate Center Drive, Suite 300**
**P.O. Box 33009**
**Raleigh, NC 27636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Parker Lanscaping Inc**
**2024 Canton Rd**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$734.00** |
|---|---|---|---|

**Patient First**
**PO Box 76389**
**Baltimore, MD 21275-6389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$207,185.00** |
|---|---|---|---|

**Penn Fusion Engineering**
**152 S.Broad St**
**Lansdale, PA 19446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|

**Physicians Urgent Care**
**PO Box 6601**
**Carol Stream, IL 60197-6601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,075.00** |
|---|---|---|---|

**Pine Grove, LLC**
**1685 H Street Unit 205**
**Blaine, WA 98230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Power Home Solar, LLC | Case number (if known) | 22-50228 |
|---|---|---|---|
| | Name | | |

---

**3.265**

**Nonpriority creditor's name and mailing address**
**Pittsburgh Home & Garden Show**
**857 Western Ave**
**Pittsburgh, PA 15233**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,475.00**

---

**3.266**

**Nonpriority creditor's name and mailing address**
**Please Don't Go LLC**
**977 E 14 Mile Rd**
**Troy, MI 48092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,400.00**

---

**3.267**

**Nonpriority creditor's name and mailing address**
**Porter Realty Company, Inc.**
**PO Box 6482**
**Richmond, VA 23230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,955.23**

---

**3.268**

**Nonpriority creditor's name and mailing address**
**PossibleNOW, Inc**
**4400 River Green Parkway Suite 100**
**Duluth, GA 30096**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,375.00**

---

**3.269**

**Nonpriority creditor's name and mailing address**
**Powers Business Machines, Inc.**
**9701 Warwick Blvd**
**New Port News, VA 23601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.21**

---

**3.270**

**Nonpriority creditor's name and mailing address**
**Precision Copy Products, Inc.**
**600 State Street**
**Carleton, PA 15025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,036.92**

---

**3.271**

**Nonpriority creditor's name and mailing address**
**Priority Waste**
**42822 Garfield Road**
**Clinton Township, MI 48038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$463.95**

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,897.68**

**Pro Leasing Services, LLC**
**35235 Mound Rd**
**Sterling Heights, MI 48310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,510.64**

**Profectus Partners LLC**
**C/O Oxford Partners**
**2900 Charlevoix Drive SE Suite 360**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00**

**Psychus Properties, Llc.**
**30035 Commerce Blvd.**
**Chesterfield Township, MI 48051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$608.17**

**Pure Water Partners LLC**
**Dept CH 19648**
**Palatine, IL 60055-9648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$312.04**

**Quench Usa, Inc.**
**PO Bix 781393**
**Philadelphia, PA 19178-1393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,630.35**

**Quill, LLC**
**500 Staples Dr**
**Framingham, MA 01702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$596,965.00**

**Quinnstreet Inc**
**950 Tower Ln 6th Floor**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371.00** |
|---|---|---|---|

**R.E.M., LLE DBA Roanoke Landscapes**
**183 Shane Lane**
**Fincastle, VA 24090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$308.88** |
|---|---|---|---|

**Rabb Water Systems**
**303 Argonne Rd**
**PO Box 835**
**Warsaw, IN 46581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.00** |
|---|---|---|---|

**Ratt Inc**
**4450 Paxton Street**
**Harrisburg, PA 17111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Recknagel Investments LLC**
**8715 Surf Drive**
**302**
**Panama City Beach, FL 32408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,575.00** |
|---|---|---|---|

**Recycled Systems Furniture RSFI Office F**
**401 East Wilson Bridge Rd**
**Worthington, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**RediMed/Business Health Servies**
**15897 Collections Center Dr**
**Chicago, IL 60693-0158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**Regal Voice, Inc**
**276 5th Ave, Suite 704 #846**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|

Name

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$184,845.13** |
|---|---|---|---|

**Reliable First Aid & Safety**
**PO Box 99237**
**Troy, MI 48099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,335.00** |
|---|---|---|---|

**Reliance Forensics, Llc.**
**2901 Coltsgate Road**
**Suite 203A**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,891.85** |
|---|---|---|---|

**RemX**
**1040 Crown Pointe Parkway, Ste 1040**
**ATlanta, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195,000.00** |
|---|---|---|---|

**Renewable Clean Energies LLC**
**919 N. Main St.**
**Mooresville, NC 28115-2355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/26/2022

Basis for the claim:  **Loan to Debtor for operating expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Goddard**
**Nicholas G. Higgins A&L Licker Law Firm**
**108 Explorer Drive**
**Union, MO 63084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,263.80** |
|---|---|---|---|

**Ridgeway Business Center**
**5865 Ridgeway Center Parkway, Suite 300**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,272.26** |
|---|---|---|---|

**Riemer Natural Gas, Llc**
**PO Box 156**
**Herman, PA 16039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,150.00** |
|---|---|---|---|

**Right Angle Engineering**
**608 W 400 S**
**Orem, UT 84058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$363.05** |
|---|---|---|---|

**River City Printed Products**
**12700 Townepark Way #313**
**Louisville, KY 40243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,333.34** |
|---|---|---|---|

**Roo Search Management, LLC**
**3250 Mary Street**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**Rowshan Cleaning Service, LLC**
**3805 Dawson Dr**
**Warren, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,975.44** |
|---|---|---|---|

**RS & VDG Enterprises LLC**
**4748 Blue Grass Dr. SE**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,433.49** |
|---|---|---|---|

**SCH Services, Inc DBA Supplemental Healt**
**6955 Union Park Center Dr. Suite 400**
**Cottonwood Heights, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean & Sara McConville**
**Stace L. Roth Sean R. Steward Schulman,**
**236 3rd Street SW**
**Canton, OH 44702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Power Home Solar, LLC | Case number (if known) | 22-50228 |
|---|---|---|---|
| | Name | | |

---

**3.300**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,402.00 |
|---|---|---|
| **Security Control Integrators, Inc**<br>**20 Chapin Road, Unit 1012**<br>**Pine Brook, NJ 07058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.301**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,231.67 |
|---|---|---|
| **Sedgwick Claims Management Services, Inc**<br>**8125 Sedgwick Way**<br>**Memphis, TN 38125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.302**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,600.00 |
|---|---|---|
| **SeQuel Response, LLC**<br>**7480 Flying Cloud Drive, Suite 100**<br>**Eden Prairie, MN 55344-3720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.303**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223,140.14 |
|---|---|---|
| **Service Partners, LLC**<br>**475 N Williamson Blvd**<br>**Daytona Beach, FL 32114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.304**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,824.45 |
|---|---|---|
| **Sharp Business Systems**<br>**Dba Sharp Business Systems**<br>**Dept. AT 40322**<br>**Atlanta, GA 31192-0322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.305**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Shawn Dworaczyk**<br>**Jonathan C. Browning  Simund Browning, L**<br>**305 East McCarty Street**<br>**Suite 300**<br>**Jefferson City, MO 65101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.306**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.04 |
|---|---|---|
| **Shipp's Fire Equipment Sales and Service**<br>**52 Wilshire Ave SW**<br>**Concord, NC 28025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Power Home Solar, LLC** | Case number *(if known)* | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.307**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207,354.32** |
|---|---|---|
| **Sidley Austin, LLP**<br>**1 S Dearborn St**<br>**Chicago, IL 60603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.308**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,929.50** |
|---|---|---|
| **Signature Designs, Inc**<br>**245357 Indopley Circle**<br>**Farmington Hills, MI 48335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.309**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,613,627.40** |
|---|---|---|
| **Silfab Solar**<br>**Attn: Maurice Smith**<br>**Accounts Receivable**<br>**Buffalo, NY 14202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.310**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,567.00** |
|---|---|---|
| **SilverBack Advertising, LLC**<br>**631 Brawley School Rd Suite 300-#203**<br>**Mooresville, NC 28117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.311**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,460.50** |
|---|---|---|
| **Simson Investments LP**<br>**3029 E Wilshire Dr**<br>**Springfield, MO 65804-4149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.312**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$486,895.70** |
|---|---|---|
| **Sinclair Designs & Engineering**<br>**15376 17-1/2 Mile Road**<br>**Marshall, MI 49086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.313**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.30** |
|---|---|---|
| **Smithco Self Storage**<br>**PO Box 145**<br>**726 Ekastown Rd**<br>**Sarver, PA 16055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Power Home Solar, LLC** | Case number *(if known)* | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Solar Energy Industries Association**
**1425 K St. NW**
**STE 1000**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,195.34**

**Soligent Distribution**
**1400 North Mcdowell Blvd**
**Potaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,750.00**

**Sonar Technologies, Inc**
**PO Box 3545**
**Thousand Oaks, CA 91359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232,556.00**

**Southeast Series Of Lockton Companies,Ll**
**C/O Bank Of America**
**P.O. Box 741732**
**Atlanta, GA 30374-1732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,147.75**

**Southern Shingles**
**7440 State Highway 121**
**MCKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00**

**Spacebase Ventures Inc.**
**2443 Fillmore St #380-8456**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$548.07**

**Spectrum Business**
**Time Warner Cable**
**Box 223085**
**Pittsburgh, PA 15251-2085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number *(if known)* | **22-50228** |
|---|---|---|---|
| | Name | | |

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Sports1ternship**
**23 Rancho Cir**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,641.19** |
|---|---|---|---|

**Sprint**
**PO Box 4181**
**Carol Stream, IL 60197-4181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Stahlgebaude LTD**
**7303 Hwy 90 E**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**Stark Exterminators**
**800 Huffman St**
**Greensboro, NC 27405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Starling Holding, LLC**
**6685 N CR 550 E**
**Bownsburg, IN 46112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Tyler**
**Jason B. Woodside Woodside Law, P.A.**
**100 South Ashley Drive**
**Suite 600**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Steve Murphy**
**1918 Sunrise Key Blvd.**
**Fort Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/23/2022
Last 4 digits of account number _

Basis for the claim:  Loan to cover payroll of Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,565.00 |
|---|---|---|---|

**Stewart Plaza, LLC**
**1217 Stewart Plaza**
**Dunbar, WV 25064**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.42 |
|---|---|---|---|

**Strouse Roll-Offs, Inc.**
**6767 Travis Road**
**Greenwood, IN 46143-8865**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,937.23 |
|---|---|---|---|

**Sunbelt Rentals**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sunlight Financial**
**234 W 39th St 7th Floor**
**New York, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,367.28 |
|---|---|---|---|

**SunLight Solar**
**145 S Livernois Rd #317**
**Rochester Hills, MI 48307**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,755.57 |
|---|---|---|---|

**Superior Distribution**
**7440 State Highway 121**
**McKinney, TX 75070**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717,361.21 |
|---|---|---|---|

**Sutton Leasing**
**3555 East 14 Mile Rd.**
**Sterling Heights, MI 48310**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Power Home Solar, LLC | Case number (if known) | 22-50228 |
|---|---|---|---|
| | Name | | |

---

**3.335**

**Nonpriority creditor's name and mailing address**

**Swift Air Mechanical, Inc.**
**4537 N Franklin Rd**
**Indianapolis, IN 46226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,573.00**

---

**3.336**

**Nonpriority creditor's name and mailing address**

**Tamara Spencer Ward**
**Stace L. Roth Sean R. Steward Schulman,**
**236 3rd Street SW**
**Canton, OH 44702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337**

**Nonpriority creditor's name and mailing address**

**Teri Whitaker**
**Stace L. Roth Sean R. Steward Schulman,**
**236 3rd Street SW**
**Canton, OH 44702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338**

**Nonpriority creditor's name and mailing address**

**TGC Worldwide, LLC**
**PO Box 745**
**Williamstown, NJ 08094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,500.00**

---

**3.339**

**Nonpriority creditor's name and mailing address**

**The Attic Depot**
**121 Waterstone Dr**
**Montgomery, TX 77304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$49,212.00**

---

**3.340**

**Nonpriority creditor's name and mailing address**

**The Bancorp Bank**
**PO Box 140733**
**Orlando, FL 32814-0733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,257.21**

---

**3.341**

**Nonpriority creditor's name and mailing address**

**The Guardian Life Insurance Company of A**
**PO Box 824404**
**Philadelphia, PA 19182-4404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$108,766.98**

---

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|

Name

---

**3.342** | **Nonpriority creditor's name and mailing address**

**The Hartford**
**PO Box 415738**
**Boston, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$126,562.15**

---

**3.343** | **Nonpriority creditor's name and mailing address**

**The Law Office Of B. Elizabeth Todd Pllc**
**3440 Toringdonway**
**Suite 310 - Toringdon Building 3**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$31,405.00**

---

**3.344** | **Nonpriority creditor's name and mailing address**

**The Reynolds Company**
**2680 Sylvania Cross**
**Fort Worth, TX 76137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$263,381.00**

---

**3.345** | **Nonpriority creditor's name and mailing address**

**The Sussman Agency**
**29200 Northwestern Highway**
**Southfield, MI 48034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$773,929.58**

---

**3.346** | **Nonpriority creditor's name and mailing address**

**TikTok, Inc.**
**5800 Bristol Pkwy, Suite 100**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$104,614.68**

---

**3.347** | **Nonpriority creditor's name and mailing address**

**Timberloch Inc**
**2203 Timberloch Place**
**Suite 112**
**The Woodlands, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,809.40**

---

**3.348** | **Nonpriority creditor's name and mailing address**

**Toshiba Business Solutions**
**9201 J Southern Pine Blvd**
**Charlotte, NC 28273**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,603.14**

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,005.96**

**Toshiba Financial Services**
**1310 Madrid St STE 100**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Total Access Urgent Care, PC**
**13861 Manchester Rd**
**Ballwin, MO 63011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,844.79**

**Total Quality Logistics**
**PO Box 634558**
**Cincinnati, OH 45263-4558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.97**

**Township Of Napoleon (Napoleon**
**Township)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,800.00**

**Traction on Demand**
**500-2700 Production Way**
**Burnaby,BC,V5A 0C2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,532.53**

**Triad Waste LLC**
**274 Cumnock Rd**
**Sanford, NC 27330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,317.80**

**Trivest Service Corporation**
**550 South Dixie Highway**
**Suite 300**
**Coral Gables, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.356** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97,441.98**

**Troy 500 Stephenson Investors, LLC**
**320 Martin Street**
**Ste 200**
**Birmingham, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Tyrone Armstrong**
**Thomas D. Pigott Pigott, LTD.**
**P.O. Box 8813**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,633.00**

**UHY Advisors MI, Inc.**
**PO Box 8563**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,032.65**

**Uline**
**Attn: Accounts Receivable**
**PO BOX 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,207.00**

**Ultra Services**
**48238 Jefferson**
**Chesterfield, MI 48047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126,230.87**

**United Rentals**
**Branch 146**
**10524 Old Nations Ford Rd**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$343,727.06**

**Unitedhealthcare Insurance Company**
**Dept. Ch 10151**
**Palatine, IL 60055-0151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$975.00**

**Upscale Handyman**
**31151 Lund Ave**
**Warren**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,964.53**

**US Bank**
**1555 N Rivercenter Drive Suite 300**
**Milwaukee, WI 53212**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,071.65**

**Valvoline Instant Oil Change**
**100 Valvoline Way**
**PO Box 55270**
**Lexington, KY 40555**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,398.00**

**Vector Solutions**
**4890 W Kennedy Blvd, Suite 300**
**Tampa, FL 33609**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,857.93**

**Veritext Corporate Services. LLC**
**PO Box 71303**
**Chicago, IL 60694-1303**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$549,342.74**

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266,717.52**

**Viant US, LLC**
**2722 Michelson Dr., Ste 100**
**Irvine, CA 92612**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
|---|---|---|---|
| | Name | | |

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,886.04 |
|---|---|---|---|

**Vogel Disposal Service, Inc.**
**P.O. Box 847**
**Mars, PA 16046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,308.14 |
|---|---|---|---|

**Wake Forest Hydro Graphics**
**12223 Hampton Way Dr Suite 500**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wake Forest Hydrographic Garment Service**
**Holen K. McLemore Perry & Brandt, Attorn**
**P.O. Box 2108**
**Wake Forest, NC 27588**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,876.24 |
|---|---|---|---|

**Warner Norcross + Judd LLP**
**150 Ottawa Avenue NW, Suite 1500**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,598.96 |
|---|---|---|---|

**Wearworks Six, LLC**
**320 Sandal Lane**
**West Palm Beach, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,380.96 |
|---|---|---|---|

**Weltman, Weinberg & Reis Co., LPA**
**965 Keynote Circle**
**Brooklyn Heights, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**William Davenport**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Power Home Solar, LLC** | Case number *(if known)* | **22-50228** |
|---|---|---|---|
| | Name | | |

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,839,105.76**

**William Jayson Waller**
**16520 Reinsch Dr.**
**Davidson, NC 28036**

Date(s) debt was incurred _9/23/2022_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to cover payroll of Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132,000.00**

**William Jayson Waller**
**16520 Reinsch Dr.**
**Davidson, NC 28036**

Date(s) debt was incurred _10/06/2022_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to pay D&O Insurance Premium**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**William Roper**
**Andrew M. Kuzma AAA**
**1311 Boston Hollow Road**
**McKeesport, PA 15135**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,189.18**

**Willoughby Supply**
**3690 Commerce Dr.**
**Middletown, OH 45005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,776.08**

**Wimsatt Building Materials**
**Department 175901**
**PO Box 67000**
**Detroit, MI 48267-1759**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,580.66**

**Windstream Enterprise**
**PO Box 9001908**
**Louisville, KY 40290-1908**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272,194.68**

**Winslow Technology Group, LLC**
**303 Wyman Street Suite 210**
**Waltham, MA 02451**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Power Home Solar, LLC** | | Case number (if known) | **22-50228** |
|---|---|---|---|---|
| | Name | | | |

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,865.55**

**WJ Bako Enterprises LLC**
**704 Macy Drive**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,390.85**

**Womble Bond Dickinson (US) LLP**
**PO Box 601879**
**Charlotte, NC 28260-1879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,621.74**

**Wrench, INC**
**701 5th Ave Suit 7250**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,164.00**

**WTSA Security, LLC**
**626 Margaret Dr**
**Statesville, NC 28677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315.00**

**X/S Waste Transport, Inc**
**5556 Ridge Road**
**Elizabethtown, PA 17022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,952.00**

**Young and Profiting LLC**
**20 Shady Brook Ct**
**Watchung, NJ 07069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00**

**Zachary Darrow**
**2484 Prairie Ave.**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Power Home Solar, LLC** | Case number (if known) | **22-50228** |
| --- | --- | --- | --- |
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $         4,865,030.68 |
| **5b. Total claims from Part 2** | 5b. + | $        57,414,402.36 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $        62,279,433.04 |