## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **Power Home Solar, LLC** | **Case No. 22-50228** |
| **Debtor(s).** | |

### REPORT OF SALE

Now comes JIMMY R. SUMMERLIN, JR., the Chapter 7 trustee (the "Trustee") appointed and

serving herein, and provides the following report of sale of certain assets of the Debtor pursuant

to that certain Order entered December 19, 2022 (Docket No. 232):

Auction Location:      Sarver, PA
Auction Closing Date:      February 10, 2023

| Operating Assets (as defined in the Order) | | |
|---|---|---|
| | Gross Sale Proceeds | $197,532.00 |
| | Buyer's Premium | $19,753.20 |
| | **TOTAL RECEIPTS** | **$217,285.20** |
| | | |
| | Auctioneer's Comm'n | $26,249.80 |
| | Auctioneer's Buyer's Premium | $19,753.20 |
| | Auctioneer's Expense | $5,408.00 |
| | Balance to Debtor's Estate/Trustee | $165,874.20 |
| | **TOTAL DISBURSMENTS** | **$217,285.20** |
| | | |
| | **Balance to be disbursed (Total Receipts less Total Disbursments)** | **$0.00** |

| Titled Property (as defined in the Order) | | |
|---|---|---|
| | Gross Sale Proceeds | $45,450.00 |
| | Buyer's Premium | $6,747.50 |
| | **TOTAL RECEIPTS** | **$52,197.50** |
| | | |
| | Auctioneer's Buyer's Premium | $6,747.50 |
| | Balance to Debtor's Estate/Trustee | $45,450.00 |
| | **TOTAL DISBURSMENTS** | **$52,197.50** |
| | | |
| | **Balance to be disbursed (Total Receipts less Total Disbursements)** | **$0.00** |

Dated: March 3, 2023.                    YOUNG, MORPHIS, BACH & TAYLOR, LLP

                                         /s/ Jimmy R. Summerlin, Jr.
                                         Jimmy R. Summerlin, Jr.
                                         N.C. State Bar No. 31819
                                         P.O. Drawer 2428
                                         Hickory, NC 28603
                                         Attorneys for Trustee



Consignor Settlement 151

Date Created: 02/28/2023

Status: Open

Iron Horse
Auction
Company
174 Airport
Rd.
Rockingham,
NC 28379
Phone: 910-
997-2248

**Consignor Information:**

Jimmy Summerlin 858 2nd St. NE Suite 200
Hickory, NC 28601
jimmy@yahoo.com Customer 1215594

| Item # | Sale #/Lot # | Item Name | Auction | Hammer price | Buyer's Premium | Commission | Fee | Subtotal |
|---|---|---|---|---|---|---|---|---|
| 1234761036 | 166731/23 | Bobcat MT85 w/tracks & bucket 468 hrs | Sarver, PA Bankruptcy Pink Energy Auction | $13,250.00 | $1,325.00 | $1,325.00 | $0 | $13,250.00 |
| 1234761207 | 166731/24 | Doyle Rambo 300 Hydraulic Driver /Rammer Attachment | Sarver, PA Bankruptcy Pink Energy Auction | $20,000.00 | $2,000.00 | $2,000.00 | $0 | $20,000.00 |
| 1234761117 | 166731/25 | 2018 Model 10 Auger w/ 24" bit fits MT85 | Sarver, PA Bankruptcy Pink Energy Auction | $1,200.00 | $120.00 | $180.00 | $0 | $1,140.00 |
| 1234761078 | 166731/26 | 2018 Model LT112 Trencher attachment fits MT85 | Sarver, PA Bankruptcy Pink Energy Auction | $700.00 | $70.00 | $105.00 | $0 | $665.00 |
| 1234761215 | 166731/27 | Steel U channel | Sarver, PA Bankruptcy Pink Energy Auction | $2,600.00 | $260.00 | $390.00 | $0 | $2,470.00 |
| 1234761056 | 166731/28 | 5 bundles of steel u channel | Sarver, PA Bankruptcy Pink Energy Auction | $1,400.00 | $140.00 | $210.00 | $0 | $1,330.00 |
| 1234761034 | 166731/29 | Stacks of Steel Z Rail | Sarver, PA Bankruptcy Pink Energy Auction | $650.00 | $65.00 | $97.50 | $0 | $617.50 |
| 1234761016 | 166731/29a | Approx 20 pcs of Steel U Channel & Brackets | Sarver, PA Bankruptcy Pink Energy Auction | $1,700.00 | $170.00 | $255.00 | $0 | $1,615.00 |
| 1234761014 | 166731/29b | Pallet of steel forms | Sarver, PA Bankruptcy Pink Energy Auction | $700.00 | $70.00 | $105.00 | $0 | $665.00 |
| 1234761204 | 166731/30 | Generac Power Cores & Solar Edge Inverter & misc solar parts | Sarver, PA Bankruptcy Pink Energy Auction | $550.00 | $55.00 | $82.50 | $0 | $522.50 |
| 1234761198 | 166731/31 | Desk, chair, moniter | Sarver, PA Bankruptcy Pink Energy Auction | $2.00 | $0.20 | $0.30 | $0 | $1.90 |
| 1234761202 | 166731/32 | Skid of blow in insulation | Sarver, PA Bankruptcy Pink Energy Auction | $160.00 | $16.00 | $24.00 | $0 | $152.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761201 | 166731/33 | Skid of approx 38 bags of blow in insulation | Sarver, PA Bankruptcy Pink Energy Auction | $250.00 | $25.00 | $37.50 | $0 | $237.50 |
| 1234761196 | 166731/34 | Skid of approx 33 bags of blow in insulation | Sarver, PA Bankruptcy Pink Energy Auction | $220.00 | $22.00 | $33.00 | $0 | $209.00 |
| 1234761199 | 166731/35 | Skid of blow in insulation | Sarver, PA Bankruptcy Pink Energy Auction | $325.00 | $32.50 | $48.75 | $0 | $308.75 |
| 1234761193 | 166731/36 | Solar system display unit | Sarver, PA Bankruptcy Pink Energy Auction | $2,700.00 | $270.00 | $405.00 | $0 | $2,565.00 |
| 1234761203 | 166731/37 | 2 new solar edge three phase inverters & Generac Power Cell | Sarver, PA Bankruptcy Pink Energy Auction | $1,800.00 | $180.00 | $270.00 | $0 | $1,710.00 |
| 1234761190 | 166731/38 | Large lot of electrical supplies includes Safety Switch, circuit breakers & conduit fittings. | Sarver, PA Bankruptcy Pink Energy Auction | $650.00 | $65.00 | $97.50 | $0 | $617.50 |
| 1234761197 | 166731/39 | Pallet of mostly conduit & some misc solar supplies | Sarver, PA Bankruptcy Pink Energy Auction | $130.00 | $13.00 | $19.50 | $0 | $123.50 |
| 1234761200 | 166731/40 | Shelf and contents used Generac products etc | Sarver, PA Bankruptcy Pink Energy Auction | $650.00 | $65.00 | $97.50 | $0 | $617.50 |
| 1234761189 | 166731/41 | Shelf and contents Used solar edge products | Sarver, PA Bankruptcy Pink Energy Auction | $650.00 | $65.00 | $97.50 | $0 | $617.50 |
| 1234761194 | 166731/42 | Used Generac parts lithium ion batteries power cells etc | Sarver, PA Bankruptcy Pink Energy Auction | $1,300.00 | $130.00 | $195.00 | $0 | $1,235.00 |
| 1234761186 | 166731/43 | 2 Portraits | Sarver, PA Bankruptcy Pink Energy Auction | $17.00 | $1.70 | $2.55 | $0 | $16.15 |
| 1234761195 | 166731/44 | Two black metal shelves contents not included | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761187 | 166731/45 | Used solar edge supplies, Generac lithium ion batteries | Sarver, PA Bankruptcy Pink Energy Auction | $1,100.00 | $110.00 | $165.00 | $0 | $1,045.00 |
| 1234761191 | 166731/46 | Used solar edge supplies, lots of used Generac snaps rs | Sarver, PA Bankruptcy Pink Energy Auction | $1,300.00 | $130.00 | $195.00 | $0 | $1,235.00 |
| 1234761182 | 166731/47 | 3 boxes of Dewalt tool connect 20v max connector | Sarver, PA Bankruptcy Pink Energy Auction | $35.00 | $3.50 | $5.25 | $0 | $33.25 |
| 1234761192 | 166731/48 | Blue organizers and contents nuts and bolts | Sarver, PA Bankruptcy Pink Energy Auction | $30.00 | $3.00 | $4.50 | $0 | $28.50 |
| 1234761179 | 166731/49 | Corner desk, conference table and contents, monitors office supplies | Sarver, PA Bankruptcy Pink Energy Auction | $100.00 | $10.00 | $15.00 | $0 | $95.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761188 | 166731/50 | Rolling metal rack | Sarver, PA Bankruptcy Pink Energy Auction | $1.00 | $0.10 | $0.15 | $0 | $0.95 |
| 1234761185 | 166731/51 | Outdoor infrared Electric heater | Sarver, PA Bankruptcy Pink Energy Auction | $75.00 | $7.50 | $11.25 | $0 | $71.25 |
| 1234761177 | 166731/52 | Used Generac pwr cell inverters | Sarver, PA Bankruptcy Pink Energy Auction | $210.00 | $21.00 | $31 50 | $0 | $199.50 |
| 1234761175 | 166731/53 | Monitors keyboards and chords office mats | Sarver, PA Bankruptcy Pink Energy Auction | $40.00 | $4.00 | $6 00 | $0 | $38.00 |
| 1234761183 | 166731/54 | 2 Vacuums | Sarver, PA Bankruptcy Pink Energy Auction | $1.00 | $0.10 | $0.15 | $0 | $0.95 |
| 1234761184 | 166731/55 | 22 stackable padded chairs | Sarver, PA Bankruptcy Pink Energy Auction | $15.00 | $1.50 | $2.25 | $0 | $14.25 |
| 1234761176 | 166731/56 | Large black conference table | Sarver, PA Bankruptcy Pink Energy Auction | $90.00 | $9.00 | $13.50 | $0 | $85.50 |
| 1234761180 | 166731/57 | Two Rockville speakers and tripods | Sarver, PA Bankruptcy Pink Energy Auction | $190.00 | $19.00 | $28.50 | $0 | $180.50 |
| 1234761181 | 166731/58 | 75? LG TV | Sarver, PA Bankruptcy Pink Energy Auction | $210.00 | $21.00 | $31.50 | $0 | $199.50 |
| 1234761174 | 166731/59 | Rosco dual vision systems HD cams and event recorder | Sarver, PA Bankruptcy Pink Energy Auction | $630.00 | $63.00 | $94.50 | $0 | $598.50 |
| 1234761178 | 166731/60 | Brand new Generac power cell | Sarver, PA Bankruptcy Pink Energy Auction | $4,275.00 | $427 50 | $641.25 | $0 | $4,061.25 |
| 1234761172 | 166731/61 | Brand new Generac power cell | Sarver, PA Bankruptcy Pink Energy Auction | $4,800 00 | $480.00 | $720 00 | $0 | $4,560.00 |
| 1234761173 | 166731/62 | Brand new Generac power cell | Sarver, PA Bankruptcy Pink Energy Auction | $3,600 00 | $360.00 | $540 00 | $0 | $3,420 00 |
| 1234761171 | 166731/63 | Skid of new and used Solar Edge pieces | Sarver, PA Bankruptcy Pink Energy Auction | $6,000.00 | $600.00 | $600 00 | $0 | $6,000.00 |
| 1234761170 | 166731/64 | New and used solar edge chords etc | Sarver, PA Bankruptcy Pink Energy Auction | $1,300.00 | $130.00 | $195 00 | $0 | $1,235.00 |
| 1234761167 | 166731/65 | New Generac pwr cell inverter | Sarver, PA Bankruptcy Pink Energy Auction | $7,600.00 | $760.00 | $760.00 | $0 | $7,600.00 |
| 1234761169 | 166731/66 | Skid of new General PV link photovoltaic substring optimizer | Sarver, PA Bankruptcy Pink Energy Auction | $6,500.00 | $650.00 | $650.00 | $0 | $6,500 00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1234761165 166731/67 | Skid of approx 36 boxes L- mount structural screw | Sarver, PA Bankruptcy Pink Energy Auction | $550.00 | $55.00 | $82.50 | $0 | $522.50 |
| 1234761168 166731/68 | 7 Generac lithium ion batteries | Sarver, PA Bankruptcy Pink Energy Auction | $1,500.00 | $150.00 | $225.00 | $0 | $1,425.00 |
| 1234761160 166731/69 | General Electric, Generac brand parts metal clips etc | Sarver, PA Bankruptcy Pink Energy Auction | $120.00 | $12.00 | S18 00 | $0 | $114.00 |
| 1234761163 166731/70 | Generac lithium ion battery | Sarver, PA Bankruptcy Pink Energy Auction | $5,500.00 | $550.00 | $550.00 | $0 | $5,500.00 |
| 1234761166 166731/71 | Skid of new Generac lithium ion batteries | Sarver, PA Bankruptcy Pink Energy Auction | $8,750.00 | $875.00 | $875.00 | $0 | $8,750.00 |
| 1234761162 166731/72 | Whirlpool chest freezer | Sarver, PA Bankruptcy Pink Energy Auction | $90.00 | $9.00 | $13.50 | $0 | $85.50 |
| 1234761164 166731/73 | Steel work table and mounted wire stripper, no contents | Sarver, PA Bankruptcy Pink Energy Auction | $170.00 | $17.00 | $25.50 | $0 | $161.50 |
| 1234761293 166731/74 | Push sign stakes and rags | Sarver, PA Bankruptcy Pink Energy Auction | $65.00 | $6.50 | $9.75 | $0 | $61.75 |
| 1234761149 166731/75 | Skid of water heater jackets | Sarver, PA Bankruptcy Pink Energy Auction | $110 00 | $11.00 | $16.50 | $0 | $104.50 |
| 1234761161 166731/76 | Attic stairway insulator | Sarver, PA Bankruptcy Pink Energy Auction | $325.00 | $32.50 | $48.75 | $0 | $308 75 |
| 1234761151 166731/77 | 5 smart power 360 starter kits | Sarver, PA Bankruptcy Pink Energy Auction | $35.00 | $3.50 | $5.25 | $0 | $33.25 |
| 1234761158 166731/78 | Skid of heavy duty shelving | Sarver, PA Bankruptcy Pink Energy Auction | $160.00 | $16.00 | $24.00 | $0 | $152.00 |
| 1234761289 166731/79 | R-10 attic stairway insulators | Sarver, PA Bankruptcy Pink Energy Auction | $90.00 | $9.00 | $13.50 | $0 | $85.50 |
| 1234761150 166731/80 | Skid of shelving parts | Sarver, PA Bankruptcy Pink Energy Auction | $25.00 | $2.50 | $3.75 | S0 | $23 75 |
| 1234761159 166731/81 | 3 Pipe benders | Sarver, PA Bankruptcy Pink Energy Auction | $25.00 | $2.50 | $3.75 | $0 | $23.75 |
| 1234761302 166731/82 | Pipe benders | Sarver, PA Bankruptcy Pink Energy Auction | $110.00 | $11.00 | $16.50 | $0 | $104.50 |
| 1234761156 166731/83 | Snow shovels and trim | Sarver, PA Bankruptcy Pink Energy Auction | $15.00 | $1.50 | $2.25 | $0 | $14.25 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1234761288 166731/84 | Various rolls of conduit and plastic banding | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761147 166731/85 | Spool of wire | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761157 166731/86 | Full 500 ft spool if wire | Sarver, PA Bankruptcy Pink Energy Auction | $800.00 | $80.00 | $120.00 | $0 | $760.00 |
| 1234761301 166731/87 | Conduit and some rolls of wire, main breaker box | Sarver, PA Bankruptcy Pink Energy Auction | $50.00 | $5.00 | $7.50 | $0 | $47.50 |
| 1234761154 166731/88 | 100 amp breaker boxes new in box 200 amp breaker box and other breaker boxes | Sarver, PA Bankruptcy Pink Energy Auction | $400.00 | $40.00 | $60.00 | $0 | $380.00 |
| 1234761284 166731/89 | Contents of the bottom two shelves conduit couplings breaker boxes | Sarver, PA Bankruptcy Pink Energy Auction | $110.00 | $11.00 | $16.50 | $0 | $104.50 |
| 1234761300 166731/90 | Black metal shelf contents not included | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761155 166731/91 | 200 and 100 amp main breaker boxes 125 amp outdoor lug | Sarver, PA Bankruptcy Pink Energy Auction | $375.00 | $37.50 | $56.25 | $0 | $356.25 |
| 1234761297 166731/92 | Contents of shelf chords clips etc. | Sarver, PA Bankruptcy Pink Energy Auction | $150.00 | $15.00 | $22.50 | $0 | $142.50 |
| 1234761153 166731/93 | Shelf no contents included | Sarver, PA Bankruptcy Pink Energy Auction | $30.00 | $3.00 | $4.50 | $0 | $28.50 |
| 1234761285 166731/94 | Two totes of hard hats etc | Sarver, PA Bankruptcy Pink Energy Auction | $21.00 | $2.10 | $3.15 | $0 | $19.95 |
| 1234761295 166731/95 | Box of Hard hats | Sarver, PA Bankruptcy Pink Energy Auction | $45.00 | $4.50 | $6.75 | $0 | $42.75 |
| 1234761152 166731/96 | Two skids of solar panels | Sarver, PA Bankruptcy Pink Energy Auction | $1,300.00 | $130.00 | $195.00 | $0 | $1,235.00 |
| 1234761294 166731/97 | Skid of brand new solar panels | Sarver, PA Bankruptcy Pink Energy Auction | $3,400.00 | $340.00 | $510.00 | $0 | $3,230.00 |
| 1234761148 166731/98 | Generac power cell | Sarver, PA Bankruptcy Pink Energy Auction | $130.00 | $13.00 | $19.50 | $0 | $123.50 |
| 1234761283 166731/99 | Werner safety harnesses and hoists | Sarver, PA Bankruptcy Pink Energy Auction | $50.00 | $5.00 | $7.50 | $0 | $47.50 |
| 1234761292 166731/100 | Box of safety harnesses and hoists | Sarver, PA Bankruptcy Pink Energy Auction | $300.00 | $30.00 | $45.00 | $0 | $285.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761146 | 166731/101 | Krendl insulation blower | Sarver, PA Bankruptcy Pink Energy Auction | $0.00 | $0.00 | $0.00 | $0 | $0.00 |
| 1234761226 | 166731/101a | Krendl Insulation blower w/ hose | Sarver, PA Bankruptcy Pink Energy Auction | $0.00 | $0.00 | $0.00 | $0 | $0.00 |
| 1234761303 | 166731/102 | Galvanized steel wall hangers | Sarver, PA Bankruptcy Pink Energy Auction | $50.00 | $5.00 | $7.50 | $0 | $47.50 |
| 1234761281 | 166731/103 | Conduit and pipe fittings | Sarver, PA Bankruptcy Pink Energy Auction | $35.00 | $3.50 | $5.25 | $0 | $33.25 |
| 1234761291 | 166731/104 | Skid of breakers, fuses wire etc | Sarver, PA Bankruptcy Pink Energy Auction | $350.00 | $35.00 | $52.50 | $0 | $332.50 |
| 1234761298 | 166731/105 | Skid of mounting brackets fittings and wiring parts | Sarver, PA Bankruptcy Pink Energy Auction | $700.00 | $70.00 | $105.00 | $0 | $665.00 |
| 1234761290 | 166731/106 | Skid of brackets and breaker boxes etc | Sarver, PA Bankruptcy Pink Energy Auction | $150.00 | $15.00 | $22.50 | $0 | $142.50 |
| 1234761299 | 166731/107 | Skid of 18, 50 lb quikkrete bags | Sarver, PA Bankruptcy Pink Energy Auction | $14.00 | $1.40 | $2.10 | $0 | $13.30 |
| 1234761282 | 166731/108 | Milwaukee Packouts and contents | Sarver, PA Bankruptcy Pink Energy Auction | $11.00 | $1.10 | $1.65 | $0 | $10.45 |
| 1234761286 | 166731/109 | Chorded Bauer hammer drill and chorded Chicago electric 1/2? drive impact | Sarver, PA Bankruptcy Pink Energy Auction | $35.00 | $3.50 | $5.25 | $0 | $33.25 |
| 1234761296 | 166731/110 | 3 shop vacs | Sarver, PA Bankruptcy Pink Energy Auction | $6.00 | $0.60 | $0.90 | $0 | $5.70 |
| 1234761287 | 166731/111 | Pvc Conduit and fittings | Sarver, PA Bankruptcy Pink Energy Auction | $100.00 | $10.00 | $15.00 | $0 | $95.00 |
| 1234761145 | 166731/112 | Reese tri ball hitch 1 7/8, 2, & 2 5/16 and ultra tow hitch 2 5/16? ball | Sarver, PA Bankruptcy Pink Energy Auction | $20.00 | $2.00 | $3.00 | $0 | $19.00 |
| 1234761280 | 166731/113 | Hard hats | Sarver, PA Bankruptcy Pink Energy Auction | $18.00 | $1.80 | $2.70 | $0 | $17.10 |
| 1234761277 | 166731/114 | Power home solar LED lightbulbs | Sarver, PA Bankruptcy Pink Energy Auction | $25.00 | $2.50 | $3.75 | $0 | $23.75 |
| 1234761279 | 166731/115 | Skid of Generac parts and other miscellaneous things | Sarver, PA Bankruptcy Pink Energy Auction | $325.00 | $32.50 | $48.75 | $0 | $308.75 |
| 1234761276 | 166731/116 | Justrite Flammable liquid storage cabinet with contents | Sarver, PA Bankruptcy Pink Energy Auction | $160.00 | $16.00 | $24.00 | $0 | $152.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761278 | 166731/117 | Hard hats | Sarver, PA Bankruptcy Pink Energy Auction | $2.00 | $0.20 | $0.30 | $0 | $1 90 |
| 1234761275 | 166731/118 | Table w/ microwave toaster oven bottled water | Sarver, PA Bankruptcy Pink Energy Auction | $9.00 | $0.90 | $1.35 | $0 | $8.55 |
| 1234761273 | 166731/119 | Frigidaire refrigerator | Sarver, PA Bankruptcy Pink Energy Auction | $75.00 | $7.50 | $11.25 | $0 | $71.25 |
| 1234761274 | 166731/120 | Shelf and contents, safety triangles wheels, caution tape | Sarver, PA Bankruptcy Pink Energy Auction | $60.00 | $6.00 | $9.00 | $0 | $57 00 |
| 1234761271 | 166731/121 | 4 cases shoe covers | Sarver, PA Bankruptcy Pink Energy Auction | $40.00 | $4.00 | $6.00 | $0 | $38.00 |
| 1234761272 | 166731/122 | Shelf n contents of middle shelves | Sarver, PA Bankruptcy Pink Energy Auction | $23.00 | $2.30 | $3.45 | $0 | $21.85 |
| 1234761270 | 166731/123 | Sledge, cone, & Bobcat tool | Sarver, PA Bankruptcy Pink Energy Auction | $19.00 | $1.90 | $2.85 | $0 | $18.05 |
| 1234761265 | 166731/124 | 2 self retracting life lines | Sarver, PA Bankruptcy Pink Energy Auction | $110.00 | $11.00 | $16.50 | $0 | $104.50 |
| 1234761269 | 166731/125 | Shelf & contents, including chain binders, solar parts, protective suits, & more | Sarver, PA Bankruptcy Pink Energy Auction | $650.00 | $65.00 | $97.50 | $0 | $617.50 |
| 1234761264 | 166731/126 | Shelf & contents, including safety harnesses, solar hardware, electrical switches & more | Sarver, PA Bankruptcy Pink Energy Auction | $475.00 | $47.50 | $71.25 | $0 | $451.25 |
| 1234761262 | 166731/127 | Blower motor & V2 gateway plus plugins | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761267 | 166731/128 | Warner Quick Click Ladder Stabilizer | Sarver, PA Bankruptcy Pink Energy Auction | $144.00 | $14.40 | $21.60 | $0 | $136 80 |
| 1234761261 | 166731/129 | Toilet paper, cleaning supplies & extension cord on middle shelf & shelf is included. Contents of other shelves not included | Sarver, PA Bankruptcy Pink Energy Auction | $11.00 | $1.10 | $1.65 | $0 | $10 45 |
| 1234761268 | 166731/130 | 200amp General Duty Safety Switch | Sarver, PA Bankruptcy Pink Energy Auction | $825 00 | $82.50 | $123.75 | $0 | $783 75 |
| 1234761250 | 166731/131 | 2 boxes of 12 15watt Led bulbs | Sarver, PA Bankruptcy Pink Energy Auction | $25.00 | $2.50 | $3.75 | $0 | $23.75 |
| 1234761259 | 166731/132 | Case of 12 pairs Novax rubber insulating gloves & First aid kit | Sarver, PA Bankruptcy Pink Energy Auction | $150.00 | $15.00 | $22.50 | $0 | $142.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761263 | 166731/133 | Black metal cabinet w/ contents | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761257 | 166731/134 | Grey metal cabinet & contents | Sarver, PA Bankruptcy Pink Energy Auction | $45.00 | $4.50 | $6.75 | $0 | $42.75 |
| 1234761266 | 166731/135 | Mop buckets & corner clean out. Does not include any fastened fixtures. | Sarver, PA Bankruptcy Pink Energy Auction | $13.00 | $1.30 | $1.95 | $0 | $12.35 |
| 1234761254 | 166731/136 | 6ft & 8ft narrow folding tables | Sarver, PA Bankruptcy Pink Energy Auction | $30.00 | $3.00 | $4.50 | $0 | $28.50 |
| 1234761251 | 166731/137 | Fire extinguishers | Sarver, PA Bankruptcy Pink Energy Auction | $16.00 | $1.60 | $2.40 | $0 | $15.20 |
| 1234761258 | 166731/138 | Dewalt geo tags & tool connects | Sarver, PA Bankruptcy Pink Energy Auction | $35.00 | $3.50 | $5.25 | $0 | $33.25 |
| 1234761242 | 166731/139 | Metal cabinet & contents | Sarver, PA Bankruptcy Pink Energy Auction | $45.00 | $4.50 | $6.75 | $0 | $42.75 |
| 1234761260 | 166731/140 | Lumber crayons & circuit breakers | Sarver, PA Bankruptcy Pink Energy Auction | $325.00 | $32.50 | $48.75 | $0 | $308.75 |
| 1234761248 | 166731/141 | Lifetime folding table & contents | Sarver, PA Bankruptcy Pink Energy Auction | $25.00 | $2.50 | $3.75 | $0 | $23.75 |
| 1234761246 | 166731/142 | Desk, file cabinet, & chair | Sarver, PA Bankruptcy Pink Energy Auction | $4.00 | $0.40 | $0.60 | $0 | $3.80 |
| 1234761256 | 166731/143 | 500 ft spool 6 Awg green wire | Sarver, PA Bankruptcy Pink Energy Auction | $1,520.00 | $152.00 | $228.00 | $0 | $1,444.00 |
| 1234761243 | 166731/144 | 500ft spool 6 Awg Red Wire | Sarver, PA Bankruptcy Pink Energy Auction | $1,540.00 | $154.00 | $231.00 | $0 | $1,463.00 |
| 1234761255 | 166731/145 | 500ft spool of 6 awg white wire | Sarver, PA Bankruptcy Pink Energy Auction | $1,560.00 | $156.00 | $234.00 | $0 | $1,482.00 |
| 1234761239 | 166731/146 | 500ft spool 6AWG black wire | Sarver, PA Bankruptcy Pink Energy Auction | $2,040.00 | $204.00 | $306.00 | $0 | $1,938.00 |
| 1234761240 | 166731/147 | 500ft spool PV 10 Awg 1000/2000 wire | Sarver, PA Bankruptcy Pink Energy Auction | $2,880.00 | $288.00 | $432.00 | $0 | $2,736.00 |
| 1234761252 | 166731/148 | 500ft spool PV FV-1 2 KV black wire | Sarver, PA Bankruptcy Pink Energy Auction | $3,060.00 | $306.00 | $459.00 | $0 | $2,907.00 |
| 1234761238 | 166731/149 | Spool of braided copper wire | Sarver, PA Bankruptcy Pink Energy Auction | $900.00 | $90.00 | $135.00 | $0 | $855.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761253 | 166731/149a | 2 boxes of new shower heads | Sarver, PA Bankruptcy Pink Energy Auction | $12.00 | $1.20 | $1.80 | $0 | $11.40 |
| 1234761235 | 166731/150 | Generac Power Cores NIB | Sarver, PA Bankruptcy Pink Energy Auction | $1,080.00 | $108.00 | $162.00 | $0 | $1,026.00 |
| 1234761241 | 166731/151 | 6 boxes translucent silicone & conduit fittings | Sarver, PA Bankruptcy Pink Energy Auction | $100.00 | $10.00 | $15.00 | $0 | $95.00 |
| 1234761247 | 166731/152 | Conduit fittings & hardware | Sarver, PA Bankruptcy Pink Energy Auction | $90.00 | $9.00 | $13.50 | $0 | $85.50 |
| 1234761236 | 166731/153 | 500ft spool 6 Awg b/ack wire | Sarver, PA Bankruptcy Pink Energy Auction | $1,400.00 | $140.00 | $210.00 | $0 | $1,330.00 |
| 1234761249 | 166731/154 | 500 ft spool 6 AWG black wire | Sarver, PA Bankruptcy Pink Energy Auction | $720.00 | $72.00 | $108.00 | $0 | $684.00 |
| 1234761233 | 166731/155 | 3 spools of white wire & 1 partial spool of red wire | Sarver, PA Bankruptcy Pink Energy Auction | $400.00 | $40.00 | $60.00 | $0 | $380.00 |
| 1234761237 | 166731/156 | 500ft spool of 4awg black wire | Sarver, PA Bankruptcy Pink Energy Auction | $1,500.00 | $150.00 | $225.00 | $0 | $1,425.00 |
| 1234761245 | 166731/157 | 500ft spool of 4awg black wire | Sarver, PA Bankruptcy Pink Energy Auction | $1,500.00 | $150.00 | $225.00 | $0 | $1,425.00 |
| 1234761234 | 166731/158 | 500ft spool of #4 black wire | Sarver, PA Bankruptcy Pink Energy Auction | $250.00 | $25.00 | $37.50 | $0 | $237.50 |
| 1234761244 | 166731/159 | Novaflex tubes of silicone | Sarver, PA Bankruptcy Pink Energy Auction | $30.00 | $3.00 | $4.50 | $0 | $28.50 |
| 1234761232 | 166731/160 | 3 shelving units no contents included | Sarver, PA Bankruptcy Pink Energy Auction | $45.00 | $4.50 | $6.75 | $0 | $42.75 |
| 1234761231 | 166731/161 | EZ Solar XL Junction Boxes Case of 14 | Sarver, PA Bankruptcy Pink Energy Auction | $1,320.00 | $132.00 | $198.00 | $0 | $1,254.00 |
| 1234761230 | 166731/162 | Quick Mount PV hardware 60+ boxes | Sarver, PA Bankruptcy Pink Energy Auction | $150.00 | $15.00 | $22.50 | $0 | $142.50 |
| 1234761144 | 166731/163 | Quick Mount PV Hardware approx 100 boxes | Sarver, PA Bankruptcy Pink Energy Auction | $160.00 | $16.00 | $24.00 | $0 | $152.00 |
| 1234761142 | 166731/164 | 5 boxes of Protea Brackets | Sarver, PA Bankruptcy Pink Energy Auction | $3,000.00 | $300.00 | $450.00 | $0 | $2,850.00 |
| 1234761141 | 166731/164a | Generac Power Cell | Sarver, PA Bankruptcy Pink Energy Auction | $1,040.00 | $104.00 | $156.00 | $0 | $988.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761143 | 166731/165 | 500ft 4pr/24awg black wire | Sarver, PA Bankruptcy Pink Energy Auction | $300.00 | $30.00 | $45.00 | $0 | $285.00 |
| 1234761137 | 166731/166 | 500ft spool of 4pr/24awg black wire | Sarver, PA Bankruptcy Pink Energy Auction | $380.00 | $38.00 | $57.00 | $0 | $361.00 |
| 1234761135 | 166731/167 | Circuit breakers approx 35 | Sarver, PA Bankruptcy Pink Energy Auction | $550.00 | $55.00 | $82.50 | $0 | $522.50 |
| 1234761140 | 166731/168 | Approx 70 circuit breakers | Sarver, PA Bankruptcy Pink Energy Auction | $1,400.00 | $140.00 | $210.00 | $0 | $1,330.00 |
| 1234761133 | 166731/169 | Circuit breakers approx 39 boxes of 5 | Sarver, PA Bankruptcy Pink Energy Auction | $1,000.00 | $100.00 | $150.00 | $0 | $950.00 |
| 1234761139 | 166731/170 | 500ft spool 10 strand black wire | Sarver, PA Bankruptcy Pink Energy Auction | $900.00 | $90.00 | $135.00 | $0 | $855.00 |
| 1234761136 | 166731/171 | 500ft spool 10 strand wire | Sarver, PA Bankruptcy Pink Energy Auction | $750.00 | $75.00 | $112.50 | $0 | $712.50 |
| 1234761138 | 166731/172 | 500ft spool of 10 strand white wire | Sarver, PA Bankruptcy Pink Energy Auction | $880.00 | $88.00 | $132.00 | $0 | $836.00 |
| 1234761134 | 166731/173 | 2-500ft spools of 10MTW or THHN wire | Sarver, PA Bankruptcy Pink Energy Auction | $720.00 | $72.00 | $108.00 | $0 | $684.00 |
| 1234761128 | 166731/174 | Generac Module Spacer Kit | Sarver, PA Bankruptcy Pink Energy Auction | $111.00 | $11.10 | $16.65 | $0 | $105.45 |
| 1234761132 | 166731/175 | GE 125 AMP Main Lug | Sarver, PA Bankruptcy Pink Energy Auction | $660.00 | $66.00 | $99.00 | $0 | $627.00 |
| 1234761130 | 166731/175a | 5 60 Amp Safety Switches , 4 5 port Desktop switch, 3 125 Amp Outdoor Main Lug | Sarver, PA Bankruptcy Pink Energy Auction | $0.00 | $0.00 | $0.00 | $0 | $0.00 |
| 1234761129 | 166731/176 | Junction boxes approx 32 | Sarver, PA Bankruptcy Pink Energy Auction | $275.00 | $27.50 | $41.25 | $0 | $261.25 |
| 1234761131 | 166731/177 | Approx 40 cases of Novaflex Translucent Silicon & Novaflex Multi purpose | Sarver, PA Bankruptcy Pink Energy Auction | $750.00 | $75.00 | $112.50 | $0 | $712.50 |
| 1234761102 | 166731/178 | GE Main Lug 125 Amps Outdoor Enclosure | Sarver, PA Bankruptcy Pink Energy Auction | $930.00 | $93.00 | $139.50 | $0 | $883.50 |
| 1234761116 | 166731/179 | GE 200 Amp Safety Switch | Sarver, PA Bankruptcy Pink Energy Auction | $1,200.00 | $120.00 | $180.00 | $0 | $1,140.00 |
| 1234761037 | 166731/180 | Approx 70 boxes of S-5 Clamps | Sarver, PA Bankruptcy Pink Energy Auction | $2,300.00 | $230.00 | $345.00 | $0 | $2,185.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761075 | 166731/181 | Solar Edge Power Optimizers approx 20 | Sarver, PA Bankruptcy Pink Energy Auction | $375.00 | $37.50 | $56.25 | $0 | $356 25 |
| 1234761212 | 166731/181a | GE Safety Switch 100 AMP | Sarver, PA Bankruptcy Pink Energy Auction | $660.00 | $66.00 | $99.00 | $0 | $627.00 |
| 1234761030 | 166731/182 | Solar panel rack mounting systems | Sarver, PA Bankruptcy Pink Energy Auction | $170.00 | $17.00 | $25.50 | $0 | $161.50 |
| 1234761020 | 166731/182a | 3 ton low profile Husky floor jack nib | Sarver, PA Bankruptcy Pink Energy Auction | $80.00 | $8.00 | $12.00 | $0 | $76.00 |
| 1234761081 | 166731/183 | 2 boxes of reclosable bags 9x12 | Sarver, PA Bankruptcy Pink Energy Auction | $30.00 | $3.00 | $4.50 | $0 | $28 50 |
| 1234761051 | 166731/183a | Smart Management Modules approx 10 | Sarver, PA Bankruptcy Pink Energy Auction | $110.00 | $11.00 | $16.50 | $0 | $104.50 |
| 1234761219 | 166731/184 | Generac Snap RS802 | Sarver, PA Bankruptcy Pink Energy Auction | $2,340.00 | $234.00 | $351.00 | $0 | $2,223.00 |
| 1234761111 | 166731/184a | Approx 22 Generac PWR Cell CT Accessory & Approx 65 Generac PWRCell RGM Accessory Kit | Sarver, PA Bankruptcy Pink Energy Auction | $500.00 | $50.00 | $75.00 | $0 | $475.00 |
| 1234761070 | 166731/185 | 18 boxes of Quick Mount PV & a couple boxes of 38 mm end clamp kits | Sarver, PA Bankruptcy Pink Energy Auction | $95.00 | $9.50 | $14.25 | $0 | $90.25 |
| 1234761209 | 166731/186 | Assortment of solar system hardware | Sarver, PA Bankruptcy Pink Energy Auction | $100.00 | $10.00 | $15.00 | $0 | $95.00 |
| 1234761068 | 166731/187 | 3 sections of shelving contents not included | Sarver, PA Bankruptcy Pink Energy Auction | $95 00 | $9.50 | $14.25 | $0 | $90.25 |
| 1234761017 | 166731/188 | Bkack metal cabinet includes contents. Includes tyvek suits, shoe covers, danger tape & safety triangles | Sarver, PA Bankruptcy Pink Energy Auction | $60.00 | $6.00 | $9.00 | $0 | $57.00 |
| 1234761057 | 166731/189 | Class B First Aid Kit NIB | Sarver, PA Bankruptcy Pink Energy Auction | $385.00 | $38.50 | $57.75 | $0 | $365.75 |
| 1234761094 | 166731/190 | 3 boxes of Aluminum Flashing | Sarver, PA Bankruptcy Pink Energy Auction | $75.00 | $7.50 | $11.25 | $0 | $71.25 |
| 1234761228 | 166731/191 | Generac Replacement Part for PWRcell Serial# 00010008B7A7 | Sarver, PA Bankruptcy Pink Energy Auction | $700.00 | $70 00 | $105.00 | $0 | $665.00 |
| 1234761084 | 166731/192 | 2 boxes of Generac PWRcell RGM accessory kits | Sarver, PA Bankruptcy Pink Energy Auction | $80.00 | $8 00 | $12.00 | $0 | $76.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761123 | 166731/193 | Case of Generac RS802 Snaps | Sarver, PA Bankruptcy Pink Energy Auction | $510.00 | $51 00 | $76.50 | $0 | $484.50 |
| 1234761120 | 166731/194 | General Electric meter box | Sarver, PA Bankruptcy Pink Energy Auction | $750.00 | $75.00 | $112.50 | $0 | $712.50 |
| 1234761126 | 166731/195 | Contents of shelf plastic access doors, conduit grounding bridge | Sarver, PA Bankruptcy Pink Energy Auction | $60.00 | $6.00 | $9.00 | $0 | $57.00 |
| 1234761124 | 166731/196 | Contents of shelf self tapping screws bolts etc | Sarver, PA Bankruptcy Pink Energy Auction | $40.00 | $4.00 | $6.00 | $0 | $38.00 |
| 1234761121 | 166731/197 | Aluminum flashing w/ a boot | Sarver, PA Bankruptcy Pink Energy Auction | $80.00 | $8.00 | $12.00 | $0 | $76.00 |
| 1234761125 | 166731/198 | Liquatite of flexible metal conduit , 100? roll | Sarver, PA Bankruptcy Pink Energy Auction | $308.00 | $30.80 | $46.20 | $0 | $292.60 |
| 1234761127 | 166731/199 | General Electric 60 amp safety switch | Sarver, PA Bankruptcy Pink Energy Auction | $2,160.00 | $216.00 | $324.00 | $0 | $2,052.00 |
| 1234761119 | 166731/200 | 6 Kraloy junction boxes | Sarver, PA Bankruptcy Pink Energy Auction | $150.00 | $15.00 | $22.50 | $0 | $142.50 |
| 1234761122 | 166731/201 | 9 large boxes of Generac snaps | Sarver, PA Bankruptcy Pink Energy Auction | $2,200.00 | $220.00 | $330.00 | $0 | $2,090.00 |
| 1234761224 | 166731/202 | Contents of shelf, conduit locknut, Galvanized steel hangers, threaded gaskets | Sarver, PA Bankruptcy Pink Energy Auction | $275.00 | $27.50 | $41.25 | $0 | $261 25 |
| 1234761091 | 166731/203 | Contents of shelf threaded gaskets rain tight connectors and couplings | Sarver, PA Bankruptcy Pink Energy Auction | $240.00 | $24.00 | $36.00 | $0 | $228 00 |
| 1234761223 | 166731/204 | Contents of shelf conduit couplings aluminum flashing meter box | Sarver, PA Bankruptcy Pink Energy Auction | $65.00 | $6.50 | $9.75 | $0 | $61 75 |
| 1234761077 | 166731/205 | Black metal shelf contents not included | Sarver, PA Bankruptcy Pink Energy Auction | $25 00 | $2.50 | $3.75 | $0 | $23.75 |
| 1234761089 | 166731/206 | Organizers and fuses | Sarver, PA Bankruptcy Pink Energy Auction | $800.00 | $80.00 | $120.00 | $0 | $760 00 |
| 1234761038 | 166731/207 | Galvanized steel straps approx. 40 boxes 1? and 3/4? for rigid conduit | Sarver, PA Bankruptcy Pink Energy Auction | $75.00 | $7.50 | $11.25 | $0 | $71.25 |
| 1234761015 | 166731/208 | Contents of shelf galvanized pipe clamps, washers screws nuts, concrete screws anchor kits | Sarver, PA Bankruptcy Pink Energy Auction | $450.00 | $45.00 | $67.50 | $0 | $427.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1234761227 | 166731/209 | Contents of shelf ground rod clamps sealing rings bulbs threaded gaskets insulators | Sarver, PA Bankruptcy Pink Energy Auction | $160.00 | $16.00 | $24.00 | $0 | $152.00 |
| 1234761113 | 166731/210 | Iron ridge conduit mount brand new in box with hardware | Sarver, PA Bankruptcy Pink Energy Auction | $441.00 | $44.10 | $66.15 | $0 | $418.95 |
| 1234761067 | 166731/211 | Galvanized steel hangers and straps | Sarver, PA Bankruptcy Pink Energy Auction | $50.00 | $5.00 | $7.50 | $0 | $47.50 |
| 1234761108 | 166731/212 | Dottle Self tapping screws anchor kits toggle bolts and conduit lock nuts | Sarver, PA Bankruptcy Pink Energy Auction | $350.00 | $35.00 | $52.50 | $0 | $332.50 |
| 1234761046 | 166731/213 | Contents of shelf connector blocks clear glide lubricant boxes of screws protection anchors | Sarver, PA Bankruptcy Pink Energy Auction | $110.00 | $11.00 | $16.50 | $0 | $104.50 |
| 1234761112 | 166731/214 | 6 boxes of connectors | Sarver, PA Bankruptcy Pink Energy Auction | $375.00 | $37.50 | $56.25 | $0 | $356.25 |
| 1234761059 | 166731/214A | Safety anchors metal solar clips | Sarver, PA Bankruptcy Pink Energy Auction | $110.00 | $11.00 | $16.50 | $0 | $104.50 |
| 1234761013 | 166731/215 | 4 sections of shelving contents not included | Sarver, PA Bankruptcy Pink Energy Auction | $140.00 | $14.00 | $21.00 | $0 | $133.00 |
| 1234761090 | 166731/216 | Contents of shelf bushings conduit connectors | Sarver, PA Bankruptcy Pink Energy Auction | $80.00 | $8.00 | $12.00 | $0 | $76.00 |
| 1234761213 | 166731/217 | Contents of shelf duct seal sealers gaskets liquidtight metal conduit | Sarver, PA Bankruptcy Pink Energy Auction | $45.00 | $4.50 | $6.75 | $0 | $42.75 |
| 1234761058 | 166731/218 | Noalox connectors electrical tape steel comp connector | Sarver, PA Bankruptcy Pink Energy Auction | $65.00 | $6.50 | $9.75 | $0 | $61.75 |
| 1234761063 | 166731/219 | Rain tight couplings 3/4? t&b hub 3/4? | Sarver, PA Bankruptcy Pink Energy Auction | $210.00 | $21.00 | $31.50 | $0 | $199.50 |
| 1234761018 | 166731/220 | Contents of shelf connectors rain tight connectors galvanized conduit connectors, insulators | Sarver, PA Bankruptcy Pink Energy Auction | $220.00 | $22.00 | $33.00 | $0 | $209.00 |
| 1234761019 | 166731/221 | 3/4? threaded rigid elbow gasket, box of Dottle screws, threaded gaskets conduit body assembly | Sarver, PA Bankruptcy Pink Energy Auction | $110.00 | $11.00 | $16.50 | $0 | $104.50 |
| 1234761096 | 166731/222 | Contents of shelf connectors conduit assemblies couplings | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761107 | 166731/223 | Contents of shelf liquid tight connectors, insulators | Sarver, PA Bankruptcy Pink Energy Auction | $110.00 | $11.00 | $16.50 | $0 | $104.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1234761026 166731/224 | 3 snow shovels | Sarver, PA Bankruptcy Pink Energy Auction | $9.00 | $0.90 | $1.35 | $0 | $8.55 |
| 1234761035 166731/225 | 51? poly snow shovel | Sarver, PA Bankruptcy Pink Energy Auction | $54.00 | $5.40 | $8.10 | $0 | $51.30 |
| 1234761041 166731/226 | Rolling tv stand | Sarver, PA Bankruptcy Pink Energy Auction | $1.00 | $0.10 | $0.15 | $0 | $0.95 |
| 1234761208 166731/227 | Dewalt tough system rolling cart | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761043 166731/228 | Pitch Hopper attic insulator | Sarver, PA Bankruptcy Pink Energy Auction | $320.00 | $32.00 | $48.00 | $0 | $304.00 |
| 1234761095 166731/229 | Generac power cell for parts | Sarver, PA Bankruptcy Pink Energy Auction | $80.00 | $8.00 | $12.00 | $0 | $76.00 |
| 1234761118 166731/230 | Solar pro attic ventilation system | Sarver, PA Bankruptcy Pink Energy Auction | $130.00 | $13.00 | $19.50 | $0 | $123.50 |
| 1234761042 166731/231 | 6 boxes Attic bubble wrap insulation | Sarver, PA Bankruptcy Pink Energy Auction | $40.00 | $4.00 | $6.00 | $0 | $38.00 |
| 1234761032 166731/232 | Insulation blower hose | Sarver, PA Bankruptcy Pink Energy Auction | $14.00 | $1.40 | $2.10 | $0 | $13.30 |
| 1234761062 166731/233 | Bags of ice melt and misc | Sarver, PA Bankruptcy Pink Energy Auction | $65.00 | $6.50 | $9.75 | $0 | $61.75 |
| 1234761025 166731/234 | Three organizing racks w/ pieces of 3/4? and 1? steel conduit and grounding rods | Sarver, PA Bankruptcy Pink Energy Auction | $750.00 | $75.00 | $112.50 | $0 | $712.50 |
| 1234761050 166731/235 | 10ft steel conduit 3/4in, 1in and rack | Sarver, PA Bankruptcy Pink Energy Auction | $550.00 | $55.00 | $82.50 | $0 | $522.50 |
| 1234761229 166731/236 | 2? x 12? x 12? yellow pine | Sarver, PA Bankruptcy Pink Energy Auction | $18.00 | $1.80 | $2.70 | $0 | $17.10 |
| 1234761085 166731/237 | Flexible conduit scraps | Sarver, PA Bankruptcy Pink Energy Auction | $1.00 | $0.10 | $0.15 | $0 | $0.95 |
| 1234761099 166731/238 | Steel Q-rail 14? black Approx. 125 pieces | Sarver, PA Bankruptcy Pink Energy Auction | $350.00 | $35.00 | $52.50 | $0 | $332.50 |
| 1234761066 166731/238A | Black XR rail Approx. 300 pieces | Sarver, PA Bankruptcy Pink Energy Auction | $700.00 | $70.00 | $105.00 | $0 | $665.00 |
| 1234761114 166731/239 | Assorted lumber 3 2x4, 2 treated 4x4, 2 treated 2x12, 7 treated 2x4 | Sarver, PA Bankruptcy Pink Energy Auction | $21.00 | $2.10 | $3.15 | $0 | $19.95 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761220 | 166731/240 | Uline corrugated wrap rolls approx 50 250? | Sarver, PA Bankruptcy Pink Energy Auction | $2.00 | $0.20 | $0.30 | $0 | $1.90 |
| 1234761210 | 166731/241 | 24? extension ladder | Sarver, PA Bankruptcy Pink Energy Auction | $50.00 | $5.00 | $7.50 | $0 | $47.50 |
| 1234761088 | 166731/242 | 40? Werner extension ladder | Sarver, PA Bankruptcy Pink Energy Auction | $95.00 | $9.50 | $14.25 | $0 | $90.25 |
| 1234761106 | 166731/243 | Louisville 40? extension ladder | Sarver, PA Bankruptcy Pink Energy Auction | $110.00 | $11.00 | $16.50 | $0 | $104.50 |
| 1234761040 | 166731/244 | Werner 24? extension ladder | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761217 | 166731/245 | Shingle elevator | Sarver, PA Bankruptcy Pink Energy Auction | $65.00 | $6.50 | $9.75 | $0 | $61.75 |
| 1234761022 | 166731/246 | Steel conduit and brackets | Sarver, PA Bankruptcy Pink Energy Auction | $300.00 | $30.00 | $45.00 | $0 | $285.00 |
| 1234761027 | 166731/247 | Telescoping roof shovels ladder hooks outdoor totes brooms | Sarver, PA Bankruptcy Pink Energy Auction | $11.00 | $1.10 | $1.65 | $0 | $10.45 |
| 1234761074 | 166731/248 | Husky Floor jack | Sarver, PA Bankruptcy Pink Energy Auction | $13.00 | $1.30 | $1.95 | $0 | $12.35 |
| 1234761097 | 166731/249 | Expert grill gas grill | Sarver, PA Bankruptcy Pink Energy Auction | $65.00 | $6.50 | $9.75 | $0 | $61.75 |
| 1234761079 | 166731/250 | Skid of wire and spool pieces of cedar scrap | Sarver, PA Bankruptcy Pink Energy Auction | $850.00 | $85.00 | $127.50 | $0 | $807.50 |
| 1234761061 | 166731/251 | Skid of wire 14 str and 12 str red green black | Sarver, PA Bankruptcy Pink Energy Auction | $600.00 | $60.00 | $90.00 | $0 | $570.00 |
| 1234761083 | 166731/252 | Skid of stirrfoam baffles | Sarver, PA Bankruptcy Pink Energy Auction | $40.00 | $4.00 | $6.00 | $0 | $38.00 |
| 1234761110 | 166731/253 | Fuel cans 1 gal. 2 gal and 5 gal | Sarver, PA Bankruptcy Pink Energy Auction | $6.00 | $0.60 | $0.90 | $0 | $5.70 |
| 1234761021 | 166731/254 | 4 sumitomo tires 185/60R15/ 84 T | Sarver, PA Bankruptcy Pink Energy Auction | $60.00 | $6.00 | $9.00 | $0 | $57.00 |
| 1234761205 | 166731/255 | Mounts, brackets | Sarver, PA Bankruptcy Pink Energy Auction | $35.00 | $3.50 | $5.25 | $0 | $33.25 |
| 1234761222 | 166731/256 | General Electric 125 Amp main lug unit | Sarver, PA Bankruptcy Pink Energy Auction | $1,980.00 | $198.00 | $297.00 | $0 | $1,881.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761064 | 166731/257 | General Electric 100 amp safety switch | Sarver, PA Bankruptcy Pink Energy Auction | $1,980.00 | $198.00 | $297.00 | $0 | $1,881.00 |
| 1234761086 | 166731/258 | Turf builder lawnsoil approx 27 bags | Sarver, PA Bankruptcy Pink Energy Auction | $60.00 | $6.00 | $9.00 | $0 | $57.00 |
| 1234761100 | 166731/259 | Two flexible rolls of conduit 100? and spool of conduit | Sarver, PA Bankruptcy Pink Energy Auction | $140.00 | $14.00 | $21.00 | $0 | $133.00 |
| 1234761053 | 166731/260 | Skid of U-anchors approx. 21 | Sarver, PA Bankruptcy Pink Energy Auction | $200.00 | $20.00 | $30.00 | $0 | $190.00 |
| 1234761103 | 166731/261 | Krendl insulation blower | Sarver, PA Bankruptcy Pink Energy Auction | $750.00 | $75.00 | $112.50 | $0 | $712.50 |
| 1234761115 | 166731/262 | Solar pro insulation system CV-XLP | Sarver, PA Bankruptcy Pink Energy Auction | $60.00 | $6.00 | $9.00 | $0 | $57.00 |
| 1234761211 | 166731/263 | Solarpro attic ventilation system CV-XLP | Sarver, PA Bankruptcy Pink Energy Auction | $128.00 | $12.80 | $19.20 | $0 | $121.60 |
| 1234761047 | 166731/264 | Solarpro attic ventilation system CV-XLP | Sarver, PA Bankruptcy Pink Energy Auction | $225.00 | $22.50 | $33.75 | $0 | $213.75 |
| 1234761028 | 166731/265 | Two spools 500? 2AWG | Sarver, PA Bankruptcy Pink Energy Auction | $450.00 | $45.00 | $67.50 | $0 | $427.50 |
| 1234761012 | 166731/266 | Walk behind Trencher Koehler engine | Sarver, PA Bankruptcy Pink Energy Auction | $1,100.00 | $110.00 | $165.00 | $0 | $1,045.00 |
| 1234761076 | 166731/267 | 3 Solar panels and steel panel | Sarver, PA Bankruptcy Pink Energy Auction | $400.00 | $40.00 | $60.00 | $0 | $380.00 |
| 1234761221 | 166731/268 | Reliance manual transfer panel | Sarver, PA Bankruptcy Pink Energy Auction | $240.00 | $24.00 | $36.00 | $0 | $228.00 |
| 1234761216 | 166731/269 | Generac parts junction box etc | Sarver, PA Bankruptcy Pink Energy Auction | $170.00 | $17.00 | $25.50 | $0 | $161.50 |
| 1234761045 | 166731/270 | 200 amp safety switch General Electric | Sarver, PA Bankruptcy Pink Energy Auction | $2,100.00 | $210.00 | $315.00 | $0 | $1,995.00 |
| 1234761087 | 166731/271 | Wire scrap | Sarver, PA Bankruptcy Pink Energy Auction | $70.00 | $7.00 | $10.50 | $0 | $66.50 |
| 1234761206 | 166731/272 | 100? roll conduit | Sarver, PA Bankruptcy Pink Energy Auction | $192.00 | $19.20 | $28.80 | $0 | $182.40 |
| 1234761055 | 166731/273 | 2300 psi electric pressure washer & bucket of brackets & grease gun | Sarver, PA Bankruptcy Pink Energy Auction | $70.00 | $7.00 | $10.50 | $0 | $66.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761098 | 166731/274 | 4 boxes of rags | Sarver, PA Bankruptcy Pink Energy Auction | $80.00 | $8.00 | $12.00 | $0 | $76.00 |
| 1234761029 | 166731/275 | 3 cases Cledos Lighting | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761214 | 166731/276 | Box of 9 watt light bulbs | Sarver, PA Bankruptcy Pink Energy Auction | $30.00 | $3.00 | $4.50 | $0 | $28.50 |
| 1234761023 | 166731/277 | Solar Powered Gable Mount Attic Fan | Sarver, PA Bankruptcy Pink Energy Auction | $54.00 | $6.40 | $8.10 | $0 | $51.30 |
| 1234761052 | 166731/278 | Wiring trough | Sarver, PA Bankruptcy Pink Energy Auction | $550.00 | $55.00 | $82.50 | $0 | $522.50 |
| 1234761105 | 166731/279 | Disintegrating baskets | Sarver, PA Bankruptcy Pink Energy Auction | $1.00 | $0.10 | $0.15 | $0 | $0.95 |
| 1234761092 | 166731/280 | Approx 20 bags of quickcrete | Sarver, PA Bankruptcy Pink Energy Auction | $25.00 | $2.50 | $3.75 | $0 | $23.75 |
| 1234761073 | 166731/281 | Approx 28 pc mid pans | Sarver, PA Bankruptcy Pink Energy Auction | $1.00 | $0.10 | $0.15 | $0 | $0.95 |
| 1234761071 | 166731/282 | Solar Pro Ventilation System black | Sarver, PA Bankruptcy Pink Energy Auction | $64.00 | $6.40 | $9.60 | $0 | $60.80 |
| 1234761101 | 166731/283 | Case of Generac RS802 SnapsRS | Sarver, PA Bankruptcy Pink Energy Auction | $3,920.00 | $392.00 | $588.00 | $0 | $3,724.00 |
| 1234761048 | 166731/284 | Rolls of wire mesh | Sarver, PA Bankruptcy Pink Energy Auction | $13.00 | $1.30 | $1.95 | $0 | $12.35 |
| 1234761044 | 166731/285 | Schedule 40 conduit 1?, 3? approx 22 pieces | Sarver, PA Bankruptcy Pink Energy Auction | $160.00 | $16.00 | $24.00 | $0 | $152.00 |
| 1234761085 | 166731/286 | Schedule 40 conduit 3?&2?? approximately 41 pieces | Sarver, PA Bankruptcy Pink Energy Auction | $210.00 | $21.00 | $31.50 | $0 | $199.50 |
| 1234761218 | 166731/287 | Boring rod sections | Sarver, PA Bankruptcy Pink Energy Auction | $30.00 | $3.00 | $4.50 | $0 | $28.50 |
| 1234761049 | 166731/288 | 6 bales Pro Pink L77 Insulation | Sarver, PA Bankruptcy Pink Energy Auction | $180.00 | $18.00 | $27.00 | $0 | $171.00 |
| 1234761109 | 166731/289 | Partial roll of wire & GE Meter Socket | Sarver, PA Bankruptcy Pink Energy Auction | $55.00 | $5.50 | $8.25 | $0 | $52.25 |
| 1234761082 | 166731/290 | Adhesive Letters, & office supplies & Mosaic Drone | Sarver, PA Bankruptcy Pink Energy Auction | $35.00 | $3.50 | $5.25 | $0 | $33.25 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1234761069 | 166731/291 | 8 monitors, power strip & cords | Sarver, PA Bankruptcy Pink Energy Auction | $15.00 | $1.50 | $2.25 | $0 | $14.25 |
| 1234761080 | 166731/293 | Electric junction box | Sarver, PA Bankruptcy Pink Energy Auction | $13.00 | $1.30 | $1.95 | $0 | $12.35 |
| 1234761031 | 166731/294 | Whiteboard | Sarver, PA Bankruptcy Pink Energy Auction | $2.00 | $0.20 | $0.30 | $0 | $1.90 |
| 1234761033 | 166731/295 | 2 6ft narrow folding tables & 4 ft folding table | Sarver, PA Bankruptcy Pink Energy Auction | $30.00 | $3.00 | $4.50 | $0 | $28.50 |
| 328374b | 166731/296 | 3 Zozen Measuring Wheels | Sarver, PA Bankruptcy Pink Energy Auction | $45.00 | $4.50 | $6.75 | $0 | $42.75 |
| 637263b | 166731/297 | 3 Folding Conference Style Tables | Sarver, PA Bankruptcy Pink Energy Auction | $35.00 | $3.50 | $5.25 | $0 | $33.25 |
| 12345362a | 166731/298 | Box of Selfie Sticks, Surge Protectors, & Assorted Chords | Sarver, PA Bankruptcy Pink Energy Auction | $30.00 | $3.00 | $4.50 | $0 | $28.50 |
| | | | My settlement | $197,532.00 | $19,753.20 | $26,249.80 | $0.00 | $191,035.40 |

| | |
|---|---|
| Subtotal[$]: | $191,035.40 |
| Extra charge[$]: | |
| Advertising | $5,000.00 |
| Buyer's Premium | $19,753.20 |
| Dumpster Fee | $408.00 |
| My settlement[$]: | $165,874.20 |
| Payments made[$]: | |
| Balance due[$]: | $165,874.20 |

Adjustment Notes:

    Lot 175a- $650, could not locate item

    Lot 270- $2520, only 10 items, not 12. Item was reduced by $420

    Lot 235- refunded $100 for missing rack

The net settlement above represents the monies due to you, from the sale of personal property assets and sold at public auction. This settlement represents payment in full for the net proceeds after the deduction of expenses. Buyer's Premium

_[signature]_ 3-1-23

Seller/Date

_____

Auctioneer/Date

**AUCTION PROMOTIONS UNLIMITED**
P. O. BOX 1267 - 174 AIRPORT ROAD - ROCKINGHAM, NC 28380
OFFICE: 910-997-2248 - FAX: 910-895-1530

## ADVERTISING STATEMENT

| AUCTION NAME | AUCTION DATE(S) | ADVERTISING BUDGET |
|---|---|---|
| Power Home Solar/Sarver, PA | 2/3 - 2/10 | $  5,000.00 |

| Advertising | Description | Expenditures |
|---|---|---|
| Iron Horse Auction Website | Internet | $  183.00 |
| Auction Zip Showcase | Internet | $  183.00 |
| Facebook Ad Post | Internet | $  4,026.00 |
| Digital Flyer Designed | 1 | $  183.00 |
| Press Release (National) Portion | PR Newswire | $  109.00 |
| E-Mail Blast | 3 | $  402.60 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL EXPENDITURES  $    5,086.60

AMOUNT PREPAID BY SELLER  $      -
AMOUNT DUE FROM SELLER  $   5,000.00
AMOUNT DUE TO SELLER         0

Payment Method
Advertising to be paid from sales proceeds.

JOSH CHANEY - ADVERTISING MANAGER

*A SPECIALIZED MARKETING SERVICE CENTER FOR AUCTION COMPANIES*



Date Created: 02/28/2023

Status: Open

Iron Horse
Auction
Company

174 Airport Rd.

Rockingham,
NC 28379

Phone: 910-997-2248

**Consignor Information:**

Jimmy Summerlin858 2nd St. NE Suite 200
Hickory, NC 28601
jimmy@yahoo.comCustomer 1215594

| Item # | Sale #/Lot # | Item Name | Auction | Hammer price | Buyer's Premium | Commission | Fee | Subtotal |
|---|---|---|---|---|---|---|---|---|
| 1234761072 | 166731/15 | 2019 3500 Duramax Diesel Pickup w/ 5th wheel hitch 130,000 miles Has rear end damage and dings. Runs & drives. VIN # 1GC4YSEY7 LF | Sarver, PA Bankruptcy Pink Energy Auction | $26,500.00 | $3,975.00 | $0.00 | $0 | $30,475.00 |
| 1234761225 | 166731/16 | 2016 Chevy Spark 174,272 miles | Sarver, PA Bankruptcy Pink Energy Auction | $1,800.00 | $270.00 | $0.00 | $0 | $2,070.00 |
| 1234761093 | 166731/17 | Ram 1500 209k miles 4x4 Does run, has weak battery | Sarver, PA Bankruptcy Pink Energy Auction | $1,400.00 | $140.00 | $0.00 | $0 | $1,540.00 |
| 1234761039 | 166731/18 | 20 Kaufman Gooseneck trailer w/fifth wheel adapter 12,000 GVWR. | Sarver, PA Bankruptcy Pink Energy Auction | $5,750.00 | $862 50 | $0.00 | $0 | $6,612.50 |
| 1234761054 | 166731/19 | 2022 16x6 Gatormade Utility Trailer Like New | Sarver, PA Bankruptcy Pink Energy Auction | $4,100.00 | $615.00 | $0 00 | $0 | $4,715.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1234761104 166731/20 | 14ft Kaufman Box Trailer w/ladder rack | Sarver, PA Bankruptcy Pink Energy Auction | $2,900.00 | $435.00 | $0.00 | $0 | $3,335.00 |
| 1234761060 166731/21 | 10ft Box Trailer rough condition | Sarver, PA Bankruptcy Pink Energy Auction | $1,000.00 | $150.00 | $0.00 | $0 | $1,150.00 |
| 1234761024 166731/22 | 12ft Kaufman Box Trailer | Sarver, PA Bankruptcy Pink Energy Auction | $2,000.00 | $300.00 | $0.00 | $0 | $2,300.00 |
| | | My settlement | $45,450.00 | $6,747.50 | $0.00 | $0.00 | $52,197.50 |

| | |
|---|---|
| Subtotal[$]: | $52,197.50 |
| Extra charge[$]: | |
| Buyer's Premium | $6,747.50 |
| My settlement[$]: | $45,450.00 |
| Payments made[$]: | |
| Balance due[$]: | $45,450.00 |

The net settlement above represents the monies due to you, from the sale of personal property assets and sold at public auction. This settlement represents payment in full for the net proceeds after the deduction of expenses. Buyer's Premium

_Seller's signature_    3-1-23

Seller/Date

_____

Auctioneer/Date