FILED & JUDGMENT ENTERED
Steven T. Salata

March 10 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| POWER HOME SOLAR, LLC ) | CASE NO. 22-50228 |
| ) | CHAPTER 7 |
| Debtor. ) | |
| ) | |

### ORDER MODIFYING AUTOMATIC STAY

**THIS MATTER** came on for consideration before the undersigned United States Bankruptcy Judge upon the motion of Terri Ruiz (hereinafter "Ruiz"), by and through her counsel, seeking an order modifying the automatic stay in bankruptcy to allow her to proceed with a pre-petition action pending in the United States District Court for the Eastern District of Tennessee in which Power Home Solar, LLC (the Debtor in this case) is named as a defendant. The motion filed by Ruiz shows that the Complaint filed in the Tennessee District Court sounds in tort and is not related to defective merchandise. Additionally, Ruiz agrees, as set forth in her motion, that any judgment obtained would be limited to recovery from general liability insurance coverage, and that Ruiz would not attempt to recover on said judgment from assets in the bankruptcy case.

The record shows that the motion filed on behalf of Ruiz was properly filed and served, and that no objection, request for hearing, or other response to the motion has been timely filed. Based upon the motion of Ruiz, with the limitations as set forth therein, the record in this case, the lack of objection from parties in interest, and the applicable law this Court **FINDS AND CONCLUDES** that the motion of Ruiz should be granted, and the automatic stay should be modified as requested in said motion.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the automatic stay in bankruptcy in this case shall be and the same is hereby modified to the extent necessary to allow Terri Ruiz to proceed with a certain action now pending in the United States District Court for the Eastern District of Tennessee, Chattanooga Division, Case No. 1:22-CV-247, in which Power Home Solar, LLC (Debtor in this case) is named as a defendant.

**IT IS FURTHER ORDERED** that Ruiz is authorized to proceed in the action in the Tennessee District Court to obtain judgment against the Debtor in that case.

**IT IS FURTHER ORDERED** that any recovery on any judgment obtained in the case in Tennessee District Court shall be limited to existing and available liability insurance coverage, and Ruiz is authorized to proceed to recover on any judgment from any existing liability insurance coverage that is available.

**IT IS FURTHER ORDERED** that Ruiz shall not proceed against the Debtor in this case or its assets in this case (other than available insurance coverage) to recover on any judgment or award of damages that she may receive in the Tennessee District Court case.

*This Order has been signed electronically.*             *United States Bankruptcy Court*
*The Judge's signature and Court's seal*
*appear at the top of the Order.*