IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **Power Home Solar, LLC** | **Case No. 22-50228** |
| **Debtor(s).** | |

*EX PARTE* MOTION TO EXTEND DEADLINE FOR FILING
OF PROOFS OF CLAIMS

Now comes JIMMY R. SUMMERLIN, JR., the Chapter 7 trustee (the "Trustee") appointed and serving herein, and moves the Court for the entry of an Order on an *ex parte* basis extending the deadline in which to timely file proofs of claims herein. In support hereof, the Trustee shows the Court as follows:

1. This case was commenced on October 7, 2022 (the "Petition Date") by the filing of a voluntary petition under Chapter 7 of the United States Bankruptcy Code by Power Home Solar, LLC d/b/a Pink Energy (the "Debtor"). Jimmy R. Summerlin, Jr. is duly appointed and serving as the Chapter 7 trustee administering the Debtor's case and assets.

2. On December 15, 2022, the Court issued its Notice to Creditors of Possible Dividend and instructing potential claimants that a proof of claim must be filed within 90 days of December 15, 2022 in order to be timely filed. The current proof of claim deadline is March 15, 2023.

3. The Trustee is informed that at least one and likely many other potential creditors attempted to file electronic proofs of claims on March 15, 2023 and received a message from the Court's system stating "The maximum amount of ePOC claims allowed to be filed today has been reached. If you need to file today, please contact the court (704)350-7500. Otherwise, please try again tomorrow." The Trustee is informed that at least one and likely many other

potential creditors attempted to file electronic proofs of claim after the court's regular business hours and, therefore, such claims could not be timely submitted. Based upon CM/ECF notices received, it appears the last claim allowed to be electronically filed occurred at approximately 6:10 p.m. on March 15, 2022, approximately 4 hours prior to the actual deadline.

4. Based upon the inability to submit ePOCs through the court's website as instructed, the Trustee asserts that the equities of the case requires the court to extend the deadline for the timely filing of claims herein.

WHEREFORE, the Trustee prays the Court for the entry of an *ex parte* order extending the deadline for timely filing of proofs of claims herein from March 15, 2023 to midnight on March 16, 2023.

Dated: March 15, 2023.               YOUNG, MORPHIS, BACH & TAYLOR, LLP

/s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr.
N.C. State Bar No. 31819
P.O. Drawer 2428
Hickory, NC 28603
Telephone: 828-322-4663
Facsimile: 828-324-2431
Attorneys for Trustee