FILED & JUDGMENT ENTERED
Steven T. Salata

May 22 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| POWER HOME SOLAR, LLC | ) | Case No. 22-50228 |
| d/b/a PINK ENGERY | ) | |
| Debtor. | ) | |

## ORDER GRANTING SECOND MOTION TO EXTEND
## DEADLINE TO REMOVE ACTIONS

THIS CAUSE came before the Court for hearing on May 22, 2023 upon the motion of Jimmy R. Summerlin, Jr., the Chapter 7 trustee appointed and serving herein (the "Trustee"), for the entry of an order extending the period within which the Trustee may remove actions pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 (the "Motion") (Docket No. 476). Based upon the undisputed facts as set forth in the Motion, which the Court incorporates a findings herein, and for good cause shown, it is ORDERED that the Trustee's deadline to remove actions pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 is hereby extended to and including December 31, 2023.

**SO ORDERED.**

*This Order has been signed electronically.*　　　　　　　　　*United States Bankruptcy Court*
*The Judge's signature and Court's seal*
*appear at the top of this Order.*