**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **Power Home Solar, LLC** | **Case No. 22-50228** |
| **Debtor(s).** | |

**NOTICE OF OPPORTUNITY FOR HEARING**
**(NO PROTEST NOTICE)**

TAKE NOTICE that the Trustee has filed the attached Motion with the Court. A hearing on the motion has been tentatively scheduled for **Monday, June 12, 2023, at 1:00 p.m. in the United States Bankruptcy Court for the Western District of North Carolina, 401 W. Trade Street, Courtroom 2B, Charlotte, NC 28202**.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to approve the Motion or if you want the Court to consider your views on the Motion then **on or before 14 days from the date of this notice**, you or your attorney must do three (3) things:

1. **File with the Court a written request for a hearing at:**   U.S. Bankruptcy Court
   401 W. Trade St., Suite 2500
   Charlotte, NC 28202

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. **On or before the date stated above for filing your written request for hearing, you must also mail, email, or fax a copy of your written request for hearing to:**

   Jimmy R. Summerlin, Jr., Trustee          U.S. Bankruptcy Administrator
   Young, Morphis, Bach & Taylor, LLP        401 W. Trade St., Suite 2400
   P.O. Drawer 2428                          Charlotte, NC 28202
   Hickory, NC 28603

3. Attend a hearing tentatively scheduled to be held at **1:00 p.m**. on **June 12, 2023.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief requested in the motion and may enter an order approving the motion.

This the 22nd day of May, 2023.

YOUNG, MORPHIS, BACH & TAYLOR, LLP

/s/ Jimmy R. Summerlin, Jr
Jimmy R. Summerlin, Jr.
N.C. State Bar No. 31819

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

**POWER HOME SOLAR, LLC,**

Debtor(s).

Chapter 7

Case No. 22-50228

**APPLICATION FOR COMPENSATION**
**TO THE WARREN GROUP, INC.**
**AS ENGINEERING CONSULTANTS TO THE TRUSTEE**

      The undersigned, Trustee for the estate of the above captioned Chapter 7 bankruptcy (the "Trustee"), through counsel, and requests the Court enter an order approving the payment of compensation and expenses to The Warren Group, Inc. ("TWG") as engineering consultants for the Trustee herein. In support thereof, the Trustee respectfully asserts the following:

    1. That on March 21 2023, TWG was appointed engineering consultants for the Trustee herein and thereafter has performed certain services for the Trustee and the Estate of the Debtor(s).

    2. TWG has rendered valuable services in the total sum of $5,145.00 as engineering consultants for the Trustee in administration of this Chapter 7 case as set forth in the exhibits attached hereto.

    3. TWG has made no previous fee applications in this case and has received the payments in the total sum of $0.00 on such prior fee applications, if any.

    4. TWG has incurred expenses in the total sum of $595.19 in connection with their services provided in the administration of this case as set forth in the exhibits attached hereto.

    5. TWG has made no previous applications for reimbursement of expenses in this case and has received payments in the total sum of $0.00 on such prior expenses applications, if any.

    6. The Trustee has reviewed this Application and requests the Court approve the relief requested herein and order the payment of the fees and expenses herein set forth pursuant to Sections 330(a) and 503(b) of the United States Bankruptcy Code.

WHEREFORE, the Trustee prays that TWG be allowed fees in the total sum of $5,145.00 and expenses in the total sum of $595.19 pursuant to Sections 330(a) and 503(b) of the United States Bankruptcy Code and that payment thereof by the Trustee from the funds held in the Estate be likewise approved.

Dated: May 22, 2023.

        YOUNG, MORPHIS, BACH & TAYLOR, LLP

        /s/ Jimmy R. Summerlin, Jr
        Jimmy R. Summerlin, Jr.
        N.C. State Bar No. 31819
        P.O. Drawer 2428
        Hickory, NC 28601
        Telephone:  828-322-4663
        Facsimile:  828-324-2431
        Email:  jimmys@hickorylaw.com
        *Attorneys for the Trustee*

**WARREN**

**THE WARREN GROUP, INC.** FORENSIC ENGINEERS & CONSULTANTS
7805 ST. ANDREWS ROAD | PO BOX 1608 | IRMO, SOUTH CAROLINA 29063
TEL  803.732.6600     FAX  803.732.7576         ⬇⬇     WARRENFORENSICS.COM

March 30, 2023

Young, Morphis, Bach & Taylor, LLP
North Park Building
858 2nd Street NE, Suite 200
Hickory, NC  28601

Invoice Number: ▇
Client: ▇

Attn   Jimmy R. Summerlin, Jr

**In Reference to:**

**Evaluate Fire Damage to Nightingale Residence**
**Represented: Bankruptcy Estate of Power Home Solar, LLC, WDNC**
**Date of Loss: August 18, 2021**
**Location of Loss:  928 Hope Ferry Rd.
         Lexington, SC  29072**

Claim Number: 4A210831FCF0001 /  Case No. 22-50228

Federal I.D. : ▇

Warren Group File No. : ▇

## Invoice Summary

| | |
|---|---|
| Total fees incurred on this invoice | $5,145.00 |
| Total expenses incurred on this invoice | $595.19 |
| **Net current charges** | **$5,740.19** |
| **BALANCE DUE** | **$5,740.19** |

## Invoice Detail

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours Worked | Fee Amount |
|---|---|---|---|---|
| 03/22/23 | TJK | Travel from Boiling Springs, SC to Sanford, NC; participate in joint lab examination; inspect, document and photograph artifacts recovered from scene; local travel to hotel | 11.20 | 3,920.00 |
| 03/23/23 | TJK | Return travel to Boiling Springs, SC; download inspection photographs | 3.40 | 1,190.00 |
| 03/27/23 | TJK | Telephone call with Mr. Summerlin to discuss outcome of joint lab inspection | 0.10 | 35.00 |

Young Morphis Bach & Taylor                                                                                          Page         2

Summary by Timekeeper:

| TJK | Kelly, Thomas J | 14.70 hours at | 350.00 per hour | $5,145.00 |
|---|---|---|---|---|
|  |  |  | **Total Professional Services:** | $5,145.00 |

<u>EXPENSES</u>

| Photography | 30.50 |
|---|---|
| Lodging | 198.19 |
| Mileage | 345.00 |
| Meals | 21.50 |
|  **Total Expenses:** | $595.19 |

***Terms: Net 60  ~~ Past Due balances are subject to a 1.5% service charge ~~  Please call if you have questions!***