**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| Power Home Solar, LLC | Case No. 22-50228 |
| Debtor(s). | |

**NOTICE OF OPPORTUNITY FOR HEARING**
**(NO PROTEST NOTICE)**

TAKE NOTICE that the Trustee has filed the attached Motion with the Court. A hearing on the motion has been tentatively scheduled for Monday, June 12, 2023, at 1:00 p.m. in the United States Bankruptcy Court for the Western District of North Carolina, 401 W. Trade Street, Courtroom 2B, Charlotte, NC 28202.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to approve the Motion or if you want the Court to consider your views on the Motion then on or before 14 days from the date of this notice, you or your attorney must do three (3) things:

1. File with the Court a written request for a hearing at:   U.S. Bankruptcy Court
   401 W. Trade St., Suite 2500
   Charlotte, NC 28202

If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2. On or before the date stated above for filing your written request for hearing, you must also mail, email, or fax a copy of your written request for hearing to:

Jimmy R. Summerlin, Jr., Trustee          U.S. Bankruptcy Administrator
Young, Morphis, Bach & Taylor, LLP        401 W. Trade St., Suite 2400
P.O. Drawer 2428                          Charlotte, NC 28202
Hickory, NC 28603

3. Attend a hearing tentatively scheduled to be held at 1:00 p.m. on June 12, 2023.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief requested in the motion and may enter an order approving the motion.

This the 23rd day of May, 2023.

YOUNG, MORPHIS, BACH & TAYLOR, LLP

 /s/ Jimmy R. Summerlin, Jr
Jimmy R. Summerlin, Jr.
N.C. State Bar No. 31819

**UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re:<br><br>**Power Home Solar, LLC,**<br><br>　　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 22-50228 |

**FIRST INTERIM APPLICATION OF**
**MIDDLESWARTH, BOWERS & CO., LLP**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM OCTOBER 10, 2022 THROUGH APRIL 17, 2023**

Name of Applicant: Middleswarth, Bowers & Co., LLP ("MBC")

Authorized to Provide Professional Services to: Jimmy R. Summerlin, Jr., Trustee

Date of Retention: October 12, 2022

Compensation and reimbursement is sought from October 10, 2022 through April 17, 2023. MBC has not yet received any payments for services rendered or expenses incurred during this period.

Amount of compensation sought as actual, reasonable and necessary:　　　$92,409.70
Amount of expense reimbursement sought as actual, reasonable and necessary:　$ 2,339.29

This is a(n): ☐ Monthly　　　☑ Interim　　　☐ Final Application

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 5/23/23 | 10/10/22 – 4/17/23 | $92,409.70 | $2,339.29 | | |

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>**Power Home Solar, LLC,**<br><br>　　　　　　　　　　　　　**Debtor.** | Chapter 7<br><br>Case No. 22-50228 |

**FIRST INTERIM APPLICATION OF**
**MIDDLESWARTH, BOWERS & CO., LLP**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM OCTOBER 10, 2022 THROUGH APRIL 17, 2023**

Pursuant to sections 330 and 331 under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jimmy R. Summerlin, Jr., in his capacity as Chapter 7 Trustee for the above Debtor (the "Trustee"), hereby requests that this Court award reasonable compensation to Middleswarth, Bowers & Co., LLP ("MBC") for professional services rendered as accountants for the Trustee in the amount of $92,409.70, together with reimbursement for actual and necessary expenses incurred in the amount of $2,339.29 for the period October 10, 2022 and continuing through April 17, 2023 (the "Fee Period"). In support of this Application (the "Application"), the Trustee respectfully represents and states as follows:

**JURISDICTION**

This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and this Application in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## BACKGROUND

1. On October 7, 2022 (the "Petition Date"), Power Home Solar, LLC d/b/a Pink Energy (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in this Court [Doc. 1].

2. Jimmy R. Summerlin, Jr. was appointed chapter 7 Trustee for the Debtor.

3. MBC was retained to represent the Trustee as his accountants on October 12, 2022 in connection with this chapter 7 case pursuant the *Order Appointing Accountant for the Trustee* [Doc. 19].

## COMPENSATION TO BE PAID

4. All services for which MBC requests compensation were performed for or on behalf of the Trustee.

5. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period, showing the amount of $92,409.70 due for compensation for the various services rendered. The hourly rates charged by MBC's professionals are the normal hourly rates charged by MBC for work of this character and are the same rates that the Court has approved as reasonable in bankruptcy cases.

6. In accordance with the factors enumerated in 11 U.S.C. § 330, MBC submits that the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## DISBURSEMENTS

7. During the Fee Period, MBC advanced costs and incurred expenses totaling $2,339.29 which are listed on **Exhibit A** hereto. Those fees and expenses are primarily related

to PACER/ECF charges and fees, storage boxes, travel expenses and IT server work. MBC charged for these expenses in a manner and at rates consistent with charges made generally to MBC's other clients. These charges were necessary and are reasonable and appropriate under the circumstances.

## NOTICE

8. Notice of this Application has been given to (a) the Bankruptcy Administrator for the Western District of North Carolina; (b) counsel for the Debtor; (c) the Trustee; (d) any party directly affected by this Application; and (e) any other party in interest who requested notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, MBC requests that MBC be allowed interim compensation in the sum of $92,409.70 as compensation for necessary professional services rendered to the Trustee during the Fee Period and the sum of $2,339.29 for reimbursement of actual, necessary costs, and expenses incurred during that period, (iii) the Trustee be authorized and directed to pay MBC the amount of $67,026.08, which is equal to the sum of 70% of MBC's allowed interim compensation and 100% of MBC's allowed expense reimbursement for the Fee Period.

Dated: Charlotte, North Carolina
       May 23, 2023

YOUNG, MORPHIS, BACH & TAYLOR, LLP

*/s/ Jimmy R. Summerlin, Jr.*
Jimmy R. Summerlin, Jr.
N.C. State Bar No. 31819
P.O. Drawer 2428
Hickory, NC 28603
Telephone: (828) 322-4663
Facsimile: (828) 324-2431
*Attorneys for Jimmy R. Summerlin, Jr., in his capacity as Bankruptcy Trustee for Power Home Solar, LLC*

# **EXHIBIT A**

STATEMENT OF FEES AND EXPENSES

## Middleswarth, Bowers & Co. L.L.P.

## BW Detail - Detail by Workcode by Client

For all dates

| Client Id | Client Name | E-Mail Address | Phone Number | Year End |
|---|---|---|---|---|
| 2250228 | Power Home Solar | | | 1231 |

| Partner | Manager | Accountant | Other | A/R Total | $0.00 |
|---|---|---|---|---|---|
| | | | | Last Invoice | |
| | | | | Last Payment | |
| Last Year Billed | | Last Year Mark Up/Down | | YTD Mark Up/Down | $0.00 |

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|

**\*\*\* Engagement:  N/A\*\*\***

| MTB | 601 - TAX ISSUES | 10/13/2022 | T | 7.00 | $285.00 | $1,995.00 | _____ _____ |

Work on review of documents and tax returns

| MTB | 601 - TAX ISSUES | 10/17/2022 | T | 0.10 | $285.00 | $28.50 | _____ _____ |

Email with Brian re: Texas unemployment request

| MTB | 601 - TAX ISSUES | 10/19/2022 | T | 1.27 | $285.00 | $361.95 | _____ _____ |

Email and call with Brian re: use tax return and procedure for filing. Review updated worksheets and information from Brian

| MTB | 601 - TAX ISSUES | 10/21/2022 | T | 0.35 | $285.00 | $99.75 | _____ _____ |

Various emails with Brian re: use tax returns

| MTB | 601 - TAX ISSUES | 10/24/2022 | T | 0.75 | $300.00 | $225.00 | _____ _____ |

Attend hearing on motion for insurance and for notice procedures. Discuss Paycom data and reports re: potential employee claims

| MTB | 601 - TAX ISSUES | 10/25/2022 | T | 1.19 | $285.00 | $339.15 | _____ _____ |

Calls with Paycom departments for year end payroll tax forms. Discuss with Paycom final payroll adjustment needed for unfunded payroll. Discuss continued access on system upon termination of service and process.

| MTB | 601 - TAX ISSUES | 10/25/2022 | T | 2.75 | $285.00 | $783.75 | _____ _____ |

Various emails with Paycom on and work with payroll data for 2022 terminations

| MTB | 601 - TAX ISSUES | 10/28/2022 | T | 1.00 | $300.00 | $300.00 | _____ _____ |

Call with Paycom and discuss on W-2s and other payroll matters

| MTB | 601 - TAX ISSUES | 11/01/2022 | T | 3.70 | $300.00 | $1,110.00 | _____ _____ |

Work on payroll matters and year end reports and W-2 qoute from Paycom

| MTB | 601 - TAX ISSUES | 11/07/2022 | T | 0.10 | $300.00 | $30.00 | _____ _____ |

Email with Shelby Fields on Paycom access and W-2 quote to complete 2022

| MTB | 601 - TAX ISSUES | 12/09/2022 | T | 4.00 | $300.00 | $1,200.00 | _____ _____ |

Work on payroll reporting for year end

| MTB | 601 - TAX ISSUES | 12/13/2022 | T | 4.00 | $300.00 | $1,200.00 | _____ _____ |

Work with Paycom on payroll data and payroll reporting for year end

| MTB | 601 - TAX ISSUES | 12/19/2022 | T | 6.00 | $300.00 | $1,800.00 | _____ _____ |

Work on Paycom data and work on employee data requests and year end tax reporting for federal and all state returns with Paycom. Review same and discuss with Paycom

| MTB | 601 - TAX ISSUES | 12/21/2022 | T | 6.00 | $300.00 | $1,800.00 | _____ _____ |

Continue work on employee issues on payroll return and W-2 reporting with Paycom

| MTB | 601 - TAX ISSUES | 01/03/2023 | T | 4.00 | $300.00 | $1,200.00 | _____ _____ |

Work on payroll for 2022 with Paycom on W-2 production and health insurance forms

| MTB | 601 - TAX ISSUES | 01/06/2023 | T | 1.30 | $300.00 | $390.00 | _____ _____ |

Continue calls with Paycom on status of W-2s

Wednesday, May 10, 2023 17:06

**Middleswarth, Bowers & Co. L.L.P.**

## BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes | |
|---|---|---|---|---|---|---|---|---|
| MTB | 601 - TAX ISSUES | 01/06/2023 | T | 3.25 | $285.00 | $926.25 | | |
| Work on review of information from Paycom and work on issues related to invoice for 2022 W-2s | | | | | | | | |
| MTB | 601 - TAX ISSUES | 01/06/2023 | T | 0.25 | $300.00 | $75.00 | | |
| Call with Paycom on invoice | | | | | | | | |
| MTB | 601 - TAX ISSUES | 01/06/2023 | T | 1.20 | $300.00 | $360.00 | | |
| Work on getting invoice corrected for W-2s and Paycom set for year end tax reporting | | | | | | | | |
| MTB | 601 - TAX ISSUES | 01/12/2023 | T | 0.75 | $285.00 | $213.75 | | |
| Emails and calls with PHS re: W-9 and other payroll return and form issues | | | | | | | | |
| MTB | 601 - TAX ISSUES | 01/30/2023 | T | 0.10 | $300.00 | $30.00 | | |
| Email Paycom re: follow up on 2022 W-2 copy for file | | | | | | | | |
| MTB | 601 - TAX ISSUES | 01/30/2023 | T | 0.10 | $300.00 | $30.00 | | |
| Call Mark Cliff with NC Wage and Hour Department on request for information on former employees | | | | | | | | |
| MTB | 601 - TAX ISSUES | 02/01/2023 | T | 0.25 | $300.00 | $75.00 | | |
| Discuss tax return extension work with EPB on state returns and federal preparation | | | | | | | | |
| MTB | 601 - TAX ISSUES | 02/03/2023 | T | 3.00 | $300.00 | $900.00 | | |
| Work on W-2 issues with employees | | | | | | | | |
| AAB | 601 - TAX ISSUES | 02/20/2023 | T | 2.00 | $85.00 | $170.00 | | |
| Search for W2's. Scan and password protect 21 individuals. | | | | | | | | |
| AAB | 601 - TAX ISSUES | 02/27/2023 | T | 1.30 | $85.00 | $110.50 | | |
| Pull W2's. Scan. Send email to MTB | | | | | | | | |
| AAB | 601 - TAX ISSUES | 02/27/2023 | T | 0.50 | $85.00 | $42.50 | | |
| Pull W2's and scan | | | | | | | | |
| MTB | 601 - TAX ISSUES | 02/27/2023 | T | 0.75 | $300.00 | $225.00 | | |
| Work on W-2s for employess | | | | | | | | |
| AAB | 601 - TAX ISSUES | 02/28/2023 | T | 0.10 | $85.00 | $8.50 | | |
| Scan W2's | | | | | | | | |
| AAB | 601 - TAX ISSUES | 02/28/2023 | T | 0.65 | $85.00 | $55.25 | | |
| Search for W2's | | | | | | | | |
| MTB | 601 - TAX ISSUES | 03/01/2023 | T | 0.10 | $300.00 | $30.00 | | |
| Email on Paycom for payroll information requested on WARN claim. | | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/03/2023 | T | 0.80 | $85.00 | $68.00 | | |
| Search W2's and scan | | | | | | | | |
| MTB | 601 - TAX ISSUES | 03/03/2023 | T | 0.10 | $300.00 | $30.00 | | |
| Email ABB W-2s to scan | | | | | | | | |
| MTB | 601 - TAX ISSUES | 03/05/2023 | T | 0.43 | $300.00 | $129.00 | | |
| Work on W-2s for employees and send to employees. | | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/07/2023 | T | 0.70 | $85.00 | $59.50 | | |
| Look for W2's. Scan. Print and prepare mailing of Manuel Alvarez | | | | | | | | |
| MTB | 601 - TAX ISSUES | 03/07/2023 | T | 0.27 | $300.00 | $81.00 | | |
| Work on emailing W-2s as requested. Respond to email from Jimmy on IRS letter for W-2 | | | | | | | | |
| MTB | 601 - TAX ISSUES | 03/07/2023 | T | 0.20 | $300.00 | $60.00 | | |
| Calls with employees on W-2s | | | | | | | | |

Wednesday, May 10, 2023 17:06

**Middleswarth, Bowers & Co. L.L.P.**

## BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|
| MTB | 601 - TAX ISSUES | 03/07/2023 | T | 1.00 | $300.00 | $300.00 | |
| Start work on extension | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/08/2023 | T | 0.50 | $85.00 | $42.50 | |
| Search for W2's and scan | | | | | | | |
| MTB | 601 - TAX ISSUES | 03/08/2023 | T | 5.00 | $300.00 | $1,500.00 | |
| Work on extension for state returns | | | | | | | |
| MTB | 601 - TAX ISSUES | 03/08/2023 | T | 0.25 | $300.00 | $75.00 | |
| Various calls on W-2s | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/09/2023 | T | 0.15 | $85.00 | $12.75 | |
| Search for W2's and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/09/2023 | T | 0.10 | $85.00 | $8.50 | |
| Search for W2 and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/09/2023 | T | 0.13 | $85.00 | $11.05 | |
| Search for W2 and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/13/2023 | T | 0.25 | $85.00 | $21.25 | |
| Search for W2's and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/13/2023 | T | 0.50 | $85.00 | $42.50 | |
| Pull W2's and scan. Look up addresses and move to spreadsheet. | | | | | | | |
| MTB | 601 - TAX ISSUES | 03/13/2023 | T | 1.00 | $300.00 | $300.00 | |
| Work on extensions and e-file same for federal and states. Prepare paper extensions for states | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/14/2023 | T | 0.35 | $85.00 | $29.75 | |
| Search for W2's and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/15/2023 | T | 0.20 | $85.00 | $17.00 | |
| Search for W2's and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/20/2023 | T | 0.35 | $85.00 | $29.75 | |
| Mail W2's to Brandon Johnson & Jody Cook with tracking. | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/22/2023 | T | 0.50 | $85.00 | $42.50 | |
| Search for W2's. Scan documents | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/27/2023 | T | 1.30 | $85.00 | $110.50 | |
| Search for W2's. Scan documents | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/30/2023 | T | 0.25 | $85.00 | $21.25 | |
| Search for W2's. Scan documents | | | | | | | |
| AAB | 601 - TAX ISSUES | 03/30/2023 | T | 0.20 | $85.00 | $17.00 | |
| Search for W2's. Scan documents | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/04/2023 | T | 1.00 | $85.00 | $85.00 | |
| Search for W2's | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/05/2023 | T | 0.40 | $85.00 | $34.00 | |
| Search for W2's | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/06/2023 | T | 0.15 | $85.00 | $12.75 | |
| Search for W2's | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/10/2023 | T | 0.25 | $85.00 | $21.25 | |
| Search for W2's and scan | | | | | | | |

## Middleswarth, Bowers & Co. L.L.P.

### BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|
| AAB | 601 - TAX ISSUES | 04/10/2023 | T | 0.30 | $85.00 | $25.50 | |
| Search for W2's | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/11/2023 | T | 0.35 | $85.00 | $29.75 | |
| Search for W2's and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/12/2023 | T | 0.40 | $85.00 | $34.00 | |
| Search for W2's | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/13/2023 | T | 0.30 | $85.00 | $25.50 | |
| Search for W2's and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/14/2023 | T | 0.20 | $85.00 | $17.00 | |
| Search for W2's and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/14/2023 | T | 0.10 | $85.00 | $8.50 | |
| Search for W2 and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/17/2023 | T | 0.30 | $85.00 | $25.50 | |
| Search for W2's and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/17/2023 | T | 0.30 | $85.00 | $25.50 | |
| Search W2's and scan | | | | | | | |
| AAB | 601 - TAX ISSUES | 04/17/2023 | T | 0.30 | $85.00 | $25.50 | |
| Search for W2's and scan | | | | | | | |
| ***Total SubType: 601A - Tax Issues*** | | | | 76.69 | | $19,493.40 | |
| MTB | 602 - ACCOUNTING SERVICES | 10/10/2022 | T | 5.00 | $285.00 | $1,425.00 | |
| Meet on site with J. Summerlin et al re: discuss case and accounting issues | | | | | | | |
| ***Total SubType: 602A - Accounting Services*** | | | | 5.00 | | $1,425.00 | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/12/2022 | T | 0.15 | $285.00 | $42.75 | |
| Call with Anna Gorman on document request | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/12/2022 | T | 4.35 | $285.00 | $1,239.75 | |
| Work on document request and review of ERC application and other documents on OneHub system. | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/14/2022 | T | 0.73 | $285.00 | $208.05 | |
| Various emails with Brian on matters and calls to discuss sales tax returns | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/14/2022 | T | 3.25 | $285.00 | $926.25 | |
| Work with Brian on various matters | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/17/2022 | T | 3.00 | $285.00 | $855.00 | |
| Begin review of Paycom data and reports. Calls to Paycom re: reports and data | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/17/2022 | T | 4.00 | $285.00 | $1,140.00 | |
| Continue work with Paycom and get reports and data needed from portal | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/17/2022 | T | 0.10 | $285.00 | $28.50 | |
| Emails with Keren Garcia re: access to various portals. Work on Paycom | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/17/2022 | T | 0.10 | $285.00 | $28.50 | |
| Email from Jimmy re: Paycom data and employee claims | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/18/2022 | T | 3.66 | $285.00 | $1,043.10 | |
| Continue to review documents from Brian on use tax returns | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/18/2022 | T | 0.10 | $285.00 | $28.50 | |
| Email from Brian re: Netsuites access | | | | | | | |

**Middleswarth, Bowers & Co. L.L.P.**

## BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/18/2022 | T | 2.72 | $285.00 | $775.20 | |
| Review new documents uploaded to shared drive | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/19/2022 | T | 0.25 | $285.00 | $71.25 | |
| Emails on conference call with Melanie and firm | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/19/2022 | T | 0.10 | $285.00 | $28.50 | |
| Various emails with Keren re: Paycom site | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/19/2022 | T | 3.52 | $285.00 | $1,003.20 | |
| Continue review of records from Brian | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/19/2022 | T | 0.75 | $285.00 | $213.75 | |
| Conference call with Jimmy et al | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/19/2022 | T | 0.10 | $285.00 | $28.50 | |
| Email with Keren on Paycom to update security question answers | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/20/2022 | T | 0.30 | $285.00 | $85.50 | |
| Message to Dan Dunkin re: work availability on computer review | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/20/2022 | T | 5.33 | $285.00 | $1,519.05 | |
| Continue to work on Paycom and other matters on case inclduing COBRA and status on insurance coverage. Work on Form 5500 for retirement plan | | | | | | | |
| EPB | 603 - FORENSIC ACCOUNTING SERVICES | 10/21/2022 | T | 0.50 | $285.00 | $142.50 | |
| Discuss ERC and other issues with MTB | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/26/2022 | T | 0.10 | $285.00 | $28.50 | |
| Email from Keren re: response to pre-2020 payroll. | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/26/2022 | T | 0.25 | $285.00 | $71.25 | |
| Work with Keren to setup user account with Paycom | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/31/2022 | T | 3.00 | $285.00 | $855.00 | |
| Work on review of documents uploaded to share drive | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/31/2022 | T | 0.10 | $285.00 | $28.50 | |
| Setup site visit for computers and records | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 10/31/2022 | T | 1.30 | $285.00 | $370.50 | |
| Calls with Paycom re: portal acces | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/03/2022 | T | 7.00 | $285.00 | $1,995.00 | |
| Work on prep for site visit and records | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/07/2022 | T | 0.50 | $285.00 | $142.50 | |
| Unload records from site visit | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/07/2022 | T | 3.00 | $285.00 | $855.00 | |
| Download Paycom reports and work on COBRA check issue | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/08/2022 | T | 0.10 | $285.00 | $28.50 | |
| Email to Jimmy re: Paycom check to PHS for COBRA insurance | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/09/2022 | T | 6.50 | $285.00 | $1,852.50 | |
| Site visit for computer and records. Continue review for additional electronic records | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/17/2022 | T | 7.00 | $285.00 | $1,995.00 | |
| Work on review of records taken from office and review bank and card statements | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/17/2022 | T | 0.50 | $285.00 | $142.50 | |
| Various emails on data at office server room. Emails on key codes | | | | | | | |

## Middleswarth, Bowers & Co. L.L.P.

## BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/22/2022 | T | 6.00 | $285.00 | $1,710.00 | |
| Work on review of new records and payroll related adjustments for 2022 needed for missed payroll | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/23/2022 | T | 5.00 | $285.00 | $1,425.00 | |
| Meet with Dan on site to find servers. Work on review of servers and data. Collect servers. Travel | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/23/2022 | T | 3.00 | $285.00 | $855.00 | |
| Work on review of activity for payroll for questions related to employees and COBRA | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/29/2022 | T | 0.50 | $285.00 | $142.50 | |
| Unload servers and backup drives from site visit and prepare for Dan to setup for review of data | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 11/29/2022 | T | 6.00 | $285.00 | $1,710.00 | |
| Work on records secured and setup of backup drives for Dan | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 12/01/2022 | T | 0.10 | $285.00 | $28.50 | |
| Email from Melanie re: access to records for PHS accounting | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 12/05/2022 | T | 4.00 | $285.00 | $1,140.00 | |
| Work on issues related to COBRA and employment data from Paycom | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 12/05/2022 | T | 0.10 | $285.00 | $28.50 | |
| Email from Melanie re: accounting access to NetSuites follow up | | | | | | | |
| EPB | 603 - FORENSIC ACCOUNTING SERVICES | 12/13/2022 | T | 0.10 | $285.00 | $28.50 | |
| Call with At-Net re billing. | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 12/20/2022 | T | 4.00 | $285.00 | $1,140.00 | |
| Work on issues for retirement plan and termination. Calls with Principal and former employees realted to matters of termination. | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/05/2023 | T | 6.00 | $285.00 | $1,710.00 | |
| Work on Netsuite access | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/12/2023 | T | 0.75 | $285.00 | $213.75 | |
| Various emails on server files and Zoom call with Jimmy and Melanie. Message to Dan Dunkin re: remote access setup | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/12/2023 | T | 3.75 | $285.00 | $1,068.75 | |
| Various emails with Principal and Oracle on reports and access to system | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/13/2023 | T | 3.45 | $300.00 | $1,035.00 | |
| Work on electronic data on system for access and review by Jimmy et al. | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/13/2023 | T | 3.00 | $285.00 | $855.00 | |
| Work on Netsuites access | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/13/2023 | T | 0.35 | $300.00 | $105.00 | |
| Work with Dan on VPN access to the storage drive and backup system. | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/16/2023 | T | 0.70 | $300.00 | $210.00 | |
| Meeting with Melanie and Jimmy re: backup drives and status update on several matters | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/16/2023 | T | 6.00 | $300.00 | $1,800.00 | |
| Work on various issues related to Netsuites and Microsoft | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/18/2023 | T | 3.00 | $285.00 | $855.00 | |
| Continue work with Netsuites on access and accounts for Jimmy and Melanie | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/18/2023 | T | 3.00 | $285.00 | $855.00 | |
| Work with Netsuites on access to system and various emails and documents needed to create account | | | | | | | |

**Middleswarth, Bowers & Co. L.L.P.**

## BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/19/2023 | T | 8.00 | $285.00 | $2,280.00 | |
| Continue work on Netsuites account and records | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/20/2023 | T | 8.00 | $285.00 | $2,280.00 | |
| Work on accounting system records and procedures for Netsuites | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/24/2023 | T | 5.00 | $300.00 | $1,500.00 | |
| Work on initial review of records on Netsuites | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/25/2023 | T | 2.00 | $300.00 | $600.00 | |
| Continue with review of Netsuites | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/30/2023 | T | 0.10 | $300.00 | $30.00 | |
| Email from Jimmy on Workers Comp audit. Respond to email | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/30/2023 | T | 0.10 | $300.00 | $30.00 | |
| Email to Hartford W/C auditor on document request and audit | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/30/2023 | T | 0.15 | $300.00 | $45.00 | |
| Call with Jason Messerly on W/C audit and discuss documents and background of the case. | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 01/30/2023 | T | 3.00 | $300.00 | $900.00 | |
| Work on Netsuites account for reports and data | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/01/2023 | T | 3.25 | $300.00 | $975.00 | |
| Work on Netsuites for data download | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/01/2023 | T | 0.10 | $300.00 | $30.00 | |
| Email from Melanie on WARN pre-trial order and reports needed. Repsond to email | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/02/2023 | T | 3.00 | $300.00 | $900.00 | |
| Work on Netsuites activity | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/02/2023 | T | 0.20 | $300.00 | $60.00 | |
| Call with Melanie Raubach re: WARN claim reports and details needed for response | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/03/2023 | T | 2.00 | $300.00 | $600.00 | |
| Work on Netsuites account for records and reports on payroll | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/07/2023 | T | 0.30 | $300.00 | $90.00 | |
| Review employee records for contact and address information on two former employees for Jimmy | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/08/2023 | T | 1.15 | $300.00 | $345.00 | |
| Work on employee data for WARN Act discovery | | | | | | | |
| EPB | 603 - FORENSIC ACCOUNTING SERVICES | 02/09/2023 | T | 1.00 | $300.00 | $300.00 | |
| Work with NetSuite | | | | | | | |
| EPB | 603 - FORENSIC ACCOUNTING SERVICES | 02/09/2023 | T | 0.50 | $300.00 | $150.00 | |
| Work and research on how and where to download NetSuite documents and reports. | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/09/2023 | T | 2.25 | $300.00 | $675.00 | |
| Work on payroll information for WARN claims | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/09/2023 | T | 4.00 | $300.00 | $1,200.00 | |
| Continue work on payroll reports for Melanie | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/09/2023 | T | 0.20 | $300.00 | $60.00 | |
| Reset Netsuite account for Jimmy | | | | | | | |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/10/2023 | T | 1.75 | $300.00 | $525.00 | |
| Work on payroll information for Melanie | | | | | | | |

## Middleswarth, Bowers & Co. L.L.P.

## BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/10/2023 | T | 0.10 | $300.00 | $30.00 | |
| Message Dan Dunkin on backup of synology system and cost estimate |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/10/2023 | T | 0.25 | $300.00 | $75.00 | |
| Call with Melanie on DOJ subpoena and electronic records |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/14/2023 | T | 1.00 | $300.00 | $300.00 | |
| Work with Dan on server backup |
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 02/15/2023 | T | 3.20 | $85.00 | $272.00 | |
| Transferring data from NetSuite cloud files to local hard drive. |
| EPB | 603 - FORENSIC ACCOUNTING SERVICES | 02/15/2023 | T | 0.50 | $300.00 | $150.00 | |
| Work with AAB on procedures to download NetSuite documents to local drive. |
| EPB | 603 - FORENSIC ACCOUNTING SERVICES | 02/15/2023 | T | 0.25 | $300.00 | $75.00 | |
| Continuing work with AAB |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/15/2023 | T | 0.25 | $300.00 | $75.00 | |
| Email with Dan and update Melanie and Jimmy on cost to backup Synology drive |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/15/2023 | T | 0.45 | $300.00 | $135.00 | |
| Run report for NLRB claimants for notice information and email to Jimmy |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/15/2023 | T | 0.10 | $300.00 | $30.00 | |
| Email from Jimmy re: NLRB address request. Respond |
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 02/16/2023 | T | 1.15 | $85.00 | $97.75 | |
| Transferring financial data from NetSuite cloud files to local drive |
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 02/16/2023 | T | 0.75 | $85.00 | $63.75 | |
| Transferring financial data from NetSuite cloud files to local drive |
| EPB | 603 - FORENSIC ACCOUNTING SERVICES | 02/16/2023 | T | 1.40 | $300.00 | $420.00 | |
| Work with AAB re financial downloads.  Support call to NetSuite re download and financial preparation problems. |
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 02/17/2023 | T | 2.30 | $85.00 | $195.50 | |
| Transferring financial data from NetSuite cloud files to local drive |
| EPB | 603 - FORENSIC ACCOUNTING SERVICES | 02/17/2023 | T | 0.15 | $300.00 | $45.00 | |
| Work with AAB re financial downloads. |
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 02/20/2023 | T | 1.10 | $85.00 | $93.50 | |
| Download files from NetSuite |
| EPB | 603 - FORENSIC ACCOUNTING SERVICES | 02/20/2023 | T | 0.40 | $300.00 | $120.00 | |
| Prepare and send to NetSuite query regarding download issue. Work with AAB |
| EPB | 603 - FORENSIC ACCOUNTING SERVICES | 02/20/2023 | T | 0.50 | $300.00 | $150.00 | |
| Work with AAB re download files from NetSuite |
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 02/21/2023 | T | 1.20 | $85.00 | $102.00 | |
| Transfer files to dropbox |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/24/2023 | T | 0.25 | $300.00 | $75.00 | |
| Work on Netsuites with EPB |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/24/2023 | T | 0.35 | $300.00 | $105.00 | |
| Calls and emails with Paycom re: cashing check for W-2 payment |
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 02/27/2023 | T | 4.00 | $300.00 | $1,200.00 | |
| Work on WARN claim document production |

**Middleswarth, Bowers & Co. L.L.P.**

## BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 03/01/2023 | T | 0.10 | $300.00 | $30.00 | |
| Email from Melanie on WARN claim production ||||||||
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 03/01/2023 | T | 1.50 | $300.00 | $450.00 | |
| Work on payroll reports and information for WARN claim production ||||||||
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 03/02/2023 | T | 4.00 | $300.00 | $1,200.00 | |
| Work on review of records for accounting on payroll ||||||||
| MTB | 603 - FORENSIC ACCOUNTING SERVICES | 03/08/2023 | T | 0.10 | $300.00 | $30.00 | |
| Email with Melanie on DOJ request for site visit ||||||||
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 03/14/2023 | T | 1.40 | $85.00 | $119.00 | |
| Work on employee data for WARN production ||||||||
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 03/15/2023 | T | 1.80 | $85.00 | $153.00 | |
| Work on employee data for WARN production ||||||||
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 03/30/2023 | T | 0.10 | $85.00 | $8.50 | |
| Work on compensation worksheet. ||||||||
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 03/31/2023 | T | 5.00 | $85.00 | $425.00 | |
| Work on compensation worksheet. ||||||||
| AAB | 603 - FORENSIC ACCOUNTING SERVICES | 04/01/2023 | T | 2.05 | $85.00 | $174.25 | |
| Work on compensation worksheet. ||||||||
| ***Total SubType: 603A - Forensic Services*** | | | | 202.91 | | $54,662.35 | |
| MTB | 606 - Employee Benefits/Retirement | 10/14/2022 | T | 1.37 | $285.00 | $390.45 | |
| Work on welfare benefit return and filing for deadline on Monday ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/14/2022 | T | 2.12 | $285.00 | $604.20 | |
| Various calls with Ascensus and plan administrator for welfare benefits ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/14/2022 | T | 0.30 | $285.00 | $85.50 | |
| Call and email with Elaine Harvey on contract for final welfare plan Form 5500 ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/14/2022 | T | 0.10 | $285.00 | $28.50 | |
| Email with contact at DOL regarding retirement plan Form 5500 and requirement of audit statement ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/17/2022 | T | 0.25 | $285.00 | $71.25 | |
| Various emails with Jimmy on contract for final Form 5500 on welfare benefit plan ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/17/2022 | T | 0.41 | $285.00 | $116.85 | |
| Work on contacting DOL re: Form 5500 and audit requirement ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/18/2022 | T | 0.64 | $285.00 | $182.40 | |
| Calls with DOL on Form 5500 ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/19/2022 | T | 0.35 | $285.00 | $99.75 | |
| Call with DOL on Form 5500 ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/20/2022 | T | 0.20 | $285.00 | $57.00 | |
| Review Paycom report on employee for COBRA status ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/20/2022 | T | 0.75 | $285.00 | $213.75 | |
| Email from Jimmy on COBRA. Calls and discussions with Paycom and COBRA admin to determine status ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/20/2022 | T | 0.20 | $285.00 | $57.00 | |
| Various emails on COBRA coverage ||||||||

Wednesday, May 10, 2023 17:06

## Middleswarth, Bowers & Co. L.L.P.

## BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|
| MTB | 606 - Employee Benefits/Retirement | 10/21/2022 | T | 3.15 | $285.00 | $897.75 | |
| Various calls with plan administrator for welfare benefits and COBRA policies. Work with Paycom on COBRA participants ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/24/2022 | T | 2.13 | $285.00 | $607.05 | |
| Work on downloading payroll data by quarter and year for all employees and for ACA tax purposes ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/24/2022 | T | 3.25 | $285.00 | $926.25 | |
| Review payroll reports and data for COBRA participants and for welfare benefits. Various call with Paycom ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/25/2022 | T | 1.28 | $285.00 | $364.80 | |
| Continue work on welfare benefits and close out of COBRA. Various calls and emails related to status and employee calls ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/26/2022 | T | 2.00 | $285.00 | $570.00 | |
| Work on COBRA plan and requirements ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/26/2022 | T | 0.40 | $285.00 | $114.00 | |
| Various emails on COBRA participants. Respond to emails ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/26/2022 | T | 0.35 | $285.00 | $99.75 | |
| Call with Paycom re: COBRA refund checks due to estate. Email with Jimmy on refund checks and impact and potential claims from COBRA participants ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/26/2022 | T | 3.56 | $285.00 | $1,014.60 | |
| Various emails on COBRA. Calls with Paycom and administrator and insurance broker on coverage. ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/27/2022 | T | 3.31 | $285.00 | $943.35 | |
| Work with Paycom on data and account access issues. Emails with trustee on status of access ||||||||
| MTB | 606 - Employee Benefits/Retirement | 10/27/2022 | T | 0.55 | $285.00 | $156.75 | |
| Various emails and calls on Paycom account access and updates to J. Summerlin ||||||||
| MTB | 606 - Employee Benefits/Retirement | 11/01/2022 | T | 2.10 | $285.00 | $598.50 | |
| Call with DOL and work on items for Form 5500 for 2021. Questions on termination of plan and other plan issues ||||||||
| MTB | 606 - Employee Benefits/Retirement | 11/08/2022 | T | 1.35 | $285.00 | $384.75 | |
| Continue work with Paycom on reports and other COBRA matters ||||||||
| MTB | 606 - Employee Benefits/Retirement | 11/22/2022 | T | 0.75 | $285.00 | $213.75 | |
| Various emails on accounts from participants. Work with Principal to get records ||||||||
| MTB | 606 - Employee Benefits/Retirement | 11/29/2022 | T | 1.00 | $285.00 | $285.00 | |
| Call with Maggie with Principal on out of balance issue with retirement account and request reports and documents for participant withdrawals. Discuss issues on termination and Form 5500 ||||||||
| MTB | 606 - Employee Benefits/Retirement | 12/06/2022 | T | 6.00 | $285.00 | $1,710.00 | |
| Work on issues related to closing of plan and out of balance issue ||||||||
| MTB | 606 - Employee Benefits/Retirement | 12/06/2022 | T | 1.00 | $285.00 | $285.00 | |
| Work on retirement account termination process and balance issue with Principal ||||||||
| MTB | 606 - Employee Benefits/Retirement | 12/09/2022 | T | 2.00 | $285.00 | $570.00 | |
| Work on retirement account termination ||||||||
| MTB | 606 - Employee Benefits/Retirement | 12/20/2022 | T | 1.00 | $285.00 | $285.00 | |
| Continue work on retirement account with DOL ||||||||
| MTB | 606 - Employee Benefits/Retirement | 01/09/2023 | T | 2.00 | $285.00 | $570.00 | |
| work on balance issue and review report from Principal on matter of correction of balance ||||||||
| MTB | 606 - Employee Benefits/Retirement | 01/12/2023 | T | 2.00 | $285.00 | $570.00 | |
| Work on issues with plan and participant distriubtions ||||||||

**Middleswarth, Bowers & Co. L.L.P.**

### BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|
| AAB | 606 - Employee Benefits/Retirement | 01/13/2023 | T | 0.50 | $85.00 | $42.50 | |
| Work on spreadsheet for September 13 retirement distribution analysis | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 01/13/2023 | T | 0.75 | $300.00 | $225.00 | |
| Calls with Principal for new access credentials. Review report from Maggie re: contribution and short fall on the plan. Email to Jimmy and Melanie on recommendation and update | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 01/30/2023 | T | 3.00 | $300.00 | $900.00 | |
| Work on review of balance report for participates. Calls with Principal to correct matter on last contributions | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 02/09/2023 | T | 0.75 | $300.00 | $225.00 | |
| Call with Principal on termination | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 02/13/2023 | T | 1.25 | $300.00 | $375.00 | |
| Calls with former employees on account and access to funds. Call with Principal on matters with IRS | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 02/28/2023 | T | 1.10 | $300.00 | $330.00 | |
| Research on late payments for DOL | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 02/28/2023 | T | 0.75 | $300.00 | $225.00 | |
| Various emails and calls on retirement plan late payments. | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 03/22/2023 | T | 0.35 | $300.00 | $105.00 | |
| Various emails on 401k plan | | | | | | | |
| AAB | 606 - Employee Benefits/Retirement | 03/30/2023 | T | 0.10 | $85.00 | $8.50 | |
| Discuss compensation schedule for plan compliance testing with MTB | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 03/30/2023 | T | 1.00 | $300.00 | $300.00 | |
| Call with Principal on plan request | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 03/30/2023 | T | 1.00 | $300.00 | $300.00 | |
| Work on plan compliance and Form 5500 for 2022 and 8955-SSA | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 03/31/2023 | T | 1.00 | $300.00 | $300.00 | |
| Calls with former employees and work on getting plan compliance process | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 03/31/2023 | T | 0.10 | $300.00 | $30.00 | |
| Email to Principal re: follow up call and request for meeting with director to discuss Principal issues | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 04/01/2023 | T | 1.00 | $300.00 | $300.00 | |
| Review data on gross compensation. Work on compliance testing, correct data and submit same. Email Principal on compliance testing | | | | | | | |
| MTB | 606 - Employee Benefits/Retirement | 04/10/2023 | T | 0.30 | $300.00 | $90.00 | |
| Emails and call with Melanie on retirement account and issues with Principal | | | | | | | |
| ***Total SubType: 606A - Employee Benefits*** | | | | 58.82 | | $16,828.95 | |
| ***Total Work Type: BAN - BAN*** | | | | 343.42 | | $92,409.70 | |
| AAB | 815 - Research Pacer for Documents necessary for tax or accounting | 11/30/2022 | E | | | $1.50 | |
| AAB | 820 - Storage Boxes Used | 12/07/2022 | E | | | $77.00 | |
| 25 @ 3.08ea | | | | | | | |
| AAB | 840 - Postage | 03/07/2023 | E | | | $9.65 | |
| Manuel Alvarez | | | | | | | |
| AAB | 840 - Postage | 03/13/2023 | E | | | $19.30 | |
| FL DOR & MI Dept of Treasury | | | | | | | |

Wednesday, May 10, 2023 17:06

**Middleswarth, Bowers & Co. L.L.P.**

## BW Detail - Detail by Workcode by Client

For all dates

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|
| AAB | 840 - Postage | 03/20/2023 | E | | | $19.30 | |
| AAB | 860 - Miscellaneous | 01/23/2023 | E | | | $75.02 | |
| NC Quick Pass | | | | | | | |
| AAB | 860 - Miscellaneous | 03/23/2023 | E | | | $2,062.50 | |
| At-Net services | | | | | | | |
| AAB | 870 - Travel Expenses | 02/14/2023 | E | | | $75.02 | |
| Tolls | | | | | | | |

***Total Work Type: Expenses - TEX***               $2,339.29

***Total Engagement:  N/A***                 343.42    $94,748.99

***Total Client: 2250228***                 343.42    $94,748.99

**Relieve WIP:**_____ **=Bill Amount:**_____ **+Write Up**_____ **or -Write Down**_____

***Firm Grand Total***                    343.42    $94,748.99

Wednesday, May 10, 2023 17:06

# EXHIBIT B
## USER TIME SUMMARY

|  | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Fees:** | | | | |
| Edward P. Bowers | Partner | 5.30 | 300.00 | 1,581.00 |
| Michael T. Bowers | Partner | 302.29 | 300.00 | 87,783.15 |
| Akiko Bowers | Bookeeper | 35.83 | 85.00 | 3,045.55 |
| | | | Total Fees | 92,409.70 |

**Expenses:**

| | | |
|---|---|---|
| PACER Charges | | 1.50 |
| Storage Boxes | | 77.00 |
| Postage | | 48.25 |
| Travel Expense | | 150.04 |
| At-Net Invoice for Server Work | | 2,062.50 |
| | Total Expenses | 2339.29 |
| | Total Fees & Expenses | 94,748.99 |