# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **In re:** | |
| | **Chapter 7** |
| **Power Home Solar, LLC,** | |
| | **Case No. 22-50228** |
| Debtor. | |

## NOTICE OF ENTRY OF ORDER APPROVING SETTLEMENT
## OF ADVERSARY PROCEEDING

Notice is hereby given that on April 23, 2024, following due notice and opportunity for hearing, the attached Order Granting Motion to Approve Settlement of Adversary Proceeding and Claims Objection Pursuant to Rule 9019 was entered in the matter of *Summerlin, Trustee v. JPMorgan Chase Bank, N.A., et al.*, WBNC Adversary Proceeding No. 23-03013.

Dated: April 23, 2024

                                        YOUNG, MORPHIS, BACH & TAYLOR, LLP

                                        */s/ Jimmy R. Summerlin, Jr.*
                                        Jimmy R. Summerlin, Jr. (Bar No. 31819)
                                        P.O. Drawer 2428
                                        Hickory, NC 28603
                                        Telephone: (828) 322-4663
                                        Facsimile:  (828) 324-2431
                                        jimmys@hickorylaw.com

                                        *Attorneys for the Estate and Jimmy R. Summerlin,*
                                        *Jr., in his capacity as Bankruptcy Trustee for Power*
                                        *Home Solar, LLC*

FILED & JUDGMENT ENTERED
Steven T. Salata

April 23 2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **In re:**<br><br>**Power Home Solar, LLC,**<br><br>                      **Debtor.**<br><br>**JIMMY R. SUMMERLIN, JR.**, in his capacity as Chapter 7 bankruptcy trustee for the Estate of POWER HOME SOLAR, LLC d/b/a PINK ENERGY,<br><br>                      **Plaintiff,**<br><br>v.<br><br>**JPMORGAN CHASE BANK, N.A.**, in its capacity as Administrative Agent for JPMorgan Chase Bank, N.A., CitiBank, N.A., and Pinnacle Bank; **JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., and PINNACLE BANK, N.A.**,<br><br>                      **Defendants.** | **Chapter 7**<br><br>**Case No. 22-50228**<br><br><br>**AP Case No. 23-03013**<br><br><br>**ORDER GRANTING MOTION<br>TO APPROVE SETTLEMENT<br>OF ADVERSARY PROCEEDING<br>AND CLAIMS OBJECTION<br>PURSUANT TO RULE 9019** |

## ORDER APPROVING SETTLEMENT
## PURSUANT TO BANKRUPTCY RULE 9019

This matter is before the Court on the Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019 (the "Motion"). In the Motion, JIMMY R. SUMMERLIN, JR., in his capacity as the Chapter 7 bankruptcy trustee (the "Trustee") for the Estate of Power Home Solar,

YMBT 291291.1

LLC d/b/a Pink Energy (the "Debtor") seeks approval of the settlement of this Adversary Proceeding adverse to JPMorgan Chase Bank, N.A., *et al*. (collectively "JPM", and with the Trustee, the "Parties") and related Claims Objection. The Settlement Agreement (the "Settlement") between Trustee and Recipient was attached as **Exhibit A** to the Motion. Having considered the Motion and Settlement and for good cause shown, the Court finds, concludes, and orders:

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is appropriate in this district pursuant to 28 U.S.C. § 1409. The authority for the relief sought herein is Bankruptcy Rule 9019.

2. Notice and service of the Motion were appropriate.

3. The terms of the Settlement are fair and reasonable. The Settlement is within the bounds of the Trustee's sound business judgment and the standards applicable to Bankruptcy Rule 9019.

4. Therefore, the Motion is granted and the Settlement is approved.

5. The Court retains jurisdiction over any disputes regarding the validity, interpretation, or performance of the Settlement, including but not limited to the ability to enforce the payment.

**IT IS SO ORDERED.**

*This order has been signed electronically.*            *United States Bankruptcy Court*
*The Judge's signature and the Court's*
*seal appear at the top of this Order.*

YMBT 291291.1