FILED & JUDGMENT ENTERED
Christine F. Winchester

July 31 2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In re: | Chapter 7 |
|---|---|
| **Power Home Solar, LLC** | Case No. 22-50228 |
| **Debtor(s).** | |

### ORDER GRANTING *EX PARTE* MOTION TO EMPLOY SPECIAL COUNSEL FOR THE TRUSTEE

The Court having considered the Motion of the trustee to employ Offit Kurman, P.A. as special counsel to the Trustee in relation to the "Generac Claims" (as defined in the Motion) and the Declaration of Elliot J. Rosner, Esq. or Offit Kurman, P.A. in support thereof, and it appearing that the law firm of Offit Kurman, P.A., its members and associates, are disinterested persons and that the employment of said law firm as special counsel to the trustee is in the best interest of this estate, and it further appearing that the engagement of Offit Kurman, P.A. upon the contingency fee agreement as set forth in the Letter Agreement (as attached to the Motion) is likewise in the best interest of this estate, it is hereby ORDERED

that Jimmy R. Summerlin, Jr., the trustee herein, is authorized to employ the law firm of Offit Kurman, P.A. as special counsel to the trustee and the estate, with compensation to be paid in accordance with the contingency fee Letter Agreement, as may be allowed by the court upon proper application or applications therefore.

**SO ORDERED.**

*This Order has been signed electronically.*           *United States Bankruptcy Court*
*The Judge's signature and Court's seal*
*Appear at the top of this Order.*