**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **Power Home Solar, LLC** | **Case No. 22-50228** |
| **Debtor(s).** | |

*EX PARTE* **MOTION TO APPROVE PAYMENT OF**
**ADMINISTRATIVE EXPENSES**

Now comes JIMMY R. SUMMERLIN, JR., the Chapter 7 trustee (the "Trustee") appointed and serving herein, and moves the Court for the entry of an Order on an *ex parte* basis authorizing the Trustee to pay certain administrative expenses relating to the filing of proceedings before the American Arbitration Association relative to claims against Generac Power Systems, Inc. ("Generac"). In support hereof, the Trustee shows the Court as follows:

1. This case was commenced on October 7, 2022 (the "Petition Date") by the filing of a voluntary petition under Chapter 7 of the United States Bankruptcy Code by Power Home Solar, LLC d/b/a Pink Energy (the "Debtor"). Jimmy R. Summerlin, Jr. is duly appointed and serving as the Chapter 7 trustee administering the Debtor's case and assets.

2. Prior to the Petition Date, on August 1, 2022, the Debtor filed civil litigation against Generac in the Western District of Virginia, Roanoke Division, Case No. 6:22-cv-00043-NKM (the "Generac Litigation").

3. On September 23, 2022, Generac filed a Motion to Dismiss and Compel Arbitration in the Generac Litigation.

4. Upon the joint request of the Debtor and Generac, on October 11, 2022, all deadlines in the Generac Litigation were tolled by Oral Order of Magistrate Judge Robert S. Ballou and such deadlines remain tolled as of the date of the filing of this Motion.

5.   On July 30, 2024, the Trustee filed a motion to approve the retention of the law firm of Offit Kurman, P.A. to represent the Trustee and the Estate in matters concerning Generac and the Generac Litigation.  By Order entered July 31, 2024, the Trustee's retention of Offit Kurman, P.A. was approved by the Court.

6.   Since its retention, counsel at Offit Kurman have investigated and reviewed the pleadings filed in the Generac Litigation as well as other of the Debtor's records and information and have advised the Trustee of their opinion that (a) the Generac Litigation is most likely properly conducted before the American Arbitration Association (the "AAA") pursuant to the contractual terms of the agreement(s) between the Debtor and Generac, and (b) that handling the Generac Litigation before the AAA is in the best interest of the Estate.

7.   The Trustee's counsel at Offit Kurman, P.A., in consultation and review with the Trustee and other retained counsel, have prepared a Complaint to be filed before the AAA against Generac seeking damages in a total sum in excess of $250,000,000.00.

8.   Based upon the AAA fee structure and calculations, the anticipated fees associated with the AAA arbitration include (a) an initial filing fee of approximately $38,149.66, due upon filing, and (b) a Final Fee of approximately $19,250.00, to be billed when hearings are scheduled.

9.   The Estate's claims against Generac represent the single largest asset of the Estate and liquidation of those claims is the only real possibility of the Trustee obtaining any distribution on the 6,000+ claims filed in this case.

10. The Trustee asserts that the AAA fees are essential and necessary to administration of the Estate and that such expenses are reasonable in light of the amount in controversy.

WHEREFORE, the Trustee prays the Court for the entry of an *ex parte* order authorizing the

Trustee to pay the AAA fees in such amounts as reasonably necessary, as estimated herein, but

not in excess of $70,000.00, from funds currently held in the Estate as an administrative expense

herein.

Dated: December 29, 2025.

                                               YOUNG, MORPHIS, BACH & TAYLOR, LLP

                                               /s/ Jimmy R. Summerlin, Jr.
                                               Jimmy R. Summerlin, Jr.
                                               N.C. State Bar No. 31819
                                               P.O. Drawer 2428
                                               Hickory, NC 28603
                                               Telephone: 828-322-4663
                                               Facsimile: 828-324-2431
                                               Attorneys for Trustee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that copies of the foregoing document were served by electronic notification on

those parties registered with the United States Bankruptcy Court, Western District of North

Carolina ECF system to receive notices for this case on December 29, 2025.


Dated:  December 29, 2025.                    YOUNG, MORPHIS, BACH & TAYLOR, LLP

                                              /s/ Jimmy R. Summerlin, Jr.
                                              Jimmy R. Summerlin, Jr.
                                              N.C. State Bar No. 31819
                                              P.O. Drawer 2428
                                              Hickory, NC 28603
                                              Telephone: 828-322-4663
                                              Facsimile: 828-324-2431
                                              Attorneys for Trustee